CO-386-online
10/03

# United States District Court
# For the District of Columbia

NATIONAL RAILROAD )
PASSENGER CORPORATION, )
)
)
                 Plaintiff )    Civil Action No._____
     vs )
)
FORUM, INC. )
)
)
                Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __National Railroad Passenger Corporation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __National Railroad Passenger Corporation__ which have any outstanding securities in the hands of the public:

National Railroad Passenger Corporation ("Amtrak") has the following affiliations: American Preferred Underwriters, which, while not publicly held, is a subsidiary of Chiquita Banana Corporation and Burlington Northern Santa Fe Railroad Corporation

The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation: American Preferred Underwriters, which, while not publicly held, is a subsidiary of Chiquita Banana Corporation and Burlington Northern Santa Fe Railroad Corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

441405
BAR IDENTIFICATION NO.

Stephen L. Neal, Jr.
Print Name

700 12th Street, N.W., Suite 1100
Address

Washington, DC 20005
City       State       Zip Code

202-585-6500
Phone Number