IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

NATIONAL RAILROAD PASSENGER      No.: 1:05CV01837
CORPORATION

                                      Judge: Paul L. Friedman

         Plaintiff,

v.

FORUM, INC.,

         Defendant.

## STIPULATION

It is hereby STIPULATED and AGREED that Defendant's time to Answer or otherwise respond to Plaintiff's Complaint is hereby extended to November 10, 2005.

IT IS SO STIPULATED AND AGREED:

| | |
|---|---|
| _____<br>Stephen L. Neal, Jr., Esquire<br>Manatt Phelps & Phillips, LLP<br>700 12th Street, N.W.<br>Suite 1100<br>Washington, DC 20005<br><br>(Counsel for Plaintiff) | _____<br>Philip J. Harvey, Esquire<br>Venable, LLP<br>8010 Towers Crescent Drive, Suite 300<br>Vienna, VA 22182<br><br>Steven W. Zoffer, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222<br><br>(Counsel for Defendant) |