UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
NATIONAL RAILROAD PASSENGER         )
CORPORATION,                        )
                                    )
         Plaintiff,                 )
                                    )  Civil Action No.: 1:05CV01837
    v.                              )  Judge  Paul L. Friedman
                                    )
FORUM, INC.,                        )
                                    )
         Defendant.                 )
_____ )

## STIPULATION AND ORDER

It is hereby STIPULATED and AGREED, subject to approval by the Court, that Defendant's time to answer Plaintiff's First Amended Complaint is hereby extended to November 16, 2005.  Defendant AGREES to file an answer on or before November 16, 2005, and not to file a pre-answer motion pursuant to Rule 12(b) or otherwise.

Dated: November 9, 2005


| /s/ | /s/ |
|---|---|
| Stephen L. Neal, Jr. | Philip J. Harvey |
| Manatt Phelps & Phillips, LLP | Venable LLP |
| 700 12th Street, N.W., Suite 1100 | 8010 Towers Crescent Dr., Ste. 300 |
| Washington, D.C. 20005 | Vienna, VA 22182 |
| (202) 585-6500 | (703) 760-1600 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

SO ORDERED.

Dated:  November _____, 2005          _____
                                       Paul L. Friedman
                                       United States District Court Judge

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was served electronically this 9th day of November, 2005 to the following counsel of record:

Stephen L. Neal, Jr., Esquire<br>
Manatt, Phelps & Phillips, LLP<br>
700 12th Street, N.W., Suite 1100<br>
Washington, DC 20005

*Counsel for Plaintiff*

_____/s/_____
Philip J. Harvey

2