UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                         )
NATIONAL RAILROAD PASSENGER              )
CORPORATION,                             )
                                         )
          Plaintiff,                     )
                                         )  Civil Action No.: 1:05CV01837
     v.                                  )  Judge:  Paul L. Friedman
                                         )
FORUM, INC.,                             )  **ELECTRONICALLY FILED**
                                         )
          Defendant.                     )
_____)

## ANSWER

For its answer to the first amended complaint, defendant, Forum, Inc. ("Forum") states as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

1.  Forum is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1.

2.  Forum admits that it is a Delaware corporation with its principal place of business situated at 908 Old Freeport Road, Pittsburgh, Pennsylvania 15238.

3.  Forum denies the allegations contained in Paragraph 3 as conclusions of law.

4.  Paragraph 4 references a document in writing to which no response is required.  Forum denies the remaining allegations contained in paragraph 4.

5. Forum admits that it entered into a contract with Amtrak whereby Forum would supply light fixtures for certain platforms at certain Amtrak stations along the Northeast Corridor.  After reasonable investigation, Forum is without information sufficient to form a belief as to Amtrak's business operations.  Forum denies the remaining allegations contained in Paragraph 5.

6. Forum admits that Amtrak provided certain design specifications for the light fixtures.  The Forum-supplied light fixtures conformed to all appropriate specifications.  Forum denies, as stated, the remaining allegations contained in Paragraph 6.

7. Forum admits that Amtrak awarded Phase I of the Contract to Forum.  Forum further admits that it provided a prototype light fixture in conformance with all appropriate specifications.  Forum denies the remaining allegations contained in Paragraph 7.

8. Forum admits that Amtrak awarded Phase II of the Contract to Forum.  Forum further admits that it provided light fixtures in conformance with all appropriate specifications.  After reasonable investigation, Forum is without information sufficient to form a belief as to Amtrak's installation costs.  Forum denies, as stated, the allegations contained in Paragraph 8.

9. Forum denies the allegations contained in Paragraph 9.

10. Denied as stated.  To the contrary, as Amtrak alerted Forum to specific installation problems and station issues, which were not attributable to the Forum-supplied light fixtures, Forum worked with Amtrak to resolve the problems created by Amtrak.

11. Denied as stated. To the contrary, as Amtrak alerted Forum to specific installation problems and station issues, which were not attributable to the Forum-supplied light fixtures, Forum worked with Amtrak to resolve the problems created by Amtrak.

12. Forum denies any problems with the subject light fixtures. After reasonable investigation, Forum is without information sufficient to form a belief as to remaining allegations contained in Paragraph 12.

13. Forum denies the allegations contained in Paragraph 13.

14. By correspondence dated April 27, 2005, Forum received a draft copy of a MET Laboratories report. Forum denies, as stated, the remaining allegations contained in Paragraph 14.

15. Forum admits that, through counsel, it forwarded correspondence to Amtrak on or about June 10, 2005. This document in writing speaks for itself.

16. Forum denies the allegations contained in Paragraph 16. By way of further response, Forum provided light fixtures in conformance with all appropriate specifications and contract requirements.

17. Forum denies the allegations contained in Paragraph 17.

18. After reasonable investigation, Forum is without information sufficient to form a belief as to Amtrak's installation costs. By way of further response, Forum provided light fixtures in conformance with all appropriate specifications and contract requirements. Forum denies the remaining allegations contained in Paragraph 18.

19. After reasonable investigation, Forum is without information sufficient to form a belief as to Amtrak's installation costs. By way of further response, Forum

provided light fixtures in conformance with all appropriate specifications and contract requirements. Forum denies the remaining allegations contained in Paragraph 19.

