IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v<br><br>FORUM, INC., et al.,<br><br>　　　　Defendants. | Civil Action No.: 1:05CV01837<br>Judge Paul L. Friedman |

## LOCAL RULE 16.3 JOINT STATUS REPORT

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 16.3, Plaintiff National Railroad Passenger Corporation ("Amtrak") and Defendant Forum, Inc. ("Forum") (Amtrak and Forum collectively, the "Parties"), by and through their respective counsel of record, respectfully submit this Joint Status Report and proposed Scheduling Order:

1. The Parties believe this case may be disposed of by dispositive motion at the appropriate time.

2. Any additional parties should be joined within thirty (30) days of the service of the responses to all written discovery (by May 12, 2006) and any amendment to the pleadings should be in accordance with the Federal and Local Rules. It is not likely that the factual and/or legal issues can be agreed upon or narrowed until discovery is underway or concluded.

3. The Parties agree that this case should not be referred to a Magistrate Judge for trial, but have no objection to a Magistrate Judge handling discovery disputes and/or alternative dispute resolution.

30183307.1

4. The Parties believe that there is a realistic possibility of settling the case, but only after some discovery has been taken.

5. The Parties do believe this case should be referred for alternative dispute resolution procedures. The Parties agree to mediate the case through the Court's non-binding Mediation Program or with a Magistrate Judge.

6. The Parties believe this case may be resolved at the appropriate time through motion(s) for summary judgment. The Parties may move for summary judgment as to any and all claims at the appropriate time in accordance with the Federal and Local Rules. The Parties believe that such motions should be filed with the Court no later than one hundred twenty (120) days following the close of all discovery in this action (by January 8, 2007) and all Oppositions and Reply Memoranda should be filed in accordance with the Federal and Local Rules.

7. The Parties believe that Initial Disclosures required by Fed. R. Civ. P. 26(a)(1) should be exchanged by January 30, 2006.

8. The Parties agree that Witness Lists should be exchanged within sixty (60) days of the Initial Scheduling Conference (by February 10, 2006). The Parties believe that all written discovery in this action should be served within ninety (90) days of the Initial Scheduling Conference (by March 13, 2006) and all fact discovery should be concluded within two-hundred seventy (270) days of the Initial Scheduling Conference (by September 8, 2006). The Parties believe that the presumptive limit on the number of depositions should be waived, but agree that interrogatories, document requests, requests for admissions, and the duration of depositions should be governed by the Federal and Local Rules.

30183307.1

9. The Parties agree that Proponents' Fed. R. Civ. P. 26(a)(2) statements should be served within thirty (30) days of the close of fact discovery (by October 9, 2006) and Opponents Fed. R. Civ. P. 26(a)(2) statements should be served within sixty (60) days of the close of all discovery (by November 7, 2006). The Parties agree that all expert depositions should be concluded within ninety (90) days of the close of fact discovery (by December 7, 2006).

10. This is not a class action.

11. The Parties do not believe that trial or discovery should be bifurcated or managed in phases.

12. The Parties believe that the Court should set the date of the Pretrial Conference after the Court rules on dispositive motions.

13. The Parties agree that the Court should set a firm trial date at the Pretrial Conference, not at the Initial Scheduling Conference.

14. The Parties agree that there are no other matters appropriate for inclusion in the Scheduling Order.

30183307.1

Dated: December 13, 2005　　　　　　　　Respectfully submitted,

By: _____/s/_____
Stephen M. Ryan, DC Bar No. 359099
Stephen L. Neal, Jr., DC Bar No. 441405
Manatt, Phelps & Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, DC  20005
(202) 585-6500 (Phone)
(202) 585-6600 (Fax)
sneal@manatt.com
sryan@manatt.com

Counsel for Plaintiff
National Railroad Passenger Corporation

Of Counsel

Marylin J. Milner, DC Bar No. 390626
Associate General Counsel
National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, DC  20002
(202) 906-3027 (Phone)
milnerm@amtrak.com

_____/s/_____
Philip J. Harvey, Esq., D.C. Bar No. 252080
Venable, LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
703-760-1928 (phone)
703-821-8949 (fax)
pjharvey@venable.com

30183307.1

/s/
_____
Steven W. Zoffer, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222
412-281-7272 (phone)
412-392-5367 (fax)
szoffer@dmclaw.com

Counsel for Defendant Forum, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of December, 2005, a copy of the Joint Status Report and proposed Scheduling Order were served by first-class mail upon:

Philip J. Harvey, Esq.
Venable, LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA  22182
Steven W. Zoffer, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222

                                                /s/
                                          Stephen L. Neal, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL RAILROAD PASSENGER
CORPORATION,

        Plaintiff,

v

FORUM, INC., et al.,

        Defendants.

Civil Action No.: 1:05CV01837
Judge Paul L. Friedman

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 26 and Local Rule 16.3, it is hereby

**ORDERED** that:

1. Initial Disclosures as required by Fed. R. Civ. P. 26(a)(1) shall be exchanged by January 30, 2006.

2. Witness Lists shall be exchanged by February 10, 2006.

3. All written discovery shall be served by March 13, 2006.

4. Any additional parties shall be joined by May 12, 2006.

5. All fact discovery shall be concluded by September 8, 2006.

6. Proponents' Fed. R. Civ. P. 26(a)(2) statements shall be served by October 9, 2006.

7. Opponents' Fed. R. Civ. P. 26(a)(2) statements shall be served by November 7, 2006.

8. All expert depositions shall be concluded by December 7, 2006.

9. Motions for summary judgment, if any, shall be filed by January 8, 2007.

30183307.1

10. Amendments to the pleadings, if any, shall be in accordance with the Federal and Local Rules.

11. If referred for alternative dispute resolution, this case shall be mediated through the Court's non-binding Mediation Program or with a Magistrate Judge.

12. The presumptive limit on the number of depositions shall be waived, but interrogatories, document requests, requests for admission, and the duration of depositions shall be governed by the Federal and Local Rules.

_____                        _____
Date                                                  The Honorable Paul L. Friedman
                                                      United States District Judge

Copies to:

Stephen M. Ryan, Esq.
Stephen L. Neal, Jr. Esq.
Manatt, Phelps & Phillips, LLP
700 12th Street, NW, Suite 1100
Washington, DC 20005
(202) 585-6500 (Phone)
(202) 585-6600 (Fax)
sryan@manatt.com
sneal@manatt.com

Counsel for The National Railroad Passenger Corporation

Marylin Jenkins Milner, Esq.
Associate General Counsel
National Railroad Passenger Corporation
60 Massachusetts Avenue, NE
Washington, DC 20002
(202) 906-3027 (Phone)
MilnerM@amtrak.com

Of Counsel for The National Railroad Passenger Corporation

2

30183307.1

Philip J. Harvey, Esq.
Venable, LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA  22182
703-760-1600 (Phone)
703-821-8949 (Fax)
pjharvey@venable.com

Steven W. Zoffer, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222
412-281-7272 (Phone)
412-392-5367 (Fax)
szoffer@dmclaw.com

Counsel for Defendant Forum, Inc.

3

30183307.1