UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL RAILROAD PASSENGER CORP.,<br><br>     Plaintiff,<br><br>     v.<br><br>FORUM, INC.,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1837 (PLF)<br>)<br>)<br>)<br>)<br>) |

SCHEDULING ORDER

The parties appeared for a meet and confer status conference on December 20, 2005. Based upon the Rule 16.3 Joint Report submitted to the Court and the representations of counsel, it is hereby ORDERED that

1. Any motion to amend the pleadings or join additional parties shall be made by May 12, 2006

2. Fact discovery shall be completed by September 8, 2006. Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

3. The presumptive limit on the number of depositions shall be waived, but interrogatories, document requests, requests for admission, and the duration of depositions shall be governed by the Federal Rules of Civil Procedure and the Local Civil Rules.

4. Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be made by January 20, 2006.

5. The parties shall exchange witness lists by February 10, 2006.

6. All written discovery shall be served by March 13, 2006.

7. Disclosures of retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by October 9, 2006. Disclosures of rebuttal experts are due by November 7, 2006.

8. Depositions of all retained experts shall be completed by December 7, 2006.

9. Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court. If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers. Counsel shall not file a discovery motion without a prior conference with the Court and opposing counsel.

10. A further status conference is scheduled for August 4, 2006 at 9:30 a.m.

11. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

12. Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. See LCvR 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 20, 2005