UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
NATIONAL RAILROAD PASSENGER         )
CORPORATION,                        )
                                    )
        Plaintiff,                  )
                                    )  Civil Action No.: 1:05CV01837
    v.                              )  Judge: Paul L. Friedman
                                    )
FORUM, INC.,                        )
                                    )
        Defendant.                  )
_____)

## INITIAL DISCLOSURE STATEMENT PURSUANT TO RULE 26(a)

AND NOW, comes Defendant, Forum, Inc., by and through its counsel, Venable, LLP and Dickie McCamey & Chilcote, P.C., and hereby files the within Disclosures Pursuant to Federal Rule of Civil Procedure 26(a). Forum, Inc. will supplement its disclosures in accordance with Federal Rule of Civil Procedure 26(e).

**I.   INITIAL DISCLOSURES**

A.   Names of each individual likely to have discoverable information that Forum, Inc. may use to support its claims or defenses. The Forum, Inc. witnesses may be contacted through undersigned counsel:

**FACT WITNESSES**

**FORUM, INC.**

     1.   Paula A. Garret
         Senior Vice President

     2.   Jonathan Garret
         Senior Vice President

    3.      Donald Dziubaty
            Vice President

    4.      William Dapper
            Plant Manager

    5.      Robert Kadlick
            Senior Design Engineer

    6.      Bruce Englert
            Machine Shop Supervisor

## **NATIONAL RAILROAD PASSENGER CORPORATION**

    1.      Michael Latiff

    2.      Michael J. Rienzi
            Vice President, Procurement
            And Materials Management

    3.      Donna M. Pasquella
            Senior Contract Manager, Procurement

    4.      Mary Montgomery
            AIA Manager, Station Programs

    5.      Gary E. Eckenrode
            Senior Director, Construction Procurement

    6.      Michael McGraw
            Contract Administrator, Materials Management

    7.      Ellen Taylor, AIA
            Director, Station Programming and Planning

    8.      Dusty Rhodes

    9.      Daniel Pierce

    10.    Craig Cutrone

    11.    William Louie

    12.    William Drexel

13. Steve Uanna

14. Brian Crampton

15. Wayne Pusey

16. Robert Warfield

17. Patrick Cabrey

18. Greg Kredensor

19. Paul Mancini

20. Anthony Scorpio

21. Al Mandia

22. Any witness identified in Plaintiff's Rule 26(a) disclosures

**THIRD PARTY WITNESSES**

1. James N. Branch
   DPK&A Associates, LLP
   421 Chestnut Street
   Philadelphia, PA 19106
   (215) 627-2700

2. Sherman Aronson
   DPK&A Associates, LLP
   421 Chestnut Street
   Philadelphia, PA 19106
   (215) 627-2700

3. Daniel Peter Kopple
   DPK&A Associates, LLP
   421 Chestnut Street
   Philadelphia, PA 19106
   (215) 627-2700

4. Jeffrey Cosoi
   Kling Lindquist

5. William Burdick
   Kling Lindquist

6.     Florentino Ouano
   Kling Lindquist

7.     Scott Hershman
   Fisher Marantz Stone

8.     Charles Stone
   Fisher Marantz Stone

9.     Todd Talbot
   Director, Environmental Testing
   and/ or other qualified representative(s)
   of MET Laboratories, Inc.
   914 West Patapsco Avenue
   Baltimore, MD 21230-3432
   (410) 354-3300

10.     Gerald McCall, Jr.
    Sales Manager
    Southco, Inc.

11.     Larry Thomas,
    Southco, Inc.

12.     Michael A. Bachich
    General Manager, Diversified Markets
    Southco., Inc.

13.     Al Lassoff
    Regional Manager, OEM Business Unit
    Advance Transformer Company
    10275 West Higgins Road
    Rosemont, IL 60018-5603
    (847) 390-5000

14.     Gerald M. Plank, Jr.
    Wilger Testing Company
    654 Sarah Avenue
    Sarasota, FL 34233
    (941) 925-2049

15.     William G. Plank
    Laboratory Supervisor
    Wilger Testing Company
    654 Sarah Avenue
    Sarasota, FL 34233

      (941) 925-2049

16.    Joseph O'Neill
       President
       Wilger Testing Company
       654 Sarah Avenue
       Sarasota, FL 34233
       (941) 925-2049

17.    Robert D. Burack, PE
       Consultant

18.    J. Peter Merther, PE
       and/or other qualified representative(s)
       of Non Destructive Testing Group, Inc.
       100 Parkway View Drive
       Pittsburgh, PA 15202
       (412) 788-1207

19.    Qualified representative(s)
       Underwriters Laboratories, Inc.
       1285 Walt Whitman Road
       Melville, NY 11747
       (516) 271-6200

20.    William Drexel

21.    Timothy Sullivan

22.    John Coiner and/or other qualified representative(s)
       Remote Control Systems
       75 Pennsylvania Avenue
       Irwin, PA 15642
       (724) 864-7100

23.    Any witness identified in Plaintiff's Rule 26(a) disclosures

    B.    Description by category and location of all documents, data compilations, and tangible things that are in Forum, Inc.'s possession, custody, or control and that may be used to support its defenses. All documents referenced below have been previously

produced to Plaintiff. Copies of said documents, however, are available for review upon request:

1. Contracts between the parties, including any and all modifications

2. Any and all correspondence between the parties and/or third parties as identified above

3. Design specifications and/or drawings prepared by/on behalf of Plaintiff

4. Light Fixture Design Specification for Amtrak Luminaire Development and Fabrication Northeast corridor Stations

5. MET Laboratories, Inc. report(s)

6. NEMA Standards

7. Underwriters Laboratories, Inc reports and/or standards

8. Wilger Testing Company reports

9. Amtrak HSR Light Fixtures Drawing Review report

10. Resumes/curriculum vitas of Plaintiff representatives and/or consultants

11. Meeting Memorandum

12. Station Layout Drawings

13. Any document identified/produced in any other Rule 26 disclosure statement.

C. Forum, Inc. has not filed a counterclaim for damages in the above-captioned action. Therefore, no computation of any category of damages is claimed by Forum, Inc.

D. Available for inspection and copying as under Rule 34, a policy of insurance responsive to Federal Rule of Civil Procedure 26(a)(1)(d) does exist in this matter. The professional liability policy was issued by Lloyd's, London.

Dated: February 3, 2006

/s/ Philip J. Harvey
Philip J. Harvey, Esquire (DC Bar #252080)
Venable, LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA  22182

Steven W. Zoffer, Esquire
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222

(Counsel for Defendant)