UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1837 (PLF) |
| ) | |
| FORUM, INC., ) | |
| ) | |
| Defendant. ) | |

ORDER

Defendant recently filed with the Court its disclosures pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure. As the Federal and Local Rules make clear, however, discovery material is not to be filed with the Court unless so ordered. See Fed. R. Civ. P. 26(a)(4); LCvR 5.2(a). Accordingly, it is hereby

ORDERED that defendant shall cease filing discovery with the Court.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 7, 2006