UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>FORUM, INC.,<br><br>    Defendant. | Case Number: 1:05CV01837<br><br>Judge: Paul L. Friedman<br><br>**FILED ELECTRONICALLY** |

## MOTION FOR LEAVE OF COURT TO FILE THIRD PARTY COMPLAINT

AND NOW, comes Defendant, Forum, Inc. ("Forum"), by and through its attorneys, Dickie, McCamey & Chilcote, P.C., and files this Motion for Leave, averring as follows:

1. This litigation was commenced when Plaintiff, National Railroad Passenger Corporation ("Amtrak"), filed its Complaint on September 16, 2005, and First Amended Complaint on October 27, 2005, against Defendant, Forum, Inc. ("Forum").

2. Summarily, the litigation stems from Forum's design and manufacture of certain light fixtures for Amtrak.

3. Amtrak advanced the following claims against Forum in the latter pleading: (a) rejection/revocation of acceptance; (b) breach of contract; (c) breach of implied warranty of good faith and fair dealing; (d) breach of express warranty; (e) breach of implied warranty; (f) negligence; (g) fraud; (h) unjust enrichment. (*See*, First Amended Complaint.)

4. Forum denied the allegations of these counts in its November 10, 2005, Answer. (*See*, Answer.)

5. At this juncture, Forum seeks leave of court in order to accomplish a particular objective, as Federal Rule of Civil Procedure 13(a) requires the same.

6. Specifically, Forum seeks permission to file a Third-Party Complaint against Advance Transformer Co. ("Advance") and Southco, Inc. ("Southco"). A true and correct copy of the Third-Party Complaint is attached hereto as Exhibit "A".

7. Forum's current request to join Advance and Southco is the result of information recently acquired.

8. Neither Advance nor Southco was referenced in Amtrak's First Amended Complaint.

9. The participation of Advance and Southco in this litigation is necessary to resolve the same and prevent a subsequent waste of judicial resources.

10. Further, Counsel for Amtrak has consented to Forum's joining and filing a Third-Party Complaint against Advance and Southco.

WHEREFORE, Defendant, Forum, Inc., respectfully requests that this Honorable Court enter the attached Order of Court and permitting it to file the Third-Party Complaint.

Dated: <u>May 4, 2006</u>       Respectfully submitted,

By:     <u>/s/ Steven W. Zoffer</u>
Steven W. Zoffer, Esquire
D.C. Bar #435772
Douglas M. Grimsley, Esquire
Dist. Ct. of D.C. #PA0019
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222
(412) 281-7272 (Telephone)
(412) 392-5397 (Facsimile)
szoffer@dmclaw.com
dgrimsley@dmclaw.com

Attorneys for Defendant,
Forum, Inc.

**CERTIFICATE OF SERVICE**

I, Steven W. Zoffer, Esquire, hereby certify that a true and correct copy of the foregoing Motion for Leave has been served this 4th day of May, 2006, electronically and via U.S. first class mail, postage prepaid, to the following counsel of record:

Stephen M. Ryan, Esquire
Stephen L. Neal, Jr., Esquire
Manatt, Phelps & Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, DC  20005
*Counsel for Plaintiff*

/s/ Steven W. Zoffer
Steven W. Zoffer, Esquire