# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case Number: 1:05CV01837** |
| ) | |
| ) | **Judge: Paul L. Friedman** |
| ) | |
| **FORUM, INC.,** ) | **FILED ELECTRONICALLY** |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2006, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's Motion for Leave of Court to File Third Party Complaint is GRANTED. Furthermore, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's Third-Party Complaint attached as Exhibit "A" to Defendant's Motion for Leave shall be deemed filed with this Court effective as of the date of the signing of this Order.

_____J.