## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**NATIONAL RAILROAD PASSENGER
CORPORATION,**

     **Plaintiff,**

  **v.**

**FORUM, INC.,**

     **Defendant
     and Third-Party Plaintiff,**

  **v.**

**ADVANCE TRANSFORMER, CO.**

     **Third-Party Defendant.**

**and**

**SOUTHCO, INC.,**

     **Third-Party Defendant.**

**Case Number:  1:05CV01837**

**Judge:  Paul L. Friedman**

**FILED ELECTRONICALLY**

## THIRD PARTY COMPLAINT

  AND NOW, comes Defendant/Third-Party Plaintiff, Forum, Inc. ("Forum"), by and through its undersigned counsel of record and files the following Third-Party Complaint against Third-Party Defendants, Advance Transformer Co. ("Advance") and Southco, Inc. ("Southco") for all sums that may be adjudged against Forum in accordance with Federal Rule of Civil Procedure 14(a).



      1.      Plaintiff, National Railroad Passenger Corporation ("Amtrak"), has filed a First Amended Complaint against Forum in the United States District Court for the District of Columbia at Civil Action No.:  1:05CV01837.

## PARTIES

      2.      Amtrak is a corporation established by Act of Congress with its principal place of business situated at 60 Massachusetts Avenue, NE, Washington, DC 20002.

      3.      Forum is a corporation organized in the Commonwealth of Pennsylvania with its principal place of business situated at 908 Old Freeport Road, Pittsburgh, Pennsylvania 15238.

      4.      Advance is a corporation organized in the Commonwealth of Delaware with its principal place of business situated at 10275 West Higgins Road, Rosemont, Illinois 60018.

      5.      Southco is a corporation organized in the Commonwealth of Delaware with its principal place of business situated at 210 N. Brinton Lake Road, Concordville, Pennsylvania 19331.

## JURISDICTION AND VENUE

      6.      This Court has subject matter jurisdiction over this action pursuant to both 28 U.S.C. §1331 and 28 U.S.C. §1367.

      7.      Venue is proper in this District pursuant to 28 U.S.C. §1391.

## CLAIM FOR RELIEF

8.      In its First Amended Complaint, Amtrak advances causes of action against Forum sounding in (a) rejection/revocation of acceptance; (b) breach of contract; (c) breach of implied covenant of good faith and fair dealing; (d) breach of express warranty; (e) breach of implied warranty; (f) negligence; (g) fraud; (h) unjust enrichment.

9.      In its Answer, Forum has denied, and continues to deny the validity of the allegations and claims in Amtrak's First Amended Complaint.

10.     To protect its rights of indemnification and/or contribution and without admitting the allegations set forth in Amtrak's First Amended Complaint, Forum sets forth the following.

11.     At all times relevant hereto, Forum customarily engaged component part manufacturers to supply Forum with component parts which Forum incorporated into final products.

12.     Forum customarily engaged Advance for the purpose of supplying ballasts, which Forum then utilized in constructing its light fixtures, including the light fixtures which are the subject of Amtrak's First Amended Complaint.

13.     Advance knew or had reason to know that Forum incorporated Advance-supplied ballasts into Forum light fixtures.

14.     Forum customarily engaged Southco for the purpose of supplying clips, which Forum utilized in constructing its lighting fixtures, including the light fixtures which are the subject of Amtrak's First Amended Complaint.

15.     Southco knew or had reason to know that Forum incorporated Southco-supplied clips into Forum light fixtures.

16.    Amtrak asserts that certain Forum-supplied light fixtures exhibited problems and rendered the same inoperative. While Forum continues to strenuously deny these allegations, Forum contends that to the extent any such problems alleged in Amtrak's First Amended Complaint were the result of defective ballasts and clips, supplied by Advance and Southco, respectively and both Third-Party Defendants are liable to Forum as set forth herein.

17.    Amtrak asserts that certain Forum-supplied light fixtures failed to conform to certain design specifications. While Forum continues to deny these allegations, Forum contends that any such lack of conformity with design specifications alleged in Amtrak's First Amended Complaint was the result of nonconforming ballasts and clips, supplied by Advance and Southco, respectively.

