## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION,** ) ) ) | |
| ) **Plaintiff,** ) | **Case Number:  1:05CV01837** |
| ) | |
| v. ) | **Judge:  Paul L. Friedman** |
| ) ) | |
| ) | **FILED ELECTRONICALLY** |
| **FORUM, INC.,** ) ) | |
| **Defendant.** ) ) | |

## NOTICE OF COMMANDED PRODUCTION OF DOCUMENTS

TO:   Stephen M. Ryan, Esquire
      Stephen L. Neal, Jr., Esquire
      Manatt, Phelps & Phillips, LLP
      700 12th Street, N.W., Suite 1100
      Washington, DC  20005

Please take notice that Defendant, Forum, Inc., by and through its counsel, Dickie, McCamey & Chilcote, P.C., pursuant to Federal Rule of Civil Procedure 45, intends to serve Subpoenas in Civil Case to Command Production of Documents, identical to the ones that are attached to this Notice as Exhibits 1, 2, and 3.

Respectfully submitted,

By:   /s/ Steven W. Zoffer
      Steven W. Zoffer, Esquire
      szoffer@dmclaw.com
      Douglas M. Grimsley, Esquire
      dgrimsley@dmclaw.com
      Dickie, McCamey & Chilcote, P.C.
      Two PPG Place, Suite 400
      Pittsburgh, PA  15222
      (412) 281-7272
      (412) 392-5367 Fax
      (Counsel for Defendant)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Commanded Production of Documents has been served this 5th day of May, 2006, electronically and via U.S. first class mail, postage prepaid, to the following counsel of record:

Stephen M. Ryan, Esquire
Stephen L. Neal, Jr., Esquire
Manatt, Phelps & Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, DC  20005
*Counsel for Plaintiff*

By:   /s/ Steven W. Zoffer
      Steven W. Zoffer, Esquire
      szoffer@dmclaw.com
      Douglas M. Grimsley, Esquire
      dgrimsley@dmclaw.com
      Dickie, McCamey & Chilcote, P.C.
      Two PPG Place, Suite 400
      Pittsburgh, PA  15222