UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> FORUM, INC., <br><br> Defendant <br> and Third-Party Plaintiff, <br><br> v. <br><br> ADVANCE TRANSFORMER, CO. <br><br> Third-Party Defendant. <br><br> and <br><br> SOUTHCO, INC., <br><br> Third-Party Defendant. | Case Number: 1:05CV01837 <br><br> Judge: Paul L. Friedman <br><br> **FILED ELECTRONICALLY** |

**MOTION FOR LEAVE OF COURT TO FILE AMENDED ANSWER AND COUNTERCLAIM TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

AND NOW, comes Defendant, Forum, Inc. ("Forum"), by and through its attorneys, Dickie, McCamey & Chilcote, P.C., and files this Motion for Leave, averring as follows:

1. This litigation was commenced when Plaintiff, National Railroad Passenger Corporation ("Amtrak"), filed its Complaint on September 16, 2005, and First Amended Complaint on October 27, 2005, against Defendant, Forum, Inc. ("Forum").

2. Summarily, the litigation stems from Forum's design and manufacture of certain light fixtures for Amtrak.

3. Amtrak advanced the following claims against Forum in the latter pleading: (a) rejection/revocation of acceptance; (b) breach of contract; (c) breach of implied warranty of good faith and fair dealing; (d) breach of express warranty; (e) breach of implied warranty; (f) negligence; (g) fraud; (h) unjust enrichment. (*See*, First Amended Complaint.)

4. Forum denied the allegations of these counts in its November 10, 2005, Answer. (*See*, Answer.)

5. At this juncture, Forum seeks leave of court in order to accomplish a particular objective, as Federal Rule of Civil Procedure 13(a) requires the same.

6. Specifically, Forum seeks permission to file an Amended Answer and Counterclaim to Plaintiff's First Amended Complaint, a copy of which is attached hereto as Exhibit A.

7. Forum has discovered a viable breach of contract claim against Amtrak and is entitled to assert the same, as the applicable statute of limitation has not expired.

WHEREFORE, Defendant, Forum, Inc., respectfully requests that this Honorable Court enter the attached Order of Court and permit it to file its Amended Answer and Counterclaim to Plaintiff's First Amended Complaint.

Dated: May 12, 2006    Respectfully submitted,

By:  /s/ Steven W. Zofffer
Steven W. Zoffer, Esquire
D.C. Bar #435772
szoffer@dmclaw.com
Douglas M. Grimsley, Esquire
D.C. Bar#PA0019
dgrimsley@dmclaw.com

Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222
(412) 281-7272 (Telephone)
(412) 392-5397 (Facsimile)

Attorneys for Defendant/Third-Party
Plaintiff, Forum, Inc.

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Leave has been served this 12th day of May, 2006, electronically and via U.S. first class mail, postage prepaid, to the following counsel of record:

Stephen M. Ryan, Esquire
Stephen L. Neal, Jr., Esquire
Manatt, Phelps & Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, DC  20005
*Counsel for Plaintiff*

By:  /s/  Steven W. Zoffer
Steven W. Zoffer, Esquire
D.C. Bar #435772
szoffer@dmclaw.com
Douglas M. Grimsley, Esquire
D.C. Bar#PA0019
dgrimsley@dmclaw.com

Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222
(412) 281-7272 (Telephone)
(412) 392-5397 (Facsimile)

Attorneys for Defendant/Third-Party
Plaintiff, Forum, Inc.