UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
                                     )
**NATIONAL RAILROAD PASSENGER**      )
**CORPORATION,**                     )
                                     )
       **Plaintiff,**   )
                                     )
v.                                   )   Case Number:  1:05CV01837
                                     )
                                     )   Judge:  Paul L. Friedman
                                     )
**FORUM, INC.,**                     )
                                     )
       **Defendant**    )
       **and Third-Party Plaintiff,**   )
                                     )
v.                                   )
                                     )
**ADVANCE TRANSFORMER, CO.**         )
                                     )
       **Third-Party Defendant.**   )
                                     )
and                                  )
                                     )
**SOUTHCO, INC.,**                   )
                                     )
       **Third-Party Defendant.**   )
_____ )

## ORDER OF COURT

AND NOW, this _____ day of _____, 2006, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's Motion for Leave of Court to File Amended Answer and Counterclaim to Plaintiff's First Amended Complaint is GRANTED. Furthermore, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's Amended Answer and Counterclaim to Plaintiff's First Amended Complaint attached as Exhibit "A" to Defendant's Motion for Leave shall be deemed filed with this Court effective as of the date of the signing of this Order.

                                                                                                    _____J.