UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORUM, INC., )<br>)<br>Defendant )<br>and Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>ADVANCE TRANSFORMER, CO. )<br>and SOUTHCO, INC., )<br>)<br>Third-Party Defendants. ) | Case Number: 1:05CV01837<br><br>Judge: Paul L. Friedman |

### NOTICE OF COMMANDED PRODUCTION OF DOCUMENTS

TO:   Stephen M. Ryan, Esquire
        Stephen L. Neal, Jr., Esquire
        Manatt, Phelps & Phillips, LLP
        700 12th Street, N.W., Suite 1100
        Washington, DC 20005

Please take notice that Defendant, Forum, Inc., by and through its counsel, Dickie, McCamey & Chilcote, P.C., pursuant to Federal Rule of Civil Procedure 45, intends to serve Subpoenas in Civil Case to Command Production of Documents, identical to the ones that are attached to this Notice as Exhibits 1, 2, 3, 4 and 5.

Respectfully submitted,

By:   /s/ Steven W. Zoffer
     Steven W. Zoffer, Esquire
     szoffer@dmclaw.com
     Douglas M. Grimsley, Esquire
     dgrimsley@dmclaw.com
     Dickie, McCamey & Chilcote, P.C.
     Two PPG Place, Suite 400
     Pittsburgh, PA  15222
     (412) 281-7272
     (412) 392-5367 Fax
     (Counsel for Defendant)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Commanded Production of Documents has been served this 12th day of June, 2006, electronically and via U.S. first class mail, postage prepaid, to the following counsel of record:

Stephen M. Ryan, Esquire
Stephen L. Neal, Jr., Esquire
Manatt, Phelps & Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, DC  20005
***Counsel for Plaintiff***

David G. Gibson, Esquire
Associate Counsel
Southco, Inc.
P.O. Box 0116
210 N Brinton Lake Road
Concordville, PA 19331-0116

Advance Transformer Co.
10275 West Higgins Road
Roesemont, Illinois 60018

By: /s/ Steven W. Zoffer
Steven W. Zoffer, Esquire
szoffer@dmclaw.com
Douglas M. Grimsley, Esquire
dgrimsley@dmclaw.com
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222