UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORUM, INC., )<br>)<br>Defendant )<br>and Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>ADVANCE TRANSFORMER, CO. )<br>and SOUTHCO, INC., )<br>)<br>Third-Party Defendants. ) | Case Number: 1:05CV01837<br><br>Judge: Paul L. Friedman<br><br>**ELECTRONICALLY FILED** |

## NOTICE OF SERVICE OF THIRD PARTY COMPLAINT AND SUMMONS

Please take notice that on the 6th day of June, 2006, Defendant, Forum, Inc., by and through its counsel, Dickie, McCamey & Chilcote, P.C., has served the Third-Party Complaint and Summons upon Third Party Defendant, **Advance Transformer Co.** The Return of Service is attached hereto as Exhibit A.

Respectfully submitted,

DICKIE MCCAMEY & CHILCOTE, P.C.

By:  /s/ Steven W. Zoffer
    Steven W. Zoffer, Esquire
    szoffer@dmclaw.com
    D.C. ID #435772
    Douglas M. Grimsley, Esquire
    dgrimsley@dmclaw.com
    D.C. ID #PA0019
    Two PPG Place, Suite 400
    Pittsburgh, PA 15222
    (412) 281-7272
    (412) 392-5367 Fax
    (Counsel for Forum, Inc.)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Service has been served this 14th day of June, 2006, via U.S. First Class Mail, postage prepaid, to the following:

Stephen M. Ryan, Esquire
Stephen L. Neal, Jr., Esquire
Manatt, Phelps & Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, DC  20005
*Counsel for Plaintiff*

David G. Gibson, Esquire
Associate Counsel
Southco, Inc.
P.O. Box 0116
210 N Brinton Lake Road
Concordville, PA 19331-0116
*Counsel for Third Party Defendant, Southco, Inc.*

Advance Transformer Co.
10275 West Higgins Road
Roesemont, Illinois 60018

By:   /s/ Steven W. Zoffer
         Steven W. Zoffer, Esquire
         szoffer@dmclaw.com
         D.C. ID #435772
         Douglas M. Grimsley, Esquire
         dgrimsley@dmclaw.com
         D.C. ID #PA0019
         Two PPG Place, Suite 400
         Pittsburgh, PA  15222
         (412) 281-7272
         (412) 392-5367 Fax