AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PLAINTIFF

**NATIONAL RAILROAD PASSENGER CORPORATION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

**FORUM, INC.**

THIRD PARTY SUMMONS IN A
CIVIL ACTION

Case Number: **1:05CV01837**

JUDGE: Paul L. Friedman

V. THIRD PARTY DEFENDANT
**ADVANCE TRANSFORMER CO. AND
SOUTHCO, INC.**

To: Name and address of Third Party Defendant

Advance Transformer, Co.
10275 West Higgins Road
Rosemont, IL 60018

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Stephen M. Ryan, Esquire<br>Stephen L. Neal, Jr., Esquire<br>Manatt, Phelps & Phillips, LLP<br>700 12th Street, N.W., Suite 1100<br>Washington, D.C. 20005 | Steven W. Zoffer, Esquire<br>Douglas M. Grimsley, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222<br>(412) 281-7272 |

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

*Jackie Francis*
(By) DEPUTY CLERK

DATE May 24, 2006

EXHIBIT
A

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me<sup>(1)</sup>

DATE: 6/6/2006 @ 1:45 P.M.

NAME OF SERVER: Robert C. Regalado

TITLE: Process Server

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the third-party defendant. Place where served: Advance Transformer, Co., 10275 West Higgins Road, Rosemont, IL 60018

[ ] Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/7/2006

Signature of Server: [signed]

Address of Server:
PMB 154
6351 W Montrose Ave
Chicago IL 60634

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Columbia

Case Number: 1:05CV01837

PLAINTIFF:

**National Railroad Passender Corporation**

vs.

Defendant:

**And Third Party Plaintiff:   Forum, Inc.                    v. Third
Party Defendant,         Advance Transformer Co., and Southco, Inc.**

Received by Lakeside Investigations, Inc. on the 6th day of June, 2006 at 10:17 am to be served on **Advance Transformer, Co., 10275 West Higgins Road, Rosemont, IL 60018**.

I, Robert C. Regalado - Process Server, being duly sworn, depose and say that on the **6th day of June, 2006** at **1:45 pm, I:**

served a **CORPORATION** by delivering a true copy of the **THIRD PARTYSUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; EXHIBIT "A"** with the date and hour of service endorsed thereon by me, to: **Margaret Bojan** as **Human Resource Administrator** for **Advance Transformer, Co.**, at the address of: **10275 West Higgins Road, Rosemont, IL 60018**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 45,  Sex: F,  Race/Skin Color: White,  Height: 5'6",  Weight: 125,  Hair: Brown,  Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/12/09

Robert C. Regalado - Process Server
Agency Lic. # 117-001132

Subscribed and Sworn to before me on the 7th day of June, 2006 by the affiant who is personally known to me

NOTARY PUBLIC

Lakeside Investigations, Inc.
6351 W. Montrose Ave.
#154
Chicago, IL  60634
(800) 636-1511
Our Job Serial Number: 2006002026