UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Case Number:  1:05CV01837 |
| v. | ) ) | Judge:  Paul L. Friedman |
| FORUM, INC., | ) ) | |
| Defendant and Third-Party Plaintiff, | ) ) ) | **ELECTRONICALLY FILED** |
| v. | ) ) | |
| ADVANCE TRANSFORMER, CO. and  SOUTHCO, INC., | ) ) ) | |
| Third-Party Defendants. | ) ) | |

## NOTICE OF SERVICE OF THIRD PARTY COMPLAINT AND SUMMONS

Please take notice that on the 8th day of June, 2006, Defendant, Forum, Inc., by and through its counsel, Dickie, McCamey & Chilcote, P.C., has served the Third-Party Complaint and Summons upon Third Party Defendant, **Southco, Inc.**  The Return of Service is attached hereto as Exhibit A.

Respectfully submitted,

DICKIE MCCAMEY & CHILCOTE, P.C.

By:    /s/ Steven W. Zoffer
Steven W. Zoffer, Esquire
szoffer@dmclaw.com
D.C. ID #435772
Douglas M. Grimsley, Esquire
dgrimsley@dmclaw.com
D.C. ID #PA0019

Two PPG Place, Suite 400
Pittsburgh, PA  15222
(412) 281-7272
(412) 392-5367 Fax
(Counsel for Forum, Inc.)

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Service has been served this 14th day of June, 2006, via U.S. First Class Mail, postage prepaid, to the following:

Stephen M. Ryan, Esquire
Stephen L. Neal, Jr., Esquire
Manatt, Phelps & Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, DC  20005
***Counsel for Plaintiff***

David G. Gibson, Esquire
Associate Counsel
Southco, Inc.
P.O. Box 0116
210 N Brinton Lake Road
Concordville, PA 19331-0116
***Counsel for Third Party Defendant, Southco, Inc.***

Advance Transformer Co.
10275 West Higgins Road
Roesemont, Illinois 60018

By:    /s/ Steven W. Zoffer
Steven W. Zoffer, Esquire
szoffer@dmclaw.com
D.C. ID #435772
Douglas M. Grimsley, Esquire
dgrimsley@dmclaw.com
D.C. ID #PA0019
Two PPG Place, Suite 400
Pittsburgh, PA  15222
(412) 281-7272
(412) 392-5367 Fax