# UNITED STATES DISTRICT COURT
## District of Columbia

PLAINTIFF

NATIONAL RAILROAD PASSENGER CORPORATION

V. DEFENDANT AND THIRD PARTY PLAINTIFF

FORUM, INC.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 1:05CV01837

JUDGE: Paul L. Friedman

V. THIRD PARTY DEFENDANT

ADVANCE TRANSFORMER, CO. AND
SOUTHCO, INC.

To: Name and address of Third Party Defendant

Southco., Inc.
210 N. Brinton Lake Road
Concordville, PA 19331

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Stephen M. Ryan, Esquire<br>Stephen L. Neal, Jr., Esquire<br>Manatt, Phelps & Phillips, LLP<br>700 12th Street, N.W., Suite 1100<br>Washington, D.C. 20005 | Steven W. Zoffer, Esquire<br>Douglas M. Grimsley, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222<br>(412) 281-7272 |

an answer to the third-party complaint which is served on you with this summons, within ____20____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

_Jackie Trones_

(By) DEPUTY CLERK

DATE May 24, 2006

EXHIBIT A

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 06-08-2006 |
| NAME OF SERVER  JASON R. KREIDER | TITLE  PRIVATE DETECTIVE (PA-293M04) |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the third-party defendant. Place where served: 210 N. BRINTON LAKE RD. CONCORDVILLE, PA 19331 TO: DAVID GIBSON, ESQ

[ ] Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/8/06            *J. R /s/*
                Date            Signature of Server

501 ELAND VILLAGE, 315 PHOENIXVILLE, PA 19460
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.