UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>FORUM, INC.,<br>      Defendant<br>      and Third-Party Plaintiff,<br><br>v.<br><br>ADVANCE TRANSFORMER CO.,<br><br>      Third-Party Defendant,<br><br>and<br><br>SOUTHCO, INC.,<br><br>      Third-Party Defendant. | Civil Action No.: 1:05CV01837<br><br>Judge: Paul L. Friedman |

### NOTICE OF COMMANDED PRODUCTION OF DOCUMENTS

TO:    Philip J. Harvey, Esq.
         Venable, LLP
         8010 Towers Crescent Drive, Suite 300
         Vienna, VA 22182

         Steven W. Zoffer, Esq.
         Dickie, McCamey & Chilcote, P.C.
         Two PPG Place, Suite 400
         Pittsburgh, PA 15222

2

Please take notice that Plaintiff National Railroad Passenger Corporation, by and through its undersigned counsel, Manatt, Phelps & Phillips, LLP, pursuant to Federal Rule of Civil Procedure 45, intends to serve Subpoenas in Civil Case to Command Production of Documents, identical to the ones that are attached to this Notice as Exhibits 1 through 11.

Dated: June 21, 2006      By:      __/s/ Stephen L. Neal, Jr.__
Stephen M. Ryan, Esq.
DC Bar No. 359099
Stephen L. Neal, Jr., Esq.
DC Bar No. 441405
Christopher T. Koegel, Esq.
DC Bar No. 473478
Manatt, Phelps & Phillips, LLP
700 12th Street, NW, Suite 1100
Washington, DC  20005
(202) 585-6500 (phone)
(202) 585-6600 (fax)
sryan@manatt.com
sneal@manatt.com
ckoegel@manatt.com

*Counsel for Plaintiff National Railroad Passenger Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2006, a copy of Plaintiff's Notice of Commanded Production of Documents was served by electronic mail (via the Court's Electronic Case Filing System) upon:

Philip J. Harvey, Esq.
Venable, LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182

Steven W. Zoffer, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222

*Counsel for Defendants*

                                                /s/ Christopher T. Koegel
                                                Christopher T. Koegel

30188481.1