# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, ) ) ) )  Plaintiff, ) ) v. ) ) FORUM, INC., ) ) Defendant and Third-party ) Plaintiff, ) ) v. ) ) ADVANCE TRANSFORMER, CO. ) and SOUTHCO, INC., ) ) Third-party Defendants. ) | Case Number 1:05CV01837 Judge Paul L. Friedman |

## STIPULATION AND ORDER

It is hereby STIPULATED and AGREED, subject to approval by the Court, that Third-party Defendant Advance Transformer Co.'s time to respond to Defendant/Third-party Plaintiff Forum Inc.'s Third-Party Complaint is enlarged from June 26, 2006, up to and including July 5, 2006.

Steven W. Zoffer (D.C. Bar #425772)
Douglas M. Grimsley (D.C. Bar #PA0019)
DICKIE, McCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222

Tel.: (412) 281-7272
Fax: (412) 392-5397
*Counsel for Defendant/Third-party Plaintiff Forum, Inc.*

Joseph Brooks (D.C. Bar #366739)
Wade B. Wilson (D.C. Bar #468067)
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel.: (202) 739-3000
Fax: (202) 739-3001
*Counsel for Third-party Defendant Advance Transformer Co.*

SO ORDERED.

Dated:  June ___, 2006

_____
Paul L. Friedman
United States District Court Judge