## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION,** | |
| **Plaintiff and Counter-Defendant,** | **Civil Action No.: 1:05CV01837** |
| **v.** | **Judge: Paul L. Friedman** |
| **FORUM, INC.,** | |
| **Defendant and Counter-Plaintiff,** | |
| **v.** | |
| **ADVANCE TRANSFORMER, CO.,** | |
| **Third-Party Defendant** | |
| **and** | |
| **SOUTHCO, INC.,** | |
| **Third-Party Defendant.** | |

### ANSWER AND AFFIRMATIVE AND/OR SPECIAL DEFENSES
### TO DEFENDANT FORUM, INC.'S COUNTERCLAIM

National Railroad Passenger Corporation ("Amtrak"), by and through its undersigned counsel of record, hereby responds to Forum, Inc.'s ("Forum") Counterclaim as follows:

1.      The allegations contained in Paragraph 1 are not averments of fact to which a response is required.

## PARTIES

2.        Amtrak admits the allegations contained in Paragraph 2.

3.        Amtrak admits the allegations contained in Paragraph 3.

## JURISDICTION AND VENUE

4.        The allegations contained in Paragraph 4 are conclusions of law to which no response is required.

5.        The allegations contained in Paragraph 5 are conclusions of law to which no response is required.

### FIRST COUNTERCLAIM
### Breach of Contract

6.        Amtrak admits that Count II of Amtrak's First Amended Complaint properly asserts a breach of contract claim, the terms of which speak for themselves.

7.        Amtrak admits that it entered into an agreement with Forum whereby Amtrak purchased light fixtures manufactured and supplied by Forum for installation at certain Amtrak stations.  Amtrak further admits that Amtrak compensated Forum for this work.  Amtrak denies the remaining allegations contained in Paragraph 7.

8.        Amtrak is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 and, therefore, denies them.

9.        Amtrak denies the allegations contained in Paragraph 9.

10.        Amtrak admits that on or about April 27, 2005, Amtrak advised Forum that it was rejecting and/or revoking any prior acceptance of the Forum-supplied light fixtures.

11.        Amtrak is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 and, therefore, denies them.

12.        Amtrak denies the allegations contained in Paragraph 12.

13.    Amtrak denies the allegations contained in Paragraph 13.

14.    Amtrak denies the allegations contained in Paragraph 14, and further denies that Forum is entitled to any relief.

15.    Amtrak hereby denies all allegations of wrongdoing and denies all allegations of the Counterclaim to which Amtrak has not specifically admitted, denied or otherwise pleaded.

## AFFIRMATIVE AND/OR SPECIAL DEFENSES

Amtrak asserts the following affirmative and/or special defenses to Forum's Counterclaim:

1.    Forum's Counterclaim should be dismissed because the allegations in the Counterclaim fail to state a claim upon which relief may be granted.

2.    Forum's Counterclaim is barred, in whole or in part, by the applicable statute(s) of limitation.

3.    Forum's Counterclaim is barred, in whole or in part, by the equitable doctrines of estoppel, laches, and/or waiver.

4.    Forum's Counterclaim is barred, in whole or in part, due to Forum's material breaches of the contract.

5.    Forum's Counterclaim is barred, in whole or in part, due to Forum's failure to conform to its obligations and the contract.

6.    Forum's Counterclaim is barred, in whole or in part, due to Forum's lack of consideration.

7.    Forum's Counterclaim is barred, in whole or in part, due to Forum's failure of performance under the contract.

8.    Forum's Counterclaim is barred, in whole or in part, because Amtrak's acts were

proper and taken in accordance with Amtrak's rights as accorded by law.

9.     Forum's Counterclaim is barred, in whole or in part, in that Forum, by reason of its own conduct and actions, has waived any right to assert the Counterclaim.

10.     If any loss, injury, damage or detriment occurred as alleged in Forum's Counterclaim, some or all such loss, injury, damage or detriment was caused and contributed to by the acts of Forum.  Accordingly, Forum's recovery from Amtrak, if any, should be barred or, in the alternative, reduced in proportion to the percentage of Forum's fault.

11.     If any loss, injury, damage or detriment occurred as alleged in Forum's Counterclaim, some or all such loss, injury, damage or detriment was caused and contributed to by the acts of third parties.

12.     Forum is not entitled to punitive or exemplary damages because the Counterclaim fails to allege sufficient facts to warrant an award of such damages.

13.     Forum has failed to state a claim against Amtrak upon which costs, expenses, interest, or attorneys' fees may be awarded.

14.     Forum's Counterclaim and Prayer for Relief are barred in whole or in part by Paragraph 24 of the Supplies Contract General Provisions agreed to by Forum, which states that, "[i]n no event shall Amtrak be liable to [Forum] for lost revenue, lost profits or any incidental, punitive, or consequential damages, even if advised in advance of the possibility of such damages."

15.     Amtrak intends to rely upon any and all other defenses that might become available during the course of this litigation and respectfully reserves the right to supplement these affirmative and/or special defenses based upon discovery in this matter.

WHEREFORE, Amtrak respectfully requests that Forum be denied any relief, that Forum's Counterclaim be dismissed with prejudice, and that Amtrak be awarded attorneys' fees and costs for the defense of the Counterclaim.

Dated: June 23, 2006                    By:          /s/ Stephen L. Neal, Jr.

Stephen M. Ryan, Esq.
DC Bar No. 359099
Stephen L. Neal, Jr., Esq.
DC Bar No. 441405
Christopher T. Koegel, Esq.
DC Bar No. 473478
Manatt, Phelps & Phillips, LLP
700 12th Street, NW, Suite 1100
Washington, DC  20005
(202) 585-6500 (phone)
(202) 585-6600 (fax)
sryan@manatt.com
sneal@manatt.com
ckoegel@manatt.com

*Counsel for Plaintiff National Railroad Passenger Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of June, 2006, a copy of Plaintiff's Answer and

Affirmative and/or Special Defenses to Defendant Forum, Inc.'s Counterclaim was served by

electronic mail (via the Court's Electronic Case Filing System) upon:

Philip J. Harvey, Esq.
Venable, LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182

Steven W. Zoffer, Esq.
Dicki, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222

*Counsel for Defendant Forum, Inc.*


_____/s/ Christopher T. Koegel_____
Christopher T. Koegel


30188183.1