UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION**, <br><br> Plaintiff, <br><br> v. <br><br> **FORUM, INC.**, <br><br> Defendant and Third-party Plaintiff, <br><br> v. <br><br> **ADVANCE TRANSFORMER, CO.** and **SOUTHCO, INC.**, <br><br> Third-party Defendants. | Case Number 1:05CV01837 <br><br> Judge Paul L. Friedman |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Wade B. Wilson as counsel in this case for Third-party Defendant Advance Transformer, Co.

                                           /s/ Wade B. Wilson
                               Wade B. Wilson (D.C. Bar #468067)
                               MORGAN, LEWIS & BOCKIUS, LLP
                               1111 Pennsylvania Avenue, N.W.
                               Washington, D.C. 20004
                               Tel.:  (202) 739-5469
                               Fax:  (202) 739-3001
                               wwilson@morganlewis.com
                               *Counsel for Third-party Defenant*
June 28, 2006                    *Advance Transformer, Co.*