# EXHIBIT A

# WARRANTY AND CONDITIONS OF SALE

1. Advance Transformer Co. ("Advance"), 10275 W. Higgins Road, Rosemont, Illinois 60018 warrants that its lamp ballasts will be free from defects in material and workmanship from the date of manufacture by Advance for the following time periods:

   - Electronic (all) - 5 years
   - Powrkut and Powrkut Companion - 5 years
   - Mark III Energy-Saver - 3 years
   - Standard Magnetic Fluorescent - 2 years
   - High Intensity Discharge (HID) - 2 years

This warranty is conditioned upon proper storage, installation, use and maintenance. This warranty is not applicable to any ballast which is not installed and operated in accordance with the current edition of The National Electric Code (NEC), the Standards for Safety of Underwriters' Laboratory, Inc. (UL), the Standards for the American National Standards Institute (ANSI), and with Advance's instructions and guidelines for the ballast. This warranty is not applicable to any ballast subjected to abnormal stresses and operating conditions.

Advance shall correct any defects, at Advance's option, by either repairing any defective part or parts or by replacing any defective part or parts or by making available a new replacement ballast.

The conditions of any tests concerning any ballast which is claimed to have not performed to this warranty shall be mutually agreed upon in writing and Advance shall be notified of, and may be represented at any such tests.

This express limited warranty is extended by Advance only to the original or first end-user purchaser.

Warranty claims are to be made in accordance with Advance's published Warranty Service Program.

NO IMPLIED STATUTORY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE SHALL APPLY BEYOND THE AFOREMENTIONED WARRANTY PERIOD. The foregoing warranty is exclusive of all other statutory, written or oral warranties, and not other warranties of any kind, statutory or otherwise, are given or herein expressed. This warranty sets forth Advance's responsibilities regarding the ballast and claimant's exclusive remedy.

LIMITATION OF LIABILITY. Advance will not under any circumstances whether as a result of breach of contract, breach of warranty, tort, strict liability or otherwise be liable for consequential, incidental, special or exemplary damages including, but not limited to, loss of profits or revenues, loss of use of ballast or any other goods or associated equipment or damage to any associated equipment, cost of capital, cost of substitute products, facilities or services, down time costs, or claims of claimant's customers.

Advance's liability on any claim of any kind for any loss or damages arising out of, resulting from or concerning any aspect of the agreement or from the product or services furnished hereunder shall not exceed the price of the specific ballast or ballasts which gives rise to the claim.

This warranty gives the claimant specific legal rights. The claimant may also have other rights which vary from state to state.

2. DELIVERY: Shipments of products will be made f.o.b. point of shipment, with freight allowed as per published Seller's price list at time of shipment.

3. SHIPMENT SHORTAGES. Must be reported to Advance within seven (7) days from date of receipt. Advance is unable to assume responsibility for shortages reported thereafter.

4. DELAYS. Seller shall not be liable for delays in delivery or performance, or for failure to manufacture, deliver or perform due to (i) a cause beyond its reasonable control, or (ii) an act of God, act of Buyer, act of civil or military authority, governmental priority, strike or other labor disturbance, flood, epidemic, war, riot, delay in transportation or delivery vehicle shortage, or (iii) inability on account of a cause beyond the reasonable control of Seller to obtain necessary materials, components, services or facilities. Seller will notify Buyer promptly of any material delay excused by this article and will specify the revised delivery date as soon as practicable.

5. TAXES: In addition to any price specified herein, Buyer shall pay the gross amount of any present or future sales, use, excise, value-added, or other similar tax applicable to the price, sales or delivery of any products or services furnished hereunder or to their use by Seller or Buyer, or Buyer shall furnish Seller with evidence of exemption acceptable to the taxing authorities.

6. GENERAL TERMS:

A. If Seller furnishes Buyer with advice or other assistance which concerns any product supplied hereunder or any system or equipment in which any such product may be installed and which is not required pursuant to this Agreement, the furnishing of such advice or assistance will not subject Seller to any liability whether in contract, warranty, tort (including negligence) or otherwise.

B. The invalidity, in whole or part, of any of the foregoing paragraphs will not affect the remainder of such paragraph or any other paragraph in this agreement.

C. The foregoing contains the entire agreement among the parties. Any terms of Buyer's purchase order or other documents, including, but not limited to terms concerning Seller's patents, and any representation, warranty, course of dealing or trade usage not contained or referenced herein will not be binding on Seller. No modification, amendment, recision, waiver or other change shall be binding on Seller unless assented to in writing by Seller's authorized representative.

D. The terms of this agreement shall be governed by and interpreted in accordance with the laws of the State of Illinois.

7. PRICE POLICY: All products will be billed at prices in effect at the time of shipment. Prices subject to change without notice. Minimum billing charge is $100.00 net plus transportation charges.

ADV 070 (8/94) BACKER