UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION**, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **FORUM, INC**., | ) ) |
| Defendant and Third-party Plaintiff, | ) ) ) ) |
| v. | ) ) |
| **ADVANCE TRANSFORMER CO.**, | ) ) |
| Third-party Defendant, | ) ) ) |
| and | ) ) |
| **SOUTHCO, INC.**, | ) ) |
| Third-party Defendant. | ) ) |

Case Number 1:05CV01837

Judge Paul L. Friedman

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Advance Transformer Co., certify that to the best of my

knowledge and belief, the following are parent companies, subsidiaries or affiliates of Advance

Transformer Co. which have any outstanding securities in the hands of the public:

> Advance Transformer Co. is an operating division of Philips Electronics North
> America Corporation, which is wholly owned by Philips Holding USA, Inc.,
> which is wholly owned by the publicly-traded entity known as Koninklijke Philips
> Electronics N.V., a Dutch entity headquartered in Amsterdam, The Netherlands.

- 2 -

These representations are made in order that judges of this court may determine the need for recusal.

                                                /s/                .
Joseph Brooks (D.C. Bar #366739)
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel.: (202) 739-3000
Fax: (202) 739-3001

*Counsel for Third-party Defendant Advance Transformer Co.*

Dated: July 5, 2006