IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | ) ) ) |
| Plaintiffs, | ) Civil Action No. 1:05CV01837 |
| vs. | ) ) Judge Paul L. Friedman |
| FORUM, INC., | ) ) |
| Defendant and Third-Party Plaintiff, | ) ) ) **ELECTRONICALLY FILED** |
| vs. | ) ) |
| ADVANCE TRANSFORMER, CO. and SOUTHCO, INC., | ) ) ) |
| Third-Party Defendants. | ) ) |

**STIPULATION FOR ENLARGEMENT OF TIME**

Defendant Forum, Inc. and Third Party Defendant Southco, Inc. hereby stipulate to an extension of time until August 16, 2006 within which Southco will respond or otherwise plead to the Third Party Complaint in the above-captioned action.

| | |
|---|---|
| DICKIE, McCAMEY & CHILCOTE | MEYER, UNKOVIC & SCOTT LLP |
| By:/s/Steven W. Zoffer, Esquire<br>Steven W. Zoffer<br>I.D. #435772<br>szoffer@dmclaw.com | By: /s/Walter Grant Scott, II<br>Walter Grant Scott, II<br>I.D. # 416680<br>wgs@muslaw.com |
| Two PPG Place – Suite 400<br>Pittsburgh, PA 15222<br>(412) 281-7272<br>(412) 392-5367/Fax | 1300 Oliver Building<br>Pittsburgh, PA 15222<br>(412) 456-2800<br>(412) 456-2864/Fax |
| ATTORNEYS FOR FORUM, INC. | ATTORNEYS FOR SOUTHCO, INC. |

And now, this _____ day of _____, 2006, it is so ordered.

_____J.