UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, ) ) ) ) Plaintiff, ) ) v. ) ) FORUM, INC., ) ) Defendant ) And Third-Party Plaintiff, ) ) v. ) ) ADVANCED TRANSFORMER, CO. ) ) Third-Party Defendant, ) ) and ) ) SOUTHCO, INC., ) ) **Third-Party Defendant** ) | Case Number: 1:05CV01837<br><br>Judge: Paul L. Friedman |

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Alexander M. Bullock as counsel in the case for Southco, Inc.

_____
Alexander M. Bullock (D. C. Bar No. 446168)
Kilpatrick Stockton, LLP
607 14th Street, NW, Suite 900
Washington, DC 20005
Telephone No.: (202) 508-5800
Facsimile No.: (202) 508-5885
E-mail: abullock@kilpatrickstockton.com

August 2, 2006

## Certificate of Service

      I hereby certify that on August 2, 2006, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia, using the ECF system which will send notification of such filing to the following:

Counsel for National Railroad Passenger Corporation

Stephen Lybrook Neak, Jr., Esq.
Stephen Ryan, Esq.
Manatt, Phelps & Phillips, LLP
700 12th Street, NW, Suite 1100
Washington, DC  20005
(202) 585-6500
sneal@manatt.com
sryan@manatt.com

Counsel for Forum, Inc.

Phillip John Harvey, Esq.
Venable, Baetjer & Howard, LLP
8010 Towers Crescent Drive
Vienna, VA  22182
(703) 760-1928
pjharvey@venable.com

Steven W. Zoffer, Esq.
Dickie, McCamey, Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222
(412) 392-5492
szoffer@dmclaw.com

Counsel for: Advanced Transfer:

Joseph Brooks, Esq.
Wade Bennett Wilson, Esq.
Morgan Lewis & Bockus, LLP
1111 Pennsylvania Ave., NW
Washington, DC  20004-2541
(202) 739-5572
jbrooks@morganlewis.com
wwilson@morganlewis.com

_____
Alexander M. Bullock