UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORUM, INC., )<br>)<br>Defendant. )<br> ) | Civil Action No. 05-1837 (PLF) |

ORDER

Inasmuch as the third party complaint in this case need not be answered until August 16, 2006, it is hereby

ORDERED that the status conference scheduled for August 4, 2006 is CANCELLED; it is

FURTHER ORDERED that all parties shall file a new revised joint Rule 16.3 report and proposed schedule to govern the case going forward; and it is

FURTHER ORDERED that the parties shall appear for a status conference on August 25, 2006 at 9:30 a.m.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  August 3, 2006