AO 458 (Rev. 6/98 DC) - APPEARANCE

# United States District Court
## for the District of Columbia

NATIONAL RAILROAD PASSENGER CORPORATION,
    Plaintiff,

v.

FORUM, INC.
    Defendant
    and Third Party Plaintiff,

v.

ADVANCE TRANSFORMER CO,
    Third Party Defendant

v.

SOUTHCO, INC.,
    Third Party Defendant

**APPEARANCE**

CASE NUMBER: 1:05CV01837

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Third Party Defendant Southco, Inc.

| | |
|---|---|
| August 16, 2006 | *(signature)* |
| **Date** | **Signature** |
| PA0021 | Russell J. Ober, Jr. |
| **BAR IDENTIFICATION NO.** | **Print Name** |
| | 1300 Oliver Building |
| | **Address** |
| | Pittsburgh, PA     15222 |
| | **City**    **State**    **Zip Code** |
| | 412-456-2806 |
| | **Phone Number** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within Appearance was served upon counsel of record electronically and by first-class United States mail, postage prepaid, this 16th day of August, 2006, at the following addresses:

>Stephen Lybrook Neal, Jr., Esquire
>Manatt, Phelps & Phillips, L.L.P.
>700 12th Street, NW
>Suite 1100
>Washington, DC  20005
>
>Philip John Harvey, Esquire
>Venable, Baetjer & Howard LLP
>8010 Towers Crescent Drive
>Vienna, VA  22182
>
>Steven W. Zoffer, Esquire
>Dickie McCamey & Chilcote, P.C.
>Two PPG Place, Suite 400
>Pittsburgh, PA  15222
>
>Joseph Brooks, Esquire
>Morgan Lewis & Bockus, LLP
>1111 Pennsylvania Avenue, NW
>Washington, DC  20004-2541

/s/Russell J. Ober, Jr.