CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL RAILROAD )
PASSENGER CORPORATION, )
                  )
           Plaintiff )
                  )
       v. )      Civil Action No. __1:05CV01837__
FORUM, INC. )
                  )
          Defendant )
      v. )
ADVANCE TRANSFORMER CO. )
and SOUTHCO, INC. )
      Third Party Defendant)

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __Third Party Defendant Southco, Inc.__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Southco, Inc.__, which have any outstanding securities in the hands of the public. __None__

These representations are made in order that judges of this court may determine the need for recusal.

                                Attorney of Record

                                __s/ Russell J. Ober, Jr.__
                                Signature

__P.C. I.D.# PA0021__             Russell J. Ober, Jr.
Bar Identification Number        Print Name

                                __1300 Oliver Building__
                                Address

                                Pittsburgh     PA     15222
                                City             State     Zip

                                __412-456-2806__
                                Telephone Number

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing Certificate Under LCvR 7.1 was served upon all counsel of record electronically and by first-class United States mail, postage prepaid, this 16th day of August, 2006, addressed as follows:

>Stephen Lybrook Neal, Jr., Esquire
>Manatt, Phelps & Phillips, L.L.P.
>700 12th Street, NW
>Suite 1100
>Washington, DC  20005
>
>Philip John Harvey, Esquire
>Venable, Baetjer & Howard LLP
>8010 Towers Crescent Drive
>Vienna, VA  22182
>
>Steven W. Zoffer, Esquire
>Dickie McCamey & Chilcote, P.C.
>Two PPG Place, Suite 400
>Pittsburgh, PA  15222
>
>Joseph Brooks, Esquire
>Morgan Lewis & Bockus, LLP
>1111 Pennsylvania Avenue, NW
>Washington, DC  20004-2541

/s/Russell J. Ober, Jr.