IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>FORUM, INC.,<br><br>        Defendant and Third-Party Plaintiff,<br><br>    v.<br><br>ADVANCE TRANSFORMER, CO. and SOUTHCO, INC.,<br><br>        Third-Party Defendants. | Civil Action No.: 1:05CV01837<br><br>Judge Paul L. Friedman |

## REVISED LOCAL RULE 16.3 JOINT STATUS REPORT

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 16.3, Plaintiff National Railroad Passenger Corporation ("Amtrak"), Defendant Forum, Inc. ("Forum"), Third-Party Defendant Advance Transformer, Company ("Advance"), and Third-Party Defendant Southco, Inc. ("Southco") (Amtrak, Forum, Southco and Advance collectively, the "Parties"), by and through their respective counsel of record, respectfully submit this Revised Joint Status Report and proposed Scheduling Order:

1. The Parties believe this case may be disposed of by dispositive motion at the appropriate time.

2. Any motion to amend the pleadings or join additional defendants by the Third-Party Defendants shall be filed by September 15, 2006. It is not likely that the factual and/or legal issues can be agreed upon or narrowed until discovery is underway or concluded.

3. The Parties agree that this case should not be referred to a Magistrate Judge for trial, but have no objection to a Magistrate Judge handling discovery disputes and/or alternative dispute resolution.

4. The Parties believe that there is a realistic possibility of settling the case, but only after some discovery has been taken.

5. The Parties do believe this case should be referred for alternative dispute resolution procedures. The Parties agree to mediate the case through the Court's non-binding Mediation Program or with a Magistrate Judge.

6. The Parties believe this case may be resolved at the appropriate time through motion(s) for summary judgment. The Parties may move for summary judgment as to any and all claims at the appropriate time in accordance with the Federal and Local Rules. The Parties believe that such motions should be filed with the Court no later than one hundred twenty (120) days following the close of all discovery in this action (by June 28, 2007) and all Oppositions and Reply Memoranda should be filed in accordance with the Federal and Local Rules.

7. The Parties believe that the Third-Party Defendants' Initial Disclosures required by Fed. R. Civ. P. 26(a)(1) should be exchanged by September 29, 2006.

8. The Parties agree that Witness Lists should be exchanged by October 25, 2006. The Parties believe that all written discovery in this action should be served by October 17, 2006, except that Parties may serve up to 5 supplemental interrogatories up to January 29, 2007, to the extent that the Party wishing to serve such supplemental interrogatories does

not exceed the applicable limits on the total number of interrogatories (25). The Parties agree that all fact discovery should be concluded by February 28, 2007. The Parties believe that the presumptive limit on the number of depositions should be waived, but agree that interrogatories, document requests, requests for admissions, and the duration of depositions should be governed by the Federal and Local Rules.

9. The Parties agree that Proponents' Fed. R. Civ. P. 26(a)(2) statements should be served by January 5, 2007 and Opponents' Fed. R. Civ. P. 26(a)(2) statements should be served by February 5, 2007. The Parties agree that all expert depositions should be concluded by March 9, 2007.

10. This is not a class action.

11. The Parties do not believe that trial or discovery should be bifurcated or managed in phases.

12. The Parties believe that the Court should set the date of the Pretrial Conference after the Court rules on dispositive motions.

13. The Parties agree that the Court should set a firm trial date at the Pretrial Conference, not at the Initial Scheduling Conference.

14. The Parties agree that there are no other matters appropriate for inclusion in the Scheduling Order.

Dated: August 24, 2006 Respectfully submitted,

By: _____/s/_____
Stephen M. Ryan, DC Bar No. 359099
Stephen L. Neal, Jr., DC Bar No. 441405
Christopher T. Koegel, DC Bar No. 473478
Manatt, Phelps & Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, DC 20005
(202) 585-6500 (Phone)
(202) 585-6600 (Fax)
sneal@manatt.com
sryan@manatt.com
ckoegel@manatt.com

*Counsel for Plaintiff*
*National Railroad Passenger Corporation*


_____/s/_____
Philip J. Harvey, Esq., D.C. Bar No. 252080
Venable, LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
703-760-1928 (phone)
703-821-8949 (fax)
pjharvey@venable.com


_____/s/_____
Steven W. Zoffer, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222
412-281-7272 (phone)
412-392-5367 (fax)
szoffer@dmclaw.com

