IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>FORUM, INC.,<br><br>        Defendant and Third-Party Plaintiff,<br><br>    v.<br><br>ADVANCE TRANSFORMER, CO. and SOUTHCO, INC.,<br><br>        Third-Party Defendants. | Civil Action No.: 1:05CV01837<br><br>Judge Paul L. Friedman |

## NOTICE OF FILING

In accordance with the Court's instructions at the August 25, 2006 Status Conference (the "Status Conference"), Plaintiff National Railroad Passenger Corporation ("Amtrak"), by and through its undersigned counsel of record, respectfully submits the attached Revised Scheduling Order.

At the Status Conference, and later that afternoon in a Minute Order, the Court set a discovery and briefing schedule with respect to the Third-Party Defendants. At the Status Conference, the Court also directed counsel for Amtrak and Defendant Forum, Inc. ("Forum") ("Amtrak" and "Forum" collectively, the "Parties") to meet and confer regarding whether they should just follow a similar discovery and briefing schedule that would be solely limited to the statutes of limitations issues or whether these Parties also should engage in broader discovery

with respect to Amtrak's claims and Forum's other defenses. *See* August 25, 2006 Hearing Transcript at 17, 20, 29-33. To date, Amtrak and Forum's counsel have not been able to reach agreement on whether broader discovery should be permitted. Amtrak's attached Revised Scheduling Order provides for a discovery and briefing schedule that tracks the one entered by the Court with respect to the Third-Party Defendants (with, as the Court suggested, additional time added to provide for the execution of a Confidentiality Agreement), but also permits broader discovery so that Amtrak can prove its claims against Forum (with dates previously agreed upon by Forum in the prior proposed Scheduling Order submitted to the Court). It would be fundamentally unfair to permit Forum and the Third-Party Defendants to take discovery on their defenses without permitting Amtrak to take the discovery needed to prove its claims at trial.

Dated: September 6, 2006              Respectfully submitted,

By: _____/s/_____
Stephen M. Ryan, DC Bar No. 359099
Stephen L. Neal, Jr., DC Bar No. 441405
Christopher T. Koegel, DC Bar No. 473478
Manatt, Phelps & Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, DC 20005
Tel: (202) 585-6500
Fax: (202) 585-6600
sneal@manatt.com
sryan@manatt.com
ckoegel@manatt.com

*Counsel for Plaintiff*
*National Railroad Passenger Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>FORUM, INC.,<br><br>   Defendant and Third-Party Plaintiff,<br><br>v.<br><br>ADVANCE TRANSFORMER, CO. and SOUTHCO, INC.,<br><br>   Third-Party Defendants. | Civil Action No.: 1:05CV01837<br><br>Judge Paul L. Friedman |

## REVISED SCHEDULING ORDER

The parties appeared for a Status Conference on August 25, 2006. With respect to Plaintiff National Railroad Passenger Corporation ("Amtrak") and Defendant Forum, Inc. ("Forum") ("Amtrak" and "Forum" collectively, the "Parties"), it is hereby **ORDERED** that:

1. In accordance with the Court's August 25, 2006 Minute Order, discovery is stayed as to Third-Party Defendants Advance Transformer, Co. and Southco, Inc., except as to statutes of limitations issues.

2. All fact discovery shall be completed by **February 28, 2007**. Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

3. The presumptive limit on the number of depositions shall be waived and the duration of depositions shall be governed by the Federal Rules of Civil Procedure and the Local Civil Rules.

4. The Parties shall execute a mutually acceptable Confidentiality Agreement by **September 14, 2006**. All remaining responsive documents to previously served document requests shall be served by **September 21, 2006**. Because the Parties already have served and responded to interrogatories and document requests, no further written discovery requests may be served.

5. With respect to the statutes of limitations issues, depositions shall be completed by **November 21, 2006**; motions raising statutes of limitations defenses shall be filed by **December 21, 2006**; any oppositions thereto shall be filed by **January 30, 2007**; and any replies shall be filed by **February 15, 2007**. Nothing in this Order shall preclude future discovery on other issues should any motions on statutes of limitations grounds be denied.

6. Disclosures of retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure shall be filed by **January 5, 2007**. Disclosures of rebuttal experts shall be filed by **February 5, 2007**.

7. Depositions of all retained experts shall be completed by **March 9, 2007**.

8. Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court. If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers. Counsel shall not file a discovery motion without a prior conference with the Court and opposing counsel.

9. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged

and is available by request of the Court at any time, as is a settlement conference before a Magistrate Judge. If the case settles in whole or in part, Amtrak's counsel shall advise the Court by promptly filing a stipulation.

    10.    Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. *See* Local Civil Rule 7(m). The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

    SO ORDERED.

Dated: September _____, 2006

                                                                           Paul L. Friedman
                                                                          United States District Judge

Copies to:

Stephen M. Ryan, Esq.
Stephen L. Neal, Jr., Esq.
Christopher T. Koegel, Esq.
Manatt, Phelps & Phillips, LLP
700 12th St., NW, Suite 1100
Washington, D.C. 20005
Tel: (202) 585-6500
Fax: (202) 585-6600
sryan@manatt.com
sneal@manatt.com
ckoegel@manatt.com

*Counsel for Plaintiff National Railroad Passenger Corporation*

Philip J. Harvey, Esq.
Venable, LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA  22182
Tel :  (703) 760-1928
Fax :  (703) 821-8949
pjharvey@venable.com

Steven W. Zoffer, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222
Tel:  (412) 281-7272
Fax:  (412) 392-5367
zoffes@dmclaw.com

*Counsel for Defendant Forum, Inc.*

Joseph Brooks, Esq.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004-2541
Tel: (202) 739-5572
Fax: (202) 739-3001
jbrooks@morganlewis.com

*Counsel for Third-Party Defendant Advance Transformer Co.*

Russell J. Ober, Jr., Esq.
Patricia L. Dodge, Esq.
Meyer, Unkovic & Scott, LLP
1300 Oliver Building
Pittsburgh, PA 15222
Tel:  (412) 456-2800
Fax:  (412) 456-2864
rjo@muslaw.com
pld@muslaw.com

*Counsel for Third-Party Defendant Southco, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2006, a copy of the attached Notice of Filing and Revised Scheduling Order was served by electronic- mail (via the Court's Electronic Case Filing system) upon:

Philip J. Harvey, Esq.
Venable, LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA  22182
Tel :  (703) 760-1928
Fax :  (703) 821-8949
pjharvey@venable.com

Steven W. Zoffer, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222
Tel:  (412) 281-7272
Fax:  (412) 392-5367
zoffes@dmclaw.com

*Counsel for Defendant Forum, Inc.*

Joseph Brooks, Esq.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004-2541
Tel: (202) 739-5572
Fax: (202) 739-3001
jbrooks@morganlewis.com

*Counsel for Third-Party Defendant Advance Transformer Co.*

Russell J. Ober, Jr., Esq.
Patricia L. Dodge, Esq.
Meyer, Unkovic & Scott, LLP
1300 Oliver Building
Pittsburgh, PA 15222
Tel:  (412) 456-2800
Fax:  (412) 456-2864
rjo@muslaw.com
pld@muslaw.com

*Counsel for Third-Party Defendant Southco, Inc.*

2

_/s/_____
Christopher T. Koegel

30190849.1