IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FORUM, INC., ) <br> Defendant ) <br> and Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ADVANCE INCORPORATED, ) <br> ) <br> Third-Party Defendant; ) <br> ) <br> SOUTHCO, INC., ) <br> ) <br> Third-Party Defendant. ) | Civil Action No.: 1:05CV01837 <br> Judge: Paul L. Friedman <br><br> FILED ELECTRONICALLY |

### REVISED SCHEDULING ORDER

Defendant and Third Party Plaintiff, Forum, Inc. ("Forum"), pursuant to this Court's Order of August 25, 2006 in the above-captioned matter and the proceedings on the same date, propose the following schedule with regard to resolving the statute of limitations issues. The parties will execute an acceptable Confidentiality Agreement in this matter by Thursday, September 14, 2006. Thereafter, Plaintiff and Defendant will proceed to produce all remaining documents responsive to their respective document requests on or before September 21, 2006. Thereafter, these parties will conduct limited discovery for the purposes of preparing a motion on the statute of limitations issues and oppositions thereto as follows:

1.	Requests for written discovery are due by September 17, 2006.  However, neither party waives any objections that it may have pursuant to the prevailing Rules of Civil Procedure with regard to written discovery including, but not limited to, any objections relating to exceeding the number of Interrogatories provided under the Rules and/or exceeding the scope of discovery;

2.	Responses to the written discovery requests pertaining to statute of limitations issues are due by October 17, 2006;

3.	Depositions will be completed by November 21, 2006;

4.	Motions by the Defendant raising statute of limitations defenses are due by December 21, 2006;

5.	Any oppositions thereto are due by January 30, 2007;

6.	Any replies are due by February 15, 2007.

Nothing in this Order will preclude future discovery on other issues should any motions on statute of limitations be denied.

| | |
|---|---|
| Date | The Honorable Paul L. Friedman<br>United States District Judge |

Copies to:

Stephen M. Ryan, Esq.
Stephen L. Neal, Jr. Esq.
Manatt, Phelps & Phillips, LLP
700 12th Street, NW, Suite 1100
Washington, DC  20005
(202) 585-6500 (Phone)
(202) 585-6600 (Fax)
sryan@manatt.com
sneal@manatt.com

Counsel for The National Railroad Passenger Corporation

Marylin Jenkins Milner, Esq.
Associate General Counsel
National Railroad Passenger Corporation
60 Massachusetts Avenue, NE
Washington, DC  20002
(202) 906-3027 (Phone)
MilnerM@amtrak.com

Of Counsel for The National Railroad Passenger Corporation

Russell J. Ober, Jr., Esquire
Patricia L. Dodge, Esquire
Meyer, Unkovic & Scott LLP
1300 Oliver Building
Pittsburgh, PA  15222-2304
Attorneys for Third-Party Defendant, Southco, Inc.

Joseph Brooks, Esquire
Wade B. Wilson, Esquire
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

Attorneys for Third-Party Defendant, Advance Transformer Co.

Philip J. Harvey, Esq.
Venable, LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA  22182
703-760-1600 (Phone)
703-821-8949 (Fax)
pjharvey@venable.com

Steven W. Zoffer, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222
412-281-7272 (Phone)
412-392-5367 (Fax)
szoffer@dmclaw.com

Counsel for Defendant Forum, Inc.