UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL RAILROAD PASSENGER CORP., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>FORUM, INC., <br><br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |
| FORUM, INC., <br><br>　　　　Third-Party Plaintiff, <br><br>　　v. <br><br>ADVANCE TRANSFORMER CO., *et al.*, <br><br>　　　　Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 05-1837 (PLF)

REFERRAL ORDER

      The Court is referring this action to a magistrate judge for management and resolution of all discovery-related issues. Accordingly, it is hereby

      ORDERED that this matter is referred to Magistrate Judge Deborah A. Robinson for the management of discovery in this case. Therefore, on any filing related to discovery the parties shall place the initials of Judge Paul L. Friedman and the initials of the magistrate judge

following the case number in the caption. On any other filings in this case, the parties shall place only the initials of Judge Paul L. Friedman after the case number.

    SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 7, 2006