UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>FORUM, INC.,<br>    Defendant<br>    and Third-Party Plaintiff,<br><br>v.<br><br>ADVANCE TRANSFORMER, CO., and SOUTHCO, INC.,<br><br>    Third-Party Defendants. | Civil Action No.: 1:05CV01837<br><br>Judge Paul L. Friedman<br><br>Magistrate Judge Deborah A. Robinson |

### CONSENT MOTION FOR CONTINUANCE OF STATUS HEARING

Come now the parties, Plaintiff National Railroad Passenger Corporation, Defendant and Third-Party Plaintiff Forum, Inc. ("Forum"), and Third-Party Defendants Advance Transformer, Co. ("Advance") and Southco, Inc., and hereby jointly move this Court for an Order continuing the date of the November 14, 2006 Status Hearing and the date to submit a Joint Status Report.

1. On November 7, 2006, the Court referred all discovery disputes to the Honorable Deborah A. Robinson for resolution. That same day, Judge Robinson set a Status Hearing for November 14, 2006 at 9:30 a.m. and ordered that a Joint Status Report be filed by November 10, 2006.

2. Before these Orders were entered, the parties had agreed that Al Lasoff (formerly of Advance) would be deposed in Princeton, New Jersey on November 14. Advance's counsel has advised that, due to an illness in the witness' family, this is the only date on which this

witness is available on or before November 14, 2006—which is the final date on which a deposition of Advance can be taken under the Court's Order of August 25, 2006. The parties therefore respectfully seek a continuance of the Status Hearing until November 20, 2006, with the Joint Status Report to be filed on or before November 17, 2006.

    3.    Counsel for Defendant Forum is located in Pittsburgh, Pennsylvania. Accordingly, he would like to participate telephonically in the rescheduled Status Hearing on November 20, 2006.

WHEREFORE, the parties jointly request that this Court continue the Status Hearing currently scheduled for November 14, 2006 to November 20, 2006, with telephonic participation by counsel for Forum, and that the Joint Status Report be filed on or before November 17, 2006. A proposed Order is attached.

Dated: November 10, 2006    By:    /s/
Stephen M. Ryan, Esq.
DC Bar No. 359099
Stephen L. Neal, Jr., Esq.
DC Bar No. 441405
Christopher T. Koegel, Esq.
DC Bar No. 473478
Manatt, Phelps & Phillips, LLP
700 12th Street, NW, Suite 1100
Washington, DC 20005
(202) 585-6500 (phone)
(202) 585-6600 (fax)
sryan@manatt.com
sneal@manatt.com
ckoegel@manatt.com

*Counsel for Plaintiff National Railroad Passenger Corporation*

/s/
Steven Zoffer, Esq.
Dickie, McCamey & Chilcote
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
412-281-7272 (phone)

2

412-392-5367 (fax)
zoffes@dmclaw.com

_____/s/_____
Russell J. Ober, Jr., Esq.
Patricia L. Dodge, Esq.
Meyer, Unkovic & Scott, LLP
1300 Oliver Building
Pittsburgh, PA 15222
412-456-2800 (Phone)
412-456-2864 (Fax)

*Counsel for Third Party Defendant Southco, Inc.*

_____/s/_____
Joseph Brooks, Esq.
Morgan Lewis & Bockus, LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004-2541
Phone: 202. 739. 5572
Fax: 202.739.3001

*Counsel for Third-Party Defendant Advance Transformer Co.*

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>FORUM, INC.,<br>  Defendant<br>  and Third-Party Plaintiff,<br><br>v.<br><br>ADVANCE TRANSFORMER, CO., and SOUTHCO, INC.,<br><br>  Third-Party Defendants. | Civil Action No.: 1:05CV01837<br><br>Judge Paul Friedman<br><br>Magistrate Judge Deborah A. Robinson |

## ORDER

This matter having come before the Court on the parties' Consent Motion for Continuance of Status Hearing, it is this ____ day of _____, 2006, hereby:

ORDERED, that the Consent Motion is GRANTED; and it is further

ORDERED, that the Status Hearing in this matter, currently scheduled for November 14, 2006, is continued to November 20, 2006 with telephonic participation by Defendant and Third-Party Plaintiff Forum, Inc.; and it is further

ORDERED, that the Joint Status Report shall be filed with the Court on or before November 17, 2006.

                     _____
                     The Honorable Deborah A. Robinson
                     United States Magistrate Judge

Copies to:

Stephen M. Ryan, Esq.
Stephen L. Neal, Jr., Esq.
Manatt, Phelps & Phillips, LLP
700 12th Street, NW, Suite 1100
Washington, DC 20005

*Counsel for Plaintiff National Railroad Passenger Corporation*

Philip J. Harvey, Esq.
Venable, LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182

Steven W. Zoffer, Esq.
Dicki, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222

*Counsel for Defendant Forum, Inc.*

Russell J. Ober, Jr., Esq.
Patricia L. Dodge, Esq.
Meyer, Unkovic & Scott, LLP
1300 Oliver Building
Pittsburgh, PA 15222

*Counsel for Third-Party Defendant Southco, Inc.*

Joseph Brooks, Esq.
Wade B. Wilson, Esq.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Counsel for Third-Party Defendant Advance Transformer, Co.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2006, a copy of the foregoing Consent Motion for Continuance of Status Conference and proposed Order were served by electronic and first-class mail upon:

Philip J. Harvey, Esq.
Venable, LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182

Steven W. Zoffer, Esq.
Dicki, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222

*Counsel for Defendant Forum, Inc.*

Russell J. Ober, Jr., Esq.
Patricia L. Dodge, Esq.
Meyer, Unkovic & Scott, LLP
1300 Oliver Building
Pittsburgh, PA 15222

*Counsel for Third-Party Defendant Southco, Inc.*

Joseph Brooks, Esq.
Wade B. Wilson, Esq.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Counsel for Third-Party Defendant Advance Transformer, Co.*

                                                /s/
                                     Stephen L. Neal, Jr.

30192719.1