# EXHIBIT A

## Part 1

177645.txt

1

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3   ------------------------x
 4   NATIONAL RAILROAD          :
 5   PASSENGER CORPORATION,     :
 6           Plaintiff        : Civil Action No.:
 7   v.                        : 1:05CV01837
 8   FORUM, INC.,              :
 9           Defendant and    :
10      Third-Party Plaintiff: Pages:  1 through 229
11   v.                        :
12   ADVANCE TRANSFORMER, CO.,:
13   and SOUTHCO, INC.,       :
14      Third-Party Defendants:
15   ------------------------x
16   30(b)(6) Deposition Advance Transformer, Co. by
17                   Robert A. Erhardt
18                   Washington, DC
19               Friday, November 3, 2006
20
21   Reported by:  Joanne Liverani, RMR
22   JOB NO.   177645
```

2

```
 1
 2
 3
 4                          November 3, 2006
 5                          11:30 a.m.
```

177645.txt

6

7    30(b)(6) Deposition Advance Transformer, Co. by Robert

8    A. Erhardt, held at the offices of:

9

10           Morgan, Lewis & Bockius LLP

11           1111 Pennsylvania Avenue, Northwest

12           Washington, DC    20004

13

14    Pursuant to notice, before Joanne Liverani, RMR, a

15    Notary Public of the District of Columbia.

16

17

18

19

20

21

22

                                                    3


1    APPEARANCES:

2    For the Plaintiff, NATIONAL RAILROAD PASSENGER

3    CORPORATION

4      Manatt, Phelps & Phillips, LLP

5           700 12th Street, Northwest

6           Suite 1100

7           Washington, DC    20005

8           (202)585-6515

9    BY:    Stephen L. Neal, Jr., Esq.

10           Michael D. White, Esq.

11

12    For the Defendant and Third-Party Plaintiff, FORUM, INC.

13      Dicki, McCamey & Chilcoate, P.C.

                              Page 2

177645.txt

14        Two PPG Place

15        Suite 400

16        Pittsburgh, Pennsylvania    15222

17        (412)392-5492

18    BY:    Steven W. Zoffer, Esq.

19        Douglas M. Grimsley, Esq.

20

21    For the Third-Party Defendant, ADVANCE TRANSFORMER, CO.

22     Morgan, Lewis & Bockius, LLP

                                                    4


1        1111 Pennsylvania Avenue, Northwest

2        Washington, DC    20004

3        (202)739-5572

4    BY:    Joseph Brooks, Esq.

5

6    THE FOLLOWING APPEARANCE WAS MADE VIA TELEPHONE:

7    For the Third-Party Defendant, SOUTHCO, INC.

8     Meyer, Unkovic & Scott, LLP

9        1300 Oliver Building

10        Pittsburgh, Pennsylvania    15222

11        (412)456-2592

12    BY:    Melissa Nicol, Esq.

13        Jason Yarbrough

14

15

16

17

18

19

20

177645.txt

21

22

□

5

1                    C O N T E N T S

2   EXAMINATION OF THE WITNESS:              PAGE

3   ROBERT A. ERHARDT

4   Examination By Mr. Zoffer                    7

5   Examination By Mr. Neal                    147

6   Deposition Exhibits                      PAGE

7   63   Bates stamp Advance 00070 through      25
         00124
8
    64   Bates stamp Advance 0009 through       42
9        00013

10  65   Advance Atlas Ballast Selection       62
         Guide, April 1999, Advance
11       Transformer Co.

12  66   Bates stamp F00651 through 00655      64

13  67   Bates stamp F01168 through 1174       73

14  68   Bates stamp Advance 00014 through     77
         00023
15
    69   Bates stamp Advance 00034 through     88
16       00036

17  70   Bates stamp Advance 00127 through     89
         00128
18
    71   Bates stamp Advance 0008             100
19
    72   Bates stamp F01245 through 01246     100
20
    73   Bates stamp Advance 00125 through    110
21       00126

22  74   Bates stamp F01153                   112

□

6

1   75   Bates stamp F01152                   113

2   76   Bates stamp Advance 00029            131

3   77   Bates stamp Advance 00030 through    137
         00031

Page 4

177645.txt

4
78    Bates stamp Advance 00045 through      189
5        00046

6    79    Bates stamp Advance 00051          207

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

⬚

7

1       Thereupon,

2                   ROBERT A. ERHARDT,

3    the Witness, called for examination by counsel for the

4    Defendant, and, after having been sworn by the notary,

5    was examined and testified as follows:

6    EXAMINATION BY COUNSEL FOR THE DEFENDANT, FORUM, INC.

7    BY MR. ZOFFER:

8        Q    Good morning, Mr. Erhardt.  It is still

9    morning.  Thank you for your patience this morning.

10               We met earlier.  My name is Steve

11    Zoffer.  I will be taking your deposition today in
                        Page 5

177645.txt

12    a case that is pending in the -- what did I do with

13    it -- US District Court for the District of

14    Columbia, at number 1:05CV01837, before Judge

15    Friedman, captioned:  National Railroad Passenger

16    Corporation versus Forum, et al.

17              And my first question for you, sir, is

18    have you ever had your deposition taken before?

19        A    Yes, I have.

20        Q    When was the last time you had your

21    deposition taken?

22        A    Oh, just last month.

8

1         Q    Just generally was that in connection

2    with a personal or a business matter?

3         A    I was representing the company.

4         Q    The company being Advance.

5         A    Advance, yes.

6         Q    Can you just tell me just as generally

7    as you can what that matter involved?

8         A    It was an alleged product liability

9    case.

10        Q    Did it involve a ballast?

11        A    It involved a ballast.  Involving a

12    ballast.

13        Q    I assume that matter is still pending?

14        A    Yes, it is.

15        Q    Is that case down here?

16        A    Baltimore.

17        Q    Baltimore.

18        A    My deposition was in Baltimore.  I am

177645.txt

19  not sure the jurisdiction.

20      Q    Okay.  You will know then how the

21  deposition is going to proceed, but let me just

22  remind you, you see we have a court reporter here

9

1   with us today, and she will be taking down

2   everything that you and I will say.  It is of

3   course difficult for her to take down more than one

4   of us speaking at the same time, so I will ask that

5   you wait for me to finish my questions, and I will

6   be sure to do the same for your answers.

7           If at any time you don't hear or

8   understand one of my questions, just let me know

9   and I can try to repeat or rephrase the question.

10  If you answer, I will assume you both heard it and

11  understood it.  Fair enough?

12      A    Yes.

13      Q    It is also difficult for the court

14  reporter to take down the non-verbal responses, the

15  normal nods of the heads and shrugs of the

16  shoulders that we do in everyday speech, so I will

17  ask that all of your answers be verbal; okay?

18      A    Yes.

19      Q    Any time you want to take a break,

20  confer with your counsel, just let me know and we

21  can do that as well.

22          Could you please state your name and

10

1   present address for the record?

2       A    Robert Alexander Erhardt.  I live at 511

Page 7

177645.txt

3    Red Wood Lane, Schaumburg, Illinois.

4        Q    And how long approximately have you been

5    at that address?

6        A    Nine years.

7        Q    Can you tell me a little bit about your

8    educational background; how far did you go in

9    school?

10       A    I have a BSEE, electrical engineering

11   degree.

12       Q    From where?

13       A    Illinois Institute of Technology.  I

14   have had some additional training in fire

15   investigation and a few little coursework in

16   going -- continuing education for electronics.

17       Q    Do you have -- presently hold an

18   electrical engineering license?

19       A    No, I do not.

20       Q    Do you have any licenses, professional

21   licenses of any kind?

22       A    Licenses?  No.

11

1        Q    Certifications?

2        A    I am a certified fire and explosion

3    investigator.

4        Q    And what's the certifying organization

5    for that?

6        A    National Association of Fire

7    Investigators.

8        Q    How long have you been so certified?

9        A    I don't remember exactly, but I want to

Page 8

177645.txt

10    say three or four years, I believe.

11        Q    Any other educational or vocational

