# EXHIBIT A

# Part 2

177645.txt

1   senses voltage, but I do not believe it is the same
2   as you are describing to me.
3       Q    Okay.  Can you tell me what a multi-tap
4   type ballast is?
5       A    In our product line a multi-tap involves
6   having multiple input leads for multiple line
7   voltages.
8       Q    Okay.  It would not describe having
9   multiple lamps, essentially, coming off of a
10  ballast; would it?
11      A    No, multi-tap we refer to --
12      Q    That's the in --
13      A    -- as the input.
14      Q    And the ones involved in this case were
15  not multi-tap?
16      A    No, sir.
17      Q    What were the operating ranges that
18  these ballasts would maintain in terms of voltage
19  consistently?
20      A    The ANSI requirement is a plus or minus
21  10 percent line for a single voltage rated ballast,
22  which these were, which, I believe, calculates to

61

1   249 to 305 volts.
2       Q    Okay.  All right.  I had also asked you
3   earlier about the page that we marked as
4   Exhibit 64, and we had I think in error identified
5   those electronic -- electromagnetic ballasts, and
6   you were going to point us I think to the pages

Page 46

177645.txt
7  that were for the electronic ballasts that would be

8  more applicable to those involved in this case.

9  Can you tell me what pages those are found on in

10 the guide?

11      A    There are a number of pages.  There is a

12 section from Page 54 through page I'll say 60 that

13 appear to correspond to the information you showed

14 me on Page 5 of Exhibit 64 that I believe would be

15 equivalent.

16              MR. ZOFFER:  Okay.  Just for the

17 record, what we'll do, and I assume counsel is

18 going to want to supplement their discovery

19 responses accordingly, we are going to add those

20 pages.  And I suggest we simply mark them as a

21 separate exhibit, as 65, unless anybody has any

22 objection.

62

1              MR. BROOKS:  The only thing I

2  would say is, Steve, if you want to err on the side

3  of being cautious, not withstanding the burden,

4  we'd be perfectly happy to use the whole catalog

5  in --

6              MR. NEAL:  Why don't you just do

7  that.

8              MR. BROOKS:  I think in an

9  attempt to be efficient, we would probably end up

10 being inefficient.

11             MR. ZOFFER:  Fair enough.  We

12 tend to do that -- let's try -- with that

13 suggestion, we will mark the April 1999 ballast

14 selection guide from Advance Transformer Company as

177645.txt

15    Exhibit 65.  Okay to put the sticker right on?

16                    MR. BROOKS:  Sure.

17            (Deposition Exhibit No. 65 - Advance Atlas

18            Ballast Selection Guide, April 1999, Advance

19            Transformer Co. - was marked for

20            identification.)

21    BY MR. ZOFFER:

22        Q    Are those pages that you had identified,

                                                          63

1    beginning at Page 54, a good description from a

2    technical standpoint of the ballasts that were

3    originally installed, as well as the replacement

4    ballasts in this case?

5        A    This is a general description of

6    electronic ballasts.

7        Q    Okay.

8        A    And actually as I look at the catalog, I

9    see that Advance does rate all of their -- at this

10   time rated their instant start ballasts at

11   zero degrees F.

12       Q    Oh, they did.  Okay.  Thank you.

13            I think you indicated those pages would

14   be a pretty good technical description of the

15   ballasts involved in this case?

16       A    A general description of electronic

17   ballasts and parameters affecting electronic

18   ballasts.

19       Q    Okay.  Including the ones that are

20   involved in this case is your understanding?

21       A    Yes, sir.

                    Page 48

177645.txt

22      Q     Thank you.

64

1            Has Advance reviewed at any time the
2     specifications for the ballasts for the Amtrak
3     fixtures involved in this case, from Amtrak?
4                  MR. BROOKS:  Objection only to
5     the extent that it asks, since the lawsuit was
6     filed, so with that caveat.
7                  THE WITNESS:  Please restate the
8     question.
9     BY MR. ZOFFER:
10     Q     Sure.  Could you read it back.  That's
11     probably the best way.
12         (The reporter read the record as requested.)
13                  THE WITNESS:  I saw the
14     specifications for the first time yesterday.
15     BY MR. ZOFFER:
16     Q     And I appreciate that.  I guess to the
17     extent that you are being -- let me show you a
18     document.
19                  MR. ZOFFER:  We are going to
20     mark this as Deposition Exhibit No. 66.
21         (Deposition Exhibit No. 66 - Bates stamp
22          F00651 through 00655 - was marked for

65

1          identification.)
2     BY MR. ZOFFER:
3     Q     I'll represent to you that these are
4     documents produced in this case, the top one being
5     a memo from Don Dziubaty at Forum to Al Lassoff
                        Page 49

177645.txt

6    with Advance.  For the record this is dated May 09,

7    2003.

8              Have you seen this document before?

9         A    This is the first time I'm seeing this

10   document.

11        Q    The first time you are seeing the first

12   page of the document or the entire document?  Go

13   ahead and take a minute and look through it, if you

14   would.  Just let me know when you are ready.

15        A    Mm-hmm.

16                  MR. BROOKS:  I have a question

17   of clarification.  The question --

18                  MR. ZOFFER:  Sure.

19                  MR. BROOKS:  -- at least

20   suggests, implies that this is a single document

21   that someone would have seen at some point in time.

22   And I'm asking whether that's what you are

66

1    representing, that the cover page and the attached

2    pages were a single document that were sent to the

3    addressee on here.

4                  MR. ZOFFER:  What I can

5    represent is that this is the way the document that

6    I'm presenting as Exhibit 66 was retained in the

7    ordinary course of business at Forum.  I can't tell

8    you anything more than that because that's all I

9    know.

10             My only question for the witness is

11   whether he's seen that before, and if he hasn't

12   seen all of it or seen part of it, he can tell me.

Page 50

177645.txt
13              THE WITNESS:  Well, a portion of
14   this appears to be taken from the Amtrak
15   specification that I saw for the first time
16   yesterday.  The -- but other than that, I don't
17   recall ever seeing any of this document.
18   BY MR. ZOFFER:
19        Q    Have you discussed the Amtrak
20   specification that you saw yesterday with
21   Mr. Lassoff, who appears to be the recipient of the
22   top e-mail on Exhibit 66?

