# EXHIBIT A

## Part 3

177645.txt

1    an occasion in connection with the Amtrak ballasts

2    where product, ballasts, were returned to Advance,

3    for which there was not a return authorization

4    generated?

5                    MR. NEAL:  Objection, form of

6    the question, lacks personal knowledge.

7                    MR. BROOKS:  Well, I think the

8    question asked as to his knowledge.  So please just

9    answer the question as to your knowledge.

10                   THE WITNESS:  I have no

11   knowledge of a ballast ever being returned to us

12   without a return authorization.

13   BY MR. ZOFFER:

14       Q    Okay.  Is there a circumstance at the

15   company when the return authorization process that

16   you just described is not used, assuming someone is

17   making a warranty claim?

18       A    This is our process for handling

19   warranties.

20       Q    Okay.  Take a look at the second line

21   here on the text of the return.  There is an

22   indication that says:  Please have only defective

120

1    Advance ballasts removed from fixtures and returned

2    to my attention using the enclosed.

3                    Did I read that right?

4        A    On which document, 73?

5                    MR. BROOKS:  I will stipulate

6    that it says what you just read.

7    BY MR. ZOFFER:

8        Q    Do you see where I am referring to?
                        Page 91

177645.txt

 9        A    Yes.

10        Q    How -- first of all, who was that

11   directed to, if you know, and who wrote that?

12        A    I don't know -- I only know the

13   information that's on this document.

14        Q    Okay.  I guess I am asking for some help

15   in interpreting that.  Can you answer my questions

16   based on the document; who wrote it and who's it

17   directed to?

18        A    Well, the document reads:  Attention:

19   Dennis Henry, Box 35, and gives an address of

20   Amtrak Electricians.

21        Q    And it says it was prepared by Barbara

22   Ponce?

                                                    121


 1        A    Yes.

 2        Q    So as far as you know that's who

 3   generated and that's who would receive?

 4        A    Yes.

 5        Q    How was it to be determined, if you

 6   know, which ballasts were to be returned as per

 7   this return authorization?  In other words, how is

 8   one to determine which were the defective ones?

 9        A    When we get a call it's because someone

10   is indicating that a ballast is not working and

11   those would be the ones to return to us.

12        Q    Okay.  Would that mean simply that the

13   lamp wasn't lighting?

14        A    It could mean whatever reason a person

15   was calling us for a warranty return for.

Page 92

177645.txt
16     Q    Okay.  I mean maybe -- could you tell me

17  how it would manifest itself that somebody would

18  know that the ballast was defective in a fixture,

19  assuming it was just -- the light went out?

20                    MR. BROOKS:  Object for lack of

21  foundation.  Go ahead.

22                    MR. NEAL:  I join.

122

1                     THE WITNESS:  If someone is

2   calling us for a warranty return, they are of the

3   opinion that there is something wrong with the

4   ballast.  Those are the ballasts we want to have

5   returned to us.

6              We get ballasts returned to us for

7   multiple reasons.  It's whatever the customer finds

8   is wrong with the ballast.

9   BY MR. ZOFFER:

10     Q    Okay.  Well, let's look at this one, for

11  example.  If you look at the next page of

12  Exhibit 73, the document attached is called:

13  Ballast field service form.

14              Do you see that?

15     A    Yes.

16     Q    What does Advance use these forms for?

17     A    I don't know.  I don't know exactly.

18     Q    All right.  Is this a document that is

19  an Advance document or is it a form generated by

20  Advance?

21     A    It appears to be.

22     Q    Have you ever seen one before?

123

Page 93

177645.txt

```
 1      A    Yes.
 2      Q    But you can't tell me what they are used
 3   for?
 4               MR. BROOKS:  Asked and answered.
 5               THE WITNESS:  I'm not sure which
 6   step in the process this form is generated.
 7   BY MR. ZOFFER:
 8      Q    When you refer to "the process," you are
 9   talking about the process by which ballasts are
10   returned pursuant to a warranty claim?
11      A    Yes.
12      Q    If you will look at the dates on the
13   document, it indicates on the one we are looking at
14   now, Advance 126, that there is a date of
15   January 15th, '03 and then the return
16   authorization itself is dated January 16th, '03.
17               Would it be your understanding that the
18   ballast field service form then would be generated
19   in the process before the return authorization is
20   issued?
21               MR. BROOKS:  Counsel, is your
22   question whether January 15th, 2003 came before
```

                                                        124

```
 1   January 16th, 2003?  I don't see how he could
 2   answer otherwise.
 3               MR. ZOFFER:  I -- you know,
 4   that's not my question.  I am just wondering if you
 5   look at the dates, whether it helps him to explain
 6   to me how these work in the process.
```
                        Page 94

177645.txt

7   BY MR. ZOFFER:

8       Q    As the company representative, you are

9   describing the process to me.

10      A    I don't know --

11                  MR. BROOKS:  The company

12  representative has already testified he doesn't

13  know.

14                  MR. ZOFFER:  Well, I am helping

15  him to look at this and --

16                  THE WITNESS:  I understand that

17  this is part of our process.

