**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION,** | |
| **Plaintiff,** | **Civil Action No.: 1:05CV01837** |
| **v.** | **Judge Paul L. Friedman** |
| **FORUM, INC.,** | **Magistrate Judge Deborah A. Robinson** |
| **Defendant and Third-Party Plaintiff,** | |
| **v.** | **Next Scheduled Court Deadline: 11/20/2006 Status Conference (3:00 p.m.)** |
| **ADVANCE TRANSFORMER, CO., and SOUTHCO, INC.,** | |
| **Third-Party Defendants.** | |

## JOINT STATUS REPORT

Pursuant to the Court's November 13, 2006 Order, Defendant and Third-Party Plaintiff Forum, Inc. ("Forum") and Third-Party Defendants Advance Transformer, Co. ("Advance") and Southco, Inc. ("Southco") jointly submit this Joint Status Report. These parties were unable to join the status report filed by Plaintiff National Railroad Passenger Corporation ("Amtrak"), because the draft status report circulated by Amtrak presented Amtrak's views on the merits of its proposed discovery motion, which it has now decided not to pursue, and these parties therefore submit the following joint status report:

## I.    PROCEDURAL BACKGROUND

On September 16, 2005, Amtrak filed a Complaint against Forum alleging claims arising out of a contract under which Forum supplied lighting fixtures to Amtrak. On October 27, 2005, Amtrak filed its First Amended Complaint.

Forum answered the First Amended Complaint on November 16, 2005.  In the ensuing months, Forum and Amtrak exchanged written discovery, including initial disclosures, requests for documents, interrogatories, witness lists, and discovery responses.

In May, 2006, Forum sought leave of Court to file a third-party complaint and, pursuant to the Court's Order dated May 8, 2006, Forum subsequently filed its Third-Party Complaint against Advance and Southco.

Over the summer of 2006, both Amtrak and Forum conducted extensive discovery involving non-parties, including the issuance of document subpoenas to at least 12 non-parties. On July 14, 2006, Amtrak served its first set of document requests and interrogatories on Advance.  On July 21, 2006, Amtrak served its first set of document requests and interrogatories on Southco.

The Court held a Status Conference on August 25, 2006.  Immediately following the Status Conference, the Court ordered that:

> [A]s to Third Party Defendants Southco, Inc. and Advance Transformer Co., discovery and the proceedings are stayed, except as to statutes of limitations issues.  Limited discovery for the purposes of preparing a motion on statute of limitations issues, and oppositions thereto, shall proceed as follows: requests for written discovery are due by September 12, 2006; responses to the written discovery requests are due by October 12, 2006; depositions will be completed by November 14, 2006; motions by the third party defendants raising statute of limitations defenses are due by December 14, 2006; any oppositions thereto are due by January 16, 2007; and any replies are due by February 1, 2007.  Nothing in this order will preclude future discovery on other issues should any motions on statutes of limitations be denied.

On September 12, 2006, the Court issued a similar order with respect to Amtrak and Forum providing, in part, as follows:

> Written Discovery due by 9/17/2006; Responses to written discovery requests pertaining to statute of limitations issues due by 10/17/2006; Depositions to be completed by 11/21/2006; Motions

by defendant raising statute of limitations defenses due by 12/21/2006; Responses due by 1/30/2007; Replies due by 2/15/2007.

Pursuant to the Court's Orders, the parties exchanged written discovery requests. On October 12-18, 2006, the parties served their objections and responses to the various written discovery requests. Since that time, the parties have taken the depositions of Forum's, Advance's and Southco's corporate designees under Fed. R. Civ. P. 30(b)(6), as well as Don Dziubaty of Forum, Al Lassoff (formerly of Advance), and Larry Thomas (formerly of Southco). All that remains is for the parties to take the depositions of current and former Amtrak employees Mary Montgomery, Michael Latiff and Ellen Taylor, and the parties are in the process of working out acceptable dates for those depositions.

During the deposition of Advance's Rule 30(b)(6) witness on November 3, 2006, a number of issues arose which, in Amtrak's view, required resolution by the Court. In accordance with the applicable Rules, Amtrak called the Court to set up a teleconference to discuss these issues. On November 7, 2006, the Court referred all discovery disputes to the Honorable Deborah A. Robinson for resolution. That same day, Judge Robinson set a Status Hearing for November 14, 2006 at 9:30 a.m. and ordered that a Joint Status Report be filed by November 10, 2006. Because Mr. Lassoff's deposition was already set for that day (and Advance's counsel had advised that he was not available any other day), on November 13, 2006, Judge Robinson continued the Status Hearing until November 20, 2006 at 3:00 p.m. and ordered that the parties file a Joint Status Report by November 17, 2006.

## II.    STATUS OF DISCOVERY DISPUTES

Since Amtrak first requested judicial intervention, the parties have taken the deposition of Al Lassoff, a former employee of Advance (and now a consultant to Advance). Amtrak had originally sought to continue the deposition of Advance's corporate designee, Mr. Erhardt.

Given Mr. Lassoff's testimony, however, Amtrak now takes the position that further testimony by Mr. Erhardt is no longer necessary. Consequently, Amtrak has advised that it no longer believes that the Court's intervention is needed and that a Status Hearing is no longer required at this time.  All remaining parties are in agreement that the Court's intervention is not needed and jointly request that the Status Hearing be cancelled.


_____/s/_____

Steven Zoffer, Esq.
Dickie, McCamey & Chilcote
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
412-281-7272 (phone)
412-392-5367 (fax)
zoffes@dmclaw.com
*Counsel for Defendant/Third-party Plaintiff*
*Forum, Inc.*


_____/s/_____

Russell J. Ober, Jr., Esq.
Patricia L. Dodge, Esq.
Meyer, Unkovic & Scott, LLP
1300 Oliver Building
Pittsburgh, PA 15222
412-456-2800 (Phone)
412-456-2864 (Fax)
*Counsel for Third Party Defendant Southco,*
*Inc.*


_____/s/_____

Joseph Brooks (D.C. Bar # 366739)
Wade B. Wilson (D.C. Bar #468067)
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004-2541
Phone:  202. 739. 5572
Fax:  202.739.3001
*Counsel for Third-Party Defendant Advance*
*Transformer Co.*


Dated:  November 17, 2006