UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>FORUM, INC.,<br>      Defendant<br>      and Third-Party Plaintiff,<br><br>v.<br><br>ADVANCE TRANSFORMER, CO., and SOUTHCO, INC.,<br><br>      Third-Party Defendants. | Civil Action No.: 1:05CV01837<br><br>Judge Paul L. Friedman<br><br>Magistrate Judge Deborah A. Robinson<br><br>Next Scheduled Court Deadline: 12/14/2006 (Motions by Third-Party Defendants Raising Statute of Limitations Defenses Due) |

### CONSENT MOTION BY AMTRAK, FORUM AND ADVANCE
### TO AMEND SCHEDULING ORDERS

Plaintiff National Railroad Passenger Corporation ("Amtrak"), Defendant Forum, Inc. ("Forum"), and Third-Party Defendant Advance Transformer, Co. ("Advance"), by and through their undersigned counsel of record, hereby move this Honorable Court for an Order amending the existing Scheduling Orders as follows: (1) any motion(s) raising statute of limitations defenses are due by January 15, 2007; (2) opposition(s) to any such motion(s) are due by February 15, 2007; and (3) reply brief(s), if any, are due by March 2, 2007.

The grounds for this Consent Motion are fully set forth in the accompanying Memorandum of Points and Authorities that is filed concurrently herewith.

In accordance with Local Civil Rule 7(m), counsel for the parties have conferred regarding the relief requested herein and all consent, except as of the time of the filing of this Motion Third-Party Defendant Southco, Inc.'s ("Southco") counsel advised that he was not

authorized to "sign on" to the Motion. This is the first request by the parties for an amendment to the existing Scheduling Orders.

WHEREFORE, Amtrak, Forum, and Advance pray that this Court amend the existing Scheduling Orders as follows: (1) any motion(s) raising statute of limitations defenses are due by January 15, 2007; (2) opposition(s) to any such motion(s) are due by February 15, 2007; and (3) reply brief(s), if any, are due by March 2, 2007. A proposed Order is attached.

Respectfully submitted,

Dated: December 12, 2006      By:      /s/
Stephen M. Ryan, Esq.
DC Bar No. 359099
Stephen L. Neal, Jr., Esq.
DC Bar No. 441405
Christopher T. Koegel, Esq.
DC Bar No. 473478
Manatt, Phelps & Phillips, LLP
700 12th Street, NW, Suite 1100
Washington, DC  20005
(202) 585-6500 (phone)
(202) 585-6600 (fax)
sryan@manatt.com
sneal@manatt.com
ckoegel@manatt.com

*Counsel for Plaintiff National Railroad Passenger Corporation*

     /s/
Steven W. Zoffer, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222
(412)281-7272 (phone)
(412)392-5367 (fax)
szoffer@dmclaw.com

*Counsel for Defendant Forum, Inc.*

                                                                                                  /s/
                                      Joseph Brooks, Esq.
Wade B. Wilson, Esq.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202)739-5572 (phone)
(202)739-3001 (fax)
jbrooks@morganlewis.com
wwilson@morganlewis.com

*Counsel for Third-Party Defendant Advance Transformer, Co.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>FORUM, INC.,<br>      Defendant<br>      and Third-Party Plaintiff,<br><br>v.<br><br>ADVANCE TRANSFORMER, CO., and SOUTHCO, INC.,<br><br>      Third-Party Defendants. | Civil Action No.: 1:05CV01837<br><br>Judge Paul L. Friedman<br><br>Magistrate Judge Deborah A. Robinson<br><br>Next Scheduled Court Deadline: 12/14/2006 (Motions by Third-Party Defendants Raising Statute of Limitations Defenses Due) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION BY AMTRAK, FORUM AND ADVANCE TO AMEND SCHEDULING ORDERS**

Plaintiff National Railroad Passenger Corporation ("Amtrak"), Defendant Forum, Inc. ("Forum"), and Third-Party Defendant Advance Transformer, Co. ("Advance") submit this Memorandum of Points and Authorities in support of the attached Consent Motion by Amtrak, Forum and Advance to Amend Scheduling Orders ("Motion").

**I.      PROCEDURAL BACKGROUND AND ARGUMENT**

The Court held a Status Conference on August 25, 2006. Immediately following the Status Conference, the Court ordered that:

> as to Third Party Defendants Southco, Inc. and Advance Transformer Co., discovery and the proceedings are stayed, except as to statutes of limitations issues. Limited discovery for the purposes of preparing a motion on statute of limitations issues, and oppositions thereto, shall proceed as follows: requests for written discovery are due by September 12, 2006; responses to the written discovery requests are due by October 12, 2006; depositions will

> be completed by November 14, 2006; motions by the third party defendants raising statute of limitations defenses are due by December 14, 2006; any oppositions thereto are due by January 16, 2007; and any replies are due by February 1, 2007. Nothing in this order will preclude future discovery on other issues should any motions on statutes of limitations be denied.

On September 12, 2006, the Court issued a similar order with respect to Amtrak and Forum:

> Written Discovery due by 9/17/2006; Responses to written discovery requests pertaining to statute of limitations issues due by 10/17/2006; Depositions to be completed by 11/21/2006; Motions by defendant raising statute of limitations defenses due by 12/21/2006; Responses due by 1/30/2007; Replies due by 2/15/2007.

