IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | ) ) ) |
| Plaintiffs | ) Civil Action No.  1:05CV01837 |
| v. | ) ) |
| | ) District Judge Paul L. Friedman |
| FORUM, INC., | ) ) |
| Defendant and Third Party Plaintiff | ) JURY TRIAL DEMANDED ) ) ) |
| v. | ) ) |
| ADVANCE TRANSFORMER, CO. and SOUTHCO, INC., | ) ) <u>ELECTRONICALLY FILED</u> ) |
| Third Party Defendants | ) ) ) |

**JOINDER BY THIRD-PARTY DEFENDANT SOUTHCO, INC.
<u>IN CONSENT MOTION TO AMEND SCHEDULING ORDERS</u>**

Third-party defendant Southco, Inc., by its undersigned counsel, hereby joins in the Consent Motion By Amtrak, Forum and Advance to Amend Scheduling Orders and in the request for relief made therein.

Dated: December 12, 2006

MEYER, UNKOVIC & SCOTT LLP

By: /s/Russell J. Ober, Jr.
    Russell J. Ober, Jr.
    D.C. ID#PA0021
    rjo@muslaw.com

    /s/Patricia L. Dodge
    Patricia L. Dodge
    D.C. ID#PA0020
    pld@muslaw.com

    1300 Oliver Building
    Pittsburgh, PA  15222
    (412) 456-2800
    (412) 456-2864/Fax

    ATTORNEYS FOR THIRD-PARTY
    DEFENDANT SOUTHCO, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Joinder by Third-party Defendant Southco, Inc. in Consent Motion to Amend Scheduling Orders was served upon all counsel of record electronically (via the Court's Electronic Case Filing System), this 12th day of December, 2006, addressed as follows:

> Stephen Lybrook Neal, Jr., Esquire
> Manatt, Phelps & Phillips, L.L.P.
> 700 12th Street, NW
> Suite 1100
> Washington, DC  20005
>
> Philip John Harvey, Esquire
> Venable, Baetjer & Howard LLP
> 8010 Towers Crescent Drive
> Vienna, VA  22182
>
> Steven W. Zoffer, Esquire
> Dickie McCamey & Chilcote, P.C.
> Two PPG Place, Suite 400
> Pittsburgh, PA  15222
>
> Joseph Brooks, Esquire
> Morgan Lewis & Bockus, LLP
> 1111 Pennsylvania Avenue, NW
> Washington, DC  20004-2541

/s/Russell J. Ober, Jr.