UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | ) ) ) |
| Plaintiff, | ) ) Civil Action No.: 1:05CV08137 |
| v. | ) ) Judge Paul L. Friedman |
| FORUM, INC., | ) ) Magistrate Judge Deborah A. Robinson |
| Defendant and Third-Party Plaintiff, | ) ) ) Next Scheduled Court Deadline: 1/15/2007 (Motions Raising Statute of Limitations Defenses Due) |
| v. | ) ) |
| ADVANCE TRANSFORMER, CO., and SOUTHCO, INC., | ) ) ) |
| Third-Party Defendants. | ) ) ) |

**CONSENT MOTION BY AMTRAK, FORUM, ADVANCE,
AND SOUTHCO TO AMEND SCHEDULING ORDERS**

Plaintiff, National Railroad Passenger Corporation ("Amtrak"), Defendant and Third-Party Plaintiff, Forum, Inc. ("Forum"), and Third-Party Defendants, Advance Transformer, Co. ("Advance") and Southco, Inc. ("Southco"), by and through their undersigned counsel of record, move this Honorable Court for an Order amending the existing Scheduling Orders as follows: (1) any motion(s) raising statute of limitations defenses are due by February 12, 2007, (2) opposition(s) to any such motion(s) are due by March 15, 2007, and (3) reply brief(s), if any, are due by March 30, 2007.

The proffered grounds for this Consent Motion are set forth fully in the accompanying Memorandum of Points and Authorities, which is filed concurrently with this Consent Motion.

In accordance with Local Civil Rule 7(m), counsel for the parties have conferred with respect to the requested relief and consent to the same. This request by the parties for an amendment to the existing Scheduling Orders stems from the fact that the parties have been unable to schedule the deposition of Ellen Taylor, a former employee of Amtrak and an important witness, and perhaps most significantly, that the parties continue to engage in settlement discussions, which are progressing.

WHEREFORE, all parties, Amtrak, Forum, Advance, and Southco pray that this Court amend the existing Scheduling Orders as follows: (1) any motion(s) raising statute of limitations defenses are due by February 12, 2007, (2) oppositions(s) to any such motion(s) are due by March 15, 2007, and (3) reply brief(s), if any, are due by March 30, 2007. A proposed Order is attached.

Respectfully submitted,

Dated:  January 10, 2007                    By_____/s/_____
                                            Stephen L. Neal, Jr., Esquire
                                            DC Bar No. 441405
                                            Christopher T. Koegel, Esquire
                                            DC Bar No. 473478
                                            Manatt, Phelps & Phillips, LLP
                                            700 12th Street, NW, Suite 1100
                                            Washington, DC  20005
                                            (202) 585-6500 (phone)
                                            (202) 585-6600 (fax)
                                            sneal@manatt.com
                                            ckoegel@manatt.com

                                            *Counsel for Plaintiff, National Railroad Passenger Corporation*

By: _____/s/_____
Steven W. Zoffer, Esquire
D.C. Bar #435772
Douglas M. Grimsley, Esquire
Dist. Ct. of D.C. #PA0019

Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222
(412) 281-7272 (Phone)
(412) 392-5397 (Fax)

szoffer@dmclaw.com
dgrimsley@dmclaw.com

*Counsel for Defendant/Third-Party Plaintiff, Forum, Inc.*

By: _____/s/_____
Joseph Brooks, Esquire
Wade B. Wilson, Esquire

Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
(202) 739-5572 (Phone)
(202) 739-3001 (Fax)

jbrooks@morganlewis.com
wwilson@morganlewis.com

*Counsel for Third-Party Defendant, Advance Transformer, Co.*

By  /s/
Russell J. Ober, Jr., Esquire
Patricia L. Dodge, Esquire
Meyer, Unkovic & Scott LLP
1300 Oliver Building
Pittsburgh, PA  15222-2304
(412) 456-2806 (Phone)
(412) 456-2864 (Fax)
rjo@muslaw.com
pld@muslaw.com

*Counsel for Third-Party Defendant, Southco, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2007, a copy of the foregoing Consent Motion by Amtrak, Forum, Advance, and Southco to Amend Scheduling Orders and proposed Order was served by electronic mail (via the Court's Electronic Case Filing System) upon:

Stephen L. Neal, Jr., Esquire
Manatt, Phelps & Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, DC  20005
***Counsel for Plaintiff***

Russell J. Ober, Jr., Esquire
Meyer, Unkovic & Scott LLP
1300 Oliver Building
Pittsburgh, PA  15222-2304
***Counsel for Southco, Inc.***

Joseph Brooks, Esquire
Wade B. Wilson, Esquire
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
***Counsel for Advance Transformer Co.***

By: _____/s/_____
Steven W. Zoffer, Esquire
D.C. Bar #435772
Douglas M. Grimsley, Esquire
Dist. Ct. of D.C. #PA0019

Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222
(412) 281-7272 (Phone)
(412) 392-5397 (Fax)

szoffer@dmclaw.com
dgrimsley@dmclaw.com

*Counsel for Defendant/Third-Party Plaintiff, Forum, Inc.*