## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION,** | ) ) ) | |
| **Plaintiff,** | ) ) | **Civil Action No.: 1:05CV08137** |
| **v.** | ) ) | **Judge Paul L. Friedman** |
| **FORUM, INC.,** | ) ) | **Magistrate Judge Deborah A. Robinson** |
| **Defendant and Third-Party Plaintiff,** | ) ) ) | **Next Scheduled Court Deadline: 1/15/2007 (Motions Raising Statute of Limitations Defenses Due)** |
| **v.** | ) ) | |
| **ADVANCE TRANSFORMER, CO., and SOUTHCO, INC.,** | ) ) ) | |
| **Third-Party Defendants.** | ) ) ) | |

### ORDER

This matter, having come before the Court on Plaintiff, National Railroad Passenger Corporation's ("Amtrak"), Defendant Forum, Inc.'s ("Forum"), and Third-Party Defendants Advance Transformer, Co.'s ("Advance") and Southco, Inc.'s ("Southco") Consent Motion to Amend Scheduling Orders ("Motion"), and for good cause shown, it is this _____ day of _____, 2007, hereby:

ORDERED, that the Motion is GRANTED; it is further

ORDERED, that: (1) motion(s) raising statute of limitations defenses, if any, are due by February 12, 2007, (2) opposition (s) to any such motion are due by March 15, 2007, and (3) reply brief(s), if any, are due by March 30, 2007.

_____
The Honorable Paul L. Friedman
United States District Judge

Copies to:

Stephen L. Neal, Jr., Esquire
DC Bar No. 441405
Christopher T. Koegel, Esquire
DC Bar No. 473478
Manatt, Phelps & Phillips, LLP
700 12th Street, NW, Suite 1100
Washington, DC  20005
(202) 585-6500 (phone)
(202) 585-6600 (fax)
sneal@manatt.com
ckoegel@manatt.com

*Counsel for Plaintiff, National Railroad
Passenger Corporation*


Steven W. Zoffer, Esquire
D.C. Bar #435772
Douglas M. Grimsley, Esquire
Dist. Ct. of D.C. #PA0019
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222
(412) 281-7272 (Phone)
(412) 392-5397 (Fax)
szoffer@dmclaw.com
dgrimsley@dmclaw.com

*Counsel for Defendant/Third-Party
Plaintiff, Forum, Inc.*

Joseph Brooks, Esquire
Wade B. Wilson, Esquire
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
(202) 739-5572(Phone)
(202) 739-3001 (Fax)
jbrooks@morganlewis.com
wwilson@morganlewis.com

*Counsel for Third-Party Defendant,
Advance Transformer, Co.*

Russell J. Ober, Jr., Esquire
Patricia L. Dodge, Esquire
Meyer, Unkovic & Scott LLP
1300 Oliver Building
Pittsburgh, PA  15222-2304
(412) 456-2806 (Phone)
(412) 456-2864 (Fax)
rjo@muslaw.com
pld@muslaw.com

*Counsel for Third-Party Defendant,*
*Southco, Inc.*