UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, ) ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 1:05CV08137 |
| v. ) | |
| ) | Judge Paul L. Friedman |
| FORUM, INC., ) | |
| ) | Magistrate Judge Deborah A. Robinson |
| Defendant and ) | |
| Third-Party Plaintiff, ) | Next Scheduled Court Deadline: |
| ) | 1/15/2007 (Motions Raising Statute of |
| v. ) | Limitations Defenses Due) |
| ) | |
| ADVANCE TRANSFORMER, CO., and ) | |
| SOUTHCO, INC., ) | |
| ) | |
| Third-Party ) | |
| Defendants. ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION BY AMTRAK, FORUM, ADVANCE, AND SOUTHCO
TO AMEND SCHEDULING ORDERS**

Plaintiff, National Railroad Passenger Corporation ("Amtrak"), Defendant, Forum, Inc. ("Forum"), and Third-Party Defendants, Advance Transformer, Co. ("Advance") and Southco, Inc. ("Southco"), by and through their undersigned counsel of record, submit this Memorandum of Points and Authorities in support of the Consent Motion by Amtrak, Forum, Advance, and Southco to Amend Scheduling Orders ("Motion").

**I.      PROCEDURAL BACKGROUND AND ARGUMENT**

On August 25, 2006, the Court held a Status Conference. Immediately thereafter, the Court ordered that:

> as to Third Party Defendants Southco, Inc. and Advance Transformer Co., discovery and the proceedings are stayed, except

>as to statutes of limitations issues. Limited discovery for the purposes of preparing a motion on statute of limitations issues, and oppositions thereto, shall proceed as follows: requests for written discovery are due by September 12, 2006; responses to the written discovery requests are due by October 12, 2006; depositions will be completed by November 14, 2006; motions by the third party defendants raising statute of limitations defenses are due by December 14, 2006; any oppositions thereto are due by January 16, 2007; and any replies are due by February 1, 2007. Nothing in this order will preclude future discovery on other issues should any motions on statutes of limitations be denied.

On September 12, 2006, the Court issued a similar order with respect to Amtrak and Forum:

>Written Discovery due by 9/17/2006; Responses to written discovery requests pertaining to statute of limitations issues due by 10/17/2006; Depositions to be completed by 11/21/2006; Motions by defendant raising statute of limitations defenses due by 12/21/2006; Responses due by 1/30/2007; Replies due by 2/15/2007.

Then, on December 14, 2006, the Court, at the request of the parties, extended the time period associated with the parties' filing Motions raising statute of limitations defenses, oppositions thereto, and replies, if any, and reset the filing deadlines by entering the following Order:

>Motions raising statute of limitations defense due by 1/15/2007.
>Responses due by 2/15/2007. Replies due by 3/2/2007.

Since the entry of this most recent Order, the parties have continued their discovery, briefing, and perhaps most significantly their settlement efforts. At this juncture, the parties hereto believe that progress in settlement discussions warrants a brief further extension of the summary judgment motion and briefing deadlines only and also note that the parties have not yet been able to take the deposition of Ellen Taylor, an important witness and former employee of Amtrak, in light of the witness' unavailability and the intervening holidays.

Accordingly, the parties request a brief extension of the motion and briefing schedule to facilitate the parties' taking this final deposition and to engage in settlement discussions, which are progressing.

## II. **CONCLUSION**

For the foregoing reasons, the parties request that the Court grant this Motion and amend the existing Scheduling Orders as follows: (1) any motion(s) raising statute of limitations defenses are due by February 12, 2007, (2) opposition(s) to any such motion(s) are due by March 15, 2007, and (3) reply brief(s), if any, are due by March 30, 2007.

Respectfully submitted,

Dated: January 10, 2007         By  /s/
                                Stephen L. Neal, Jr., Esquire
                                DC Bar No. 441405
                                Christopher T. Koegel, Esquire
                                DC Bar No. 473478
                                Manatt, Phelps & Phillips, LLP
                                700 12th Street, NW, Suite 1100
                                Washington, DC  20005
                                (202) 585-6500 (phone)
                                (202) 585-6600 (fax)
                                sneal@manatt.com
                                ckoegel@manatt.com

                                *Counsel for Plaintiff, National Railroad Passenger Corporation*

By: _____/s/_____
Steven W. Zoffer, Esquire
D.C. Bar #435772
Douglas M. Grimsley, Esquire
Dist. Ct. of D.C. #PA0019

Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222
(412) 281-7272 (Phone)
(412) 392-5397 (Fax)

szoffer@dmclaw.com
dgrimsley@dmclaw.com

*Counsel for Defendant/Third-Party Plaintiff, Forum, Inc.*


By: _____/s/_____
Joseph Brooks, Esquire
Wade B. Wilson, Esquire

Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
(202) 739-5572(Phone)
(202) 739-3001 (Fax)

jbrooks@morganlewis.com
wwilson@morganlewis.com

*Counsel for Third-Party Defendant, Advance Transformer, Co.*


By_____/s/_____
Russell J. Ober, Jr., Esquire
Patricia L. Dodge, Esquire
Meyer, Unkovic & Scott LLP
1300 Oliver Building
Pittsburgh, PA  15222-2304
(412) 456-2806 (Phone)
(412) 456-2864 (Fax)
rjo@muslaw.com
pld@muslaw.com

*Counsel for Third-Party Defendant Southco, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of January, 2007, a copy of the foregoing Memorandum of Points and Authorities in Support of Consent Motion by Amtrak, Forum, Advance, and Southco to Amend Scheduling Orders and proposed Order was served by electronic mail (via the Court's Electronic Case Filing System) upon:

Stephen L. Neal, Jr., Esquire
Manatt, Phelps & Phillips, LLP
700 12th Street, N.W., Suite 1100
Washington, DC  20005
***Counsel for Plaintiff***

Russell J. Ober, Jr., Esquire
Meyer, Unkovic & Scott LLP
1300 Oliver Building
Pittsburgh, PA  15222-2304
***Counsel for Southco, Inc.***

Joseph Brooks, Esquire
Wade B. Wilson, Esquire
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
***Counsel for Advance Transformer Co.***

By: _____/s/_____
Steven W. Zoffer, Esquire
D.C. Bar #435772
Douglas M. Grimsley, Esquire
Dist. Ct. of D.C. #PA0019

Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222
(412) 281-7272 (Phone)
(412) 392-5397 (Fax)

szoffer@dmclaw.com
dgrimsley@dmclaw.com

*Counsel for Defendant/Third-Party Plaintiff, Forum, Inc.*