UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION,** )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**FORUM, INC.,** )<br>)<br>Defendant and )<br>Third-Part Plaintiff, )<br>)<br>v. )<br>)<br>**ADVANCE TRANSFORMER, CO., and SOUTHCO, INC.,** )<br>)<br>Third-Party )<br>Defendants. ) | Civil Action No.: 1:05CV01837<br><br>Judge Paul L. Friedman<br><br>Magistrate Judge<br>Deborah A. Robinson |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective January 1, 2007, the physical and e-mail address of Philip J. Harvey, counsel of record for Forum, Inc., has changed from 8010 Tower Crescent Drive, Suite 300, Vienna, VA 22182 and PJHarvey@Venable.com to the following:

>Philip J. Harvey
>Fiske & Harvey, PLLC
>100 North Pitt Street, Suite 206
>Alexandria, VA 22314
>Telephone: (703) 518-9910
>Facsimile: (703) 518-9931
>PHarvey@FiskeHarvey.com

1

_____/s/_____
Philip J. Harvey (#252080)
FISKE & HARVEY, PLLC
100 N. Pitt St., Suite 206
Alexandria, VA   22314
Telephone:     (703) 518-9910
Facsimile:      (703) 518-9931
*Counsel for Defendant and Third-Party Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of February, 2007, a copy of the foregoing Notice of Change of Address was served by electronic mail (via the Court's Electronic Case Filing System) upon:

| | |
|---|---|
| Stephen L. Neal, Jr., Esq.<br>Stephen Ryan, Esq.<br>Manatt, Phelps & Phillips, LLP<br>700 12th Street, N.W., Suite 1100<br>Washington, DC 20005<br>*Counsel for Plaintiff* | Russell J. Ober, Esq.<br>Patricia Dodge, Esq.<br>Meyer, Unkovic & Scott LLP<br>1300 Oliver Building<br>Pittsburgh, PA 15222-2304<br>*Counsel for Southco, Inc.* |
| Joseph Brooks, Esq.<br>Wade B. Wilson, Esq.<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>*Counsel for Advance Transformer Co.* | Alexander McMIllian Bullock<br>Kilpatrick Stockton, LLP<br>607 14th Street, N.W., Ste. 900<br>Washington, DC 20005<br>*Counsel for Southco, Inc.* |

                                                                                                /s/<br>
                                                                        Philip J. Harvey