### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, ) ) ) | |
|      Plaintiff, ) ) | |
|    v. ) | Civil Action No.: 1:05CV01837 |
| ) | Judge Paul L. Friedman |
| FORUM, INC., ) ) | Magistrate Judge Deborah A. Robinson |
|      Defendant and ) | |
|      Third-Party Plaintiff, ) ) | **FILED ELECTRONICALLY** |
|    v. ) ) | |
| ADVANCE TRANSFORMER, CO., and SOUTHCO, INC., ) ) ) | |
|      Third-Party Defendants. ) ) ) | |

### **ORDER**

AND NOW, to wit, this _____ day of _____, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant and Third-Party Plaintiff, Forum, Inc.'s Motion for Summary Judgment Raising the Defense of the Statute of Limitations is GRANTED.  It is further ORDERED, ADJUDGED, and DECREED that Plaintiff, National Railroad Passenger Corporation's claims are dismissed, with prejudice, as to Forum, Inc.

_____
The Honorable Paul L. Friedman
United States District Judge

Copies to:

    Stephen L. Neal, Jr., Esquire
    D.C. Bar #441405
    Christopher T. Koegel, Esquire
    D.C. Bar #473478
    Manatt, Phelps & Phillips, LLP
    700 12th Street, NW, Suite 1100
    Washington, DC  20005
    (202) 585-6500 (phone)
    (202) 585-6600 (fax)
    sneal@manatt.com
    ckoegel@manatt.com

    *Counsel for Plaintiff, National Railroad Passenger Corporation*


    Steven W. Zoffer, Esquire
    D.C. Bar #435772
    Douglas M. Grimsley, Esquire
    D.C. I.D.#PA0019
    Dickie, McCamey & Chilcote, P.C.
    Two PPG Place, Suite 400
    Pittsburgh, PA  15222
    (412) 281-7272 (Phone)
    (412) 392-5397 (Fax)
    szoffer@dmclaw.com
    dgrimsley@dmclaw.com

    *Counsel for Defendant/Third-Party Plaintiff, Forum, Inc.*

    Joseph Brooks, Esquire
    D.C. Bar #366739
    Wade B. Wilson, Esquire
    D.C. Bar #468067
    Morgan, Lewis & Bockius, LLP
    1111 Pennsylvania Avenue, N.W.
    Washington, DC  20004
    (202) 739-5572(Phone)
    (202) 739-3001 (Fax)
    jbrooks@morganlewis.com
    wwilson@morganlewis.com

    *Counsel for Third-Party Defendant, Advance Transformer, Co.*

Russell J. Ober, Jr., Esquire
D.C. I.D. #PA0021
Patricia L. Dodge, Esquire
D.C. I.D. #PA0021
Meyer, Unkovic & Scott LLP
1300 Oliver Building
Pittsburgh, PA  15222-2304
(412) 456-2806 (Phone)
(412) 456-2864 (Fax)
rjo@muslaw.com
pld@muslaw.com

*Counsel for Third-Party Defendant,
Southco, Inc.*