### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

NATIONAL RAILROAD PASSENGER
CORPORATION,

           **Plaintiff,**

   v.

FORUM, INC.,

           **Defendant**
           **and Third-Party Plaintiff,**

   v.

ADVANCE TRANSFORMER, CO., and
SOUTHCO, INC.,

           **Third-Party Defendants.**

**Civil Action No.: 1:05CV01837**

**Judge Paul Friedman**



RECEIVED
OCT 2 3 2006
DICKIE, McCAMEY & CHILCOTE, P.C.
PITTSBURGH, PA

## PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT/THIRD-PARTY PLAINTIFF'S REQUESTS FOR ADMISSIONS AND INTERROGATORY LIMITED TO THE ISSUE OF STATUTE OF LIMITATIONS

Pursuant to Federal Rule of Civil Procedure 36, Plaintiff National Railroad Passenger Corporation ("Amtrak" or "Plaintiff"), by and through its undersigned counsel of record, hereby submits these Objections and Responses to Defendant/Third-Party Plaintiff Forum, Inc.'s ("Forum") Requests for Admissions and Interrogatory Limited to the Issue of Statute of Limitations (the "Requests").

## GENERAL OBJECTIONS

1.    Amtrak has not completed preparation for trial so that additional evidence may be discovered that will affect Amtrak's Responses. Amtrak has endeavored to give Responses on the basis of the best information available at the time and without prejudice to the introduction of



EXHIBIT
A

1:05CV01837
(PLF/DAR)

response to any Request; (d) the right to further supplement and/or amend these Responses based upon discovery of additional information or documents; and (e) the attorney-client privilege and attorney work-product doctrine. Any inadvertent production of any privileged information shall not constitute a waiver of said privilege.

13.    Amtrak objects to the Requests on the general grounds set forth above, many of which are applicable to all of Forum's individual Requests, or apply to the Requests as a whole. Amtrak adopts and incorporates by reference the foregoing General Objections to the extent they apply to any particular Request.

## OBJECTIONS AND RESPONSES

### REQUEST NO. 1:

Please admit that Amtrak invited Forum to participate in Amtrak's program to develop and manufacture luminaires for Amtrak's Northeast Corridor station platforms on or about August 18, 1998.

### OBJECTION AND RESPONSE TO REQUEST NO. 1:

Subject to, and without waiving, the general objections set forth above, Amtrak admits that Amtrak invited Forum to participate in Amtrak's program to develop and manufacture luminaires for Amtrak's Northeast Corridor station platforms on or about August 18, 1998.

### REQUEST NO. 2:

Please admit that Amtrak issued Forum a Request for Proposal on or about September 1, 1998, to submit a proposal for prototype development (Phase 1) and, if selected after prototype development, for manufacture of luminaires (Phase 2) for Amtrak's Northeast Corridor station platforms.

**OBJECTION AND RESPONSE TO REQUEST NO. 2:**

Subject to, and without waiving, the general objections set forth above, Amtrak admits

that Amtrak issued Forum a Request for Proposal on or about September 1, 1998, to submit a

proposal for prototype development (Phase 1) and, if selected after prototype development, for

manufacture of luminaires (Phase 2) for Amtrak's Northeast Corridor station platforms.

**REQUEST NO. 3:**

Please admit that Amtrak submitted its technical proposal and quotation for Phase 1 and

Phase 2 of Amtrak's program to develop and manufacture luminaires for Amtrak's Northeast

Corridor station platforms on or about September 21, 1998.

**OBJECTION AND RESPONSE TO REQUEST NO. 3:**

Subject to, and without waiving, the general objections set forth above, Amtrak admits

that Forum submitted its technical proposal and quotation for Phase 1 and Phase 2 of Amtrak's

program to develop and manufacture luminaires for Amtrak's Northeast Corridor station

platforms on or about September 21, 1998.

**REQUEST NO. 4:**

Please admit that Amtrak awarded Forum Phase 2 (manufacture of luminaires) of

Amtrak's program to develop and manufacture luminaires for Amtrak's Northeast Corridor

station platforms on or about May 20, 1999.

**OBJECTION AND RESPONSE TO REQUEST NO. 4:**

Amtrak objects to this Request on the ground that it is vague and ambiguous in that the

phrase "Amtrak awarded Forum" is vague, ambiguous, undefined, and susceptible of multiple

interpretations. Subject to, and without waiving, the general and specific objections set forth

above, Amtrak states that, after making a reasonable inquiry, the information known or readily

obtainable by Amtrak is insufficient to enable Amtrak to either admit or deny this Request at this

requirements of the contract. Amtrak discovered these latent defects upon the release of the

April 6, 2005 MET Laboratories report.

Amtrak further states that, in accordance with Federal Rule of Civil Procedure 33(d), it

will make available for inspection or produce business records, including, but not limited to,

Paula Garret's May 20, 2005 and June 10, 2005 letters to Amtrak as described in Paragraph 16 of

Amtrak's First Amended Complaint.

## INTERROGATORY NO. 6:

Please provide a detailed itemization, by Amtrak station location, of each and every

shipment of light fixtures, and/or replacement parts including ballasts and/or draw latches,

received by Amtrak from Forum including:

     a.     specific dates of each and every shipment,

     b.     the quantity received in each shipment,

     c.     the delivery destinations of each shipment, and

     d.     the Amtrak employee who acknowledged receipt of shipments.

## OBJECTION AND RESPONSE TO INTERROGATORY NO. 6:

Amtrak objects to this Interrogatory on the ground that it is overbroad and designed to be

unduly burdensome. Amtrak further objects to this Interrogatory on the ground that it seeks

information that is in the public domain or is in Forum's, Advance's, Southco's or their agent's

custody, possession or control. Amtrak further objects to this Interrogatory on the ground that

the date of shipment is irrelevant. Subject to, and without waiving, the general and specific

objections set forth above, Amtrak states that, as a general matter, it does not presently know the

dates that Forum shipped fixtures to Amtrak or the dates that Amtrak received the fixtures from

Forum.

Amtrak further states that, in accordance with Federal Rule of Civil Procedure 33(d), it will make available for inspection or produce business records.

## INTERROGATORY NO. 7:

Please describe, in detail, how Amtrak first became aware of defects or problems (as alleged in Paragraph 9 of the First Amended Complaint) with the light fixtures installed at the Amtrak stations including, but not limited to:

a. the specific dates Amtrak was informed, or became aware, that the light fixtures, or any component part thereof, were allegedly defective or problematic;

b. the Amtrak personnel that first became aware of any alleged defect or problem;

c. the identity of any contractor, subcontractor, agent or any other person (as person is defined above) acting on behalf of Amtrak that identified or communicated to Amtrak a defect or problem;

d. the substance of any communication between Amtrak and any contractor, subcontractor, agent or any other person (as person is defined above) acting on behalf of Amtrak regarding an alleged defect or problem; and

e. any communication (providing specific dates, persons involved and substance of communication) between Amtrak, Forum, Advance or Southco regarding the alleged defects or problems.

## OBJECTION AND RESPONSE TO INTERROGATORY NO. 7:

Amtrak objects to this Interrogatory on the ground that it is overbroad and designed to be unduly burdensome. Subject to, and without waiving, the general and specific objections set forth above, Amtrak states that while there were discussions and correspondence with Forum and others regarding a number of problems with the fixtures after their installation, as well as various attempted solutions to these problems, Amtrak did not know that the light fixtures did not conform to the design specifications and other requirements of the contract until MET Laboratories issued its report to Amtrak on or about April 6, 2005. On or about April 27, 2005, Amtrak provided Forum with a copy of the MET Laboratories report and requested Forum's