IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 1:05CV01837<br>FORUM, INC., )<br>) District Judge Paul L. Friedman<br>Defendant and )<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>ADVANCE TRANSFORMER CO. and )<br>SOUTHCO, INC., )<br>)<br>Third-Party )<br>Defendants. ) | |

## DEFENDANT AND THIRD PARTY PLAINTIFF, FORUM, INC.'S ANSWERS TO NATIONAL RAILROAD PASSENGER CORPORATION'S INTERROGATORIES LIMITED TO THE ISSUE OF THE STATUTE OF LIMITATIONS

### GENERAL OBJECTION

First, many of National Railroad Passenger Corporation's ("Amtrak") Interrogatories seek information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. This especially is true in light of the Court's Order of September 13, 2006, which summarily instructed that discovery, for the time being, is limited to the issue of the statute of limitations. Forum, Inc. ("Forum"), therefore, objects to those Interrogatories which do not pertain to the issue of the statute of limitations, or to the timeliness of the claims asserted by the parties to this litigation. Interrogatories of this nature exceed the scope of the September 13, 2006, Order of Court.



1:05CV01837
(PLF/DAR)

the DESIGN SPECIFICATIONS and/or any other requirements of the BALLASTS, CLIPS and/or FIXTURES, including the IDENTITY of all persons with knowledge of each such representation or COMMUNICATION, and the date(s) of each such representation and/or COMMUNICATION.

**ANSWER:** Objection. To the extent that this Interrogatory suggests that the luminaires which are the subject matter of this litigation, including their component parts (*e.g.*, the ballasts and the draw latches or clips), were/are non-conforming, Forum objects to and specifically denies this allegation.

Without waiving this objection and in an effort to respond, Amtrak invited Forum to participate in Amtrak's program to develop and manufacture luminaires for Amtrak's Northeast Corridor station platforms in or around August, 1998. Amtrak issued Forum a Request for Proposal in or around September, 1998, to submit a proposal for prototype development (Phase 1) and, if selected after prototype development, for manufacture of luminaires (Phase 2) for Amtrak's Northeast Corridor station platforms. Forum, subsequently, submitted its technical proposal and quotation for Phase 1 and Phase 2. Amtrak awarded Forum Phase 2 (manufacture of luminaires) in the spring or summer of 1999, and, in doing so, approved Forum's prototype luminaire and acknowledged that the same complied with the specifications provided by Amtrak.

Please see Forum's prior productions of documents. Specifically, please see, among other things, correspondence exchanged between Forum and Amtrak, correspondence exchanged between Forum and the third-party defendants, Advance and Southco, meeting minutes, memoranda, notes, reports, purchase orders, invoices, and packing slips, all of which documents support Forum's claims and defenses, including its statute of limitations defense. Additionally, as discovery is continuing, Forum will supplement, to the extent necessary, in accordance with the Federal Rules of Civil Procedure.

**INTERROGATORY NO. 5:**

IDENTIFY and describe in complete detail all the steps YOU took to ensure that the BALLASTS, CLIPS and/or FIXTURES met the DESIGN SPECIFICATIONS and/or any other requirements, including, but not limited to, any and all quality control or quality assurance measures, the IDENTITY of all persons involved in the steps that were taken, and the date(s) any such steps were taken.

5

**ANSWER:** Objection. To the extent that this Interrogatory suggests that the luminaires which are the subject matter of this litigation, including their component parts (*e.g.*, the ballasts and the draw latches or clips), were/are non-conforming, Forum objects to and specifically denies this allegation.

Without waiving this objection and in an effort to respond, Amtrak invited Forum to participate in Amtrak's program to develop and manufacture luminaires for Amtrak's Northeast Corridor station platforms in or around August, 1998. Amtrak issued Forum a Request for Proposal in or around September, 1998, to submit a proposal for prototype development (Phase 1) and, if selected after prototype development, for manufacture of luminaires (Phase 2) for Amtrak's Northeast Corridor station platforms. Forum, subsequently, submitted its technical proposal and quotation for Phase 1 and Phase 2. Amtrak awarded Forum Phase 2 (manufacture of luminaires) in the spring or summer of 1999, and, in doing so, approved Forum's prototype luminaire and acknowledged that the same complied with the specifications provided by Amtrak. During Phase 1, Forum worked conjunctively with Amtrak in developing a prototype luminaire which complied with the specifications provided by and was acceptable to Amtrak. Additionally, independent, third-party entities or individuals (*e.g.*, Fisher Marantz Stone, Inc., Wilger Testing Company, Pittsburgh Testing Labs, and Robert Burack) participated in the development of Forum's prototype luminaire and evaluated or tested the same.

Please see Forum's prior productions of documents. Specifically, please see, among other things, correspondence exchanged between Forum and Amtrak, correspondence exchanged between Forum and the third-party defendants, Advance and Southco, meeting minutes, memoranda, notes, reports, purchase orders, invoices, and packing slips, all of which documents support Forum's claims and defenses, including its statute of limitations defense. Additionally, as discovery is continuing, Forum will supplement, to the extent necessary, in accordance with the Federal Rules of Civil Procedure.

**INTERROGATORY NO. 6:**

IDENTIFY and describe in complete detail any and all testing conducted by or on behalf of ADVANCE, SOUTHCO and/or FORUM to ensure that the BALLASTS, CLIPS and/or FIXTURES were suitable for their intended end use application, including the IDENTITY of the person(s) who conducted the testing, the test procedures and/or guidelines, the testing standards, the results of each such testing, the date(s) of each such test, the IDENTITY of all persons with knowledge of each such test, and the date(s) of any such COMMUNICATION.