```
                                                              1

              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

                          - - - - -

 NATIONAL RAILROAD              )
 PASSENGER CORPORATION,         )
                                )
           Plaintiff,           )
                                )
           vs.                  )  Civil Action
                                )
 FORUM, INC.,                   )  No. 1:05CV01837
                                )
           Defendant            )
              and               )
           Third-Party          )
           Plaintiff,           )
                                )
           vs.                  )
                                )
 ADVANCE TRANSFORMER            )
 CO., AND SOUTHCO, INC.,        )
                                )
           Third-Party          )
           Defendants.          )

                          - - - - -


            DEPOSITION OF PAULA LYNN GARRET


 REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
 WITHOUT AUTHORIZATION FROM THE CERTIFYING
 AGENCY

                          - - - - -
```

EXHIBIT CJ

1:05CV01837
(PLF/DAR)

POWERS, GARRISON & HUGHES
Court Reporting & Video Services - Phone (412) 263-2088

1
2      DEPOSITION OF PAULA LYNN GARRET
3   a witness herein, called by the Third-Party
4   Defendant Southco for examination, taken
5   Pursuant to the Federal Rules of Civil
6   Procedure, by and before Cheri A. Redlinger, a
7   Professional Court Reporter and Notary Public
8   in and for the Commonwealth of Pennsylvania, at
9   the law offices of Meyer, Unkovic & Scott, 1300
10  Oliver Building, Pittsburgh, Pennsylvania, on
11  Monday, October 30, 2006, at 9:35 a.m.
12                  - - - - -
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1              P. Garret - by Mr. Ober
 2         A.     In Fox Chapel.
 3         Q.     What is the address?
 4         A.     908 Old Freeport Road.
 5         Q.     How long has it been at that
 6    location?
 7         A.     Since November of 2001.
 8         Q.     Where was it located before that?
 9         A.     Across the river in Pittsburgh at
10    214 North Lexington.
11         Q.     How long has the company been in
12    business?
13         A.     Dad started the company -- I believe
14    it was 1964.
15         Q.     You said it was started by your
16    father?
17         A.     Yes.
18         Q.     What was his name?
19         A.     Norman Garret.
20         Q.     How would you describe the business
21    of Forum, Inc.?
22         A.     We manufacture quality commercial
23    lighting fixtures.
24         Q.     Has the company been in that
25    business since 1964?
```

1          P. Garret - by Mr. Ober
2     A.    Yes.
3     Q.    Do you recall the shipments to
4  Boston, approximately when those shipments left
5  Forum?
6     A.    They left Forum August 30, August 31
7  of 1999 for Boston.
8     Q.    The ones to New London Connecticut,
9  when did they leave?
10    A.    February of 2001.
11    Q.    By February of 2001, all of your
12 shipments of lighting fixtures had been
13 completed?
14    A.    Yes.
15    Q.    Were there any lighting fixtures
16 shipped to Amtrak after February of 2001?
17    A.    Yes.
18    Q.    When were additional lighting
19 fixtures shipped?
20         MR. ZOFFER:  Objection to the
21 form of the question, but go ahead if you
22 understand his question.
23    A.    September or October of 2001 -- I'm
24 not sure which -- fixtures were shipped to
25 Boston.

1          P. Garret - by Mr. Ober

2      Q.     Were these part of the original
3 order these ones that were shipped to Boston in
4 the fall of 2001?
5      A.     No.
6      Q.     These were replacements?
7            MR. ZOFFER:  Object to the
8 form of the question.  Go ahead if you
9 understand.
10     A.     This was a new shipment of fixtures
11 for Boston.
12     Q.     To your knowledge were these
13 fixtures intended to replace fixtures that had
14 previously been shipped by Forum to Amtrak?
15     A.     Yes, to Boston.
16     Q.     Would it offend you if we refer to
17 these as the replacement fixtures?
18            MR. ZOFFER:  We will stipulate
19 not to be offended in any way but the
20 characterization.
21     Q.     To distinguish them from the
22 original order.  Do you understand what I'm
23 trying to do here?
24     A.     Yes.
25     Q.     Aside from the shipment of