National Railroad Passenger Corporation, 30th and Market Streets, Philadelphia, PA 19104
Engineering - Program Management



May 20, 1999

Forum, Inc.
214 North Lexington Avenue
Pittsburgh, PA 15208

Attention:   Mr. Don Dziubaty

Subject:     Contract No. C-093-28053
             Modification No. G001S
             Fabricate, Deliver & Test Light Fixtures for NEC Stations

Dear Mr. Dziubaty:

Please review and execute the attached modification by signing Section 8 of the attached Supplemental Agreement, ENG FORM 63 (2 sets enclosed).

As Amtrak has already signed the modification, keep one (1) set for your files and return one (1) fully executed set to my attention within five (5) calendar days.

Should you have any questions, please call me 215-349-1220.

Sincerely,

Michael McGraw
Contract Administrator
Materials Management

Attachment

cc:   E. Taylor
      M. Latiff
      P. Mancini
      R. Kelly
      File

DEPOSITION
EXHIBIT
105
12-8-06

Amtrak 000555

AN EQUAL OPPORTUNITY EMPLOYER

EXHIBIT
D

1:05CV01837
(PLF/DAR)

# SUPPLY CONTRACT
## Change Order/Request for Change/Supplemental Agreement

| 1. Project Title and Location: Fabricate, Deliver and Test Light Fixtures for NEC Stations | 2. Contract Number: C-093-28053 |
| --- | --- |
| | 3. Date of Request: May 19, 1999 |

4. Vendor's Name and Address:
Forum, Inc.
214 North Lexington Avenue
Pittsburgh, PA 15208

5. Description of Proposed Change: Exercised option for prototype credit and fabrication and delivery of fixtures. This is Phase II. ( continued on page 2).

6. TOTAL AMOUNT FOR THE PROPOSED CHANGE: $ 2,711,980.00 (NTE)

The individual cost elements of the proposed amount are contained in the attached Cost Breakdown:

7. REQUESTED TIME EXTENSION OF (JUSTIFICATION ATTACHED)    478    CALENDAR DAYS.

PROPOSED REVISION TO THE CONTRACT COMPLETION DATE:    08/31/00

8. RELEASE OF CLAIMS: The Vendor hereby releases Amtrak from any and all liability under the contract for further equitable adjustments attributable to such facts or circumstances giving rise to aforesaid claim, except for: (if none, so state)
NONE

_____     _____
(Signature)                                                                (Date)

(Official Company Title)

## FOR AMTRAK USE ONLY

9. ACCOUNTING AND APPROPRIATION DATA (IF REQUIRED)

☐ THIS CHANGE ORDER IS ISSUED PURSUANT TO THE AUTHORITY

☒ THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF Article No. 18 entitled "Changes" of the Contract's General Provisions.

| ITEMS | VALUES AT TIME OF CONTRACT AWARD | VALUES PRIOR TO THIS ACTION | VALUES AS OF THIS ACTION |
| --- | --- | --- | --- |
| MODIFICATIONS | ▬▬▬▬▬▬▬ | $ 0 | $ 2,711,980.00 |
| CONTRACT | $ 125,115.00 | $ 125,115.00 | $ 2,837,095.00 |
| CALENDAR DAYS | 108 | 108 | 586 |
| COMPLETION DATE | 3/12/99 | 3/12/99 | 8/31/00 |

10. Modification No.: G001S

11. Amount of Mod.: $ 2,711,980.00 (NTE)

12. Type of Change    ☐ SCOPE    ☒ QUANTITY INCREASE

Name and Title of Contracting Officer
F.L. Kemerer, AVP, Materials Management

APPROVED BY:
_F.L. Kemerer_  5/20/99
(Signature)    (Date)

ENG FORM 63 REVISED (3/98)

Amtrak 000556

Forum, Inc.
Contract No. C-093-28053
Modification No. G001S
May 19, 1999
Page 2 of 2

BLOCK 5:   Description of Proposed Changes (cont'd)

The following line items are hereby incorporated and made part of Contract No. C-093-28053.

| Item | Description | Quantity | Unit | Unit Price | Total Amount |
|---|---|---|---|---|---|
| 3. | Credit For Prototype | 1 | LS | N/A | $ 22,080.00 |
| 4.* | Firm Unit Pricing for Fabrication and Delivery of following Types of Fixtures: | | | | |
| | a. FA- 1 Base Fixture | 14,296 (est) | LF | $ 110.00 | $1,572,560.00 |
| | b. FA-1 with Reflector | 9,292 (est) | LF | $ 125.00 | $1,161,500.00 |
| | Total Not-to-Exceed Amount | | | | $2,837,095.00 |

* The unit pricing stated above shall remain firm fixed for the duration of the Contract.

NOTE:   The fixtures, as stated above, are to be delivered in strict accordance with the Delivery Schedule, as attached.

In addition, the estimated quantities, as stated above, include the New London and Philadelphia (extra single run of 824') locations which are option items that may or may not be exercised as part of the total quantities.

Amtrak 000557

Revised 4/16/99