## AFFIDAVIT

STATE OF PENNSYLVANIA    )
                         )  ss.
COUNTY OF ALLEGHENY      )

BEFORE ME, the undersigned authority in and for said State and County, did personally appear Paula L. Garret, who, being duly sworn according to law, deposes and says the following is true and correct

1. I, Paula L. Garret, am the senior ranking officer and a shareholder of Forum, Inc. ("Forum").

2. Forum is a Delaware corporation with its principal place of business situated in Pittsburgh, Pennsylvania. We, Forum, manufacture commercial light fixtures.

3. National Railroad Passenger Corporation ("Amtrak") invited Forum to participate in a program to develop and manufacture light fixtures for certain station platforms on or about August 18, 1998. Then, on or about September 1, 1998, Amtrak issued us a Request for Proposal. We submitted our technical proposal and quotation to Amtrak on or about September 21, 1998. After we developed an acceptable prototype fixture, which Amtrak accepted, we manufactured and delivered the requested fixtures.

4. Consistent with my deposition testimony of October 30, 2006, Forum delivered to Amtrak all of the original light fixtures by the close of February, 2001.

5. In accordance with Forum's business practices, we established a course of performance with Amtrak for the invoicing and collection of payments for the supply of light fixtures. Specifically, we routinely submitted invoices to Amtrak in connection with our delivery schedule. In other words, in and around the time that we were delivering fixtures to Amtrak, we were also invoicing payments.



EXHIBIT E

1:05CV01837
(PLF/DAR)

6. The following chart depicts the various dates relevant to our invoicing and collection of payments:

| Station | Invoicing Date(s) | Collection Date(s) |
|---|---|---|
| Boston | 08-30-1999 | 10-01-1999 |
| Providence | 10-04-1999 | 11-01-1999 |
| Philadelphia | 10-04-1999 & 04-28-2000 | 11-01-1999 & 05-23-2000 |
| Wilmington | 10-29-1999 | 11-01-1999 |
| District of Columbia | 01-03-2000 | 01-13-2000 |
| Baltimore | 01-03-2000 & 01-30-2000 | 01-12-2000 & 03-01-2000 |
| New London | 02-28-2001 | 04-20-2001. |

7. Consistent with Forum's final shipment of original light fixtures to New London in February, 2001, we had invoiced and collected payment for the entire supply of original fixtures by the close of April, 2001.

_____
Paula L. Garret

SWORN TO AND SUBSCRIBED
Before me this _____ day of
_____, 2007.

_____
NOTARY PUBLIC

My Commission Expires: _____

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Levina B. [illegible], Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires May 14, 2009
Member, Pennsylvania Association of Notaries