**FORUM, INC.**

214 NORTH LEXINGTON AVENUE
PITTSBURGH, PA 15208
(412) 244-8780
FAX (412) 244-9032
www.Forum.Lighting-Inc.com



Mr. Michael Latiff
National Railroad Passenger Corporation
30th & Market Streets
Philadelphia, PA 19104
RE: RFP NO. MMO902 – AND CONTRACT NO. C-093-28053

October 4, 1999

Dear Mike:

We are very concerned and uncomfortable with the installation of the lighting fixtures at the Route 128 station. We have received calls from both the electrical contractor (Tim Sullivan) and Bill Drexel which lead us to believe that those key players are not aware of the scope of work required to install this lighting fixture correctly. We're concerned for the following reasons:

1. We have assumed all along that all parties involved in the Amtrak project are working from the same set of specifications which completely detail the fixture. However, we have been receiving calls and questions from the installers on site claiming that they are not aware of certain aspects of the fixture installation.

2. We had hoped that the procedures we developed as a result of the mockup installation in Philadelphia could be imitated throughout the rollout. We held a pre-installation meeting with the installing contractor in Philadelphia to review the installation step-by-step. After the installation was completed, a meeting was held to critique the fixture and the installation procedures. During that, and a subsequent meeting, we at Forum modified the fixture to facilitate the installation of the lighting system. At that time, we offered to meet in Philadelphia with all of the contractors to review the fixture and installation procedures. As you know, we did not have an opportunity to meet with the Boston contractors.

3. Earlier this summer Amtrak asked us to present the fixture at a meeting in New York City. We spent 3 days with various groups of people. We understand that the Boston contractors were invited to attend the meetings in New York City for a hands-on demonstration and discussion of the fixture installation. There were no representatives from Route 128 present at any of those 3 days of meetings.



EXHIBIT

G

ALL-STATE LEGAL®

Amtrak 001770

1:05CV01837
(PLF/DAR)

AMTRAK
PAGE 2

4. We shipped the fixtures to Boston on August 30th. Several weeks ago, Tim Sullivan called us to discuss the lens installation and substitution procedure. He assured us that the procedure we recommended would not be a problem and he agreed to incorporate it in the installation. He also assured us there would be no additional cost because the lenses had to be removed for wiring and lamping, and reinstalled during the installation. We suggested, and he agreed, that he would call us before beginning to install the fixtures so that we could walk the installers through the installation procedures. We explained that we had not shipped printed installation sheets with the fixtures in an attempt to assure ourselves of the opportunity to review those step-by-step instructions with the Route 128 installers, prior to installation. Mike, we made that suggestion because we were concerned that no one from the Boston crew had attended any of installation meetings in New York.

Note: A couple of weeks after our initial discussion with Tim Sullivan, Amtrak informed us that the contractor is indeed planning to charge Forum some undisclosed amount for a task that he agreed would not be a problem. Just as troubling, we also received a call from Mr. Sullivan informing us that a row of fixtures had been mounted, but not joined or wired. Mike, the fixture is designed with a gasket at every joint point, to prevent water from entering the fixture. The gasket has to be compressed by the joining bracket which occurs during proper installation and wiring. We are concerned that rainwater may have already entered these fixtures during the recent rainstorms in Boston. The fixtures may be damaged as a result of improper installation. In all likelihood, some of the fixtures will need to be replaced.

5. On September 23, 1999, we were asked to supply the contractor with a wiring diagram for the LED circuit. We explained to Mr. Sullivan that the wiring diagrams for the LEDs are located on the inside cover of the LED power supply box. However, as you can see from the enclosed fax receipt, we sent a duplicate copy of the wiring diagram to Tim Sullivan that same day. A full week later, on September 30, 1999, we were informed by Amtrak that the contractor had not received any wiring diagrams from Forum. We faxed a third set of wiring diagrams.

Amtrak 001771

| | |
|---|---|
| **From:** | Ellen Taylor |
| **To:** | Mandia, Alfred |
| **Date:** | Fri, Oct 8, 1999 5:00 PM |
| **Subject:** | Rt 128 light fixtures |

Al -

I spoke with the lighting manufacturer after I spoke with you today (Friday). Just to confirm:

The manufacturer (Forum) will pick up all lights that have not been installed at Rt. 128 on Wednesday, the 13th or Thursday, the 14th, after they deliver fixtures to Providence. They will confirm the exact date with Mike Latiff on Monday, after discussing with the trucker. They will then replace all of the lenses on the unused fixtures at their plant in Pittsburgh. The fixtures will be returned on October 21st, coinciding with the job-site visit that has already been discussed and is being arranged by Mike Latiff. We do not anticipate the need for Forum to open and tag the fixtures, as the meeting on the 21st will address installation procedures and Bill will be available to observe the Ostrow installation.

Replacement lenses for the fixtures previously installed are being delivered to the site. This should eliminate or substantially reduce the change order extra requested by Ostrow/Perini.

The manufacturer will be sending up an independent trucker in a commercial vehicle who will load the fixtures on to the truck. We do not anticipate any union issues as this is Amtrak property being handled by a contracted Amtrak vendor. A Forum employee may be there to assist, depending on whether the trucking company will have one or two drivers.

If anything changes after your time in New England next week, please notify me or Mike Latiff as soon as possible so that alternate arrangements can be made.

