NATIONAL RAILROAD PASSENGER CORPORATION
30th Street Station, Fifth Floor South (Box 17), Phila., PA 19104
tel 215 349.1607 fax 215 349.4141

# Memo

AMTRAK

Date May 14, 2002

To Roy Wiegand

From Gary E. Eckenrode

Department Procurement

Subject Liability Question under C09328053

cc G. Dillon
E. Taylor
K. Kulick
D. Pasquella
D. Carol

Message

In my initial reply I attempted to be thorough and comprehensive in my responses to your inquires. I'll likewise try to do the same now to answer your follow-up questions. However, I want to let you know again that my Construction Procurement group was not directly associated with the Perini Corporation lighting installation contract award or its administration. Therefore, I do not posses first hand knowledge of organization charts or the reporting structures that involve the time frames you are asking me about. As a result, I, much like you, must rely upon the information provided to me by others. Since to my understanding the Construction Contract group reporting to me did not have responsibility for the Perini contract, I suggest for both completeness and accuracy that your inquires for this area would be better served by those with that background and understanding. The High Speed Rail Group was headed by Mr. David J. Carol; he might be a good starting point for any Perini related questions or as to the Amtrak engineers that were involved in Perini contract dealings.

With respect to Forum (the lighting fixture provider), "the acceptance" of their product was accomplished by Station Planning's Project Manager approval of Forum's invoices for delivered products. These Forum lighting products were provided not only at Route 128, but also at numerous other station locations along the Northeast Corridor. This function was initially handled by a Mr. Mike Latiffe and later on was taken over by a Ms. Mary Montgomery. I don't believe it is a secret that Procurement has inquired of Station Planning specifically about the quality aspects of Forum's lighting products and has been repeatedly advised by them that Forum does not have a quality issue or problem beyond those that have already been addressed (that being with subcontractor provided clips).

ALL-STATE LEGAL EXHIBIT 131

13

8

Amtrak 003937

ALL-STATE LEGAL EXHIBIT J

1:05CV01837
(PLF/DAR)

*Page 2*

Following are answers to the questions you presented in your memo dated 04/24/02:

I don't believe Amtrak Engineering was specifically responsible for "accepting" the lights at each station, as the whole project was a joint effort between Engineering (installation) and Station Planning (lighting materials). While I sincerely doubt that Amtrak Engineering would "accept" visibly damaged goods (lights) in shipment/transit, I also don't think Engineering fully "accepted" or embraced the design suitability of these fixtures or their rigid installation guidelines (manufacturer's recommendations) required for their proper installation.

As I stated in my prior response, I believe this goes to the issue and a professional difference of opinion between two opposite and varying viewpoints, one side citing improper installation to identify a problem with the other blaming it on defective product. There were also different Engineering representatives and installers involved at each station along the corridor that added further variables to the mix. Likewise, differing environmental factors may have come into play at each of the stations. These differences in turn created uniqueness instead of uniformity across the stations. The only documentation of the light fixture's "acceptance" on record with Procurement is the "approved" Forum periodic or monthly invoices authorized by Mr. Latiffe and Ms. Montgomery as mentioned above.

As to Perini lighting installation invoices, payments, "acceptance" or approvals, you would need to check with the High Speed Rail Group located at Old Saybrook, CT as noted above.

The MR's for the original lighting contract as well as the Route 128 installation were originated from Ms. Ellen Taylor's office, Station Planning.

To my knowledge, we in Construction Procurement have not seen the 07/14/00 Engineering Report detailing Forum's deviations from the original specifications. We are, however, aware of Southco's problems with the clips – all costs associated with this supplier problem are being covered by Forum.

I hope this answers your questions so that you can direct any additional questions you may have to those that are most appropriate and that are in the best position to respond to them. Please note that some of my comments are conjecture or opinion on my part and may not be jointly shared by everyone involved.

Amtrak 003938