NATIONAL RAILROAD PASSENGER CORPORATION

# Memo



| | | | |
|---|---|---|---|
| Date | September 19, 2003 | From | George Dillon |
| To | Roy Wiegand | Department | Senior Auditor |
| | Audit Director | | Office of Audits |
| | | Subject | Management Action Plan |
| | | cc | For Forum Light Audit |

**Message**

Met with Pat Cabrey of Amtrak's Engineering Department in Philadelphia yesterday to discuss current status of the actions proposed in the May 15 2003 Management Action Plan regarding the Forum Lights Audit Report.

Unfortunately, it looks like the actions are at a stand still. The major roadblock is a dispute between Amtrak and the proposed Canadian contractor over the terms and conditions of the agreement. Pat indicated that both sides are just sending e-mails back and forth without resolving the issues. He thinks somebody needs to put a little pressure on Amtrak's Office of Legal Counsel to resolve the terms and conditions differences (i.e. payment terms; Quebec versus USA Law to govern; claim limitation; and etc.) Diane Herndon is the Office of Legal Counsel handling this matter.

The specific actions per the Action Plan are as follows:

1. Amtrak's Engineering will initiate a contract with an independent test laboratory to test the light fixture and evaluate it to related technical documents.

   As indicated above, Engineering has initiated a contract action but the contract to perform the work is yet to be executed.

2. Amtrak Engineering will evaluate the contract results and provide the evaluation to the Office of Legal Counsel.

   This action is dependent on the first action.

3. Amtrak Engineering will develop a cost and schedule estimate to replace the Forum lights with new lights versus cost of maintaining the Forum fixtures in state of repair.

   According to Pat, other than the preliminary numbers provided to us during the audit no further work has been done.

**EXHIBIT K**

Amtrak 0004062

1:05CV01837
(PLF/DAR)

4. Request an opinion from Office of Legal Counsel as to whether a warranty or errors/omissions claim against the lightning designer, manufacturer, and A/E firm should be pursued.

   According to Pat, a written request was made and he will send us a copy of the request.

5. Amtrak Engineering will review the unofficial 1997 Engineering Department Procedural Manual regarding the omission and error committee procedure to determine if it should be implemented as an Engineering procedure.

   According to Pat, no action has been initiated as yet.

Amtrak 004063