

Box 12

NATIONAL RAILROAD PASSENGER CORPORATION
Procurement Department, 30th Street Station, Box 17, Philadelphia, PA 19104

Mr. Roy Wiegand, Sr. Director
Amtrak Department of Inspector General
253 Summer Street, Ste. 206
Boston, MA 02210

RK

EXHIBIT L

Amtrak 003934

1:05CV01837
(PLF/DAR)

NATIONAL RAILROAD PASSENGER CORPORATION
OFFICE OF INSPECTOR GENERAL - AUDITS

INTEROFFICE MEMORANDUM

**DATE:** April 24, 2002

**TO:** Gary E. Eckenrode, Senior Director Procurement

**FROM:** Roy Wiegand, Senior Director of Audits

**SUBJECT:** Liability Question under Contract No., C-93-28053;

RE: Follow-up on your April 10, 2002, IOM

Thank you for the quick response to our April 2, 2002 memo regarding the above referenced subject. After reviewing the information you provided we have several additional question that you may be able to assist in answering.

In your response, you indicated that ultimately the responsibility for acceptance of contractor's work was Amtrak Engineering. However, in reviewing the Forum contract file, we saw little evidence of Procurement interaction with Engineering. Who in Engineering specifically had the responsibility of accepting the contractor's product under Forum's contract? What documentation/evidence might exist that shows Amtrak's Engineering accepted the light fixture and approved payments?

You suggested that we speak to several different staffs to get their input on this matter. Specifically you mentioned the High Speed Rail Group Contract Staff. Who makes-up this staff?

For your information, we have touched base with the following staff members:
Planning: - E. Taylor; M. Montgomery

Engineering: - K. Kulick; P. Cabrey; M. McGraw

Construction: - A. Scorpio;

Procurement: - D. Pasquella; Ray Simon

Fisher, Marantz, Stone: - Scott Hershmann

Amtrak 003935

Can you suggest other staff members in addition to the names of individuals already requested that could add further insight on this matter? For example, whose names were on the MRs for the original lights and the replacement lights, as well as, for the installation of the replacement lights?

We would also like to ask if you are aware of an Engineering report, entitled *HSR Platform Lightning Fixture - Review of Design, Prototype Development and Installation* dated July 14, 2000? This report highlights where the Forum light deviated from the light specification and provides evidence of Forum's use of deficient materials and workmanship. Also, were you aware that one of Forum's suppliers, Southco, (in April 2001) acknowledged corroding and fracturing of the clip/latches on Forum's lights? As a result, the supplier is providing the installation of new clip/latches for all the lights.

Again, we would appreciate another quick response. If you have any questions, please call George Dillon or myself on ATS 580-7695. Thanks again for your assistance.

Amtrak 003936