## Count I

20.    Forum repeats the allegations and denials set forth in answer to Paragraphs 1 through 19.

21.    Forum denies the allegations contained in Paragraph 21.

22.    Forum denies the allegations contained in Paragraph 22.

23.    Forum denies the allegations contained in Paragraph 23.

24.    Forum denies the allegations contained in Paragraph 24.

25.    Forum denies the allegations contained in Paragraph 25.

## Count II

26.    Forum repeats the allegations and denials set forth in answer to Paragraphs 1 through 25.

27.    Forum admits that it entered into a contract with Amtrak whereby Forum would supply light fixtures for certain platforms at certain Amtrak stations along the Northeast Corridor. Forum further admits that it provided light fixtures in conformance with all appropriate specifications. After reasonable investigation, Forum is without information sufficient to form a belief as to Amtrak's installation costs. Forum denies, as stated, the remaining allegations contained in Paragraph 27.

28.    Forum denies the allegations contained in Paragraph 28.

29.    Forum denies the allegations contained in Paragraph 29.

30.    Forum denies the allegations contained in Paragraph 30.

31.    Forum denies the allegations contained in Paragraph 31.

32. Forum denies the allegations contained in Paragraph 32.

33. Forum denies the allegations contained in Paragraph 33.

34. Forum denies the allegations contained in Paragraph 34.

## Count III

35. Forum repeats the allegations and denials set forth in answer to Paragraphs 1 through 34.

36. Forum denies the allegations contained in Paragraph 36.

37. Forum denies the allegations contained in Paragraph 37.

38. Forum denies the allegations contained in Paragraph 38.

39. Forum denies the allegations contained in Paragraph 39.

40. Forum denies the allegations contained in Paragraph 40.

41. Forum denies the allegations contained in Paragraph 41.

42. Forum denies the allegations contained in Paragraph 42.

43. Forum denies the allegations contained in Paragraph 43.

44. Forum denies the allegations contained in Paragraph 44.

## Count IV

45. Forum repeats the allegations and denials set forth in answer to Paragraphs 1 through 44.

46. Forum denies the allegations contained in Paragraph 46.

47. Forum denies the allegations contained in Paragraph 47.

48. Forum denies the allegations contained in Paragraph 48.

49. Forum denies the allegations contained in Paragraph 49.

50. Forum denies the allegations contained in Paragraph 50.

51. Forum denies the allegations contained in Paragraph 51.

52. Forum denies the allegations contained in Paragraph 52.

## Count V

53. Forum repeats the allegations and denials set forth in answer to Paragraphs 1 through 52.

54. Forum denies the allegations contained in Paragraph 54.

55. Forum denies the allegations contained in Paragraph 55.

56. Forum denies the allegations contained in Paragraph 56.

57. Forum denies the allegations contained in Paragraph 57.

58. Forum denies the allegations contained in Paragraph 58.

59. Forum denies the allegations contained in Paragraph 59.

60. Forum denies the allegations contained in Paragraph 60.

61. Forum denies the allegations contained in Paragraph 61.

## Count VI

62. Forum repeats the allegations and denials set forth in answer to Paragraphs 1 through 61.

63. Forum denies the allegations contained in Paragraph 63.

64. Forum denies the allegations contained in Paragraph 64.

65. Forum denies the allegations contained in Paragraph 65.

66. Forum denies the allegations contained in Paragraph 66.

67. Forum denies the allegations contained in Paragraph 67.

68. Forum denies the allegations contained in Paragraph 68.

69. Forum denies the allegations contained in Paragraph 69.

70. Forum denies the allegations contained in Paragraph 70.

71. Forum denies the allegations contained in Paragraph 71.

72. Forum denies the allegations contained in Paragraph 72.

## Count VII

73. Forum repeats the allegations and denials set forth in answer to Paragraphs 1 through 72.

74. Forum denies the allegations contained in Paragraph 74.

75. Forum denies the allegations contained in Paragraph 75.

76. Forum denies the allegations contained in Paragraph 76.

77. Forum denies the allegations contained in Paragraph 77.

78. Forum denies the allegations contained in Paragraph 78.

79. Forum denies the allegations contained in Paragraph 79.

80. Forum denies the allegations contained in Paragraph 80.

## Count VIII

81. Forum repeats the allegations and denials set forth in answer to Paragraphs 1 through 80.

82. Forum denies the allegations contained in Paragraph 82.

83. Forum denies the allegations contained in Paragraph 83.

84. Forum denies the allegations contained in Paragraph 84.

85. Forum denies the allegations contained in Paragraph 85.

86. Forum denies the allegations contained in Paragraph 86.

87. Forum denies the allegations contained in Paragraph 87.

88. Forum denies the allegations contained in Paragraph 88.

### THIRD DEFENSE

Insofar as the evidence adduced through discovery or at the time of trial reveals that Plaintiff failed to timely commence the instant action, Forum asserts any and all statutes of limitation as a complete or partial bar to Plaintiff's claims.