## Count I
## Breach of Contract – Advance Transformer, Co.

18.    Forum incorporates by reference herein Paragraphs 1 through 17 of its Third-Party Complaint.

19.    There existed a valid contract, as evidenced by Forum Purchase Order No. 032886-00, between Forum and Advance for the supply of conforming ballast for use in the light fixtures which are the subject matter of this litigation.

20.    Forum complied with all terms of the contract.

21.    To the extent Amtrak's claims are based upon alleged incorporation of non-conforming ballasts into the subject light fixtures, which is expressly denied by Forum and strict proof thereof is demanded at the time of trial, for purposes of preserving its claims only, Forum avers that any such non-conformity in the ballasts provided by Advance would constitute a breach of contract for the same by supplying Forum with defective and/or non-conforming

4

ballasts. Any such action by Advance would constitute a material breach of the contract between Forum and Advance.

      22.    As a direct and proximate result of Advance's breach of contract, Forum has suffered and continues to suffer: damages in an amount to be proven at trial; all interest and penalties attributable to Advance's breach; and any and all other such damages as may be discovered.

**Count II**
**Unjust Enrichment – Advance Transformer, Co.**

      23.    Forum incorporates by reference herein Paragraphs 1 through 22 of its Third-Party Complaint.

      24.    Forum submitted payments to Advance for the ballasts supplied for use in the light fixtures delivered to Amtrak.

      25.    Said payments from Forum to Advance conferred a benefit on Advance.

      26.    To the extent Amtrak's claims are based upon alleged incorporation of non-conforming ballasts into the subject light fixtures, which is expressly denied by Forum and strict proof thereof is demanded at the time of trial, for purposes of preserving its claims only, Forum avers that any such non-conformity in the ballasts provided by Advance and paid for by Forum constitutes unjust enrichment of Advance.

## Count III

## Breach of Express Warranty – Advance Transformer, Co.

27.    Forum incorporates by reference herein Paragraphs 1 through 26 of its Third-Party Complaint.

28.    The "Terms and Conditions" of Forum Purchase Order No.: 032886-00, under which Advance contractually agreed to supply ballasts to Forum for incorporation into the light fixtures delivered to Amtrak provides that: "The Seller [Advance] expressly warrants that all of the articles, materials and work covered by this order shall conform to the specifications, that they will be merchantable, of goods material and workmanship and free from defect. This warranty shall run to the Buyer [Forum], its successors, assigns customers and user of its products. All warranties herein shall be construed as conditions as well as warranties and the representations and conditions herein contained shall not be deemed to be exclusive."

29.    To the extent Amtrak's claims are based upon alleged incorporation of non-conforming ballasts into the subject light fixtures, which is expressly denied by Forum and strict proof thereof is demanded at the time of trial, for purposes of preserving its claims only, Forum avers that any such non-conformity in the ballasts provided by Advance constitutes a breach of the express warranty provisions of the contract for the same by supplying Forum with defective and/or non-conforming ballasts.

30.    As a direct and proximate result of Advance's breach of express warranty, Forum has suffered and continues to suffer: damages in an amount to be proven at trial; all interest and penalties attributable to Advance's breach; and any and all other such damages as may be discovered.

## Count IV
## Breach of Contract – Southco, Inc.

31.     Forum incorporates by reference herein Paragraphs 1 through 30 of its Third-Party Complaint.

32.     There existed a valid contract, as evidenced by Forum Purchase Order Nos. 032857-00 and 032082-00, between Forum and Southco for the supply of conforming clips for use in the light fixtures which are the subject matter of this litigation.

33.     Forum complied with all terms of the contracts.

34.     To the extent Amtrak's claims are based upon alleged incorporation of non-conforming clips into the subject light fixtures, which is expressly denied by Forum and strict proof thereof is demanded at the time of trial, for purposes of preserving its claims only, Forum avers that any such non-conformity in the clips provided by Southco would constitute a breach of contract for the same by supplying Forum with defective and/or non-conforming clips. Any such action by Southco constitutes a material breach of the contract between Forum and Southco.

35.     As a direct and proximate result of Southco's breach of contract, Forum has suffered and continues to suffer: damages in an amount to be proven at trial; all interest and penalties attributable to Southco's breach; and any and all other such damages as may be discovered.