*Counsel for Defendant Forum, Inc.*

4

                    /s/
_____
Russell J. Ober, Jr.
Patricia L. Dodge
Meyer, Unkovic & Scott, LLP
1300 Oliver Building
Pittsburgh, PA 15222
412-456-2800 (phone)
412-456-2864 (fax)
rjo@muslaw.com
pld@muslaw.com

*Counsel for Third-Party Defendant Southco, Inc.*

                    /s/
_____
Joseph Brooks, Esq.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004-2541
Tel: 202.739.5572
Fax: 202.739.3001
jbrooks@morganlewis.com

*Counsel for Third-Party Defendant Advance Transformer Co.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> FORUM, INC., <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> ADVANCE TRANSFORMER, CO. and SOUTHCO, INC., <br><br> Third-Party Defendants. | Civil Action No.: 1:05CV01837 <br><br> Judge Paul L. Friedman |

### REVISED SCHEDULING ORDER

The parties appeared for status conference on August 25, 2006. Based upon the Revised Local Rule 16.3 Joint Status Report and representations of counsel, it is hereby ORDERED that:

1. The Third-Party Defendants Advance Transformer, Co. and Southco, Inc. shall file any motion to amend the pleadings or join additional defendants by September 15, 2006.

2. Fact discovery shall be completed by February 28, 2007. Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

3. The presumptive limit on the number of depositions shall be waived, but interrogatories, document requests, requests for admission, and the duration of depositions shall be governed by the Federal Rules of Civil Procedure and the Local Civil Rules.

4.     The Third-Party Defendants' disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be made by September 29, 2006.

5.     The Third-Party Defendants shall exchange witness lists by October 25, 2006.

6.     All written discovery shall be served by October 17, 2006, except that Parties may serve up to 5 supplemental interrogatories up to January 29, 2007 to the extent that the Party wishing to serve such supplemental interrogatories does not exceed the applicable limits on the total number of interrogatories (25).

7.     Disclosures of retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by January 5, 2007. Disclosures of rebuttal experts are due by February 5, 2007.

8.     Depositions of all retained experts shall be completed by March 9, 2007.

9.     Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court. If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers. Counsel shall not file a discovery motion without a prior conference with the Court and opposing counsel.

10.    Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

11. Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. *See* LCvR 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

SO ORDERED.

Dated: August _____, 2006

_____
Paul L. Friedman
United States District Judge

Copies to:

Stephen M. Ryan, Esq.
Stephen L. Neal, Jr., Esq.
Christopher T. Koegel, Esq.
Manatt, Phelps & Phillips, LLP
700 12th St., NW, Suite 1100
Washington, D.C. 20005
(202)585-6500 (phone)
(202)585-6600 (fax)
sryan@manatt.com
sneal@manatt.com
ckoegel@manatt.com

*Counsel for Plaintiff National Railroad Passenger Corporation*

Philip J. Harvey, Esq.
Venable, LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182

Steven W. Zoffer, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222

*Counsel for Defendant Forum, Inc.*

Joseph Brooks, Esq.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004-2541
Tel: 202.739.5572
Fax: 202.739.3001
jbrooks@morganlewis.com

*Counsel for Third-Party Defendant Advance Transformer Co.*

Russell J. Ober, Jr.
Patricia L. Dodge
Meyer, Unkovic & Scott, LLP
1300 Oliver Building
Pittsburgh, PA 15222
412-456-2800 (phone)
412-456-2864 (fax)
rjo@muslaw.com
pld@muslaw.com

*Counsel for Third-Party Defendant Southco, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2006, a copy of the Revised Local Rule 16.3 Joint Status Report and proposed Revised Scheduling Order were served by electronic- mail (via the Court's Electronic Case Filing system) upon:

Philip J. Harvey, Esq.
Venable, LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA  22182

Steven W. Zoffer, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222

*Counsel for Defendant Forum, Inc.*


Joseph Brooks, Esq.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004-2541
Tel: 202.739.5572
Fax: 202.739.3001
jbrooks@morganlewis.com

*Counsel for Third-Party Defendant Advance Transformer Co.*


Russell J. Ober, Jr.
Patricia L. Dodge
Meyer, Unkovic & Scott, LLP
1300 Oliver Building
Pittsburgh, PA 15222
412-456-2800 (phone)
412-456-2864 (fax)
rjo@muslaw.com
pld@muslaw.com

*Counsel for Third-Party Defendant Southco, Inc.*

                                                    ___/s/_____
                                                    Christopher T. Koegel

2

30190571.2