12    training that we haven't talked about?

13        A    I tried to attend continuing education

14    in the area of fire investigation.  I have had

15    training in product safety.

16        Q    Any product in particular?

17        A    Well, one of my responsibilities at my

18    company is safety engineering.  We do the

19    approbation for our safety certifications, our UL,

20    CSA, and other certifications.

21        Q    And your position at Advance requires

22    that you be familiar with those requirements for

12

1    those certifications?

2        A    Well, I am a director so I am in

3    management, but I am familiar with those

4    certifications.

5        Q    I'm sorry, any other educational or

6    vocational training that we haven't talked about?

7        A    Not that I'm thinking of offhand.

8        Q    Let's talk a little bit about your

9    employment history.  Where did you begin your

10    employment history, professionally?

11        A    Professionally, I have been with

12    Philips, nearly continuously, for -- since 1982.

13        Q    Okay.  Always in Illinois?

14        A    No.

15        Q    Could you just walk me through your

16    progression through the company.

17        A    Okay.

Page 9

177645.txt

18      Q      When did you begin with Philips in 1982?

19      A      I started at Advance in 1982.  I worked

20   there until late 1983.  I went to Europe, city of

21   Eindhoven, in the Netherlands, where Philips

22   headquarters are located.  I worked there for --

13

1    between 20 months, I think, was the period.

2             I returned back to Advance in the

3    Chicago area in 1985.  Continued working in -- with

4    Advance in the Chicago area until late 1993.

5    Philips had purchased a -- another ballast company

6    in California, EVT, and I worked -- I worked in

7    their engineering group in 1994 and 1995.

8             In early 1996 my family had health

9    issues with California air quality.  I took a

10   position outside the company with WPI in New

11   Hampshire and worked there until late 1996, at

12   which point I was told that Philips was returning

13   engineering to the Chicago area, and I was offered

14   a position back with Philips again.  I returned

15   back to Philips, and I have been there since.

16      Q      So from about '96 to the present you

17   have been in Chicago with Philips?

18      A      Yes, late 1996.

19      Q      Okay.  Let me just check a couple of

20   things.  In 1982 when you first came to the

21   company, what did they actually hire you to do?

22      A      I was a design engineer, and my

14

177645.txt
1   responsibility was the introduction of an

2   integrated compact fluorescent lamp into the market

3   and product support while it was being

4   manufactured.

5        Q    Okay.  When you went off to the

6   Netherlands for a little under a year, if I got

7   that right, was that still your capacity or did

8   that change?

9                    MR. BROOKS:  Just for the record

10  I think the testimony is 20 months.

11                   MR. ZOFFER:  Twenty months, I'm

12  sorry, almost two years.  Thank you.

13  BY MR. ZOFFER:

14       Q    Did your capacity change during that

15  period?

16       A    In Eindhoven I was working on what they

17  referred to as predevelopment, which is more of an

18  R&D type work.  I was working with high efficiency

19  low pressure sodium ballasts and then moved on to

20  dimming control of fluorescent ballasts,

21  fluorescent lights.

22       Q    Would those be the electronic kind of

15

1   ballasts?

2        A    Yes.

3        Q    You did that -- when you said you moved

4   on, would that have been toward the end of your

5   tenure in the Netherlands?

6        A    No, I would say from early 1984 until

7   mid-1985, in the Netherlands, I was working on the

8   dimming.

Page 11

177645.txt

 9      Q    And then when you returned to Chicago in
10    about '85, what was your job at that point?

11      A    I was working on the dimming ballast
12    project at Advance for a period.  Then I don't
13    remember if it was late 1984 or early -- I'm sorry,
14    late 1985 or early 1986, I began working on metal
15    halide lamp ballasts or automotive headlamp
16    applications.

17      Q    Okay.  Did your position actually change
18    in -- with Philips in 1985 when you returned?  What
19    did they call you?  Were you still a design
20    engineer?

21      A    I was still a design engineer of -- I
22    don't recall exactly.  I may have moved -- there

                                                              16


 1    were two levels of design engineer.  I think I
 2    moved from one -- the lower level to the higher
 3    level.

 4      Q    Some kind of senior engineer in status?

 5      A    Well, the senior engineer title -- I
 6    don't have my CV with me.

 7      Q    Okay.

 8      A    I would have -- I could have supplied it
 9    if asked.

10      Q    Okay.  Well, we may ask you to do that
11    at some point but that's fine.  Okay.

12           When you went to work then for WPI in
13    New Hampshire, what did you do for that company?

14      A    I was vice president of engineering.

15      Q    What is the business of WPI?

Page 12

177645.txt

16      A    They made electronic metal halide

17   ballasts.  They had other products but I was

18   responsible for electronic metal halide ballasts.

19      Q    Would they have been a competitor of

20   Advance?

21      A    Not directly.

22      Q    Why is that?

17

1      A    They worked with higher power, I'll call

2   them niche markets.

3      Q    Okay.

4      A    Medical systems and projection.

5      Q    Is Advance a custom manufacturer?

6      A    No, sir.

7      Q    Are they, in my words, off-the-shelf

8   manufacturer?

9      A    I would classify them as a high-volume

10   manufacturer.

11      Q    What does that mean, "high volume,"

12   besides they make a lot of them?

13      A    We are North America's largest supplier

14   of ballasts.  We generally make products that we

15   feel will sell in high quantities.  And we don't do

16   custom work for local entities.

17      Q    I'm sorry, for local entities?

18      A    For local entities.

19      Q    Are there companies in the market that

20   do custom work for local entities that you are

21   aware of?

22      A    WPI is an example of a company that does

18

177645.txt

1    custom low-volume ballast development.

2        Q    And that's why there really was not a

3    competitive issue there?

4        A    Yes.

5        Q    Okay.  And then you returned in 1996 to

6    Philips or to Advance?

7        A    Late 1996.

8        Q    Late 1996?

9        A    I think it was December.

10       Q    Okay.  What was your position at that

11   time?

12       A    I returned as a principal engineer.

13       Q    Okay.  And what were your duties and

14   responsibilities at that point?

15       A    I was initially involved in doing cost

16   reductions on our -- I'll say our bread and butter,

17   if you will, electronic -- electronic fluorescent

18   ballast line.

19       Q    Have you ever been accepted as an expert

20   or qualified as an expert in any court?

21       A    I have not testified in court.

22       Q    Have you ever prepared a report or

                                                    19


1    offered any expert testimony in written form as an

2    expert?

3        A    I -- I guess I don't understand the

4    question.

5        Q    Sure.  I mean has anybody asked you in a

6    professional capacity to prepare a report in your

                        Page 14

177645.txt
7   area of expertise, for example, reviewing a
8   product, offering opinions of any kind?
9                   MR. BROOKS:  For the -- in
10  connection with litigation?
11                  MR. ZOFFER:  Well, not
12  necessarily.  I don't think he's testified in court
13  but in connection with anything having to do with
14  his job.
15                  MR. BROOKS:  Wait, hold on a
16  second.  You want to know if he has ever as part of
17  his job responsibilities prepared a report?
18                  MR. ZOFFER:  No, no, as an
19  expert.
20                  MR. BROOKS:  As an expert.
21                  MR. ZOFFER:  As an expert, yeah.