67

1        A    I have not spoken with Mr. Lassoff since
2    I saw that specification for the first time.
3        Q    If I understand your answer, you have
4    not spoken with Mr. Lassoff about the specification
5    for the Amtrak project, from Amtrak?
6        A    Correct.
7        Q    Do you have any reason to believe as the
8    representative of the company today that
9    Mr. Lassoff did not receive this document?  And
10   that is F00651 through 655.  That's with the
11   understanding with the interjection of your counsel
12   that I am not making a representation about whether
13   it was or was not a complete document.
14              MR. BROOKS:  Right.  I just want
15   to object to the extent that the question assumes
16   that this was a unified document that existed at
17   the time that the cover page indicates that it was
18   sent back in May of 2003.  There is nothing in the
19   record or on the document itself to indicate that.
20   BY MR. ZOFFER:
                    Page 51

177645.txt

21      Q    So the question is, do you have any
22   reason to believe that this document was not

                                                      68


 1   received, and I am referring to the entire
 2   document, was not received by Advance?
 3      A    May I look at Exhibit 63?
 4      Q    Absolutely.  Just for the record you are
 5   looking at the compilation of e-mails that was
 6   forwarded to you and marked as Exhibit 63?
 7      A    Yes.  The documentation in Exhibit 63,
 8   which I understand to be our most complete record
 9   of communications on failures with Amtrak
10   installations, makes no reference and acknowledges
11   no knowledge of failures at other installations.
12   That being the case, I question -- I can't say that
13   this was received by Mr. Lassoff because I would
14   think that if he was in knowledge of the content of
15   this, I would see some evidence of it in other
16   communications.
17      Q    Okay.  Just so I understand because of
18   the way you've answered the question, what did you
19   actually ask Mr. Lassoff to send you?  What was the
20   request?  All documents?
21      A    Everything he had.
22      Q    Relative --

                                                      69


 1      A    Concerning Amtrak and Forum luminaires
 2   to Amtrak.
 3      Q    Okay.  Have you seen the production of
                        Page 52

177645.txt
4    the documents that were produced in this case?
5    Were you involved in that, from your company, from
6    Advance?
7        A    From my company, everything that I was
8    able to compile, I sent to my attorney and my
9    understanding is he forwarded to you as production.
10        Q    I mean do you believe that the only
11    document -- you know, you are not saying that the
12    only documents that were produced in this case by
13    Advance were the ones that we marked as Exhibit 63,
14    are you?  I just want to make sure I understand
15    your answer.
16        A    I don't know everything that my attorney
17    did.  I know that everything we had, we sent to our
18    attorney.
19        Q    Okay.  The only reason I am asking --
20        A    Everything I could locate --
21        Q    Okay.
22        A    -- we sent to our attorney.

70

1        Q    The only reason I am asking is because
2    when you wanted to identify whether Advance had
3    received this document you went and looked at
4    Exhibit 63, and the reason I assume you are doing
5    that is because you think that every document that
6    you requested should be in Exhibit 63?
7        A    I was checking a date.
8        Q    Okay.
9        A    I was checking specifically that it was
10    my recollection that this letter written by
11    Mr. Lassoff on November 25th, 2003, was a record
                    Page 53

177645.txt

12   of our activities concerning Forum and Amtrak, and

13   I was verifying that it was November 2003 and not

14   November 2002 and that -- that this should have

15   been included in this -- in this record, if we

16   indeed knew about this.

17       Q   Okay.  And it wasn't is what you are

18   saying?

19       A   No.

20       Q   And November -- the documents that you

21   are looking at in Exhibit 63, for the record, is

22   the letters --

71

1       A   Advance 00107.

2       Q   Okay.  Which is I think the same as

3   Advance 00085, which is also in that packet.  And

4   actually you've only identified the first page of

5   the letter --

6       A   Yes.

7       Q   -- it's actually a two-page letter;

8   right?

9       A   There is only a signature on the second

10   page.  Well, one sentence on the second page.

11       Q   Which would be Advance 108; right?

12       A   Yes.

13       Q   With respect to Exhibit No. 66, do you

14   know how many ballasts were supplied to the various

15   Amtrak stations in this case?

16              MR. NEAL:  Object to the timing.

17              THE WITNESS:  I don't know the

18   total.

177645.txt

19  BY MR. ZOFFER:

20      Q    Okay.  Just so I'm clear, you don't know

21  how many ballasts were actually installed in the

22  Amtrak stations?

                                                        72


1                     MR. NEAL:  Again, objection to

2   time frame.

3   BY MR. ZOFFER:

4       Q    At any time.

5       A    I believe there's some record of the

6   numbers at the two locations that we serviced.  I

7   am unaware of any other installations.

8       Q    And what are those two stations?

9       A    Philadelphia and Providence.

10      Q    Okay.  Do you know how many ballasts

11  were shipped to Philadelphia and Providence?

12                    MR. NEAL:  Object to the time

13  frame.

14                    MR. BROOKS:  Request for

15  clarification, Steve.  Do you mean originally --

16                    MR. ZOFFER:  Yeah.

17                    MR. BROOKS:  -- or do you mean

18  including replacement ballasts?

19  BY MR. ZOFFER:

20      Q    Yes, let me -- let me just clarify.

21           You understand that there was ballasts

22  that were originally included in fixtures that were

                                                        73


1   shipped to the Amtrak locations; right?

2       A    There were ballasts in fixtures
                        Page 55

177645.txt

3  shipped -- yes.

4      Q    Okay.  But you don't know how many were

5  originally shipped to Amtrak stations; is that

6  correct?

7      A    Right.  I know how many were shipped to

8  Forum, but I don't know how many made it into

9  Amtrak stations.

10     Q    Okay.  How many were shipped to Forum?

11              MR. ZOFFER:  I will try to help

12  a little bit.

13     (Deposition Exhibit No. 67 - Bates stamp

14     F01168 through 1174 - was marked for

15     identification.)

16  BY MR. ZOFFER:

17     Q    I show you what's been marked as

18  Deposition Exhibit No. 67.  Take a look through

19  that if you would.  You may want to start from the

20  back.

21     A    Yes, it's my understanding that 5,900

22  ballasts were shipped to Forum.

74

1      Q    Do you know when?

2      A    In the period of late 1999 and January

3  of 2000.

4      Q    Okay.  The document that I've presented

5  to you as Exhibit No. 67 contains Forum 1174 at the

6  back, which contains that number, doesn't it, that

7  5,900 number?

8      A    Yes, sir.

9      Q    And the date on the purchase order

Page 56

177645.txt

10    appears to be June 18, 1999; is that right?