18                  MR. ZOFFER:  Okay.

19                  THE WITNESS:  I think I know,

20  but I don't know definitively what this is used

21  for.

22  BY MR. ZOFFER:

                                                    125


1       Q    What do you think?

2       A    I think this is the form used when the

3   call first comes in.

4       Q    Okay.  So somebody receives a call from

5   a customer that's got a problem with a ballast,

6   they generate this ballast field service form, and

7   then ultimately what happens next?  Somebody looks

8   at it?

9       A    I can tell you, I'm not sure which form

10  is used in which part of the process.  But yes, we

11  get a telephone call, someone tells us of an

12  installation that is having difficulties; they have

13  perceived failures of ballasts.

14                  I -- the technical service person will

                            Page 95

177645.txt

15    take down the information.  It appears this is the

16    document they use, but I'll be honest, I didn't

17    think to verify that before coming here.

18              And then a return authorization is

19    generated.  This form already has an RMA number and

20    they correspond to each other, and this tells the

21    person, you know, this tells the person, okay,

22    we're sending you -- we're authorizing the return,

126

1    and we're going to send you a replacement ballast.

2       Q    Thank you.  There is an indication on

3    that same page that Advance 126, at the bottom it

4    says:  QC may need to get involved.

5              Does that refer to the quality control

6    departments at Advance?

7       A    Yes.  Yes.

8       Q    When is it that the quality control

9    group would need to become involved in the context

10    of an RA?

11       A    When there are a significant number of

12    failures at any one installation.

13       Q    Do you know in this particular case

14    involving the fixtures at Amtrak, did quality

15    control ever become involved?

16       A    My understanding is that they were

17    notified.

18       Q    And can you describe for me what

19    their -- what the nature of their involvement would

20    have been after they were notified?

21       A    I don't know what steps they took in

Page 96

177645.txt
22   this case.

127

1        Q      Normally at Advance if quality control
2    is called, do they conduct some kind of
3    investigation?
4                    MR. BROOKS:  Objection, we are
5    now getting very far afield of the statute of
6    limitations issues that are in play here.
7    BY MR. ZOFFER:
8        Q      You can answer.
9        A      What's the question?
10                   MR. BROOKS:  I'm not sure if he
11   should answer it because I think that means your
12   question is in violation of a Court order.
13                   MR. ZOFFER:  No, I'm not trying
14   to violate the Court order.  If you need an offer
15   of proof, when they become involved in the notice
16   that they had of the problem, I think is directly
17   relevant to statute of limitations.
18                   MR. BROOKS:  Well, it would only
19   be relevant to know whether it was before or after
20   this date.
21                   MR. ZOFFER:  Well, let's find
22   that out then.  If quality control gets -- I need

128

1    to understand what they do before I really care
2    about what they --
3                    MR. BROOKS:  So your question
4    is, with testimony on the record that the first
5    call that comes in is recorded on 1/26, did quality
                        Page 97

177645.txt

6    control get involved?

7                          MR. ZOFFER:  Joe, I'll ask my

8    question and he can answer it.  I don't need you to

9    rephrase my question.  Let me ask the question.  If

10   you have an objection to it, you can make it.

11   Okay.  Is that fair?

12   BY MR. ZOFFER:

13        Q    On those occasions when quality control

14   becomes involved, and I understand they did in this

15   case --

16                          MR. BROOKS:  Wait, hold on a

17   second.  That's a misrepresentation of the

18   witness's testimony.  The witness testified that

19   they were notified.  There's no foundation for

20   quality control being involved and no foundation to

21   go down the path of what would happen if they were

22   involved, and that's my objection.

                                                    129


1                          MR. ZOFFER:  Okay, fine.

2                          THE WITNESS:  I will say that --

3                          MR. BROOKS:  Wait a minute.  You

4    won't say anything.  There is no question.  You are

5    here to respond to questions, not to volunteer

6    information.

7                          THE WITNESS:  Okay.

8                          MR. ZOFFER:  I think actually

9    there was a question pending because you wouldn't

10   have objected.

11                          MR. BROOKS:  Well, let's go

12   ahead and have the question read back, please.

                              Page 98

177645.txt
13          (At this time in the deposition there was a

14          short off-the-record discussion surrounding

15          getting the reporter a different chair.)

16                    MR. ZOFFER:  I will ask a new

17     question.

18     BY MR. ZOFFER:

19          Q    Will you describe for me what quality

20     control -- what the quality control department does

21     at Advance?

22                    MR. BROOKS:  I object.  We are

                                                    130


1      not going down this path, Steve.  It has nothing to

2      do with the statutes of limitations.  There is no

3      way --

4                    MR. ZOFFER:  Okay.  Just

5      instruct him not to answer, please.  If that's what

6      you want to do, just do it.  If you don't, let him

7      answer the question.

8               All I want to know is what the quality

9      control department does at Advance.

10                    MR. BROOKS:  As a general

11     matter?

12                    MR. ZOFFER:  Yeah.

13                    MR. BROOKS:  Okay.

14     BY MR. ZOFFER:

15          Q    What's their function?

16          A    I did not prepare for this line of

17     questioning, and many of the questions you are

18     answering [sic] I don't have the answers for today.