Since the entry of these Orders, the parties have exchanged written discovery requests and responses, exchanged responsive documents, and taken all the noticed depositions except for one witness. The parties are presently engaged in meaningful settlement discussions which continue to progress. The parties believe that these discussions are progressing such that the one remaining deposition and the existing summary judgment briefing schedules should be postponed to avoid unnecessary expense and allow the parties to focus on a final resolution of this matter.

## II.   CONCLUSION

For the foregoing reasons, the parties request that the Court grant this Motion and amend the existing Scheduling Orders as follows: (1) any motion(s) raising statute of limitations defenses are be due by January 15, 2007; (2) opposition(s) to any such motion(s) are due by February 15, 2007; and (3) reply brief(s), if any, are due by March 2, 2007.

Respectfully submitted,

Dated: December 12, 2006        By:        /s/
Stephen M. Ryan, Esq.
DC Bar No. 359099
Stephen L. Neal, Jr., Esq.
DC Bar No. 441405
Christopher T. Koegel, Esq.
DC Bar No. 473478
Manatt, Phelps & Phillips, LLP
700 12th Street, NW, Suite 1100
Washington, DC 20005
(202) 585-6500 (phone)
(202) 585-6600 (fax)
sryan@manatt.com
sneal@manatt.com
ckoegel@manatt.com

*Counsel for Plaintiff National Railroad Passenger Corporation*


        /s/
Steven W. Zoffer, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222
(412)281-7272 (phone)
(412)392-5367 (fax)
szoffer@dmclaw.com

*Counsel for Defendant Forum, Inc.*


        /s/
Joseph Brooks, Esq.
Wade B. Wilson, Esq.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202)739-5572 (phone)
(202)739-3001 (fax)
jbrooks@morganlewis.com
wwilson@morganlewis.com

*Counsel for Third-Party Defendant Advance Transformer, Co.*

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>FORUM, INC.,<br>          Defendant<br>          and Third-Party Plaintiff,<br><br>     v.<br><br>ADVANCE TRANSFORMER, CO., and SOUTHCO, INC.,<br><br>          Third-Party Defendants. | Civil Action No.: 1:05CV01837<br><br>Judge Paul L. Friedman<br><br>Magistrate Judge Deborah A. Robinson<br><br>Next Scheduled Court Deadline: 12/14/2006 (Motions by Third-Party Defendants Raising Statute of Limitations Defenses Due) |

## ORDER

This matter, having come before the Court on Plaintiff National Railroad Passenger Corporation's ("Amtrak"), Defendant Forum, Inc.'s ("Forum"), and Third-Party Defendant Advance Transformer, Co.'s ("Advance") Consent Motion to Amend Scheduling Orders ("Motion"), and for good cause shown, it is this _____ day of _____, 2006, hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that: (1) motion(s) raising statute of limitations defenses, if any, are due by January 15, 2007; (2) opposition(s) to any such motion are due by February 15, 2007; and (3) reply brief(s), if any, are due by March 2, 2007.

_____
The Honorable Paul L. Friedman
United States District Judge

Copies to:

Stephen M. Ryan, Esq.
DC Bar No. 359099
Stephen L. Neal, Jr., Esq.
DC Bar No. 441405
Christopher T. Koegel, Esq.
DC Bar No. 473478
Manatt, Phelps & Phillips, LLP
700 12th Street, NW, Suite 1100
Washington, DC 20005
(202) 585-6500 (phone)
(202) 585-6600 (fax)
sryan@manatt.com
sneal@manatt.com
ckoegel@manatt.com

*Counsel for Plaintiff National Railroad Passenger Corporation*

Philip J. Harvey, Esq.
Venable, LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
(703)760-1928 (phone)
(703)821-8949 (fax)
pjharvey@venable.com

Steven W. Zoffer, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222
(412)281-7272 (phone)
(412)392-5367 (fax)
szoffer@dmclaw.com

*Counsel for Defendant Forum, Inc.*

Russell J. Ober, Jr., Esq.
Patricia L. Dodge, Esq.
Meyer, Unkovic & Scott, LLP
1300 Oliver Building
Pittsburgh, PA 15222
(412)456-2800 (phone)
(412)456-2864 (fax)
rjo@muslaw.com
pld@muslaw.com

*Counsel for Third-Party Defendant Southco, Inc.*

2

Joseph Brooks, Esq.
Wade B. Wilson, Esq.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202)739-5572 (phone)
(202)739-3001 (fax)
jbrooks@morganlewis.com
wwilson@morganlewis.com

*Counsel for Third-Party Defendant Advance Transformer, Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2006, a copy of the foregoing Consent Motion by Amtrak, Forum and Advance to Amend Scheduling Orders and proposed Order was served by electronic mail (via the Court's Electronic Case Filing System) upon:

Philip J. Harvey, Esq.
Venable, LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182

Steven W. Zoffer, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222

*Counsel for Defendant Forum, Inc.*

Russell J. Ober, Jr., Esq.
Patricia L. Dodge, Esq.
Meyer, Unkovic & Scott, LLP
1300 Oliver Building
Pittsburgh, PA 15222

*Counsel for Third-Party Defendant Southco, Inc.*

Joseph Brooks, Esq.
Wade B. Wilson, Esq.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Counsel for Third-Party Defendant Advance Transformer, Co.*

                                                      /s/
                                      Stephen L. Neal, Jr.

30193450.1

Case 1:05-cv-01837-PLF    Document 41    Filed 12/12/2006    Page 11 of 11