**CC:** Drexel, William, Etheridge, Marilyn, Latiff, Mic...

Amtrak 001668

**FORUM, INC.**



214 NORTH LEXINGTON AVENUE
PITTSBURGH, PA 15208
(412) 244-8780
FAX (412) 244-9032
www.Forum.Lighting-Inc.com

Ms. Ellen Taylor
Director – Station Program & Planning
National Railroad Passenger Corporation
30th and Market Streets
Philadelphia, PA 19104

RE: RFP NO. MMO902 – AND CONTRACT NO. C-093-28053

January 19, 2000

Dear Ellen:

As you know, we have been very concerned and uncomfortable with the installation of the lighting fixtures at the Route 128 Station, particularly so since our October 21st visit to the site and our observations that the fixtures were not installed properly.

I received a phone call last week from Bill Drexel regarding the lighting fixtures we manufactured for the Rte. 128 Station.   He made the following, sometimes-contradictory assertions:
1.  All of the lenses are starting to bow in the middle.
2.  Only the lenses on the track getting sunlight are starting to bow in the middle.
3.  All of the lens clips are popping open.
4.  Some of the lens clips are popping off.
5.  One third of the fluorescent lights are not lighting.
6.  When the installing contractor's electricians opened the fixtures, they saw that the black wires are not fitting properly into the orange clips.

When I pointed out that we had seen that the lenses were not installed properly last October, Bill became rather heated and insisted that "there is nothing wrong with the installation.  Your fixtures are not working." When I told Bill that we light every fixture before it leaves our plant to be sure that the wiring for both the LEDs and the fluorescent lamps are correct, Bill repeated that the orange clips aren't connected.  Bill suggested that we make arrangements to make another trip up to Boston to look at the fixtures

**F00281**

AMTRAK – ROUTE 128
PAGE 2

Ellen, Forum Inc has been involved in high profile projects for over 25 years. We generally work directly with the specifiers and owners to help develop a lighting system that will complement the overall design theme. One thing we have learned over the years – all projects are different, from the designs to the individuals involved in all aspects of the projects. But one thing is a constant -- we all want to produce and install a satisfactory finished product for the owner.

Both Don and I, representing Forum, have demonstrated throughout this project a genuine concern for its success. We have held installation meetings in Philadelphia, NYC, Providence and Boston. We have also attended a meeting in Washington, DC to review and make recommendations regarding a mounting condition. And we are planning to visit the Wilmington, DE station within the next week to offer any assistance to the installing contractor at that site. We are vitally interested in the success of this important project.

Frankly, we have never been exposed to the treatment we have encountered on the Route 128 Station. On October 4th, after several unpleasant discussions with the installing contractor and the general contractor, we wrote a letter to Mike expressing our concerns about the installation of the fixtures at that station (letter enclosed). As Don stated in that letter, the fixture is a complicated lighting system that requires special handling and specific installation procedures. Our concern was that the contractor did not attend any of our installation meetings. Now that same installing contractor reports that the fixture design is flawed.

On October 21st, we flew to Boston, at our own expense, to view the installation. The enclosed file memo, dated October 22, 1999, details the installation problems we observed that day. At this point, I'm not sure that a second trip to Boston would be useful. The Boston installation was far from perfect, as you are well aware. In fact just the opposite is true. As we pointed out last October as we walked the track with you and Mike, many of the fixtures had been compromised because either the installing contractor had not wired through those fixtures properly (if at all) and because the lenses were either broken or clearly not positioned correctly on the fixture by the installing contractor.

F00282

AMTRAK – ROUTE 128
PAGE 3

Ellen, Forum will stand behind our product 100%, but we will not be responsible for the costs of replacing fixtures and parts when the contractor has not installed or handled the fixtures properly.

In the interest of the project, and in an effort to help solve the problems at the Rte 128 Station, we will need facts from the contractor. Specifically: how many fixtures are not lighting and the location of those fixtures; how many lenses have broken on site; how many fixtures have water in them; how many lenses are not fitting and the location of those fixtures. Once we receive that information, we will review the reported problems and recommend a course of action.

Forum was contracted by Amtrak to provide a lighting system based on a specific specification. Forum provided a mockup that was evaluated and approved. The lenses all fit properly, the lenses sealed completely, the fluorescent fixtures lit when energized. In short, Forum manufactured quality lighting fixtures in accordance with the specification.

As you and Mike know, we test the fixtures three times before they leave our plant. The fixtures shipped to Boston were wired correctly when they left our plant. The lenses fit securely on the extrusions when they left our plant. The lens clips were in place and secure when they left our plant.

Forum can not be held responsible for the installation of the lighting fixtures. We feel that this is a matter that is between Amtrak and their contractors. You have our assurance that we will do all that we can, within reason, to make this project a success.

Please give us a call to discuss our next steps.

Sincerely,


Paula Garret
Cc:Michael Latiff

Don Dziubaty

# KEYES
**KEYES ASSOCIATES**
Architecture
Engineering
Environmental
Interior Design

## JOB PROGRESS MEETING MEMORANDUM NO. 6

**TO:**        Tom Love, Amtrak (for distribution)

**FROM:**      Roger Laflamme, Keyes Associates

**DATE:**      October 14, 1999

**ISSUED:**    October 18, 1999

**LOCATION:**  Providence Station, Conference Room

**RE:**        **Amtrak HSR - Providence Station**
               **Amtrak Contract No. C-079-20243**
               **KA File No. P9816.00**

**PRESENT:**   Tom Love, Amtrak
               Joe Fitzsimmons, Amtrak
               Darin Stoick, Amtrak
               Peter Fiore, Nation Wide Construction
               Jay Litman, Newport Collaborative
               Roger Laflamme, Keyes Associates

The purpose of this Job Progress Meeting was for Amtrak, Nation Wide, Newport Collaborative, and Keyes to review previous Job Progress Meeting Memorandums and discuss new relevant issues for the Amtrak HSR Improvements at Providence Station. The following items were discussed at the meeting and summarized as follows.