### FOURTH DEFENSE

Insofar as the evidence adduced through discovery or at the time of trial reveals that Plaintiff's commencing the instant action is inconsistent with Plaintiff's prior conduct, Forum asserts estoppel as a complete or partial bar to Plaintiff's claims.

### FIFTH DEFENSE

Insofar as the evidence adduced through discovery or at the time of trial reveals that Plaintiff relinquished its right to commence the instant action, Forum asserts waiver as a complete or partial bar to Plaintiff's claims.

### SIXTH DEFENSE

Insofar as the evidence adduced through discovery or at the time of trial reveals that Plaintiff acted in bad faith, Forum asserts fraud as a complete or partial bar to Plaintiff's claims.

### SEVENTH DEFENSE

Insofar as the evidence adduced through discovery or at the time of trial reveals that Plaintiff could have avoided certain costs, Forum asserts failure to mitigate damages as a complete or partial bar to Plaintiff's claims.

## EIGHTH DEFENSE

Insofar as the evidence adduced through discovery or at the time of trial reveals that Plaintiff unreasonably delayed in commencing the instant action, Forum asserts laches as a complete or partial bar to Plaintiff's claims.

## NINTH DEFENSE

Plaintiff's claim is barred in whole, or in part, by the doctrines of accord and satisfaction.

## TENTH DEFENSE

Insofar as the evidence adduced through discovery or at trial reveals that Plaintiff's conduct caused its damages then, in that event, Forum asserts Plaintiff's contributory negligence as a complete or partial bar to Plaintiff's claims.

## ELEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of release.

## TWELFTH DEFENSE

Forum did not breach any material contractual obligations owed to the Plaintiff and fulfilled all of its obligations under the agreements existing between the parties.

## THIRTEENTH DEFENSE

Insofar as the evidence adduced through discovery or at the time of trial reveals that Plaintiff sustained damages, which is denied, Forum then asserts that said damages were caused solely from the acts or omissions of persons or parties other than Forum for which acts or omissions it is not responsible.

**FOURTEENTH DEFENSE**

To the extent justified by the facts developed in discovery or at the time of trial, raised is a complete or partial bar to any and all alleged liability is a limitation of the warranty provided with the subject light fixtures.

**FIFTEENTH DEFENSE**

Forum's conduct was reasonable and in compliance with the laws of all applicable jurisdictions as well as in compliance with the terms and conditions of the agreements and/or contracts existing between the parties.

**SIXTEENTH DEFENSE**

To the extent justified by the facts developed in discovery or at the time of trial, Forum raises, as a complete or partial bar to any and all alleged liability, the limitation of any liability language provided to the Plaintiff.

WHEREFORE, Defendant, Forum Inc., prays that this action be dismissed with prejudice and that it be awarded its costs and such further relief as is just and equitable.


Dated:  November 16, 2005        /s/ Philip J. Harvey
                                 Philip J. Harvey, Esquire (DC Bar #252080)
                                 Venable, LLP
                                 8010 Towers Crescent Drive, Suite 300
                                 Vienna, VA  22182

                                 Steven W. Zoffer, Esquire
                                 Dickie, McCamey & Chilcote, P.C.
                                 Two PPG Place, Suite 400
                                 Pittsburgh, PA  15222

                                 (Counsel for Defendant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Answer has been served this 16th day of November, 2005, electronically and via U.S. first class mail, postage prepaid, to the following counsel of record:

Stephen M. Ryan, Esquire
Stephen L. Neal, Jr., Esquire
Manatt, Phelps & Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, DC 20005
**Counsel for Plaintiff**

/s/
Philip J. Harvey

::ODMA\PCDOCS\MC1DOCS1\194338\2