## Count V
## Unjust Enrichment – Southco, Inc.

36.     Forum incorporates by reference herein Paragraphs 1 through 35 of its Third-Party Complaint.

7

37.    Forum submitted payments to Southco for the clips supplied for use in the light fixtures delivered to Amtrak.

38.    Said payments from Forum to Southco conferred a benefit on Southco.

39.    To the extent Amtrak's claims are based upon alleged incorporation of non-conforming clips into the subject light fixtures, which is expressly denied by Forum and strict proof thereof is demanded at the time of trial, for purposes of preserving its claims only, Forum avers that any such non-conformity in the clips provided by Southco and paid for by Forum constitutes unjust enrichment of Southco.

### Count VI
### Breach of Express Warranty – Southco, Inc.

40.    Forum incorporates by reference herein Paragraphs 1 through 39 of its Third-Party Complaint.

41.    The "Terms and Conditions" of Forum Purchase Orders No.: 032082-00 and 032857-00, under which Southco contractually agreed to supply clips to Forum for incorporation into the light fixtures delivered to Amtrak provides that: "The Seller [Advance] expressly warrants that all of the articles, materials and work covered by this order shall conform to the specifications, that they will be merchantable, of goods material and workmanship and free from defect. This warranty shall run to the Buyer [Forum], its successors, assigns customers and user of its products. All warranties herein shall be construed as conditions as well as warranties and the representations and conditions herein contained shall not be deemed to be exclusive."

42.    To the extent Amtrak's claims are based upon alleged incorporation of non-conforming ballasts into the subject light fixtures, which is expressly denied by Forum and strict

proof thereof is demanded at the time of trial, for purposes of preserving its claims only, Forum

avers that any such non-conformity in the clips provided by Southco would constitute a breach of

the express warranty provisions of the contract for the same by supplying Forum with defective

and/or non-conforming clips.

43.     As a direct and proximate result of Southco's breach of express warranty, Forum

has suffered and continues to suffer: damages in an amount to be proven at trial; all interest and

penalties attributable to Southco's breach; and any and all other such damages as may be

discovered.

**Count VII**
**Negligence – Advance Transformer, Co.**

44.     Forum incorporates by reference herein Paragraphs 1 through 43 of its Third-

Party Complaint.

45.     Amtrak's multiple claims against Forum hinge upon an alleged defective product

and nonconforming design. Forum denies both supplying a defective product and providing a

nonconforming design. For purposes of preserving its claims only, Forum avers that any such

defective product or nonconforming design stems from negligent conduct on the behalf of

Advance.

46.     Advance undertook a duty to supply Forum with conforming ballasts for use in its

light fixtures.

47.     By virtue undertaking to supply Forum with conforming ballasts, Advance owed

Forum a duty of reasonable care and skill.

9

48.     To the extent Amtrak's claims are based upon supplying a defective product and providing a nonconforming design, which claims are expressly denied and strict proof thereof is demanded at time of trial, for purposes of preserving its claims only, Forum avers that Advance breached its duty of care and skill by supplying Forum with ballasts that were non-conforming to the required design specifications and use of the light fixtures.

49.     By breaching its duty and failing to supply Forum with conforming ballasts, Advance has caused Forum to incur substantial expenses in diagnosing and attempt to correct the problems alleged by Amtrak with the light fixtures.

50.     By breaching its duty and failing to supply Forum with conforming ballasts, Advance has caused Forum to be subject to liability as alleged in Amtrak's First Amended Complaint.

51.     As a direct and proximate cause of Advance's negligence, Forum has suffered and continues to suffer the aforementioned damages.

**Count VIII**
**Negligence – Southco, Inc.**

52.     Forum incorporates by reference herein Paragraphs 1 through 51 of its Third-Party Complaint.

53.     Amtrak's multiple claims against Forum hinge upon an alleged defective product and nonconforming design. Forum denies both supplying a defective product and providing a nonconforming design. For purposes of preserving its claims only, Forum avers that any such defective product or nonconforming design stems from negligent conduct on the behalf of Southco.

10

54.    Southco undertook a duty to supply Forum with conforming clips for use in its light fixtures.

55.    By virtue undertaking to supply Forum with conforming clips, Southco owed Forum a duty of reasonable care and skill.

56.    To the extent Amtrak's claims are based upon supplying a defective product and providing a nonconforming design, which claims are specifically denied and strict proof thereof is demanded at time of trial, for purposes of preserving its claims only, Forum avers that Southco breached its duty of care and skill by supplying Forum with clips that were non-conforming to the required design specifications and use of the light fixtures.