22  But I can narrow it.  Let me just --

                                                    20


1                   MR. BROOKS:  I am trying to get
2   the connection between litigation and not, so you
3   mean as an expert in connection with litigation,
4   whether or not he ultimately testified.
5                   MR. ZOFFER:  I'm not sure
6   whether he prepared a report and the case settled,
7   for example.  I don't know whether you consider
8   that litigation.  I'm trying to stay away from
9   that.  I might too, but I don't know if he does.
10  BY MR. ZOFFER:
11       Q    So do you understand what I am asking?
12       A    No, sir.
13       Q    Okay.  Have you ever prepared a report
14  in your professional capacity where you have
                        Page 15

177645.txt

15    offered an opinion concerning a product or, for

16    example, a mechanism of failure?

17         A    Outside my responsibilities within my

18    company?

19         Q    Let's go ahead with that, sure.

20         A    I have not issued a formal written

21    report as being described.

22         Q    Okay.  Have you done that within the

21

1     context of your employment with your company?

2          A    I have written reports within my

3     company.

4          Q    Where you have offered opinion as an

5     expert in an area?

6          A    Yes.

7                    MR. BROOKS:  Steve, I am trying

8     to get an understanding of where we are going.

9     Mr. Erhardt has not been offered and will not be

10    offered as an expert in this case.

11                    MR. ZOFFER:  Right.

12                    MR. BROOKS:  And I think we are

13    getting a little far afield.

14                    MR. ZOFFER:  Yes.  No, I just

15    want to understand the gentleman's qualifications,

16    just so we know who we are talking to.  If he is an

17    expert, I wanted to know what his area of expertise

18    is.  That's really the only question I will have

19    for you on that.

20    BY MR. ZOFFER:

21         Q    Is there an area of expertise which

Page 16

177645.txt

22    you --

22

1    A    I have been designated as an expert in

2    electronic ballast design and manufacture.

3    Q    By whom?

4    A    In litigation proceedings.

5    Q    Okay.

6    A    I am also deputy technical adviser to

7    the IEC where I function as a national expert in

8    international standards activities.

9    Q    Are you on the board of the NEC?

10    A    NEC?

11    Q    Yeah.

12    A    What's the NEC?

13    Q    I'm sorry, I thought that was what you

14    just said.

15    A    IEC.

16    Q    Oh, IEC, okay.  What does that stand

17    for?

18    A    It's a -- it's French words but it's

19    basically international electrical standards.

20    Q    Okay.  I guess I will just ask.  Do you

21    serve in some formal capacity with that

22    organization?

23

1    A    Deputy technical adviser.

2    Q    Is that an officer, do you have a board

3    position or is that -- how does that fit in with

4    the organization?

5    A    I represent the US national committee at

Page 17

177645.txt

6    that international standards group.

7         Q    So your area of expertise, how would you

8    define what that is?

9                   MR. BROOKS:  Objection, asked

10   and answered.

11                  MR. NEAL:  I join also, Steve.

12   I want to know how this is relevant to limited

13   issues before us.

14                  MR. ZOFFER:  I promise this will

15   be my last one.

16   BY MR. ZOFFER:

17        Q    What is your area of expertise?

18                  MR. NEAL:  Same objection.

19                  THE WITNESS:  Ballasts.

20   BY MR. ZOFFER:

21        Q    I will show you a document which we

22   won't mark, which is a notice of deposition, which

                                                        24


1    contains nine categories, areas, and I will just

2    show you this.  I'm sorry to be throwing papers at

3    you.  Have you seen that before?

4         A    I believe I have.

5         Q    Are you here to offer testimony on all

6    of the areas that are enumerated in that document?

7                   MR. BROOKS:  No, he is not.

8                   MR. ZOFFER:  Okay.  Counsel can

9    help.  Which ones is he not here to offer testimony

10   on?

11                  MR. BROOKS:  Number six.

12   BY MR. ZOFFER:

                        Page 18

177645.txt
13       Q    Other than category six, are you here to

14    offer testimony on all categories?

15       A    Yes, I am.

16       Q    Okay, thank you.

17            When you began your employment history

18    with 1982, I just want to make sure that your

19    involvement with ballasts didn't precede that.   Is

20    that the first time you started working with

21    ballasts?

22       A    That was my first professional job

25

1    outside of high school.

2            (Deposition Exhibit No. 63 - Bates stamp

3            Advance 00070 through 00124 - was marked for

4            identification.)

5    BY MR. ZOFFER:

6       Q    I've shown -- presented you with a

7    document that we marked as Deposition Exhibit

8    No. 63 which is actually a compilation of e-mails.

9    They appear to have been sent to your attention,

10    all at the same time, on July 25, 2006.  Do you

11    recall receiving a fairly large collection of

12    e-mails on July 25, 2006?

13       A    Yes, I do.

14       Q    And these appear to have been forwarded

15    to you from Mr. Lassoff?

16       A    Yes, that's right.

17       Q    Did you discuss with Mr. Lassoff this

18    lawsuit?

19       A    Yes, I have.

20       Q    Okay.  When was the last time you talked
                        Page 19

177645.txt

21    with Mr. Lassoff?

22         A    I don't remember the exact time.

26

1         Q    Was it within the last couple of weeks;
2    was it a month ago, approximately?

3                   MR. BROOKS:  Counsel, let me
4    interrupt and let me try to help move this along
5    and also set some reasonable parameters.

6              If you want to ask the witness what, if
7    anything, he did or who, if anyone, he spoke to in
8    order to prepare for today's deposition, that's
9    fine.

10             But if you want to ask questions about
11   the internal investigation that may have occurred
12   at Advance in connection with this case, it's off
13   limits as work product.  So, you know, I think with
14   that rubric, you may want to try and pursue this in
15   a more efficient way.

16                  MR. ZOFFER:  Okay.  I didn't
17   realize there was an internal investigation at
18   Advance, but now that I know that.

19   BY MR. ZOFFER:

20        Q    I am not asking you to tell me anything
21   that you may have discussed with your counsel or
22   anyone working with your counsel to perform an

27

1    investigation.

2              Really all I am asking you about is in
3    connection with this group of e-mails that

Page 20

177645.txt

4    Mr. Lassoff sent to you, did you discuss the case

5    with him?

6                    MR. BROOKS:  Yes, and just by

7    way of further explication here, I didn't mean to

8    suggest there was any investigation that was done,

9    other than of course that which is required to be

10   conducted by Rule 11 of the Federal Rules of Civil

11   Procedure before we filed our answer to the

12   complaint.

13                   MR. ZOFFER:  Okay.  I don't know

14   what you are talking about, Joe, but I'm just

15   trying to help with the question here.  So I

16   appreciate that --

17                   MR. BROOKS:  Well, for the

18   record you should be aware, if you are not, that

19   before you file an answer --

20                   MR. NEAL:  Come on, Joe.

21                   MR. BROOKS:  -- you need to

22   conduct an investigation, and that's all that I was

                                                        28

1    indicating.

2                    MR. ZOFFER:  Okay.  That's fine.

3    BY MR. ZOFFER:

4        Q    Was there any other kind of

5    investigation, other than the one that your counsel

6    has been referring to in connection with the

7    preparation of an answer to the complaint to join

8    filed in this lawsuit that you are aware of at

9    Advance in connection with this matter?