11         A    Yes.

12         Q    Did Advance receive this order?

13         A    As we have record of shipping ballasts,

14    I must assume we received the order.

15         Q    Okay.  Did you ask for shipping records?

16         A    We tried to locate shipping records, and

17    we were told they no longer exist.

18         Q    There is a purchase price indicated at

19    the bottom of 1174 of approximately 86 --

20    approximately $87,000.  Do you see that?

21         A    Yes, sir.

22         Q    Was that paid, to your knowledge?

75

1          A    I have no reason to believe otherwise.

2          Q    Okay.  Is there any issue presently that

3     you understand between Forum and Advance as to

4     outstanding payments for any of the ballasts

5     involved in the Amtrak project?

6          A    There are no outstanding issues that I

7     am aware of.

8          Q    Forum has paid all of its invoices from

9     Advance?

10         A    My understanding is that Forum is a good

11    customer of ours.

12         Q    Before we leave 67, the letter that

13    we've marked as 66 or 67 -- I'm sorry, 66,

14    indicates that Forum had received a letter from

15    Amtrak stating that they were experiencing -- that

16    is Amtrak was experiencing significant ballast

17    failures at their Philadelphia 30th Street station

177645.txt

18    and Providence, Rhode Island station?

19        A    Yes, sir.

20        Q    And those are the two stations that you

21    indicated that you were aware of their having the

22    problems with?

76

1         A    Yes.

2         Q    Do you have any reason to believe that

3     the time frame there of May 8 -- I'm sorry, May 9,

4     2003, would have been the first time that Forum

5     would become aware of any such problems at those

6     stations?

7                     MR. BROOKS:  Again, the question

8     is do you have any reason to believe?

9                     MR. ZOFFER:  Yes.

10                    THE WITNESS:  Sorry, again.

11    Please restate, please.

12    BY MR. ZOFFER:

13        Q    Sure.  The document indicates in the

14    first sentence that Forum has received a letter

15    from Amtrak stating that they have been

16    experiencing significant ballast failures at those

17    two stations we talked about.

18        A    Yes.

19        Q    My question is, looking at the date of

20    that memo, May 9, 2003, do you have any reason to

21    believe that Forum learned about the problems with

22    the ballasts at those stations or any other

77

177645.txt

1    stations, for that matter, at any time different

2    than approximately that date, May 9, 2003?

3         A     There was another letter that I don't

4    have in front of me that was sent by Forum to

5    Mr. Lassoff by, I don't know if it was registered

6    mail or certified mail, but that had some dates

7    that would help me remember.

8         Q     Okay.  I will show you what I think you

9    are referring to.

10                    MR. ZOFFER:  We will mark that

11   as Exhibit 68.

12            (Deposition Exhibit No. 68 - Bates stamp

13            Advance 00014 through 00023 - was marked for

14            identification.)

15                    MR. ZOFFER:  For the record it's

16   Advance 00014.

17   BY MR. ZOFFER:

18        Q     Can you tell me if that's the certified

19   letter you are referring to?

20        A     Yes, sir.

21        Q     And that letter has a date on it of

22   July 14, 2003, which would be actually later than

                                                        78


1    the letter we're looking at here, so let me just

2    ask that question again.

3                     MR. NEAL:  Just for the record,

4    I -- this, I believe this exhibit has been

5    previously marked as Exhibit 31.

6                     MR. ZOFFER:  Okay, thank you.  I

7    think you are right.

8                     MR. NEAL:  You marked it.
                        Page 59

177645.txt

9            MR. ZOFFER:  Yeah, we'll go

10   ahead and mark it .

11   BY MR. ZOFFER:

12       Q    Let me just ask you again about, having

13   that letter in front of you dated July 14, 2003,

14   the question is, again, with respect to the May 9,

15   2003 memo to Mr. Lassoff, do you have any reason to

16   believe that Forum had any information about

17   ballast failures at the two stations identified in

18   the memo or any other stations, for that matter,

19   before May 9, 2003?

20       A    Yes.  The letter in this exhibit that I

21   still have labeled Exhibit 68 references a letter

22   dated May 8, 2003.

79

1       Q    Okay.  Let me try it that way.  I

2    appreciate that.  In fact that letter is attached

3    as part of the --

4       A    Yes.

5       Q    -- exhibit which we've marked as 68.  Do

6    you have any reason to believe that Forum had any

7    information about ballast failures at any of these

8    Amtrak stations before May 8, 2003?

9       A    I have to be careful because I am mixing

10   up, you know, between Advance being notified and

11   Forum being notified.  I believe that there was

12   knowledge of failures before the May 8th.  I

13   can't recall exactly if Forum was aware of them or

14   not before May 8.

15       Q    Was Advance aware of them before

177645.txt
16    May 8 --
17         A    I --
18         Q    -- 2003?
19         A    I seem to recall -- well, our letter of
20    November 25 indicates that we have provided
21    ballasts in April of 2003.
22         Q    Okay.

80

1         A    Oh, and -- sorry.  As early as January
2    of 2003, we were aware of some failures.
3         Q    Just for the record, what page are you
4    referring to?
5         A    I'm referring to this -- well, you
6    pointed out Advance 85 of --
7                        MR. BROOKS:  Exhibit 63.
8                        THE WITNESS:  -- Exhibit 63.
9                        MR. ZOFFER:  Of 63?
10                       MR. NEAL:  What is the Bates
11   number?
12                       MR. ZOFFER:  Advance 85.
13                       THE WITNESS:  Exhibit --
14                       MR. NEAL:  Got it.  Thank you.
15                       MR. ZOFFER:  Okay.
16   BY MR. ZOFFER:
17        Q    And you were indicating that that
18   document -- and this is a memo that was prepared,
19   if I understand it, by Mr. Lassoff?
20        A    Yes.
21        Q    And that letter indicates -- I'm sorry,
22   what date as being the earliest date that Advance?

81

Page 61

177645.txt

1       A    January 16, 2003.

2       Q    Okay.  So is that the date that Advance

3   first became aware -- now I'm asking about Advance,

4   not Forum -- aware of ballast failures at the

5   Amtrak stations?

6       A    It's my recollection that for those two

7   installations that was the first date.

8       Q    Okay.  Was that the earliest date that

9   Advance was aware of any ballast failures at any

10  Amtrak stations?

11      A    I seem to recall there was an indication

12  that there was one or more ballast failures at

13  another Amtrak location.

14      Q    Before January 16th, 2003?

15      A    I believe so.

16      Q    Why do you say that?  Is that based upon

17  your review of Mr. Lassoff's November 25 letter?