19          Q    I appreciate that.  And I am not asking

20     you for things -- if you don't know, you can just

                    Page 99

177645.txt

21  tell me you don't know.

22              MR. BROOKS:  I am going to

                                            131


1  object to the question on the further ground that

2  it is not within the scope of any of the topics

3  listed in the 30(b)(6) notices.  So I think it is

4  not within the notices, it is not within the

5  Court's order, and we really ought to move on to

6  something that's relevant here.

7  BY MR. ZOFFER:

8      Q    So you know with the quality control --

9  really all I want you to tell me is what they do.

10  What is the function of the quality control

11  department?

12      A    To ensure good quality products.

13              MR. ZOFFER:  Thank you.  Let me

14  show you what I'll mark as Exhibit No. 77 -- I'm

15  sorry, 76.  Here you go.

16      (Deposition Exhibit No. 76 - Bates stamp

17      Advance 00029 - was marked for

18      identification.)

19  BY MR. ZOFFER:

20      Q    Can you describe for me what this

21  document is?

22      A    This is documentation of a return

                                            132


1  analysis of a -- of return ballasts.

2      Q    Okay.  Can you tell from looking at this

3  particular report whether it relates to the Amtrak

Page 100

177645.txt

4   ballasts?

5        A    The number is consistent with the RA.

6        Q    All right.  In the conclusion section of

7   this report, it indicates that:  Additional

8   information and/or description, and then it says:

9   T1 -- if I am reading that correctly -- had low

10   inductance on winding number one?

11        A    Yes.

12        Q    Can you tell me what that means?

13        A    It meant that there was a low inductance

14   measurement on a coil.

15        Q    And then it reads:  All failures on this

16   RA occurred after relamping.

17             Does that mean that the actual lamps for

18   these fixtures had not -- had previously been

19   installed and then these were replacement

20   fixtures -- I'm sorry, strike that -- replacement

21   ballasts or what does that mean?

22                  MR. NEAL:  Objection, lacks

                                                    133

1   foundation.

2   BY MR. ZOFFER:

3        Q    What does it mean?

4        A    The term "relamping" indicates that

5   lamps were changed.

6        Q    Okay.  Do you know why that would be

7   significant in determining what the cause of a

8   ballast failure would be?

9                  MR. BROOKS:  Objection,

10   foundation.

11                  THE WITNESS:  It could or could
                        Page 101

177645.txt

12    not be significant.

13    BY MR. ZOFFER:

14        Q    Why would it be significant?  Why does

15    it matter?

16        A    It depends on the circumstances.

17        Q    Does the process of replacing a lamp in

18    a fixture somehow impact the ballast?

19        A    Not normally.

20        Q    Do you know why that's noted on this

21    particular engineering report?

22        A    No, I do not.

                                                    134


1         Q    It appears that this report was prepared

2    on January 31, 2003.  Do you know if there are

3    other reports like this prepared in connection with

4    ballasts provided to the Amtrak project?

5         A    The only records I have are what I

6    supplied.

7         Q    You haven't seen this one?

8         A    I'm sorry?  I have seen this one, yes.

9         Q    You have seen this one?

10        A    Yes, sir.

11        Q    Have you seen any others?

12        A    I recall seeing other return analysis.

13    However, as part of documentation, there were

14    multiple -- multiple jobs mixed together, and I

15    can't recall if the ones I had seen were part of

16    Forum or not.

17                  MR. BROOKS:  Steve, is your

18    question whether he has seen other documents like

                        Page 102

177645.txt
19   this document related to these ballasts?
20                     MR. ZOFFER:  Yes.
21                     MR. BROOKS:  That's the
22   question?

135

 1                     MR. ZOFFER:  Yes, that's the
 2   question.
 3                     THE WITNESS:  Sorry?
 4                     MR. BROOKS:  See this form?  I
 5   think the question is have you seen any other forms
 6   like this one that relate to the ballasts that are
 7   in the Amtrak project.
 8                     THE WITNESS:  To that ballast?
 9   Oh, yes.
10                     MR. BROOKS:  On this form.
11   BY MR. ZOFFER:
12       Q     Are there more of these kinds of forms
13   that relate to the ballasts in this case or is this
14   the only one?
15       A     Define "ballasts in this case."  The
16   ballasts that were installed at Amtrak?
17       Q     Yes.  The ballasts that were installed
18   at Amtrak that have the part number VCN2M32MC, with
19   a suffix.
20       A     We identified multiple field return
21   analysis forms, and I don't recall -- and I
22   reviewed field analysis forms -- I don't recall

136

 1   sitting here if the forms I've produced were all
 2   for Amtrak or not.
                     Page 103

177645.txt

3      Q    Okay.  Just so I'm clear, is this a

4  report that you prepared?

5      A    This is a report that I supplied.

6      Q    What does that mean?

7      A    To my attorney.

8      Q    Okay.  The substance of this report,

9  have you been involved or did you actually --

10      A    I did not -- I was not involved in the

11  testing that generated this report.