Items from the previous meeting are repeated with follow up information shown in bold text. Items previously listed as "Completed" will not be included in the list of current issues.

3.6     The platform lights will be stored in the rear area upstairs behind the baggage. Delivery is set for next week.

3.6a    The delivery of the platform light fixtures is expected the day following this meeting (10/01/99).

*3.6b    The delivery date has changed to October 30, 1999.*

**3.6c    The light fixtures are on site.**

An Equal Opportunity Employer

235 Promenade St., P.O. Box 6368
**PROVIDENCE,** RI 02940-6368
Tel: 401-861-2900
Fax: 401-861-2990

144 Moody Street, Bldg. 24
**WALTHAM, MA** 02453
Tel: 781-893-2110
Fax: 781-893-8450

1344 Silas Deane Highway, Suite 500
**ROCKY HILL, CT** 06067
Tel: 860-563-2341
Fax: 860-257-4882

120 Main Street
**NASHUA, NH** 03060
Tel: 603-889-1262

F00927

**JOB PROGRESS MEETING MEMORANDUM NO. 6**
October 14, 1999
Page 2

3.7        J. Litman is still trying to contact the City for the temporary parking on the street. He will contact Irene Testa at Traffic Engineering this week.

3.7a      J. Litman contacted Irene Testa of the City. The vehicle registration numbers of the workers are to be provided to J. Litman, who will forward the numbers to Irene Testa; she will provide permission letters which the workers will be required to display in the windshield of their vehicle.

3.7b      *Completed. The registration numbers have been sent. Permission letters from the City remain to be received.*

**3.7c      The permission letter remains to be received.**

3.8        H. Carr will measure the dome tomorrow morning.

3.8a      The material has been ordered. Installation is expected to start in about three weeks.

3.8b      *The installation is expected to start in two weeks.*

**3.8c      Installation is scheduled to start October 25, 1999.**

3.10      O'Donnell wants to power wash the concrete at the platform level prior to electrical energization on October 18, 1999. Installation of a wooden job trunk at the platform level was approved provided that the casters are removed and the trunk is chained to the column. Arrangements were made from a temporary water supply from bathrooms and down the west stairs to the platform. Tenemec recommends Topoxy rather than Envirofill paint on the platforms. A/E had no objects. A letter from Tenemec was requested.

3.10a    Power washing began Monday, September 27, 1999, and will be completed this date. The painting at the platform is scheduled to begin next week.

3.10b    *The date of October 18, 1999 is to be corrected to read October 13, 1999. The painting materials were delivered; work will start October 8, 1999.*

**3.10c    Painting is in progress. Nation Wide will paint the sloping underside of east stair.**

3.11      M. Latiff and E. Taylor will coordinate further color selections with P. Fiore.

3.11a    The color selection meeting took place. The color schedule is expected to be received before the end of the day.

**JOB PROGRESS MEETING MEMORANDUM NO. 6**
October 14, 1999
Page 3

| | |
|---|---|
| *3.11b* | *P. Fiore distributed the color schedule.* |
| **3.11c** | **Completed.** |
| 3.12 | The HVAC package was resubmitted to J. Ruell. |
| 3.12a | The submission remains in the possession of TCI. |
| *3.12b* | *Completed. Exterior soffit drawings have new paint, same color as existing. The contractor is to submit a sample for comparison.* |
| **3.12c** | **The submittal remains in the possession of TCI. R. Laflamme will inquire.** |
| 3.13 | The base plate layout was received from Andco but was wrong, since it does not take the granite veneer into consideration. Resubmission is required. |
| 3.13a | J. Fitzsimmons will contact Andco to expedite the base plate template for the north pylon. |
| *3.13b* | *M. Latiff will make the contact with Andco.* |
| **3.13c** | **A new template is to be delivered at the beginning of next week to R. Laflamme for review.** |
| 3.14 | The replacement of the kitchen ceiling in the café will be at no charge to Amtrak. TCI will determine if any lighting will need to be replaced or relocated. |
| 3.14a | Les Town from Amtrak will discuss additional improvements with the café operator. |
| *3.14b* | *A decision from Amtrak forthcoming.* |
| **3.14c** | **Pending Nation Wide to provide unit cost of fixtures. Nation Wide is to reinstall the displaced ceiling panels which were removed by the HVAC subcontract.** |
| 3.16 | J. Fitzsimmons received written approval in a letter dated 09/16/99 from the Amtrak Electrification Department for the proposed grounding system. |
| 3.16a | Nation Wide requested that the grounding detail be issued from TCI. |

F00929

**JOB PROGRESS MEETING MEMORANDUM NO. 6**
October 14, 1999
Page 4

3.16b    *Completed.*

**3.16c    The grading detail was not received from TCI.  R. Laflamme will inquire.**

3.17    J. Litman reported that permit approval has been received from the Providence Fire Department.  The City Building Department permit can now proceed.

3.17a    Completed.