57.    By breaching its duty and failing to supply Forum with conforming clips, Southco has caused Forum to incur substantial expenses in diagnosing and attempt to correct the problems alleged by Amtrak with the light fixtures.

58.    By breaching its duty and failing to supply Forum with conforming clips, Southco has caused Forum to be subject to liability as alleged in Amtrak's First Amended Complaint.

59.    As a direct and proximate cause of Southco's negligence, Forum has suffered and continues to suffer the aforementioned damages.

## Count IX
## Common Law Contribution and Indemnity – Advance Transformer, Co.

60.    Forum incorporates by reference herein Paragraphs 1 through 59 of its Third-Party Complaint.

61.    Forum continues to deny liability to Amtrak.

62.    While Forum denies liability under any theory to Amtrak, if it is established that Forum is liable to Amtrak, then Forum is entitled to contribution and indemnity from Advance.

63.    Without admitting the allegations of Amtrak's Amended Complaint, if it is established that Forum is liable to Amtrak for the damage of which Amtrak complains, the occasion, nature, and extent of which presently are unknown by Forum and, therefore, denied, then Advance is directly and solely liable to Forum for such damage.

64.    Without admitting the allegations of Amtrak's Amended Complaint, if it is established that Forum is liable to Amtrak for the damage of which Amtrak complains, the occasion, nature, and extent of which presently are unknown by Forum and, therefore, denied, then Advance is jointly and severally liable with or liable over to Forum for such damage.

**Count X**
**Common Law Contribution and Indemnity – Southco, Inc.**

65.    Forum incorporates by reference herein Paragraphs 1 through 64 of its Third-Party Complaint.

66.    Forum continues to deny liability to Amtrak.

67.    While Forum denies liability under any theory to Amtrak, if it is established that Forum is liable to Amtrak, then Forum is entitled to contribution and indemnity from Southco.

68.    Without admitting the allegations of Amtrak's Amended Complaint, if it is established that Forum is liable to Amtrak for the damage of which Amtrak complains, the occasion, nature, and extent of which presently are unknown by Forum and, therefore, denied, then Southco is directly and solely liable to Forum for such damage.

69.    Without admitting the allegations of Amtrak's Amended Complaint, if it is established that Forum is liable to Amtrak for the damage of which Amtrak complains, the

occasion, nature, and extent of which presently are unknown by Forum and, therefore, denied, then Southco is jointly and severally liable with or liable over to Forum for such damage.

## PRAYER FOR RELIEF

WHEREFORE, Defendant and Third-Party Plaintiff, Forum, Inc., demands judgment against Third-Party Defendants, Advance Transformer and Southco, Inc. as follows:

A.    For judgment in favor of Forum, Inc. and against Advance Transformer Co. and Southco, Inc. on each of the above causes of action;

B.    For all sums that may be adjudged against Forum in favor of Amtrak in this action;

C.    Compensatory damages and/or restitution in an amount to be proven at trial;

D.    For all sums reasonably incurred by Forum in defense of this action;

E.    For all of Forum's costs in the suit;

F.    For any and all other relief to which Forum may be entitled.

**Jury Demand**

Forum, Inc. hereby demands a trial by jury of all causes of action so triable.

Dated: <u>May 4, 2006</u>

By___/s/ Steven W. Zoffer_____
Steven W. Zoffer, Esquire
D.C. Bar #435772
Douglas M. Grimsley, Esquire
Dist. Ct. of D.C. #PA0019

Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222
(412) 281-7272 (Telephone)
(412) 392-5397 (Facsimile)

szoffer@dmclaw.com
dgrimsley@dmclaw.com

Attorneys for Defendant,
Forum, Inc.

## CERTIFICATE OF SERVICE

I, Douglas M. Grimsley, Esquire, hereby certify that a true and correct copy of the foregoing Third Party Complaint has been served this _____ day of _____, 2006, electronically and via U.S. first class mail, postage prepaid, to the following counsel of record:

Stephen M. Ryan, Esquire
Stephen L. Neal, Jr., Esquire
Manatt, Phelps & Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, DC  20005
*Counsel for Plaintiff*

_____/s/ Steven W. Zoffer_____
Steven W. Zoffer, Esquire