10       A    Please repeat the question.

11       Q    Sure.  Just to clarify, your counsel has
                        Page 21

177645.txt

12    indicated that he was only indicating to me on the

13    record that there was an investigation that's

14    necessary pursuant to one of our Rules of Civil

15    Procedure in connection with the preparation of an

16    answer, on behalf of Advance, which would respond

17    to the complaint to join in this case.

18              My question is are you aware of any

19    other type of investigation that was conducted at

20    Advance relative to any matters that are germane to

21    this lawsuit?

22                         MR. BROOKS:  Let me try a

                                                            29


1    friendly clarification.  I think what he wants to

2    know is other than at the direction of outside

3    counsel, to your knowledge was there any

4    investigation of these matters conducted by

5    Advance.

6                         MR. ZOFFER:  Sure.

7                         THE WITNESS:  I am unaware of

8    any investigation that was not the result of

9    requests for information for this case, this matter

10    at the instruction of our attorney.

11    BY MR. ZOFFER:

12        Q    I think that's a little different, but

13    let me just ask you my question.  And I appreciate

14    all the qualifications, and let me just try to get

15    back to our document here if we could.

16              Mr. Lassoff sent you a big group of

17    e-mails on July 25 it appears.

18        A    Yes, sir.

                         Page 22

177645.txt

19    Q    My question was, did you discuss with

20    Mr. Lassoff this case in connection with his

21    transmitting these things to you?

22    A    I have had discussions with Mr. Lassoff

                                                              30

1    concerning this case.

2    Q    Okay.

3    A    And the items being asked for in this

4    case.

5    Q    Did you ask Mr. Lassoff to forward these

6    e-mails to you that are Exhibit 63?

7    A    Yes, I did.

8    Q    Okay.  And why did you do that?

9    A    Mr. Lassoff was -- indicated to me to be

10    the salesperson that was calling on Forum.  When I

11    contacted him, he volunteered that he had documents

12    that -- between himself and Forum and with Advance

13    concerning Forum.

14    Q    Was that the first time that you had

15    spoken with Mr. Lassoff about this litigation?

16    A    Yes.

17    Q    Do you recall what Mr. Lassoff said to

18    you about that?

19                    MR. BROOKS:  That's where I'm

20    going to object.  Because --

21    BY MR. ZOFFER:

22    Q    Unless your counsel or somebody else was

                                                              31

1    there with you.  I don't want to hear about that.

2                    MR. BROOKS:  No, you don't want
                         Page 23

177645.txt

3   to hear about it anyway.  An investigation was
4   being conducted at the direction of counsel.  I am
5   going to assert a work product objection.
6                     MR. ZOFFER:  Okay.  You're going
7   to lose that one, Joe.  All I am asking -- unless
8   there is some privilege you are asserting, is the
9   discussion he had with another employee of Advance.
10  So unless you are going to instruct him not to
11  answer that one, which I think would be an error, I
12  am just asking what they talked about.
13                    MR. BROOKS:  I am going to
14  instruct him not to answer that one.  It is the
15  lead case out of the Supreme Court.  If there is an
16  internal investigation being conducted at the
17  direction of counsel, that's work product.
18                    MR. ZOFFER:  This witness hasn't
19  indicated that any of that had to do with internal
20  investigation directed by counsel.  What he's
21  indicated to me is that Mr. Lassoff and he had a
22  discussion in which he volunteered that he had

                                              32


1   documents to send him.  That's what he said, if I
2   understood him correctly.
3                     MR. BROOKS:  Time out.  Listen,
4   I don't want to waste a lot of time on this.
5                     MR. ZOFFER:  Well, let him
6   answer the question.
7                     MR. BROOKS:  Let me finish my
8   objection.  And I am not trying to be
9   obstructionist here.  The witness has testified
                        Page 24

177645.txt

10    that he didn't ever conduct any and he was not

11    aware of any investigation that was done, other

12    than at the direction of counsel.  He was gathering

13    documents at the direction of counsel.

14                    MR. ZOFFER:  He didn't say that,

15    Joe, and now you are coaching the witness.  I am

16    asking about a discussion he had with an employee

17    at the company about the case.  Now, what's your

18    objection to that?

19                    MR. BROOKS:  My objection is

20    that that discussion was had at the direction of

21    counsel.

22    BY MR. ZOFFER:

33

1         Q    Was the discussion you had with

2    Mr. Lassoff at the direction of your lawyers?  Did

3    any of your lawyers tell you to talk with

4    Mr. Lassoff?

5                    MR. BROOKS:  No.

6                    THE WITNESS:  I was told to get

7    documents together --

8    BY MR. ZOFFER:

9         Q    Okay.  That's --

10        A    -- by my attorney.  And contacting

11    Mr. Lassoff was part of my activity in following

12    my -- the request of my attorney.

13        Q    Okay.  And then you had a discussion

14    with Mr. Lassoff at that time?

15        A    Yes.  Yes.

16        Q    In which Mr. Lassoff volunteered that he

17    had some documents for you?

                         Page 25

177645.txt

18        A     Yes.

19        Q     Okay.  What else did Mr. Lassoff tell

20   you at that time?

21        A     He indicated to me that he had saved

22   documents and e-mail because he knew there was

34

1    concern and that he thought the documents should be

2    retained.

3         Q     Okay.  Did he tell you what the concern

4    was?

5                        MR. BROOKS:  Objection.  We're

6    now directly into an investigation that was being

7    conducted at the direction of counsel.

8                        MR. ZOFFER:  How that's

9    possible, Joe?  He was having a discussion with no

10   lawyers --

11   BY MR. ZOFFER:

12        Q     Were there any lawyers anywhere in the

13   vicinity of your discussion?

14                       MR. BROOKS:  It's irrelevant.

15                       MR. ZOFFER:  It's not

16   irrelevant.  I've got your objection.

17                       MR. BROOKS:  No, you

18   misunderstand.  This isn't just a typical form

19   objection.  This is a work product objection, and I

20   am instructing the witness not to answer the

21   question.

22                       MR. ZOFFER:  Just so we're

35

177645.txt
1  clear, you are instructing the witness not to
2  answer a question about a discussion that he had
3  with another employee at Advance that had no -- in
4  which there were no other lawyers present.
5              MR. BROOKS:  I am instructing
6  the witness that to the extent that he was
7  conducting an investigation at the direction of
8  counsel that that's work product, and I'm asserting
9  that objection, absolutely.
10              MR. ZOFFER:  Okay.  I don't know
11  if that's the objection that you are making to my
12  question, though.
13              MR. BROOKS:  And my authority
14  for that would be the Supreme Court's decision in
15  Upjohn.
16              MR. ZOFFER:  Okay.
17              MR. GRIMSLEY:  In what case?
18              MR. BROOKS:  Upjohn.  The first
19  day of law school for just about anybody.
20              MR. ZOFFER:  Joe, really,
21  completely unnecessary and insulting and not
22  productive, and I don't understand why you persist

                                        36


1  to make comments like that.
2              Because I have gone through law school,
3  happened to have done very well in law school, and
4  I don't really need to sit here and be lectured by
5  you about what happens in the first day of law
6  school.  You have done it to every lawyer in this
7  case, and I think we're getting a little tired of
8  it.
                    Page 27

177645.txt