18  What's the basis of that?

19      A    Review of documents with my attorney.

20      Q    Might it have been a, what we have come

21  to understand is called an RA, a return

22  authorization?

                                                    82


1       A    I can't remember if it was a return

2   authorization or not.

3       Q    Okay.

4            MR. BROOKS:  Steve, I don't want

5   to lead the witness, but I can tell you what I

6   believe he is relying on if you want to pursue that

                        Page 62

177645.txt

```
 7   further.
 8              MR. ZOFFER:  Okay.
 9              MR. BROOKS:  Exhibit 29.
10              MR. ZOFFER:  Is that previous
11   Exhibit 29?
12              MR. BROOKS:  Yes.
13              MR. ZOFFER:  Do have it on you?
14              MR. BROOKS:  Right near the
15   bottom of the first page.  You see the two entries
16   there?
17              MR. ZOFFER:  Yes, but I don't
18   see any dates on them.
19              MR. BROOKS:  See the date on the
20   memo?
21              MR. ZOFFER:  Right.  Okay.
22   BY MR. ZOFFER:
```

                                                        83

```
 1        Q    Let me just show you what's been
 2   previously marked as Exhibit 29 that your counsel
 3   has pointed out.  Is that the document that you
 4   were making reference to a moment ago?
 5        A    This is a document indicating knowledge
 6   of a defective -- an allegedly defective ballast on
 7   May 24, 2002.  I thought I recalled seeing a
 8   reference to a failed ballast at a Boston location.
 9        Q    So there is another document; we haven't
10   found that one yet?
11        A    Is this it?  Or perhaps my attorney
12   indicated that this was Boston.
13              MR. BROOKS:  Just for the
14   record, the failure here is listed as Route 128
```

177645.txt

15    station.  I don't want to tell the witness what

16    that means, but I think we all know.

17    BY MR. ZOFFER:

18        Q    Okay.  But is that the -- I guess is

19    that the document you were making reference to, you

20    think, or maybe another letter?

21        A    This -- I just remembered a date prior

22    to this other date and seeing it in a document.

84

1        Q    Okay.

2        A    And this likely is the document.

3        Q    Okay.  So let me just ask you the

4    question again.

5             When was the first time that Advance

6    became aware of ballast failures in any of the

7    Amtrak stations?

8        A    Well, I can identify that we knew in

9    January of 2003.

10            I thought I recalled seeing an

11    indication that we had a ballast indicated to us in

12    2002.  But I can't identify a document showing that

13    now.

14        Q    Okay.  That's okay.

15            If we come across it, you will let me

16    know; okay?

17        A    Yes.

18        Q    Can you tell me, based on any of the

19    documents or your own personal knowledge, when was

20    the first time that Advance communicated to Forum

21    about a ballast failure that it was aware of at the

Page 64

177645.txt
22   Amtrak stations?  Do you understand my question?

85

1        A    Yes.  It's not normal practice for us to
2   report ballast failures when we receive a field
3   report to anyone.
4            I don't know the date it would have been
5   between Mr. Lassoff, as I would understand.
6        Q    Okay.  Just so I understand your answer,
7   did Mr. Lassoff, to your knowledge, at any time
8   report to Forum that Advance had become aware of
9   ballast failures at the Amtrak stations at issue in
10   this case, or anyone else, for that matter, at
11   Advance?
12        A    I have seen no record of Mr. Lassoff
13   informing Forum, other than I believe in response
14   to Forum's inquiry.  But that's based on my review
15   of documents.  I don't know that Mr. Lassoff could
16   be able to respond better.
17        Q    Why is the policy of Advance not to
18   report ballast failures to anyone, I think was your
19   testimony?
20        A    Well, we have our technical service
21   group response to warranty claims.  We just respond
22   to a claim of a ballast failure.  We don't

86

1   necessarily log who the luminaire manufacturer was.
2   We sell to dozens, if not hundreds, of luminaire
3   manufacturers, and we -- you know, we just have no
4   policy in place to try to track which ballasts were
5   in which luminaires.
                        Page 65

177645.txt

6           We -- we take the report, we service the

7     report -- you know, we service the job, we send

8     replacement ballasts and/or -- and in many cases

9     provide the installation as well.  But we're

10    responding to people indicating to us that we have

11    had a failed product.

12          Q     What is your understanding of how that

13    occurred relative to this case with Advance and a

14    ballast provided to Amtrak?  Who contacted Advance

15    to advise of the ballast failure?

16          A     As I review the documents, it appears

17    that Amtrak contacted Advance directly on at least

18    one of these two locations and I believe likely

19    both.

20          Q     Two locations being Philadelphia and --

21          A     Providence.

22          Q     Providence.

                                                          87


1           A     Yes, sir.

2           Q     And can you describe for me then what

3     was the process?  What happened after Advance

4     received that notification?  What did you do?

5           A     Well, in Philadelphia, we got an

6     indication of 75 failed ballasts, January 16, 2003,

7     with an additional 75 units on April 2003.  We

8     would have -- I don't have the -- I am going by

9     Al's summary.

10          Q     The November 25 letter you are looking

11    at?

12          A     Yes.

177645.txt
13     Q    Let me just ask you it this way --

14     A    what's --

15     Q    Yeah, in terms of what happened after,

16   and as Mr. Lassoff indicated, the first contact

17   occurred from, as you described, from Amtrak,

18   relative to ballast failures, is the description

19   contained in the November 25, 2003 letter from

20   Mr. Lassoff accurate?  Is that what happened?

21                    MR. NEAL:  Objection to form,

22   lacks personal knowledge.

88

1                    THE WITNESS:  Yeah, I mean

2    that's my understanding.  I would have to review

3    the RAs and the reports to verify.  I did not

4    personally verify line by line.  But I didn't -- in

5    what I have seen, I have not seen any

6    inconsistencies.  I have not verified every

7    statement in this document, but from what I've

8    seen, I did not see any inconsistencies.

9         (Deposition Exhibit No. 69 - Bates stamp

10        Advance 00034 through 00036 - was marked for

11        identification.)

12                   MR. ZOFFER:  Okay.  I will show

13   you what we have marked as Exhibit 69.

14   BY MR. ZOFFER:

15     Q    Whenever you are ready could you

16   identify what that is for us?

17                   MR. ZOFFER:  Just for the

18   record -- I'm sorry, while you are looking, this is

19   a document that's been produced by Advance, labeled

20   Advance 34 through 36.
                       Page 67

177645.txt

21              THE WITNESS:  This is a document

22    produced in response to a request to show all

89

1     failures -- of all records we have of failures of

2     the model in question in this lawsuit.