12      Q    Who was?

13      A    Mr. Dave Akin is indicated on this

14  report.

15      Q    Okay.  Is Dave Akin still employed by

16  Advance?

17      A    Yes, he is.

18      Q    And in January of 2003, what would his

19  title have been?

20      A    He is a technician.  I am not sure of

21  his exact title.

22      (Deposition Exhibit No. 77 - Bates stamp

137

1      Advance 00030 through 00031 - was marked for

2      identification.)

3  BY MR. ZOFFER:

4      Q    I will show you what we marked as 77, if

5  I could.  There is a reference in what we marked as

6  76, which says:  Attached is the analysis of the

7  two RAs noted.

8          Do you see that on 76, handwriting?

9      A    I'm sorry?

Page 104

177645.txt

10      Q    You got it right there.

11      A    Yeah.

12      Q    Okay.  And the reason I ask is the next

13  document in the series that we were produced is

14  what I have shown you, now marked as 77, so my

15  question is, is this the analysis of the two RAs

16  noted, if you know?

17      A    Was this attached to this?

18      Q    Well, I don't know.  I could just tell

19  you that --

20      A    Then I don't know.

21      Q    -- that's how it was produced to us, and

22  I am trying to find out if the attached analysis

138

1   that's referenced on 76 is actually contained

2   within document 77.  And the only reason I ask you

3   that is because they were produced as consecutive

4   documents, but I don't know if that means they are

5   the same.

6           Because if you look at the numbers that

7   at least are circled on these two reports, they do

8   appear to be different.  Can you help me with that

9   at all?

10      A    What are you asking for clarification

11  on?

12      Q    I am trying to determine whether the two

13  RAs and the analysis of the two RAs that are

14  identified in 76, if that's 77?

15      A    I can tell you 77 is a summary of

16  failure modes of findings in failure analysis.

17      Q    Okay.

Page 105

177645.txt

18      A    I -- there are some handwritten numbers

19   that would appear to correspond with return

20   authorization numbers.  Number 77 has a number on

21   it, handwritten, that corresponds to the RA that we

22   just spoke about.

139

1      Q    Okay.  That was the Advance -- document

2   number 125, is that what you are referring to?

3      A    Well, this exhibit -- yes, document 125,

4   Exhibit 73.

5      Q    Okay.  All right.  If that's correct,

6   and it wouldn't then -- the Exhibit 77 would not

7   then be the analysis for those RAs that are

8   identified in 76; right?

9      A    Right.

10      Q    It would actually be analysis for what

11   we've previously marked and is Advance number 125?

12      A    Yes.

13      Q    Okay.  Let's take a look at 77, if we

14   could.

15      A    Yes.

16      Q    Can you just tell us what is this

17   document?  I think you referred to it as a failure

18   analysis?

19      A    Well, this is -- there are summaries of

20   return analysis results indicating failed

21   components.  There are numbers indicating, for

22   instance, A49 is a model designator in our coding

140

177645.txt

1   system.

2        Q    Okay.

3        A    Then there is indication 05/99, which

4   would be consistent with a manufacturing date of

5   China, which would be consistent with a

6   manufacturing location.  I don't know what 2/03/03

7   is.

8             The next line that is "... T1 brokend

9   soldered," is poor English, but "on two legs,"

10  would indicate to me a problem found with a T1

11  transformer.  That is indicated on two analysis

12  here.  There is another one, ICS1 --

13       Q    Yes.

14       A    -- would be a -- would indicate a failed

15  IC.

16            "F1 open" would be a fuse open.  "Q1 and

17  Q2 shorted" would be failed transistors.

18            And the next page "F1 open" is an open

19  fuse again.  "T1 brokend solder," again, would

20  indicate a failure on a transformer.  "Q1 shorted"

21  would indicate a failed transistor.

22            And the last one, "F1 open," would be an

141

1   open fuse again.  "Q1 and Q2 shorted" would

2   indicate failed transistors.

3        Q    Can you tell from looking at the

4   groupings or at least the reports that are

5   comprised by these two pages what it is that these

6   documents -- what is it that these items have in

7   common?  Why do they all appear together on the

8   same report?

Page 107

177645.txt

9      A    Well, my only indication is that there's

10   a handwritten number on here that corresponds to an

11   RA number.

12     Q    Yes.

13     A    So it appears that this is the return

14   analysis of -- of ballasts returned under that RA.

15     Q    Okay.  And who would prepare this

16   document, Exhibit 77, at Advance?

17     A    This does not -- I don't believe this is

18   a standard document.  This appears to be a printout

19   of something taken off of a database.

20     Q    All right.  Let me just -- can you tell

21   from looking at this who prepared this document?

22                    MR. BROOKS:  You mean who

142

1    printed it off the database?

2                    THE WITNESS:  I don't see an

3    indication of it.

4    BY MR. ZOFFER:

5      Q    Can you tell from this document who

6    performed the analysis which yielded the results

7    that are reflected by the document?

8      A    Sorry, say that again?

9      Q    who performs the test on the returned

10   ballasts that --

11     A    Mr. Dave Akin.

12     Q    Dave Akin would have done the actual

13   testing?