3.17b    *TCI notified us of their need to stamp the mechanical, electrical, plumbing, and fire protection drawings.*

**3.17c    J. Litman reported that he was told by the building inspector that TCI might not be required to stamp their drawings.  J. Litman stated that he asked J. Ruell of TCI to contact the building inspector.**

3.18    The CVB board is intended to support the Solari board unit.  Nation Wide will review the timing of fabrication of this item with the scheduled relocation of the Solari unit.

3.18a    Nation Wide expects to install CVB board between Thanksgiving and Christmas.  Les Town is expected to provide cut sheets to the telephones.  J. Litman will contact CVB for the delivery time of the photo work.

3.18b    *A decision on the telephone equipment is forthcoming from Amtrak.  Time of CVS photo work delivery has not been scheduled yet.  Nation Wide requested rapid turnaround on CVB display board review.  Nation Wide expects to deliver the display board on December 5, 1999.*

**3.18c    T. Love to discuss with L. Town.**

3.20    P. Fiore is still looking for complete assembly instructions for "A" fixture.  Both Amtrak and J. Ruell will attempt to contact the manufacturer to supply this information.

3.20a    Nation Wide contacted the fixture manufacturer.  The instruction delivery is in progress.

3.20b    *Instructions have not been received.  The manufacturer is expected to be present at 1:00 p.m. on October 20, 1999.*

**3.20c    Instructions are expected to arrive on this day.**

3.22    Signs and lighting brackets are separated into an upper and a lower section by
        gaskets due to dissimilar metals. They will need to be separately grounded.

3.22a   Nation Wide requests that the grounding detail be issued from TCI.

*3.22b   Completed.*

**3.22c   The detail has not been received. R. Laflamme will inquire.**

3.25    Nation Wide is having difficulty finding a stainless steel contractor to execute
        the work as drawn. P. Fiore is developing an alternate approach for replacing
        all the stainless, which will result in a better job.

3.25a   Nation Wide is in the process of pricing an alternative method of installing
        casework with stainless steel at the ticketing counter.

*3.25b   Stainless steel can only be cut by shearing. Rapidly-moving cutting tolls cause
        "blueing" of stainless steel.*

**3.25c   The casework sub is tracking. Nation Wide is waiting for pricing.**

3.26    Coordination issues regarding the panels and the Amtrak supplied wall
        covering in the ticket area. J. Litman will coordinate with Amtrak.

3.26a   This item is being resolved by Amtrak.

*3.26b   A decision from Amtrak is forthcoming.*

**3.26c   A decision is pending. Lacewood laminate on casework is to be per P.
        Fiore's conversation with E. Taylor.**

4.1     Amtrak is expected to provide information on the wall covering at the ticketing
        area when it becomes available.

*4.1a    A decision from Amtrak is forthcoming.*

**4.1b   Pending.**

4.3     J. Fitzsimmons reported receiving verbal approval from Forum to use only two
        brackets at each section of the Type "A" fixtures. Written approval remains to
        be received.

*4.3a    Approval has been received, distributed at this meeting.*

**F00931**

JOB PROGRESS MEETING MEMORANDUM NO. 6
October 14, 1999
Page 6

**4.3b    Completed.**

4.4    J. Fitzsimmons reported that a drawing from Forum clarifying the circuitry for the Type "A" fixture remains to be received.

*4.4a    The manufacturer will clarify this during their October 20, 1999 visit.*

**4.4b    Pending.  The drawing was expected to arrive at Nation Wide this day.**

4.5    TCI will be requested to suggest a spacing at breaks in the Type "A" fixture.

*4.5a    Resolved during an earlier conference call between M. Latiff, fixture manufacturer, and R. Laflamme.  Nation Wide will hire a surveyor to layout the platform light fixture locations; Amtrak will pay for the surveyor services by change order.*

**4.5b    Survey is in the process at the present.**

4.8    The electrical subcontractor requested that TCI issue an SK drawing for the fire alarm changes requested by the City fire marshal.

*4.8a    TCI was notified.  Nation Wide is waiting for TCI to issue a sketch.*

**4.8b    The sketch was not received.  R. Laflamme will inquire.**

4.9    The contractor will sand the top 3' at the tops of the platform's concrete column to remove diesel exhaust soot; painting will be done after Tnemic approves the preparation.

*4.9a    The painter found a chemical that allowed avoiding sanding.*

**4.9b    Completed.**

4.12    Nation Wide reported that the paint subcontractor has discovered metal doors at the platform that had been painted with latex paint and removal of painted over decals causes existing paint to delaminate from bare metal.  The paint subcontractor has informed Nation Wide that the doors need to be stripped instead of prepped for new paint.  Keyes' position is that the contractor had the opportunity to become familiar with existing conditions and should have determined that the costs of stripping the doors needed to be included in their bid.

*4.12a    Proper preparation of the door will be done for application of acrylic latex paint.*

F00932

**4.12b**     **Completed.**

4.13     Nation Wide showed attendees where the water is leaking through the curved concrete surface where the glass block occurs above the escalator. Determination as to whether this wall is still leaking after the recent replacement of the concrete plaza is required before application of the stone-mist coating.

*4.13a*     *Amtrak will clean and test prior to making a decision of the coating.*

**4.13b**     **Pending.  The application of stonemist coating is scheduled for between Thanksgiving and Christmas.**

4.15     P. Fiore reviewed the layout of the Type "A" fixtures with attendees present at the platform.  P. Fiore showed that because of the platform's curve and the 200$\pm$' straight runs of fixtures interference with the catenaries is inevitable.  P. Fiore requests that the fixtures have more "breaks" such as at every 48' to 60'.