```
 9           So make your objection.  You instructed
10   your witness not to answer, and now we will move
11   on.
12                   MR. BROOKS:  I made my
13   objection.  I stated the basis of my objection no
14   less than half a dozen times, and you persisted in
15   saying, Joe, are you going to stand by that, it's
16   an invalid objection.  Okay.  So you pushed me to
17   the point of the authority, and then I get, you
18   know, these comments.
19                   MR. ZOFFER:  I didn't ask you
20   for your authority once.  You volunteered it twice,
21   but I didn't ask you for it once.
22                   MR. BROOKS:  Steve, listen, the
```

37

```
 1   Court entered an order here, and the order is
 2   statute of limitations defenses.  Now, let's be
 3   clear.  I sat here and was as polite as I could be
 4   as we went into a real probing examination of this
 5   witness's background and his engineering history
 6   and when he worked in Europe.  It has nothing to do
 7   with the statutes of limitations.
 8           We have been delayed here today.  I was
 9   hoping we could move this along efficiently.
10                   MR. ZOFFER:  Well, you are
11   making a lot of objections, Joe.  This -- to making
12   it take a lot longer.
13                   MR. BROOKS:  I made one single
14   objection --
15                   MR. ZOFFER:  No, you haven't.
```

Page 28

177645.txt

16                  MR. BROOKS:  -- and you

17    persisted in questioning the witness in that area.

18                  My objection is to the extent that an

19    investigation was conducted in response to my

20    direction, I am asserting a work product.

21                  MR. ZOFFER:  That's fine, and I

22    am not asking about that, just so we are clear for

                                                            38


 1    the record.

 2    BY MR. ZOFFER:

 3        Q    I don't want to know anything having to

 4    do with an investigation instructed by your

 5    counsel.  I am asking about any discussions you

 6    might have had with employees about the lawsuit to

 7    the extent they were not at the direction of your

 8    counsel.  Is that clear?

 9                  MR. BROOKS:  No, to the extent

10    they were not part of the investigation that was

11    conducted at the direction of counsel.

12                  MR. ZOFFER:  Fine.

13                  THE WITNESS:  I don't recall --

14    I have not had any conversations with anyone that

15    were not the result of me getting information for

16    this lawsuit.  At the direction of my attorney.

17    BY MR. ZOFFER:

18        Q    So you haven't done anything in

19    connection with gathering information about the

20    matters at issue in this case other than that which

21    has been requested by your counsel; is that what

22    you are saying?

                                                            39
                        Page 29

177645.txt