3     BY MR. ZOFFER:

4         Q    And is the model in question in this

5     lawsuit -- feel free to look at the guide if you

6     need to -- is that part number VCN2M, as in Mary,

7     32MC?

8         A    Yes.  Well, 35M on the end of it -- on

9     this report.

10        Q    Yeah, I actually meant to ask you about

11    that because some of these reports that we have

12    have the number 44M at the end, and some of them

13    have 35M.  Do you know what those numbers indicate

14    or why they would be different?

15        A    I would have to -- I would have to

16    verify that.  I don't have that knowledge sitting

17    here.

18        (Deposition Exhibit No. 70 - Bates stamp

19        Advance 00127 through 00128 - was marked for

20        identification.)

21    BY MR. ZOFFER:

22        Q    I will mark Exhibit 70.  This is one of

90

1     those documents which has the -- 40 -- appears to

2     have the 35M at the end.

3         A    Yes, yes.

Page 68

177645.txt
4          Q     Does that help at all explain what the
5     differences are between the ones that end in 44M
6     and the ones that end in 35M?
7                         MR. BROOKS:   Steve, both of the
8     documents that the witness has been shown are
9     consistent, and they all end in 35M at this point.
10    BY MR. ZOFFER:
11         Q     I'm sorry, they all end in 35M?
12         A     These all end in 35M.
13         Q     If you look at what we previously marked
14    as 67, I believe it is the third page of that
15    exhibit, it appears to be a -- you can tell me what
16    that is, actually.  It appears to be an invoice.
17                     That one ends in 44M; doesn't it?
18         A     There is -- there is an indication of a
19    44M here.
20         Q     Okay.  Can you tell us why some are 35
21    and some are 44 or you are not sure?
22         A     Well, I can tell you that a suffix -- we

                                                        91


1     have used suffixes to indicate different
2     configurations of a ballast.  Sometimes --
3     sometimes different customers will ask for
4     different lead lengths, for example, and a ballast
5     that has a custom lead length for the given
6     customer would have a different suffix.  That's --
7     you know, that's what I -- sitting here today,
8     that's the only instances of use -- suffix usages.
9     There --
10                        MR. BROOKS:   Steve, just for the
11    record, the question is do you know why some of
                         Page 69

177645.txt

12    these have 35M and some of them have 44M.

13                        THE WITNESS:  I'm sorry.  No, I

14    don't.

15                        MR. ZOFFER:  You are allowed to

16    finish your answer.

17                        MR. BROOKS:  Yeah, but he is not

18    here to speculate and that's what he was doing.

19                        THE WITNESS:  Sorry.

20    BY MR. ZOFFER:

21        Q    If you are finished with your answer --

22        A    Yes, sir.

                                                        92


1        Q    -- let me direct your attention back to

2    69.

3        A    Mm-hmm.

4        Q    We were discussing what that document

5    showed and I believe we had indicated by reference

6    to the part that we are talking about, part number

7    VCN2M, as in Mary, 32MC, and then we got to a

8    discussion about the suffix; is that right?

9        A    Yes.

10        Q    What does this document show about that

11    part?

12        A    What does 69 show?

13        Q    Yes.

14        A    My understanding is that this is a

15    listing of all of reported field failures of this

16    model.

17        Q    Okay.

18        A    I'm sorry.

                        Page 70

177645.txt

19      Q     Go ahead.

20      A     I have to remember exactly what I asked

21   Barbara -- I'm trying to recall what I asked

22   Barbara to run here.

93

1      Q     Is that Barbara Ponce?

2      A     Barbara Ponce, yes.

3      Q     Who is Barbara Ponce?

4      A     She is a technical service person that

5   handles this type of field returns.

6      Q     Okay.  Does she report to you?

7      A     No, sir.

8      Q     You asked her to run this report?

9      A     I asked her about -- I asked her if

10   there were abnormally high field failures with this

11   model.  And this is the report she generated.

12            And now sitting here, I can't remember

13   if this was ballasts returned to us or total

14   failures reported.

15      Q     Okay.  Let me just look at the columns

16   going left to right here because we don't really

17   have any headings.  I am not sure what these are.

18            I assume that the left furthermost

19   column refers to the project or the customer?

20      A     Yes.

21      Q     And then could you just take me through

22   the next columns to the right?  What's the next

94

1   column?

2      A     Well, I don't claim to understand all

Page 71

177645.txt

3   these columns.

4          Q    Okay.  Do you know what the second one

5   is or no?  The 1000 -- the REs and the FDs doesn't

6   mean anything to you?

7          A    No.

8          Q    How about the third column from the

9   left, which appears to be dates?

10         A    Without headers I would not care to

11  speculate what these columns mean.  I see some

12  indication that -- I see "B. Ponce" on one of the

13  columns, and to me that would indicate Barbara

14  Ponce was involved, but other than that, I have

15  no -- no knowledge of what each column exactly is.

16              The column immediately preceding the

17  product designator appears to be a quantity.  The

18  157 I thought was consistent -- is consistent with

19  the number in Mr. Lassoff's letter, and so I had

20  interpreted that to be the quantity of ballasts.

21         Q    The quantity of ballasts returned or

22  failed or what did that quantity represent?

                                                        95


1          A    I can't -- I'm sorry, I guess I can't

2   answer now.  I don't know.

3          Q    I also notice that all of the part

4   numbers on this report ends with a 35M.  Would that

5   have been something you would have requested or do

6   you know why that is?

7          A    When I spoke with Barbara, I asked her

8   specifically about models involved in the Forum.

9          Q    And you are telling me I guess that

                    Page 72

177645.txt

10    that's what she thought was the model involved, the

11    35M?

12                    MR. BROOKS:  Well, objection as

13    to what she thought.

14    BY MR. ZOFFER:

15        Q    Yeah, I know.  Is that what she told

16    you?

17        A    Yeah, I'm sorry, I guess I -- I -- I had

18    not reviewed this document with her since -- for

19    some time and I -- sitting here, I can't recall all

20    the details.

21        Q    Let me ask you this.  When did you

22    request that this document be generated?  There

                                                            96


1    doesn't appear to be a date on it.

2        A    Sorry?

3        Q    When would this document have actually

4    been generated, this report I suppose, when would

5    that have been generated?

6        A    Well, I thought this was something that

7    was generated after we were notified of a lawsuit.

8        Q    Okay.

9        A    And were requested to supply

10   information.