14     A    well, Mr. Dave Akin performs tests on

15   returned ballasts.

Page 108

177645.txt

16       Q     And did he do that in February of 2003,

17   to your knowledge?

18       A     He had that job function in that period.

19       Q     If I am reading this correctly, each of

20   the entries for each of these ballasts which are

21   contained in the RA have a date of February 3rd,

22   2003 associated with them.  Do you see that?

143

1        A     Mm-hmm.

2        Q     Is that the date the test was performed?

3        A     I don't know.

4        Q     At the very beginning of the document

5    where it's indicating return to my attention, do

6    you see that up top there:  Please have only --

7        A     On which document?

8        Q     It's on Exhibit 77, Advance 30:  Please

9    have only defective Advance ballasts removed from

10   fixtures and return to my attention.

11       A     Yes.

12       Q     Is that Dave Akin?  Would he be the

13   person to whom those would be returned?

14       A     These are the same wordings as what is

15   printed on Exhibit 73.

16       Q     Yes.

17       A     So I would say it's more likely

18   consistent with what Barbara Ponce was being

19   requested.

20       Q     Okay.  Just one more on this particular

21   document.  Is there -- the date above China on the

22   various entries, that's 5/99.  Could that be the

144

177645.txt

1    date that these ballasts were manufactured?

2         A    It could be.

3         Q    At some point in connection with this

4    case did Advance try to determine or isolate the

5    ballasts that were involved with a particular batch

6    or a manufacturing date?

7                   MR. NEAL:  Objection to the form

8    of the question.

9    BY MR. ZOFFER:

10        Q    Do you understand?

11        A    Which ballasts?

12        Q    The ballasts that were originally

13   installed in the Amtrak stations and the fixtures

14   involved in this case.

15        A    I don't have any indication that we did

16   any extensive study based on the returns from the

17   Amtrak installations.

18        Q    So to your knowledge, there wasn't any

19   effort undertaken at Advance in connection with

20   this particular Amtrak project and the problems

21   that they were contending they were having to

22   isolate a particular batch, a manufacturing date or

                                                    145


1    period of time when these problem ballasts were

2    manufactured?

3                   MR. BROOKS:  Objection to the

4    characterization of the ballasts without

5    foundation.

6                   THE WITNESS:  And now I forgot

                        Page 110

177645.txt
7    the question.

8    BY MR. ZOFFER:

9        Q    Sure, try again.

10           I am wondering if Advance at any time

11    made an effort to try to identify the ballasts that

12    were the subject of the complaints at Amtrak, at

13    various Amtrak stations, to a particular batch or

14    time period when those ballasts may have been

15    manufactured?

16       A    I think I just said that there is no

17    indication that Advance looked into this matter any

18    further than our normal investigation of returned

19    ballasts.

20           We only had a limited number of ballasts

21    returned to us, and so we did not have an

22    indication that there was, you know -- there is no

146

1    indication here that there's any -- any defect to

2    be studying.

3        Q    Did I hear correct that the replacement

4    ballasts that were provided in 2003 were the model

5    number or the part number was ICN2P32SC?  Did I

6    have that correct?

7                    MR. BROOKS:    Replacement

8    ballasts that were provided to Amtrak?

9                    MR. ZOFFER:    Yes.

10                   THE WITNESS:    I have not seen

11    evidence of that.

12    BY MR. ZOFFER:

13       Q    Of what the replacement ballast was?

14    Let me just ask it.  Do you know what the
                    Page 111

177645.txt

15  replacement ballast was that was provided to

16  Amtrak?

17      A    I have no record of that.

18      Q    Do you know how -- strike that.

19           Are you aware of any problems,

20  complaints, returns associated with any ballasts

21  that were provided to Amtrak as a replacement for

22  those at the Amtrak stations?

                                                    147


1       A    We have no record of any further

2   complaints, other than what we've reported on.

3                  MR. ZOFFER:  With that, I will

4   pass the witness.

5                  MR. NEAL:  Right.

6   EXAMINATION BY COUNSEL FOR THE PLAINTIFF, NATIONAL

7   RAILROAD PASSENGER CORPORATION

8   BY MR. NEAL:

9       Q    Mr. Erhardt, good afternoon.  My name is

10  Steve Neal.  We met earlier.  I am going to have a

11  number of questions for you, which really -- there

12  shouldn't be a lot of overlap between what I've

13  done and Mr. Zoffer's done, although there could be

14  some questions in context.

15           Start off with a question we didn't

16  really spend much time on.  Just to provide context

17  here and not spend a lot more time, you understand

18  that certain ballasts that your company was

19  producing were going to end up in light fixtures

20  that were going to be used by Amtrak; correct?

21                  MR. BROOKS:  Your question is

                    Page 112

177645.txt
22   does he understand that?