*4.15a*     *Refer to Item 4.5.*

**4.15b**     **To be determined by the survey.**

4.16     The construction site meeting regularly scheduled for Thursday, October 21, 1999, will occur on Wednesday, October 20, 1999, at 1:00 p.m.

**4.16a**     **Complete.**

4.18     Granite and limestone samples were approved.

**4.18a**     **Complete.**

5.1     D. Stoick reported that carpeting is preferred for the ticketing area floor.  J. Litman will submit samples to M. Latiff and E. Taylor for review.

**5.1a**     **Samples of carpet were presented during this meeting.  J. Litman will have a local supplier deliver, by overnight, to E. Taylor for approval. Modular carpet tiles will be considered.**

5.2     The top riser of the stair from the platform will be painted the same color as resilient risers.  Reason: no acceptable method to terminate top of resilient riser at the top landing.

**5.2a**     **Completed.**

F00933

5.3     New electrical outlet and plates color will be grey.  New electrical switches and plates color will be grey.

**5.3a**     **Completed.**

5.4     The following are selections of light fixture colors:
        F:    white
        G:    silver metallic
        K1:   clear reflector
        L:    clear reflector
        N:    J. Litman is to consult with the manufacturer for available colors.  The submittal indicates a spliced pole; the specification is for a tapered pole.
        P:    white
        R:     aluminum

**5.4a**     Change the color of fixture Type G to metallic gray.

5.5     Height of "N" type fixtures from floor to top of uppermost light is 15'-0".

**5.5a**     **J. Litman will make inquires to the electrical subcontractor and fixture sales representative to resolve confusion on the submittal of Type G fixture.  Type G fixture is not available in the specified wattage.  R. Laflamme will contact TCI to resolve.**

5.6     Heights of electrical and data connections at the Solari board conflict between Drawings A12 and E9.  Resolution will be done on shop drawings.  Nation Wide will temporarily infill resultant space of Solari with plywood painted black.

**5.6a**     **Resolved during review of submittal this meeting.**

5.7     The proposal to change the door of the platform's east stair to one of the new stainless steel will not include painting; the stainless steel will remain raw.

**5.7a**     **Pending.**

5.8     Resolution of the base plat template at the exterior pylon is delaying construction of the pylon's footing.

**5.8a**     **Pending.**

5.9     Category 5 wiring installation for the ticketing counter is scheduled to occur next week.

**5.9a**    **Completed.**

5.10    The next construction site meeting is scheduled for Thursday, October 14, 1999 at 1:00 p.m.

**The following notes record additional key points of the discussion during this 6th Job Progress Meeting.**

6.1    The existing system for attaching the sign bands are acceptable for attaching new sign bands.

6.2    The color for solid surfacing materials is "Midnight Sierra."

6.3    Outdoor lighting fixtures are expected to arrive on November 1, 1999.

6.4    The new surrounding enclosure for the Solari board is metal per the drawings. The metal will be painted Acela blue.

6.5    The next Job Progress Meeting is scheduled for Wednesday, October 20, 1999 at 1:00 p.m.

The foregoing conveys Keyes' understanding of the items discussed and will be construed to be accurate and complete unless notice to discrepancies is brought to the attention of Keyes no later than the end of the next construction site meeting.

Respectfully submitted,


Roger J. Laflamme, AIA
RJL:cc

cc:    Attendees
       Anthony Scorpio
       Ellen Taylor
       Mike Latiff



**FORUM, INC.**

214 NORTH LEXINGTON AVENUE
PITTSBURGH, PA 15208
(412) 244-8780
FAX (412) 244-9032
www.Forum.Lighting-Inc.com

National Railroad Passenger Corporation                                  March 16, 2000
Director, Station Program and Planning
30th & Market Streets
Philadelphia, PA 19104
Attention: Ellen Taylor

**REF: RFP No. MM0902 - and Contract No. C-093-28053**
Dear Ellen,

We've been wondering ...What more can Forum do to help make the installation of the Amtrak light-
ing fixtures a success?

We have held many instructional meetings prior to and during this installation period. We have met
with the installation team at the stations at Route 128, Providence, New York (two times),
Philadelphia (two times), Wilmington (two times), and Washington, DC (two times). During those
meetings and in subsequent phone calls, we have dealt with every aspect of the Amtrak lighting fixture,
from the proper mounting of the hanger brackets, to the care that must be taken with the printed cir-
cuit boards. If our instructions are followed there should be no problems. We conducted training ses-
sions at the various locations. We have worked hand in hand with the installers on site and we get a
warm feeling that things will go satisfactorily after we leave. However, before we get back to
Pittsburgh, we get calls from the field about problems. Problems about missing hardware, repeaters
getting shorted out, to power supplies being miswired on site and burning up. On all of these occasions,
for the success of the project, we have responded immediately with replacement equipment at no addi-
tional cost to Amtrak even though the original equipment, we supplied was not defective. We have
replaced equipment that left our plant in working order; we have replaced "missing" equipment which
was part of the original shipment from our plant.