```
 1        A    Other than as part of an investigation
 2   of this matter at the direction of my attorney.
 3        Q    Okay.  The e-mails in connection with
 4   this document that we've presented to you as
 5   Exhibit 63 --
 6        A    Yes.
 7        Q    -- were there any other documents that
 8   you gathered or are these it?
 9                   MR. BROOKS:  If it helps, I can
10   stipulate that Mr. Erhardt was the person who
11   provided to me all of the documents that were
12   produced on behalf of Advance in this case.
13   BY MR. ZOFFER:
14        Q    Okay.  Mr. Erhardt, what did you do in
15   preparation for your deposition here today?  And
16   please don't tell me about anything you discussed
17   with your counsel.  Did you look at any documents?
18        A    With my counsel.
19        Q    Did you talk to anybody?  Again, I don't
20   want to hear about what you did with your counsel.
21        A    Okay.
22        Q    If you didn't do anything other than
```

40

```
 1   talk with your counsel, then your answer would be I
 2   did nothing to prepare for this deposition.
 3        A    I did nothing to prepare for this
 4   deposition that did not involve working with my
 5   counsel.
 6        Q    When was the first time you became
```

Page 30

177645.txt

7    involved with this case or became aware that there

8    was an issue involving the Amtrak Acela relamping

9    project?

10               MR. BROOKS:  Just a question --

11    you mean the litigation or just at any point in

12    time?

13               MR. ZOFFER:  No.  Any point in

14    time.

15               THE WITNESS:  The first time I

16    became involved was when we were served -- we were

17    notified that we were being brought into a lawsuit.

18    BY MR. ZOFFER:

19       Q    That's the first time that you became

20    aware of an issue involving the ballasts at any

21    Amtrak stations?

22       A    Yes.

41

1       Q    So is it fair to say that you didn't

2    learn about any of that until 2006?

3       A    Yes.

4       Q    Is it also fair to say you had no

5    involvement with the provision of replacement

6    ballasts to the Amtrak stations that occurred in

7    2003?

8               MR. NEAL:  Objection to form.

9               THE WITNESS:  I'm sorry, please

10    repeat that.

11    BY MR. ZOFFER:

12       Q    Are you aware that there were ballasts

13    that were provided as replacements for ballasts

14    that were already in the Amtrak stations?

Page 31

177645.txt

15        A     Am I aware that there were ballasts,

16   yes, I am aware.

17        Q     Did you have any involvement in

18   arranging for those ballasts?

19        A     No, I was not involved at that time.

20        (Deposition Exhibit No. 64 - Bates stamp

21        Advance 0009 through 00013 - was marked for

22        identification.)

42

1                     MR. BROOKS:  This is 64.

2                     MR. ZOFFER:  Sixty-four.

3    BY MR. ZOFFER:

4         Q     Could you please identify that for us,

5    Mr. Erhardt.

6         A     These appear to be the excerpts of our

7    1999 catalog that we supplied in response to

8    requests involving this case.

9         Q     Okay.  In your company's answers to

10   interrogatories -- by the way, did you have any

11   involvement in preparing those answers?

12        A     Yes.

13        Q     Did you prepare them yourself?  Did you

14   answer the questions?

15        A     Yes, I answered questions.

16        Q     Okay.  In the answers to the

17   interrogatories that your company has provided, you

18   have indicated that this was the warranty that was

19   applicable to the fixtures at issue in this case;

20   is that your understanding?

21        A     Yes, sir.

Page 32

177645.txt
22       Q    And specifically, the category of

43


1    ballasts that are listed at the top of the warranty
2    section, see as the first one being electronic?
3         A    Mm-hmm.
4         Q    It would be the first category, wouldn't
5    it, that would be the applicable warranty?
6         A    Yes.
7         Q    So there was a five-year warranty on the
8    ballasts at issue in this case?
9         A    Yes.  Five years from the date of
10   manufacture.
11                  MR. BROOKS:  Just be careful.
12   Allow him to finish.  You guys are going to trip
13   over each other.
14   BY MR. ZOFFER:
15        Q    The warranty statement that's contained
16   in this guide if I can call it a guide, I call it
17   that because that's what it says at the front.  Is
18   that what you call this?
19        A    We call it the Atlas but guide is fine.
20        Q    You call it the Atlas?
21        A    Advance Atlas is the title on the page.
22        Q    In the warranty section of that Atlas,

44


1    it indicates:  The warranty claims are to be made
2    in accordance with Advance's published warranty
3    service program.
4                  Do you see that?  So first column toward
5    the bottom right before the bold text --

177645.txt

6        A    Okay.

7        Q    -- do you know what that refers to?

8    What is the published warranty service program?

9        A    I don't know exactly sitting here today

10   what that exactly is referring to.

11       Q    You don't know -- do you know if there

12   is one, such a program?

13       A    I don't know precisely what that is

14   referring to.

15       Q    Okay.  Is it your understanding that the

16   replacement of ballasts in this case was done

17   pursuant to this warranty?

18       A    Yes, sir.

19       Q    If you look at the next page of that

20   document, there appears to be a description of an

21   electromagnetic ballast and the various parts at

22   the top there.

45

1        A    Yes.

2        Q    Is this in your view a good, general,

3    technical description of the ballasts that were

4    both originally installed in the Amtrak fixtures

5    and also the replacement ballasts; in other words,

6    this description essentially applies to both?

7        A    No, sir, this is -- this is an

8    electromagnetic ballast and we supplied electronic

9    ballasts.

10       Q    What's the difference between an

11   electromagnetic ballast and an electronic ballast?

12       A    An electromagnetic ballast operates at

Page 34

177645.txt

13    the line frequency of 60-hertz.  An electronic

14    ballast has an inverter circuit that operates at an

15    elevated frequency in excess of 20,000-hertz.

16                MR. BROOKS:  Steve, can we go

17    off the record for a second.

18                MR. ZOFFER:  Sure.

19        (Discussion held off the record.)

20                MR. ZOFFER:  Back on the record.

21    BY MR. ZOFFER:

22        Q    Mr. Erhardt, I understand there may be

                                                    46