11       Q    Is it your understanding from having

12   reviewed this document, then, that everything that

13   you expected that would be on this report

14   concerning either -- and I understand you are not

15   sure whether it's returns or failures of ballasts

16   of this model -- that would have occurred prior to

17   the date that the document was requested to be

                    Page 73

177645.txt

18    generated, which if I understand your answer would

19    be in 2006, that all of the failures for that

20    particular model, perhaps even if there were any

21    dating back to before 2003, that seems to be the

22    earliest date on here, should have been captured by

97

1    this report?  Do you understand my question?

2         A     Yeah, I guess I'm -- I'm confused right

3    now about this document.  Because it would appear

4    to me that even the numbers that we know exist in

5    this case are not -- may not be recorded here.

6         Q     What numbers are you referring to?

7         A     Well, I see an indication of 307 units

8    for Philadelphia alone, and I don't see that -- I

9    don't see an indication of that being reflected

10   here.

11              So it's making me think that this is

12   something other than what I may have first

13   indicated.

14        Q     Okay.  And I guess it would be --

15   possibly be something other than what you had

16   requested or do you believe that you got what you

17   asked for, I guess is my question?

18        A     I didn't ask for any specific report.  I

19   asked for an indication of, you know, was there any

20   major problem with this product?  And I was trying

21   to find out documentation to indicate if there was

22   any major problem with this product.

98

Page 74

177645.txt

```
 1              Barbara is the one that's fluent with
 2   the system, tracking system.  I think I'm
 3   remembering something.  Yes.
 4       Q    What's that?
 5       A    The -- yes.  They switched systems and
 6   this does not have any entries prior to
 7   October 2003, when they started using that system.
 8   And so that would -- this would have been the
 9   entries after October 2003.  That's what I -- that
10   seems to be what I'm remembering.
11       Q    All right.  And after you had an
12   opportunity to review the report, did you reach a
13   conclusion as to whether, as you had indicated,
14   there were any major problems with this particular
15   part?
16       A    I not only reviewed the documentation
17   from Mr. Lassoff but I spoke with others within the
18   company who would have been in a position to know
19   if there were major issues with this product, and
20   there was no indication that there was any -- there
21   were any major issues with this product.
22       Q    Okay.  Now, as I understand it, this
```

99

```
 1   product, at least this part number, at some point
 2   came to cease to exist; in other words, that part
 3   number was no longer being offered by Advance; is
 4   that right?
 5       A    I've seen some indication and it
 6   would -- I believe it is the case that we have
 7   begun offering a, what we call a universal input
 8   model to replace the two single voltage models of
```

177645.txt

9    this ballast.

10        Q    Is the universal part number, and again

11    feel free to refer to the guide, ICN2P, as in Paul,

12    32SC?

13        A    No.

14        Q    What is the part number for the

15    universal product that, as I understand it,

16    replaced this --

17        A    It would have an MC in it for micro-cat

18    [sic].

19        Q    It's micro-can; right?

20        A    Micro-can.  I believe it has this

21    same -- I believe it is an ICP2M32MC.

22        Q    ICP or ICN?

100

1        A    Oh, I'm sorry, IC -- I should have an

2    Atlas in front of me.

3        Q    Right there.

4        A    No, this is an old one.

5        Q    Not that one, okay.

6        A    ICP product.

7             I would need to look at a current

8    catalog.

9        Q    Okay.

10        A    I think you are right, I think it's ICP.

11             MR. BROOKS:  Are you finished

12    with that document?

13             MR. ZOFFER:  Take a break.

14             MR. NEAL:  Off the record.

15        (Discussion held off the record.)

Page 76

177645.txt
16      (Deposition Exhibit No. 71 - Bates stamp

17      Advance 0008 - was marked for

18      identification.)

19      (Deposition Exhibit No. 72 - Bates stamp

20      F01245 through 01246 - was marked for

21      identification.)

22    BY MR. ZOFFER:

101

1      Q    Mr. Erhardt, I have placed before you

2    two exhibits, one should be Exhibit No. 71 and the

3    other is 72.

4          If you would take a look at those, I'll

5    indicate to you that the one that's been presented

6    as 71 is a document that was produced by Advance,

7    and the one that was produced as -- or the one

8    that's labeled 72 was produced by Forum.  I just

9    have a couple questions for you about that chart,

10   which is on the second page.

11         First of all, the document indicates at

12   the top, Forum number 16777.  Do you see that at

13   the very top?

14       A    Yes.

15       Q    Is that Forum's customer number at

16   Advance?  Or what does that --

17       A    I don't know.

18       Q    You don't know?  Okay.

19         Do you know what this chart, I'll call

20   it, is intended to represent?

21       A    I'm told it's to represent shipments of

22   micro-can ballasts to Forum.

Page 77

102

177645.txt

1       Q    Okay.  Did you say "to Forum"?
2       A    To Forum.
3       Q    Are the micro-can ballasts that are
4    reflected in this chart -- let me strike that.
5            Are any of the micro-can ballasts
6    reflected in this chart of the same type that were
7    provided for the Amtrak project?
8       A    My understanding is that the lowest
9    input, BCN2M32MC, are the -- represents the
10   shipments to Forum.
11      Q    Okay.  If you go to the -- the fourth
12   column of the chart -- I'm sorry.  Go ahead.
13      A    Go ahead.
14      Q    Is that right?
15      A    Yes.
16      Q    The fourth column of the chart, where
17   that part number is indicated for two years,
18   looking at Exhibit 71, it shows, if I'm
19   understanding you correctly, the number of units
20   that were shipped for the Amtrak project; is that
21   correct, of that type?
22      A    I'm sorry, what was the question?  Say

                                                        103

1    the question.
2       Q    Is this chart, at least in the last
3    column, and column -- I guess I am --
4               MR. BROOKS:  You mean the bottom
5    column?
6               MR. ZOFFER:  Yeah, I guess it's
                      Page 78

177645.txt
7   really not a column, is it?

8   BY MR. ZOFFER:

9        Q    It's the last line of the chart, if you

10  will.  It starts VCN2M --

11       A    The lowest?

12       Q    Yes, the lowest line of the chart.

13  That's the part number that relates to the Amtrak

14  project; is that right?

15       A    The row labeled VCN2M32MC has volumes

16  consistent with -- and time frame consistent with

17  the Forum Amtrak project.

18       Q    Okay.  Now, if you look at, again, just

19  focusing on that row, if you go to the far right of

20  that row there are two numbers indicated; that is,

21  the 5,150 and the 900?