148


1                    MR. NEAL:  Yes.
2                    THE WITNESS:  Oh, I understand
3    that now.
4    BY MR. NEAL:
5        Q    Okay.  So I don't want to fool around
6    with a lot of foundation questions.  You understand
7    that ultimately your ballasts were going to go to
8    Forum, and Forum was going to incorporate those
9    ballasts into light fixtures, and those light
10   fixtures were going to go to Amtrak; correct?
11       A    I understand that ballasts that we
12   produced were put into luminaires that were
13   supplied by Amtrak, yes.
14       Q    Supplied to Amtrak; correct?
15       A    Yes.
16       Q    Now, what was the purpose of the ballast
17   that was to be used ultimately in the Amtrak
18   luminary?
19       A    Ballasts control lamps, light and
20   control lamps.
21       Q    Would the light fixtures that Forum was
22   manufacturing, would they work without these

149


1    ballasts?
2        A    You cannot -- you cannot operate a
3    fluorescent light without a ballast.
4        Q    So would you agree with me, sir, these
5    ballasts were a necessary component of the light
                         Page 113

177645.txt

```
 6   fixtures that were ultimately shipped by Forum to
 7   Amtrak?
 8                    MR. ZOFFER:  Objection to form.
 9                    THE WITNESS:  Ballasts are a
10   necessary component for fluorescent light fixtures.
11   BY MR. NEAL:
12       Q    Right, because otherwise they wouldn't
13   work; correct?
14       A    Right.
15       Q    Okay.  Now, who was installing the
16   ballasts, I guess, into the light fixtures?
17                    MR. ZOFFER:  When?  Objection.
18   When?
19   BY MR. NEAL:
20       Q    Do you understand the question?
21       A    Yes.
22       Q    You can answer it.
```

                                                    150


```
 1                    MR. BROOKS:  If you know.
 2                    THE WITNESS:  I don't know.
 3   BY MR. NEAL:
 4       Q    You don't know?
 5       A    No.
 6       Q    Let's go back to Mr. --
 7       A    Which person installed ballasts into
 8   light fixtures, I don't know.
 9       Q    Let me be a little more clear.  Okay.
10   Let's start with the initial ballasts; the ballasts
11   that were initially sent, not replacement ballasts
12   but initial ballasts.
```

                        Page 114

177645.txt
13              With respect to those, what company --
14    was it your company or was it Forum or was it
15    Amtrak that was installing these ballasts into
16    light fixtures?
17                    MR. BROOKS:  Or somebody else.
18                    MR. NEAL:  Just say objection,
19    please.
20                    MR. ZOFFER:  Objection.
21                    MR. BROOKS:  Objection.
22                    THE WITNESS:  I have no

151

1    knowledge of Forum's process for manufacturing
2    fixtures and whether they do that themselves or
3    they outsource it.  Most likely they did it but I
4    have no knowledge.
5    BY MR. NEAL:
6        Q    Okay.  Fair enough.
7              But do you know whether it was Advance
8    that installed --
9        A    It was not Advance.
10       Q    Okay.  Just so we can, I know we are
11    late in the day, but the record will not be
12    complete unless I get my question out.  You
13    actually knew what I was going to answer [sic], but
14    let's get it right.
15             So I take it from your testimony that it
16    was not Advance that was installing the ballasts
17    into the light fixtures; is that correct?
18                    MR. ZOFFER:  Objection.
19                    THE WITNESS:  Ballast -- Advance
20    does not install ballasts into OEM light fixtures.
                        Page 115

177645.txt

21    BY MR. NEAL:

22        Q    Just to close the loop, I take it, sir,

                                                            152


1    from your testimony you don't know with respect to

2    the replacement light fixtures who installed the

3    ballasts onto those fixtures; is that correct?

4                    MR. ZOFFER:  Objection.

5                    MR. BROOKS:  Objection.

6                    THE WITNESS:  I don't know.

7                    MR. NEAL:  Mr. Brooks, if you

8    would be so kind, can you show the witness what has

9    been marked previously as Exhibit 20.

10   BY MR. NEAL:

11        Q    Your counsel has put a document that has

12   been previously marked as Exhibit 20 before you,

13   sir.  Take as much time as you want, but my first

14   question really is have you ever seen that document

15   before?

16        A    I don't recall seeing this document.

17        Q    I will represent to you it is one of the

18   contractual documents between Amtrak and Forum.

19        A    Okay.

20        Q    So I guess my question is, do you know

21   if you or anyone else ever received a copy of that

22   document, let's start with ever?

                                                            153


1                    MR. ZOFFER:  Objection to form.

2                    THE WITNESS:  I have found no

3    evidence that we ever received this document.