We feel at this point some guidelines or directions should be established as to what Amtrak expects
of Forum. We are prepared to service Amtrak at the same level we have in the past. In fact, based on
your current experiences we feel that it is imperative that Forum be even more involved in the pro-
ject, not less.
We recommend the following:

1. A Forum technician should be present when the LED's are being wired.
2. Forum should be compensated for this service, as well as for the services and replacement
   equipment previously supplied.
3. Equipment that is not performing properly or has been damaged during installation should
   be handled in one of two ways:
   a. If the equipment is defective or not up to specification, it will be replaced by Forum
      at no charge to Amtrak.

Amtrak 002316

b. If the equipment is damaged during installation, Amtrak should bear the cost of replacing the equipment.

We are very concerned about the success of this project and we are willing to do whatever it will take to achieve our common goal, which is a dynamic lighting system for Amtrak.

We would like to come to Philadelphia to meet with Amtrak and discuss our options.

Sincerely

*Don P.*

Don Dziubaty

cc Paula Garret

Amtrak 002317

**FORUM, INC.**

214 NORTH LEXINGTON AVENUE
PITTSBURGH, PA 15208
(412) 244-8780
FAX (412) 244-9032
www.Forum.Lighting-Inc.com



National Railroad Passenger Corporation                                    Feb. 14,2000
Coordinator Stations Program and Planning
30th & Market Streets, 5 South, Box 21
Philadelphia, PA 19104
Attention: Mike Latiff

**REF: RFP No. MM0902 - and Contract No. C-093-28053**
Dear Mike,
    On Feb. 4, Paula and I visited the Wilmington, DE and the Philadelphia station to inspect the instal-
lation and talk to the installing contractors. The following is a summary of our observations. Also, you
will find pictures of the Wilmington station that were provided by Mark Slimbock.


Wilmington DE
    Friday morning we met with Mark Slimbock and Tim the electrician. We asked them how the
installation went and if they had any suggestions to improve the installation procedure. They reported
that they didn't experience any difficulty installing the fixtures. They did mention that joining the fix-
ture sections in the cold weather was fun, especially with gloves. That Friday morning the fixtures
were not energized, but Tim assured us that he had used a continuity meter on each section, so there
should not be any problems when they connect the power. We asked direct questions about the wiring
connections, the lenses, the LEDs, the LED low voltage system, and the hanging assembly. We received
an upbeat positive response to all our questions.
    There was just one area that we thought could be improved and that was the alignment of the sec-
tions. A string was used to align the sections. If a laser was used the runs would be truer. It would not
take much to run a laser down the runs and adjust the sections.
    Mark promised us pictures of the fixtures after they were energized. On Wednesday we received the
images and as you see the fixtures are lit, the lenses are all in place and the installation looks good.
    We left Wilmington with a very satisfied feeling knowing that the fixtures were installed properly
and the contractors were very competent craftsman.
    Note: Mark and Tim attended our installation meeting in Philadelphia.


Philadelphia, PA
    We walked down on platform number 6 and ran into the men installing the fixtures. They were very
impressed that people from the factory would take the time to visit and ask for their input. The men
were installing our fixtures and also taking down the competitor's mockup fixtures. The conversation
started with why didn't we make the openings at the end of our fixture as large as the competitor's. We
informed them that the competitor's fixture was larger than the allowable dimension on the specifica-
tion and we explained that the fixture would not pass UL requirements for a wet location application.
We also reviewed why we had to have two independent wiring chambers for the different voltages. They

Amtrak 002432

were concerned that the other manufacturer used plugs for all their connections. We pointed out that their fixture is larger than specified and their type of connector will not fit in the fixture if it is made to the specified size. Another point they called to our attention was the way the competitor dealt with the voltage barrier. Specifially, why they had more space at the end of the fixture for the connectors. We looked at their fixture and discovered that they did not have a continuous barrier separating the voltages. At the ends of the fixture under the socket bridges, there was no barrier, therefore providing the additional space for the connectors. This condition would not be acceptable to UL or the National Electric Code. After these points were reviewed, we felt the men installing our fixtures understood that our fixture was made with a concern for the specification and the other fixture was oversized and for an indoor application. There is a world of difference in designing and manufacturing an outdoor fixture verses an indoor.

We then focused on what we could do to help them with our fixture. They were concerned that the hole where the high voltage wires pass through should have a bushing. We told them that the fixture was certified by UL and that was acceptable. The UL standard states that if the barrier is fabricated from 18 gauge material a bushing is not required, but this is something we would bring to our engineers' attention. The sockets were another area of concern. They asked why we hadn't used the same type of socket our competitor had in their fixture. We explained we would have loved to, but the socket we used was designed for high vibration areas and also had silver plated contacts for outdoor wet-location applications.

We questioned them about the lenses, the mounting hardware, LEDs, LED power supply, and EM circuits. They didn't express any concerns or problems. We felt that they were satisfied with our answers and comments. We also felt that using the competitor's fixtures as a standard was not a valid comparison. They were more concerned with what was gained with the increased fixture size, and what overlooking of the UL standard produced than the design integrity of the fixture.

When we left, we felt they had a better understanding of why the fixture had to be designed with a concern for UL, the National Electric Code, and a respect for the specification.

Note: Many of the people we met with attended our installation meeting in Philadelphia.

Paula and I both feel the trip to the Wilminton and Philadelphia stations was worthwhile. If you would like to discuss this with us futher, please call.