1    another section of this guide that may be more

2    applicable, and we will look for that at a break.

3        A    Okay.

4        Q    Okay.  Are you familiar nevertheless

5    with the similar description that's apparently

6    contained in the guide of the electronic ballast?

7        A    I'm sure I'm familiar with the

8    information.  I'm not -- I don't remember the last

9    time I looked at the description so I couldn't tell

10    you exactly what was or what was not in it.

11        Q    I guess -- are you familiar, and we can

12    get it if you need it, but I am wondering if you

13    are familiar enough with the electronic ballasts so

14    that I can ask you some questions that might be a

15    little technical in nature?

16        A    I am an electronic ballast expert.

17        Q    I wouldn't think I would be able to ask

18    you as good a question as you could answer, so let

19    me just try and you'll tell me.  And again these

20    would be questions that relate solely to the

                        Page 35

177645.txt

21    electronic ballasts at issue in this lawsuit.

22              Do those ballasts operate with tubes or

47

1    lamps?  Do you understand what I mean by that?

2         A    Not exactly.  Please clarify.

3         Q    Okay.  Is it your understanding that

4    there are lamps that the ballasts are used to

5    light?

6         A    Yes.

7         Q    Okay.  And those ballasts that are in

8    the catalog could be used for that purpose?

9         A    Yes.

10        Q    Okay.  The document that I put before

11   you has a listing of a bunch of certifications on

12   the next page.  I am not asking you to do this from

13   memory but if you look at Page 5 of the guide, my

14   question is, with respect to the ballasts at issue

15   in this case, and I understand we've got both an

16   original ballast and a replacement ballast, but my

17   question is for both, and if they are different you

18   could let me know if you would; okay?

19        A    I'm sorry, please.

20        Q    Sure.  Involved in this case, when I say

21   "the ballasts involved in this case," you

22   understand that there is an original set of

48

1    ballasts that were involved in this case and then

2    there was a replacement series of ballasts that

3    were provided?

Page 36

177645.txt
4       A    Yes.

5       Q    So my questions right now really relate
6   to both of those, but if they differ in any way as
7   we go through this, could you let me know?

8       A    Yes.

9       Q    Are the ballasts involved in this case,
10  are they UL listed?

11      A    Yes.

12      Q    Are they Class P?

13      A    Yes.

14      Q    And do they comply with ANSI
15  specifications for lamps that operate, including
16  filament voltage and lamp current crest factors?

17      A    I believe so, yes.

18      Q    I think you've already answered this,
19  but are the ballasts involved in this case
20  high-frequency electronic-type ballasts?

21      A    Yes.

22      Q    And they operate at a frequency of, I

                                                    49


1   think you said, 20 kHz or higher?

2       A    Yes.

3       Q    Do you know if the sound levels from the
4   ballasts exceed the Class A ambient noise level?

5       A    That's what they are rated.  They are
6   rated for the Class A rating.

7       Q    Okay.  To your knowledge, do you know
8   where these ballasts were installed; where the
9   stations are located?  For example, do you know
10  they're in Philadelphia and Providence; are you
11  familiar with all the stations?
                    Page 37

177645.txt

12        A      Not all of the stations.

13        Q      Okay.  Have you examined whether the

14    ballasts that were put into the stations that you

15    are familiar with meet the efficacy standards of

16    the local areas?

17                         MR. NEAL:  Objection to the form

18    of the question.

19                         THE WITNESS:  The only efficacy

20    standard that I am aware of is the federal

21    requirement and they do meet that.

22    BY MR. ZOFFER:

                                                    50


1         Q      Thank you.  Are you familiar with the

2     relative light output for those ballasts?

3         A      Yes.

4         Q      Okay.  Are they -- I am talking about

5     the percentage of light emitted with reference to

6     the ballast; is it less than 95 percent?

7         A      They are rated for over 95 percent.

8         Q      Okay.  But not more than a hundred

9     percent?

10        A      It may -- it may be 100 percent.

11        Q      Okay.  Are the ballasts involved in this

12    case, are they voltage sensing?  Do you know what I

13    mean by that?

14        A      No, I don't understand the term.

15        Q      Okay.  Did they essentially maintain a

16    consistent light output for lamps that operate at a

17    range of 90 volts to 320 volts?

18        A      No.

                        Page 38

177645.txt

19    Q    They do not?

20    A    No, they do not.

21    Q    They don't maintain consistent light

22    output in that regard?

51


1    A    They are not designed to operate over

2    that voltage range.

3    Q    Are they multi-type -- I'm sorry,

4    multi-tap type?

5    A    No.

6    Q    Do they operate ranges of 90 to

7    145 volts or 120 voltage tap?

8    A    No.

9    Q    Are you familiar with the harmonic

10    content of the ballasts at issue in this case?

11    A    I believe so.

12    Q    Do they exceed 10 percent?

13    A    I believe less than 10 percent were

14    their rating.

15    Q    Are you familiar with IEEE publication,

16    587, Category A with respect to transients?

17    A    I am familiar with the reference.

18    Q    Okay.

19    A    I am not intimately knowledgeable on the

20    document itself.

21    Q    So could you tell me whether the

22    ballasts in this case withstand that?

52


1    A    It was designed to meet that

2    requirement.

Page 39

177645.txt

 3      Q    It was?

 4      A    Well --

 5      Q    You say it was?  I just didn't hear you.

 6      A    Excuse me.  Tell me exactly which

 7  requirement you are talking about.

 8      Q    This would be transients as defined in

 9  the IEEE publication, 587, Category A, and whether

10  they are designed to withstand those line

11  transients?

12      A    That standard defines, as I recall,

13  multiple levels of transients.  I would have to

14  look at our catalog to tell you which of those they

15  met.

16              MR. BROOKS:  Steve, would it

17  help to get the catalog?

18              MR. ZOFFER:  It sounds like it

19  would.  Yeah, if we can get that quickly.  I don't

20  want to waste time.

21              MR. BROOKS:  It will take five

22  minutes.  I will get that.