22       A    Yes.

104

1        Q    What do those numbers represent?

2        A    The total shipped.

3        Q    Okay.  So do I understand that at least

4   for the years 1999 through 2000, the total number

5   of ballasts shipped for the Amtrak project from

6   Advance would be 6,050 ballasts for 1999 to 2000?

7        A    Our record indicates that we shipped the

8   same model used in the Amtrak project a total of

9   6,050.  I don't know if all were used for the

10  Amtrak project.

11       Q    Okay.  We had earlier looked at a

12  blanket purchase order when we started this

13  morning --

14       A    Yes.

Page 79

177645.txt

15      Q      -- that showed the number 5,900; do you

16   remember that?

17      A      Yes.

18      Q      Was that number at some point increased?

19      A      Not that I know of.

20      Q      Okay.  Do you know how to account for

21   the difference between what this chart is showing

22   is shipped and what the blanket purchase number --

105

1       A      No, I don't.

2                      MR. BROOKS:    Please let him

3    finish his question before answering.

4    BY MR. ZOFFER:

5       Q      Assuming there were 6,050 ballasts that

6    were provided from Advance for the Amtrak project,

7    do you know how many of those ballasts or how many

8    of these 6,050 ballasts were returned from the

9    Amtrak project because of some problem with the

10   ballasts?

11      A      I would have to look at the RAs.  I --

12   the letter of November 25th indicates a total of

13   507 sent through that time period --

14      Q      What time period --

15      A      -- for replacement.

16      Q      What --

17      A      Through November 25th, 2003, there is

18   a quantity of 507 replacement units sent.

19                     MR. ZOFFER:    Could you read the

20   answer back.

21        (The reporter read the record as requested.)

Page 80

177645.txt

22    BY MR. ZOFFER:

106

1        Q    So if I am understanding that correctly,
2    then, of the approximately 6,000 ballasts that were
3    sent for this project, approximately 507 of them
4    were returned?
5                    MR. NEAL:  Objection as to form.
6                    THE WITNESS:  That's what the
7    documentation I have indicates.
8    BY MR. ZOFFER:
9        Q    Is that your understanding?
10       A    Yes.
11       Q    Do you know what the --
12       A    That's what the document.
13                   MR. BROOKS:  Let me make sure I
14   understand your question.  Your question was how
15   many were returned to Advance.
16                   MR. ZOFFER:  Yes.
17                   THE WITNESS:  Oh, I'm sorry.  I
18   misheard.  No, we did not have that many returned
19   to us.
20   BY MR. ZOFFER:
21       Q    Okay.  How many were returned?
22       A    150.

107

1        Q    If the total number from Mr. Lassoff's
2    report is 507 ballasts that had problems, where did
3    the rest of them go, if you know?
4        A    They were not returned to Advance -- is
5    what our records indicate.

Page 81

177645.txt

6       Q    Do you know if they were returned to

7    anyone or what happened to them?

8       A    I don't know what happened to them.

9       Q    As far as you know, were they still in

10   the field?

11              MR. NEAL:  Objection, lacks

12   personal knowledge.

13              THE WITNESS:  I told you I don't

14   know what happened to them.

15   BY MR. ZOFFER:

16      Q    What is the shelf life of a ballast with

17   the part number VCN2M32MC?

18      A    I -- approximately three years or so.

19      Q    Three years?

20      A    Maybe four.

21      Q    All right.  How do you know that?  Has

22   there been some study or --

                                        108


1       A    We have been asked about ballasts that

2    have been in inventory for a period of time.  We've

3    looked at the components within the ballast, and we

4    know that the electrolytic capacitor within the

5    ballast needs to be reformed after it has had no

6    voltage across it for an extended period of time.

7       Q    All right.  What is the approximate

8    operating life of a ballast of that type?

9       A    The design life is 50,000 hours.

10      Q    Is that number reflected in the guide

11   that you identified earlier as Exhibit 65, to your

12   knowledge?

177645.txt
13        A    I don't believe it is.

14        Q    So if someone wanted to know the answer

15   to that question, how would one go about finding

16   that out from Advance, say a customer?  Is that

17   something you could ask the rep?

18        A    I'm not sure we make that information

19   freely available.

20        Q    Any particular reason why you wouldn't?

21        A    Might be considered proprietary.

22        Q    Is that how Advance determined what

109

1   their warranty would be for these parts, that is,

2   for the ballasts?  Is it based essentially on the

3   understanding of what the shelf life is and what

4   the operating life of these ballasts are?

5        A    The warranty is based on market

6   expectations.

7        Q    Standard in the industry for this type

8   of ballast to be five years?

9        A    Yes.

10        Q    Has Advance conducted any studies as to

11   the percentage or approximate number of failures

12   for its ballast lines?

13                    MR. BROOKS:  Steve?

14                    MR. ZOFFER:  Yes.

15                    MR. BROOKS:  I am trying to be

16   patient and I really don't mean to be rude.  I

17   can't pretend to know everybody's theories for this

18   case, but it definitely seems to me we are getting

19   way far afield of statute of limitations issues

20   here.

Page 83

177645.txt

21              MR. ZOFFER:  I think I would
22    agree with you on that one and I will stop.  If you
                                                          110


 1    could just answer that one, I will move along.
 2                    THE WITNESS:  We have no formal
 3    procedure of calculating percentage of the return
 4    rates.
 5        (Deposition Exhibit No. 73 - Bates stamp
 6        Advance 00125 through 00126 - was marked for
 7        identification.)
 8    BY MR. ZOFFER:
 9        Q    Okay.  I will show you what we marked
10    now as Exhibit 73, which I believe is one of those
11    RAs you have been referring to.  Can you just
12    identify what this is for us?
13        A    It is a return authorization for a
14    VCN2M32MC35M ballast -- I'm sorry, for 75 ballasts.
15        Q    Is this the same model of the type that
16    was installed in the Amtrak fixtures at issue in
17    this case, part number that is?
18        A    Well, before you raised the question of
19    the suffix, I would have said yes.
20        Q    Okay.
21        A    I am unaware of any difference in the
22    ballast between a 35M and a 44M.
                                                          111


 1        Q    You indicated it might have something to
 2    do with the lead length.  Is that -- you are not
 3    sure of that?
                         Page 84