                        Page 116

177645.txt
```
 4                MR. NEAL:  Very good.
 5      Mr. Brooks, would you please show the witness what
 6      has been previously marked as Exhibit 22.
 7      BY MR. NEAL:
 8           Q    What I hope is before you is a document
 9      which is titled "The Light Fixture Design
10      Specification for Amtrak Luminaire -- Luminary
11      Development and Fabrication, Northeast Corridor
12      Stations," is dated August the 19th, 1998.
13           A    Yes.
14           Q    Take your time and look through that.
15      Have you looked through it?
16           A    Yes.
17           Q    Okay.  Have you ever seen this document
18      before?
19           A    This appears to be the document I saw
20      yesterday.
21           Q    Okay.  Before yesterday, had you seen
22      this document ever before?
```

154

```
 1           A    No, sir.
 2           Q    Okay.  I understand that the next
 3      question is a little bit strange, but you are a
 4      30(b)(6) designee so I have to ask it.
 5                Are you aware whether anyone else at
 6      Advance had received a copy of this document --
 7      before yesterday?
 8           A    We have no evidence to indicate that
 9      anyone at Advance has ever seen this document.
10           Q    Okay.  And just to close the loop again,
11      what about any sections of this document?  Do you
```
Page 117

177645.txt

12    recall -- you have thumbed through it, but if you

13    want to take more time, please do.  Do you know

14    whether or not you or anyone else at Advance had

15    seen excerpts or sections of this document before

16    yesterday?

17        A    I have no evidence to indicate that

18    anyone from Advance has ever seen excerpts of this

19    document.

20        Q    Okay.  Let me represent to you, at

21    least --

22        A    Wait, wait, wait.

155

1        Q    Okay.  Go ahead.  Withdrawn.

2        A    I -- unless excerpts of this document

3    were included in the report from the company that

4    did the study for Amtrak.  But that would be the

5    only place I would remember seeing something.

6                    MR. BROOKS:  He is referring to

7    the Met Labs report.

8                    THE WITNESS:  Met Labs report.

9                    MR. BROOKS:  M-E-T, separate

10    word, Labs.

11    BY MR. NEAL:

12        Q    Let me represent to you that report was

13    dated in April of 2006, okay.

14        A    The Met Labs report?

15        Q    Right.  Or let's just use -- let me

16    withdraw that.  It was not 2006; it was April 2005.

17        A    Okay.

18                    MR. ZOFFER:  Let the record

Page 118

177645.txt
19  reflect that that would be before yesterday.  Go
20  ahead.
21                  MR. NEAL:  I don't think the
22  record could do that.

                                                    156


1  BY MR. NEAL:
2       Q    So let's just take April 2000 --
3       A    This -- this was not attached to that
4  report.  I don't know if excerpts of this were.  I
5  looked for this specification.  I wanted this
6  specification because I read what was in that
7  report.  I have not been given this report.  I have
8  not seen it until yesterday.
9       Q    Okay.  Let's go back in time, and I am
10  going to continue asking about this very same
11  document, Exhibit 22.  Okay.
12                  MR. BROOKS:  The document that
13  the witness has never seen before yesterday.
14                  MR. NEAL:  I think we
15  established that convincingly, Joe.
16  BY MR. NEAL:
17       Q    Let's go back to the time that the
18  ballasts, the initial shipment of ballasts to
19  Forum, and with 1999, 2000, that time period.  And
20  I am not going to be specific here.  I am talking
21  about those shipments, okay.
22                  Do you know if Advance took any steps to

                                                    157


1  ensure that the ballasts conformed to the design
2  specifications that are set forth in Exhibit 22?
                         Page 119

177645.txt

 3                    MR. ZOFFER:  Objection to form.
 4                    THE WITNESS:  No.  We would --
 5     we would not be recommending product to meet an end
 6     specification.
 7     BY MR. NEAL:
 8         Q    So I take it from your answer is that
 9     Advance didn't take any steps to ensure the
10     ballasts it was supplying to Advance complied with
11     these specifications; is that correct?
12         A    It's clear that the ballasts we supplied
13     did not meet these specifications.
14                    MR. BROOKS:  That is not the
15     question.
16                    THE WITNESS:  Okay.  No, we did
17     not take steps to ensure the ballasts we supplied
18     met these specifications.
19     BY MR. NEAL:
20         Q    Okay.  And then you just -- volunteered,
21     if you will, that it is clear that the ballasts at
22     issue did not comply or did not conform with these

                                                        158


 1     specifications.  Why is that, sir?
 2                    MR. ZOFFER:  Objection to form.
 3                    THE WITNESS:  The input voltage
 4     operating range.
 5     BY MR. NEAL:
 6         Q    And how did that not conform to these
 7     design specifications, sir?
 8         A    This specification calls for a very wide
 9     operating voltage range of 90 to 320 volts, and the

                          Page 120

177645.txt
10    ballasts we supplied were a single voltage product

11    designed to operate at 277 volts plus or minus

12    10 percent.

13        Q    Okay.  Now, if you will direct your

14    attention to Page -- pages I guess -- well, they

15    are not -- there is no page numbers on this

16    attachment.  So if you look at the Amtrak Bates

17    number, it's 000094-95.  Do you have that in front

18    of you, sir?

19        A    No, the copy I have doesn't have that

20    Bates stamp.

21                    MR. NEAL:   It's not Bates

22    stamped?

                                                    159


1                    MR. BROOKS:   Steve, we have

2    Bates stamp numbers that begin with Amtrak 3269.

3                    MR. NEAL:   Okay.  We're -- all

4    right.

5    BY MR. NEAL:

6        Q    Go to what is Paragraph 12 that deals

7    with ballasts.