Sincerely,

*Don D.*

Don Dziubaty

Photos enclosed
c.c. Paula Garret

Amtrak 002433

3/16/00

FROM MY OBSERVATIONS IN WASHINGTON D.C., IT APPEARS THAT IT WILL TAKE A LONG TIME TO COMPLETE THE INSTALLATION. THEY HAD (4) MEN USING (1) LIFT AND (2) STEP-LADDERS (NOT VERY EFFICIENT). TO DRILL THE 1/2" DIA. HOLES IN THE CLEVIS FOR THE SHOULDER BOLTS, THEY WERE USING A CORDLESS DRILL. IT TOOK (1) PERSON APPROXIMATELY (25) MINUTES TO LEVEL, DRILL AND INSTALL HARDWARE IN ONE ARM. THEY ASKED IF THEY COULD GET AWAY WITH INSTALLING ONLY (1) SHOULDER BOLT. I TOLD THEM NO. (NOTE: WASHINGTON HAS 552 ARMS TO INSTALL)

IN MY ESTIMATION, THEY HAD APPROXIMATELY 1/3 OF THE ARMS & CLEVISES INSTALLED ON ONE SIDE OF THE FIRST PLATFORM ONLY. OF THESE, THEY HAD ONLY DRILLED AND INSTALLED THE SHOULDER BOLTS IN THE FIRST TWO AND HAD A FIXTURE HANGING FROM THEM. THEY ASKED IF THEY COULD HANG THE FIXTURES FIRST AND THEN COME BACK AND DRILL THE CLEVISES. I SUGGESTED THAT THEY DO NOT DO IT THIS WAY. THE WEIGHT OF THE FIXTURE WILL SHIFT THE ARM OUT OF PLACE. THE SHOULDER BOLTS MUST BE SET BEFORE INSTALLING THE FIXTURE.

I THEN WENT ON TO EXPLAIN TO THEM THE IMPORTANCE OF GETTING ALL THE ARMS PROPERLY ALIGNED WITH ONE ANOTHER. ANY DEVIATION IN THE ALIGNMENT WILL BE REFLECTED IN THE FIXTURE AND WILL RESULT IN A POOR INSTALLATION. THEY DIDN'T THINK ANYONE WOULD NOTICE. I SUGGESTED USING A LASER - THEY ARE CONTINUING TO USE A STRING. WHILE I WAS THERE, THEY TOOK THE FIRST FIXTURE DOWN IN ORDER TO RE-POSITION THE ARMS. THEY DIDN'T LINE UP WITH EACH OTHER.

F00868

3/16/00

They are going to have a serious problem as they near the end of the platform. It appears that the canopy takes a severe dip at one point (approximately 3"). They were asking about having us supply shorter arms. I explained that these arms are custom made and this should have been considered long ago. Any request for shorter arms will have to be worked out through Amtrak. There was also talk about cutting the arms that they have. I told them that I could not condone such a thing and chose not to offer any guidance on how to do it.

While walking the platform, I noticed that they had only (2) bolts installed in some of the clevises because of where the clevis lies in relation to the 4 x 4 they are attached to. In some cases they've actually installed (2) bolts in (1) slot.

After re-aligning the first (2) arms and setting the next (2) arms, they installed the first (2) fixtures. Making the joint between the first (2) fixtures was going well until it came time to make the 277V connections between fixtures. The wire supplied on the first fixture (type "A"), although long enough to extend into the next fixture (type "B"), it was not long enough to make the connections beyond the socket plate. We ended up adding a jumper between the (2) fixtures.

F00869

3/16/00

IT IS BECOMING INCREASINGLY OBVIOUS THAT THE INSTALLERS DO NOT FULLY UNDERSTAND THE COMPLEXITY OF THE FIXTURE THEY ARE INSTALLING.

THE LED SIDE OF THESE FIXTURES INCORPORATE DELICATE ELECTRONICS. ALTHOUGH WE HAVE TAKEN CARE TO ISOLATE THIS SIDE OF THE FIXTURE, THERE IS A TIME WHEN JOINING FIXTURES, THE SENSITIVE ELECTRONICS ARE TEMPORARILY EXPOSED. THESE ELECTRONICS CANNOT BE MIS-HANDLED. WE'VE ALREADY EXPERIENCED A NUMBER OF INSTANCES WHERE CIRCUIT BOARDS HAVE BEEN SERIOUSLY DAMAGED DUE TO CARELESS MISHAPS WITH TOOLS AND/OR HUMAN ERROR. IN PHILADELPHIA, WE'VE ALREADY REPLACED (3) REPEATER BOARDS AND (1) POWER SUPPLY BOX.

WE HAVE INSTITUTED PROCEDURES THAT INCLUDE A SERIES OF QUALITY CONTROL CHECKS THROUGHOUT THE ENTIRE PROCESS OF BUILDING THESE FIXTURES. HOWEVER, IT IS STILL REMOTELY POSSIBLE THAT A FIXTURE BE BUILT AND SHIPPED INCORRECTLY. IN WILMINGTON, WE HAD A CASE WHERE THE CARTON WAS MARKED INCORRECTLY. THIS PROBLEM WAS EASILY RECTIFIED BY SUPPLYING THE CORRECT FIXTURE. IN PHILADELPHIA WE HAD AN ALLEGED PROBLEM OF THE SIGNALING HARNESS BEING INSTALLED BACKWARDS. THE INSTALLERS TRIED TO CORRECT THIS PROBLEM BY CUTTING THE CONNECTORS OFF THE SIGNAL HARNESS AND SWITCHING ENDS. THIS DOES NOT SOLVE THE PROBLEM BECAUSE THE SIGNALING IN THIS SECTION WILL RUN OPPOSITE THE REST OF THE ROW. THIS TYPE OF "CREATIVE PROBLEM SOLVING" IN THE FIELD CANNOT BE CONDONED. THE