                                                    53


 1              MR. ZOFFER:  Take a break.

 2  We'll get that.  We'll go off the record.

 3      (Thereupon, a recess was taken.)

 4  BY MR. ZOFFER:

 5      Q    Mr. Erhardt, during the break we were

 6  able to obtain a catalog, and just for the record

 7  so we can identify what you are looking at, could

 8  you just describe for us either by date or title

 9  what that document is?

                    Page 40

177645.txt

10      A    I'm looking at the 1999 edition of the
11  Advance Atlas.

12      Q    Okay.  Would that be the April 1999
13  edition?

14      A    Yes.

15      Q    All right.  So what we have previously
16  marked here as Exhibit No. 64 is an excerpt from
17  the full book or full guide that you are looking at
18  now?

19      A    Yes.

20      Q    Okay.

21      A    And on Page 55 --

22      Q    Yes.

                                                        54


1       A    -- I see an indication that our ballasts
2   are designed to meet ANSI, A-N-S-I, slash, IEEE,
3   I-E-E-E, C62.41, Category A, transients.

4       Q    All right.  I want to ask you about the
5   ballast case temperature and what that is rated,
6   and again, this is for the ballasts involved in
7   this case.

8            Would the case temperatures be rated to
9   exceed 68 degrees Fahrenheit?

10              MR. NEAL:  Objection.  I want to
11  make a continuation objection as to his lack of
12  personal knowledge regarding the light fixtures at
13  issue in this litigation.

14              MR. ZOFFER:  Okay.

15              MR. NEAL:  Go ahead.

16              THE WITNESS:  Now I forgot the
17  question.

                    Page 41

177645.txt

18    BY MR. ZOFFER:

19        Q    Sure.  It's the -- I am asking you about

20    whether the fixtures are designed to not exceed

21    68 degrees Fahrenheit temperature rise over the 104

22    Fahrenheit ambient temperature?

                                                    55


1                    MR. BROOKS:  Steve, I need a

2    clarification.  You spoke first in terms of ballast

3    case, Steve objected based on fixtures, now your

4    question uses the word "fixture."  Is your question

5    going to the light fixture or the ballast?

6                    MR. ZOFFER:  It's the ballast.

7    In fact all these questions are about the ballast.

8    Okay.

9                    THE WITNESS:  Okay.  But I think

10    you still misstated the question.

11                    MR. ZOFFER:  Let me try again.

12    BY MR. ZOFFER:

13        Q    Do you know if the ballast involved in

14    this case, if the -- they are designed so that

15    their case temperature shall not exceed 68 degrees

16    Fahrenheit temperature rise over 104 Fahrenheit

17    ambient?

18        A    Are you asking if the ballast will have

19    less than a 68-degree rise over an ambient of

20    104 degrees?

21        Q    Yes.  Thank you for restating that.

22        A    I have to convert -- we do in

                                                    56

177645.txt
1   engineering, we use Centigrade not Fahrenheit.
2           Can you -- can you rephrase that
3   question asking in Centigrade?
4       Q   I wouldn't be on this side of the table
5   if I could do that.  So I really can't.
6       A   Do we have a calculator that I may use
7   or --
8       Q   Let me see if this works for you.  I
9   believe if you --
10      A   Or a pen and paper even.
11      Q   I could definitely get you a pen and
12  paper.  Here is a calculator if you want to try,
13  you are welcome to that.
14      A   Let me see if I can --
15      Q   You want to try that one?  I can give
16  you a pen and paper if that helps.
17      A   I don't see the equal button.
18      Q   Well -- there it is here, so you got
19  three down, should be right there.  Exactly.
20      A   I'm sorry.  I am having trouble with
21  this calculator.  If you give me a pen and paper, I
22  can do it more quickly.

                                                57


1       Q   Well, let me ask you this.  It might be
2   easier.  Can you give it to me Centigrade?
3       A   I need to convert your numbers into
4   Centigrade.
5       Q   Oh, I see.
6       A   And then I can tell, answer your
7   question.
8                   MR. ZOFFER:  Do you have a pen
                        Page 43

177645.txt

9    and paper for him, Joe?  Thank you.

10                    THE WITNESS:  (Witness

11   complies.)

12               I would have to look at test reports to

13   answer absolutely, but I would expect it to meet

14   that requirement.

15   BY MR. ZOFFER:

16       Q    Okay.  Is there anything in the guide

17   that might help with that or that's not reported?

18       A    No.

19       Q    Okay.  Thank you for doing that.

20               Is the power factor 90 percent or above

21   on these ballasts?

22       A    Yes.

                                              58


1        Q    Can these ballasts start and operate

2    lamps at temperatures as low as zero degrees

3    Fahrenheit?

4        A    I, again, am going to look in our

5    catalog.

6        Q    Okay.  If in fact you find it, if you

7    could tell us what page you found it on, that would

8    be helpful.

9        A    I don't see that specification in our

10   catalog.

11       Q    Okay.  So does that mean you can't tell

12   from the catalog?  Do you know of your own

13   knowledge?

14       A    Not all of our ballasts meet that

15   specification.  So I am not sure if this one does.

                    Page 44

177645.txt

```
16        Q      Okay.  Do you know if these -- the

17   ballasts, again I am talking about the ones

18   involved in the Amtrak fixtures at issue in this

19   case, can they operate lamps on a preheat start or

20   instant start circuit?

21        A      The ballasts in this case were instant

22   start.
```

59

```
 1        Q      Okay.  I think you indicated these

 2   ballasts in this case were not voltage sensing; is

 3   that right?

 4        A      As you restated your question to me.  If

 5   that's a clarification of --

 6        Q      Let me try a better question.  Are these

 7   voltage sensing?

 8        A      We don't use that term.

 9        Q      Okay.

10        A      When you used the term previously you

11   asked me if they could operate over a wide input

12   voltage range.

13        Q      Okay.

14        A      And the answer is no.

15        Q      Okay.  Are they voltage sensing, though,

16   otherwise?  I suppose not designed to operate over

17   a wide range like that?

18        A      The term "voltage sensing" --

19        Q      Not something you use?

20        A      -- could have multiple definitions.

21        Q      Okay.

22        A      There is circuitry in that ballast that
```

60

Page 45