177645.txt
4        A    That's a common suffix designate --
5    common difference.
6        Q    What's the purpose of a return
7    authorization from Advance?
8        A    It -- it -- how should I say?  It
9    generates a tracking number for a -- somebody
10    making a warranty claim to return product for
11    credit.
12        Q    Okay.  And in this particular case, with
13    this particular authorization, somebody was making
14    a warranty claim?
15        A    Yes, that's what I -- that's what return
16    authorizations are for.
17        Q    Okay.  And who is -- this one
18    specifically, who is the party requesting the
19    warranty claim or making the warranty claim?
20        A    It says:  Amtrak electricians.
21        Q    Okay.  To your understanding, is that
22    who was doing the ballast removal and replacement

                                                         112


1    work?
2        A    I know nothing more than what's on this
3    document.
4        Q    Okay.  To your knowledge, was this the
5    first return authorization for an Amtrak location,
6    that is -- appears to be dated January 16, 2003?
7        A    As I recall.
8        Q    Okay.  Let me just ask you about the
9    last invoice that we have from Advance -- well, let
10    me show it to you.
11            (Deposition Exhibit No. 74 - Bates stamp
                        Page 85

177645.txt

12        F01153 - was marked for identification.)

13    BY MR. ZOFFER:

14        Q    The last invoice that we have from

15    Advance for -- well, let me ask you.  I have just

16    shown you what we've marked as Exhibit No. 74.

17              To your knowledge is that the last

18    invoice that was presented to Forum in connection

19    with the ballasts for the Amtrak project?

20                   MR. NEAL:  Object to the form of

21    the question.

22                   THE WITNESS:  It appears to

113

1    correspond to a shipment in January of 2000 that

2    would have represented the last shipment to Forum

3    of the VCN2M32MC product.

4                   MR. ZOFFER:  Okay.  And I will

5    show you what we will mark as Exhibit No. 75.

6        (Deposition Exhibit No. 75 - Bates stamp

7        F01152 - was marked for identification.)

8    BY MR. ZOFFER:

9        Q    If you could tell me, is this the

10    payment dated February 10, 2004, that final invoice

11    for ballasts provided by Advance to Forum for the

12    Amtrak project?

13                   MR. NEAL:  Objection to the form

14    of the question.

15                   THE WITNESS:  I can't read the

16    invoice number.

17    BY MR. ZOFFER:

18        Q    You cannot?

Page 86

177645.txt
```
19                    MR. BROOKS:  Would that be your
20   only basis for answering the question?
21                    THE WITNESS:  The --
22                    MR. BROOKS:  Because we don't
```
114

```
 1   need the witness to compare the two documents.  So
 2   if you have any information to give, please give
 3   it.
 4                    THE WITNESS:  I have no
 5   knowledge of this payment.
 6   BY MR. ZOFFER:
 7        Q    Okay.  So the only thing you can't tell
 8   me is whether that's the payment for that
 9   particular invoice, is that what you are saying,
10   because you can't tell what invoice that's paying?
11        A    I mean I can tell what anybody else can
12   tell, that there are corresponding dates and
13   quantities, but --
14        Q    And the amount is the same?
15        A    I know nothing more than what's
16   indicated in this document.
17        Q    Okay, fair enough.
18             Getting back now to the document that we
19   had been talking about, which is the return
20   authorization dated January 16, 2003.  There is an
21   indication on that return authorization of a
22   number, says it's valid for 30 days; do you see
```
115

```
 1   that?
 2        A    Yes.
```
Page 87

177645.txt

3        Q     What is that 6144698 number represent?

4        A     Sorry, which number?  6144.

5        Q     4698, it's right above the --

6        A     That's the -- that's the tracking number

7    for this return authorization.

8        Q     Okay.  And what does Advance use the

9    tracking number for?

10       A     To keep track of returns.

11       Q     So will this tell you, for example, or

12   will this allow someone to access your computer

13   system and find out where a series of ballasts

14   are -- that are subject to this RA are physically

15   located?

16       A     In our current system, yes.

17       Q     How about in 2003?

18       A     In this time period of 2003, we had a

19   different tracking system.

20       Q     And did that tracking system not allow

21   for that kind of detail?

22       A     I was unable to find anyone that could

                                              116


1    help me use that tracking system.  So I don't

2    have -- the person that would be able to answer for

3    me is no longer with the company.  And he's

4    inaccessible.

5        Q     who's that?

6        A     Mr. Ron Peterson.

7        Q     Is he in poor health or --

8        A     He's on a missionary expedition.

9        Q     Let me ask you about what you used this

                        Page 88

177645.txt
10   document for.  I think you had indicated that you

11   did try to access the computer system to find out

12   what had happened here.  What exactly did you do?

13   What were you looking for?  That's better.

14        A    Okay.  My attorney has told me not to

15   talk about work product activities.  Should I be

16   answering this?

17                    MR. BROOKS:  If I don't object,

18   you should answer it.

19                    THE WITNESS:  Okay.  All right.

20   I was talking with Al --

21                    MR. BROOKS:  But you should

22   answer the question that was asked.

                                                       117


1                     THE WITNESS:  Okay.

2                     MR. BROOKS:  I mean we can have

3    it read back.

4                     THE WITNESS:  Okay.  Please read

5    back the question.

6         (The reporter read the record as requested.)

7                     THE WITNESS:  I don't know that

8    I used this document for anything.  I asked for

9    documents associated with the products shipped,

10   concerning this case, and this is part of the

11   documentation I received.

12   BY MR. ZOFFER:

13        Q    What were you looking for?

14        A    I was trying to produce documents that

15   were associated with this case.

16        Q    Let me just ask you about the return

17   authorization process.  At Advance is there a
                        Page 89

177645.txt

18   return authorization for essentially every ballast

19   that is returned from the field?  Or maybe another

20   way to ask you, was there ever an occasion where a

21   ballast would be returned because of some problem

22   that -- for which there would not be a return

                                                    118


1    authorization prepared?

2         A    If there's a request for warranty

3    reimbursement, then a return authorization would be

4    generated.

5         Q    And just so we're clear, when you refer

6    to "warranty reimbursement," is that money?

7         A    No.  Well, our policy is to replace or

8    repair and we general -- generally involves sending

9    replacement ballasts.

10        Q    Okay.  So is it fair to say then if a

11   party such as Amtrak in this case was making a

12   warranty claim for ballasts that it was having

13   problems with, that for any of those that would

14   have been returned to Advance, Advance would have

15   generated a return authorization?

16                   MR. NEAL:  Objection to the form

17   of the question.

18                   THE WITNESS:  For any request

19   for warranty credit that we acted on, an RA would

20   be generated.

21   BY MR. ZOFFER:

22        Q    Okay.  To your knowledge, was there ever

                                                    119


                         Page 90