8        A    Mm-hmm.  Yes.

9        Q    Sorry about that.

10                Why don't you just, if you can, read

11    through Sections 12.1 through 12.14.

12        A    Yes, sir.

13        Q    Okay.  Now, Mr. Zoffer, without

14    identifying the document, went through some of

15    these things with you earlier.

16                Just, as we sit here today, and that's

17    an important distinction for you.  As we sit here
                        Page 121

177645.txt

18   today, other than what you've just testified to,

19   are there other reasons that you are aware of that

20   the ballasts in this case do not conform to these

21   design specifications?

22                    MR. ZOFFER:  Objection to form,

                                                                160

1    foundation.

2                    THE WITNESS:  I am not aware of

3    any parameters of our product that would not have

4    met these requirements.

5                    MR. ZOFFER:  Would not?  Did he

6    say --

7                    THE WITNESS:  Would not have met

8    these specifications.

9    BY MR. NEAL:

10        Q    Other than the ones you specified

11   already?

12                   MR. ZOFFER:  Objection to form.

13                   THE WITNESS:  12.7 --

14                   MR. ZOFFER:  Okay.

15                   THE WITNESS:  12.7 I've

16   identified as the one that we would not.

17   BY MR. NEAL:

18        Q    The reason I said that it is important

19   that you focus on "as you sit here today," is

20   because am I correct, sir, that you were not

21   involved in this project at the time that either of

22   the initial ballasts or the replacement ballasts

                                                                161

Page 122

177645.txt

1   were sent to either Forum or Amtrak?

2                    MR. BROOKS:  Objection, asked

3   and answered.  Please answer it again.

4                    THE WITNESS:  I was not

5   personally involved in any of the project -- any

6   aspect of the project.

7   BY MR. NEAL:

8        Q    Right.  And would it be fair for me to

9   say, sir, even though you are a 30(b)(6) witness

10  here, I know that, but that you sitting here today

11  don't have any personal firsthand knowledge as to

12  whether the ballasts at issue, the ballasts that

13  were ultimately shipped initially and as

14  replacements, conform with these design

15  specifications?

16       A    Oh, I'm aware of the specifications for

17  the ballast and that's what I'm basing my opinions

18  on, my statements on.

19       Q    Well, exactly.  I want to -- I think you

20  are right.  I think in the first instance as to

21  what was actually shipped at the time, you don't

22  know whether those ballasts conform to the

                                                    162


1   specifications or not, you just knew what the

2   specifications were; correct?

3                    MR. ZOFFER:  Objection to form.

4                    THE WITNESS:  I know they were

5   designed to meet the specifications.  I said that

6   it appears to meet, and I know that per the design

7   they would not meet 12.7.

8   BY MR. NEAL:

                    Page 123

177645.txt

 9      Q    Understood.  Let's put 12.7 aside right
10   now.

11      A    Yes.

12      Q    Okay.  What I am trying to get at, sir,

13   and I am probably not doing a great job of it.  But

14   since you were not involved, you personally were

15   not involved with this project, when the initial

16   ballasts were shipped and the replacement ballasts

17   were shipped, how could you know whether those

18   actual ballasts actually comply with these

19   specifications or not?

20                 MR. ZOFFER:  Objection, form.

21   BY MR. NEAL:

22      Q    Perhaps they weren't intended to, but

163

 1   how would you know whether they actually did

 2   conform with the specifications set forth in what

 3   is Exhibit 22?

 4      A    Well, you want to talk

 5   specification-by-specification?

 6      Q    Right now I am trying to get to your

 7   personal knowledge, sir.

 8      A    Sorry?

 9      Q    I am getting to your personal knowledge.

10   How could you personally know whether the -- the

11   ballasts that were actually shipped to Forum or

12   Amtrak comply with these specifications?

13      A    There are various aspects of the design

14   that by their nature would mean they would meet

15   these -- some of these specifications.  There are

Page 124

177645.txt

16    factory tests that ensure other aspects of

17    operation that are done 100 percent.  There are

18    factory tests that ensure safety compliance.

19              Now, if you've asked if I haven't -- no,

20    I did not test 5,900 ballasts personally.

21        Q    Correct.  And so you --

22              MR. BROOKS:  That's what he's

164

1    asking.

2              THE WITNESS:  Okay.  No, I have

3    not tested 5,900 ballasts personally.

4    BY MR. NEAL:

5        Q    Right.  I mean what I getting to is you

6    personally don't know they work.  Maybe -- if they

7    followed the specifications, they were supposed to

8    work.

9              But my question to you, sir, as you sit

10    here today, you personally don't know whether the

11    ballasts that were shipped initially or the

12    replacement ballasts conform to the specifications;

13    correct?

14              MR. ZOFFER:  Objection to form.

15    Asked and answered, too.

16              THE WITNESS:  I personally did

17    not test these ballasts, no.

18    BY MR. NEAL:

19        Q    Okay.  All right.  We already dealt with

20    Advance's, I guess, really lack of knowledge of

21    these specifications at the time that they were

22    shipped.  Let's talk about Forum for a second.

165

Page 125