F00870

3/16/00

PROBLEM OCCURED ON A TYPE "B" FIXTURE - THE MOST COMMON
FIXTURE ON THIS ENTIRE PROJECT. IT COULD HAVE EASILY BEEN
RESOLVED BY PUTTING THIS FIXTURE ASIDE AND INSTALLING
ANOTHER TYPE "B" FIXTURE IN ITS' PLACE. WE ONLY HEARD
OF THIS PROBLEM AFTER THE FACT. WHEN WE WERE ON
SITE, WE DID NOT HAVE THE OPPORTUNITY TO SEE THIS
FIXTURE. (THEY COULDN'T REMEMBER WHICH ONE IT WAS.)

ALLEGEDLY, THERE WAS ANOTHER FIXTURE IN PHILADELPHIA
THAT HAD THE SAME CONNECTOR AT BOTH ENDS OF THE
SIGNALING HARNESS. I PERSONALLY FIND THIS TO BE IMPOSSIBLE.
SUPPOSEDLY THIS WAS FIXED IN THE FIELD ALSO BY
CUTTING AND SPLICING.

IT APPEARS THAT THE INSTALLERS ARE TRYING TO SHORTCUT
THE INSTALLATION BY INSTALLING ONLY HALF THE HARDWARE.
IN WILMINGTON, ONLY (1) SHOULDER BOLT WAS INSTALLED AT
THE TOP OF THE ARM. ASIDE FROM BEING STRUCTURALLY
INADEQUATE, IT HAS CAUSED SOME ARMS TO SHIFT OUT
OF PLACE. IT WAS ALSO NOTICED THAT THE INSTALLER DID
NOT USE THE WASHERS PROVIDED. THE INSTALLER IS
SUPPOSED TO CORRECT THIS.

F00871

**Paula Garret**

| | |
|---|---|
| **From:** | Jim Branch [JBranch@dpka.com] |
| **Sent:** | Thursday, August 17, 2000 10:57 AM |
| **To:** | 'paula@forumlighting.com'; 'latiffm@amtrak.com'; 'puseyd@amtrak.com' |
| **Cc:** | Dan Kopple; Sherman Aronson; Kim Kessleski; 'wburdick@tklp.com'; 'mbarber@thelightingpractice.com' |

**Subject:** Amtrak HSR Improvements Job No. 937-011 Baltimore Station Linear Lighting

*Jon
Lets discuss
Monday morning.
(St. 994.4940)*

Don Dziubaty:

In reference to your letter written to Sherman Aronson dated 16 August 2000:

Despite the fact that the fixtures at Baltimore Station are being installed on a laser-aligned HSS 5 x 3, similar to both Philadelphia's mock-up and final installation, thus allowing thermal expansion and contraction to be fully accommodated by the sliding mechanism as designed by Forum, the design team, Amtrak, and Forum determined that the thermal expansion and contraction of the fixture can not solely rely on the sliding mechanism, and that the proposed installation should be modified to include physical gaps as a precautionary measure.

Amtrak, Forum, and the design team understands now that Washington Station is a unique situation, subsequently involving physical breaks every four fixtures as approved by Amtrak. Because the installation in Baltimore will not be akin to Washington Station, but follow the guidelines of Philadelphia's installation and be mounted to a laser-aligned steel datum, Amtrak, Forum, and the design team determined that physical breaks would not be required every four fixtures, but that "attaching to the HSS 5 x 3 will allow the linear fixture to better perform and will therefor allow for longer fixture sequences". It is both Sherman's and my understanding that all parties agreed.

The sketch as issued to Amtrak, Forum, and Kling Lindquist illustrating gaps in the fixture runs was issued for review by Amtrak, Forum, and Kling Lindquist, not for construction, not as a recommendation by DPK&A. Only upon review and agreement among Amtrak, Forum, and the design team, and approval by Amtrak would the gap locations become the recommended approach. Amtrak agreed to the separation of the single fixture run into six separate sections. DPK&A has issued a revised sketch along with the meeting memorandum as referenced by Forum (10 August 2000). The follow up from the revised sketch is as follows:

Amtrak follow up:

- Amtrak Forces to confirm fixture break locations based on canopy structure.

Forum follow up:

- Confirm fixture reflected ceiling diagram as issued by DPK&A.
- Provide fixture type layout diagram.
- Fabricate fixtures as required for the modified installation with end of run and start of run units.

Kling Lindquist follow up:

- Confirm 3" gap sizes based on fixture run lengths.
- Revise the electrical plans based on Forum's fixture type layout diagram to show changes to the emergency wiring and associated conduit to adapt to the new layout.

This is the approach as approved by Amtrak. Please call with any questions or comments.

8/18/00

F00468

**Montgomery, Mary**

| | |
|---|---|
| **From:** | David Rezendes [rezendd@amtrak.com] |
| **Sent:** | Thursday, March 29, 2001 8:09 AM |
| **To:** | MontgoM@amtrak.com |
| **Subject:** | Forum Lights in New London |

  

Mvc-014s.jpg       Mvc-013s.jpg       Mvc-012s.jpg

Here are some recent pictures of the platform
lights in New London.
They are not adjusted for line yet but at least you can see something.

**Amtrak 001355**

1

Print Date: 3/30/01