N

Exhibit 98
Witness Δ Σ I 4 BATY
Date H 10 6 Rptr. CR
Powers
Garrison &
Hughes

E.E - Structure Review 2/16/00

EXHIBIT
N

ALL-STATE LEGAL

1:05CV01837
(PLF/DAR)

Amtrak 002319

# HSR PLATFORM LIGHTING FIXTURE

# REVIEW OF DESIGN, PROTOTYPE DEVELOPMENT

# AND INSTALLATION

Prepared by: _____
Senior Electrical Engineer - Structures

Reviewed by: _____
Director – Structures Design

Date:          February 16, 2000

Amtrak 002320

# TABLE OF CONTENTS

**1.0    GENERAL INFORMATION**

      **1.1    Description**

**2.0    ANALYSIS OF DESIGN EFFORT**

      **2.1    Design Criteria**
      **2.2    Vendor Concerns**
      **2.3    Labeling and Acceptance Testing Criteria**

**3.0    PROTOTYPE DEVELOPMENT**

**4.0    SITE INVESTIGATIONS**

      **4.1    Rt. 128**
      **4.2    30th St. Station**
      **4.3    Wilmington**

**5.0    FINDINGS**

      **5.1    Deviations from Specification**
      **5.2    Evidence of Deficient Materials and Workmanship**
      **5.3    Acceptance Testing Documentation**

**6.0    CONCLUSIONS**

**7.0    ATTACHMENTS**

      **A        Testing Criteria and Test Plan Correspondence**
      **B        Platform Lighting Fixture Design Specification**
      **C        Forum, Inc Lighting Fixture Drawing**

Amtrak 002321

## 1.0    PROJECT OVERVIEW

### 1.1    DESCRIPTION

A lighting fixture has been developed, fabricated and installed at selected High Speed Rail (HSR) locations under the direction of Amtrak HSR and Station Planning. Fisher Marantz Renfro and Stone (FMRS) was responsible for developing standards, design drawings and design specification for the light fixture. DPK&A and TKLP were involved in station design for canopy modifications at most of the existing stations. Amtrak Structures Engineering has been involved on an intermittent basis for the design effort and our input was also solicited for evaluation of the three initial suppliers selected to provide a prototype fixture (Forum Lighting and Linear Lighting), for the final evaluation in early April 1999 to determine the supplier (Forum Lighting) and also to assist in establishing UL testing requirements for the new fixture. We have never been provided with copies of drawing submittals showing details of the fixture construction.

## 2.0    ANALYSIS OF DESIGN EFFORT

### 2.1    DESIGN CRITERIA

Design criteria were outlined in the August 9,1998 Light Fixture Design Specification document (Attachment L to Request for Proposal Number MM0902 dated September 1, 1998). Critical design requirements were as follows:

- Luminaire shall be enclosed and gasketed with rubber gaskets to completely prevent ingress of bugs and dust.
- Luminaire shall be suitable for cleaning with high pressure water jets.
- Luminaire shall be UL listed for use in a wet location.
- All lenses or other light diffusing elements shall be removable, but positively held so that hinging and, thermal expansion, platform vibration or other normal motion will not cause them to drop out.

### 2.2    VENDOR CONCERNS

Forum Lighting, the vendor selected to supply the fixture, expressed the following concerns about inherent design and fabrication flaws that need to be addressed for an outdoor linear fluorescent fixture during a 10/6/98 meeting:

- Thermal ratcheting (expansion and contraction leading to component distortion) of acrylic lens in outdoor locations
- Mounting to eliminate vibration
- LED problems
- Internal sealing and gasketing at factory
- Effects of vibration on fixture

Amtrak 002322

**2.3     ACCEPTANCE CRITERIA**

Specification document required UL wet location listing which requires verification and testing by Underwriters Laboratories at one of their facilities. Additional testing was required to verify suitability of fixture components and assembled product for the harsh conditions that will apply in indoor and outdoor locations applications (proof testing for IP65 classification was initially requested and revised to NEMA 13 to allow for testing that correlates to UL testing standards (IEC is a European product and testing standard that is independent of NEMA and UL standards).

**3.0     PROTOTYPE DEVELOPMENT**

Samples from both of the final suppliers, Forum and Linear, were installed at 30th St. station during late March 1999 in an indoor protected location (no exposure to elements or sunlight, no high speed train movements, etc.). The Linear effort was poor, the lights did not initially function correctly and Linear was unresponsive when construction assistance was requested. Also, the light fixture dimensions were larger than the allowed dimension. Linear did not show any desire to modify the light to conform with the desired footprint. Forum provided a fixture that conformed to Amtrak dimensional preferences and also maintained a continuous presence during fixture installation. Shortly after the prototype installation effort the two products were evaluated (input gathered from installers, Engineering Structures, Engineering Construction, and the designers (WRT/FMRS). Forum Lighting was selected as the supplier.

**4.0     SITE INVESTIGATIONS**

**4.1     RT 128 Installation – 2/2/00 SURVEY**

I conducted a survey along with Anthony Scorpio, Bill Drexel and Ostrow Electric (Foreman Ken Shamus), the electrical contractor that installed the lights over the past six months. The following conditions were observed or related to me:

- Orange wire connectors (Kleinhuis device) are falling off of internal fixture cable connections and need replacement.

- Excessive thermal ratcheting (fixture straps visually observed to be out of alignment) on 153 of the 582 fixtures surveyed. Ostrow confirmed that fixtures were installed with straps in proper position and that fixtures have been reset several times after ratcheting has caused misalignment of the fixture strap, but this does not prevent the recurrence of this problem.

- Almost all of the fixture lenses are bowing in the center which has caused loss of fixture seal and ingress of contaminants (water and ice were observed in some of the fixture lenses).

Amtrak 002323

- Lens retention clamps have popped into the open position on 151 of the 582 fixtures surveyed. The clamps appear to hold the upper and lower fixture lenses in place firmly along the internal gaskets to prevent ingress of contaminants but I can only guess on this item because I have not been furnished with detailed drawings on this equipment.

- Fixture straps have broken apart at 8 of 582 locations and have fallen off of the fixture. Because the fixture is close to the platform edge, these straps fall down to the track when they break. At two of these locations the top lenses had popped out of the fixture and were not securely in place. Ostrow and Bill Drexel indicated that this has been a recurring problem that they repair by wrapping tape around the fixture. They indicated that the hinged strap construction (utilizes spot welding) was not very durable and is broken by normal expansion/contraction cycles consistent with exposure to outdoor environment (J. Grella examined one of these straps and confirmed that an improperly welded spot connection will break very easily). 100MPH train movement will be authorized in the near future and 70MPH movements are presently in effect. These lenses could easily be dislodged passing trains if not firmly secured in place by the lens latch retaining devices.

- All fixtures have UL label for wet locations.

- Fixture endplate knockouts (several small holes drilled or punched into the endplate have no protective bushing or grommet for the fixture wires routed through the knockout opening. The wires will eventually come into contact with the endplate metal due to vibration and the resulting abrasion will result in the endplate metal cutting through the cable insulation and causing a cable failure.

## 4.2   30th St INSTALLATION – 2/7/00

I conducted a survey with Larry Small and Amtrak installation team forces (Larry Farthing, John Patrice were primary participants). Samples of prototype lights (Forum and Linear Lighting) and new Forum lighting fixtures were evaluated. The conditions observed are as follows:

- Orange wire connectors (Kleinhuis device) are falling off of internal fixture cable connections and require replacement.

- Installation of the new fixtures has been done recently. Evidence of thermal ratcheting, open lens clamps, open straps and bowed lenses was observed but not at the magnitude of Rt. 128 because the 30th St. location is not exposed to the external environment.

- Forum fixture assemblies wire pigtails for connections between fixtures have insufficient length to make the connections and were reworked

for each fixture (same as Rt. 128). The Forum product tube locking device was the same as observed at Rt. 128.

**4.3    WILMINGTON – 2/9/00**

The Wilmington platform lighting was surveyed on the morning of 2/9/00 and several of the B&B forces installing the new lights spoke with me (Mark Slimbock, Ed Dalval and others). Only the north side (Front St.) was surveyed because the south side fixture installation is still in progress. The following conditions were observed:

- Excessive thermal ratcheting was observed on 36 of the 132 fixtures (slightly higher percentage than at Rt. 128).

- Lens retention clamps have popped open on 18 of the 132 fixtures.

- Fixture lenses are bowing (~10% of fixtures).

- Orange wiring connectors are falling off the fixture. The installation forces are replacing the defective connectors with conventional "wire nut" devices.

- Fixture straps have broken but not fallen off in two locations. The lenses at these two locations are still in place.

**5.0    FINDINGS**

**5.1    DEVIATIONS FROM SPECIFICATION**

The following items are not in compliance with the specification document:

| Item No. | Section | Requirement | Item not Conforming with Specification |
|---|---|---|---|
| 1 | 5.1 | Materials, equipment and appurtenances as well as workmanship provided under this Section shall conform to the highest commercial standard as specified and as indicated on drawings. | Fixture strap construction utilizes spot welded hinged that are breaking apart at outdoor locations which causes loss of sealing and retention systems |
| 2 | 7.3 | Luminaire shall be suitable for cleaning with high pressure water jets. | Bowing of fixture lens is causing loss of sealing at lens gaskets. |

Amtrak 002325

| 3 | 7.4 | Luminaire shall be UL listed for use in a wet location. | Bowing condition and resultant lens seal loss is allowing contaminants to enter the fixture (water and ice observed inside lenses in exterior locations. |
|---|-----|---------------------------------------------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------|
| 4 | 8.5 | All lenses or other light diffusing elements shall be removable, but positively held so that hinging, thermal expansion, platform vibration or other normal the motion will not cause them to drop out. | Lens clips are not staying in closed position. When the lens clip opens, the gasketing is compromised and the inside of the fixture is no longer protected from exterior contaminants (water, ice, dust, etc.). |

**5.2   EVIDENCE OF DEFICIENT MATERIALS AND WORKMANSHIP**

The following conditions were observed and are indicative of poor quality materials and workmanship:

- No provisions for internal protection of cables routed through fixture endplates (grommet or bushing).

- Fixture strap gasket is not thick enough to provide permanent seal for the fixtures.

- Fixture strap materials and construction are unacceptable. The strap gasket is glued onto hinge strap in closed position during fabrication. When the strap is opened prior to installation on the fixture, the gasket tears at the hinge joints. Spot welding of strap hinges is not holding at exterior locations, a continuous strap should have been provided.

- Wiring device presently used for internal connections is not suitable for this application (connectors are loosening and wires are falling out causing loss of power to lights).

**5.3   ACCEPTANCE TESTING DOCUMENTATION**

The Forum lighting fixtures all have the UL "wet location" label. Extensive testing at UL facilities in Melville or Northbrook would have been required before this label could have been posted on new equipment. The electrical test company that did fixture testing for Forum (Wilger Testing Company) has been requested to furnish data verifying UL testing. Both manufacturer's were advised to provide UL test results at the 4/1/99 meeting. Structures Engineering has not been provided with any Wilger Testing Company or UL test reports. The Station Planning group needs to follow up on this item and distribute copies accordingly

Amtrak 002326

to verify testing of the new product and also to guarantee that the new product is identical to the equipment submitted for acceptance testing. I noticed several items that would not have passed a UL test program:

- End plate knockouts have no grommets or bushings to protect cables routed between fixtures.

- Fixture strap gaskets on lights being supplied have tears at hinge joints and would not have passed UL tests for moisture and dust penetration.

- Internal fixture wire connectors supplied are not suitable for this application.

## 6.0   CONCLUSIONS

This product is showing signs of poor quality and failure to operate as designed in all locations visited. Several aspects of the Forum lighting product need to be modified as follows:

- All of the wire connection devices (~12 per fixture) need to be replaced.

- Fixture straps need to be replaced with a device that is a sturdier design (continuous strap with a thicker gasket). The thermal ratcheting will continue and will eventually break all of the fixture straps with the spot welded piano hinge. During tube replacement, all straps should be inspected in detail and replaced if any signs of deterioration or aging are observed.

- Solution for bowing of fixture lens needs to be developed and tested. If testing shows satisfactory results, all bowed lenses and gaskets should be replaced.

Amtrak 002327

# ATTACHMENT A

# TESTING CRITERIA AND TEST PLAN

Amtrak 002328

# AMTRAK NORTHEAST CORRIDOR
## Interoffice Memo

**Date:**        May 4, 1999

**To:**          Pat Cabrey

**From:**        Mike Latiff

**Subject:**     Forum testing procedures

Please find attached Forum's testing procedures for the Platform Lighting fixtures.  Please notify me in writing if this standard is acceptable or not.

cc: Ellen Taylor
    Mike McGraw

1

Amtrak 002329



# WILGER TESTING COMPANY, INC.

5654 Sarah Avenue · Sarasota, Florida 34233 · Tel. (941) 925-2049 · Fax (941) 925-5964

...Serving the Lighting Industry since

May 3, 1999

Mr. Don Dziubaty
Forum Inc.
214 Lexington Ave.
Pittsburgh, PA 15204

Subject:  Amtrak Project Surface Mounted Wet Location Fixture.

Dear Don:

Per your letter dated 4-30-99 we have reviewed the test protocols involved to provide test data for the subject fixture. The fixture has passed, and had witnessed by UL, a wet location test where the equivalent of 12 inches of rain per hour was delivered to the fixture, as the fixture was subjected to two full heating and cooling cycles. The rain was directed to the end coupler which was considered to be a worst case scenario.

In addition to the tests required by UL1570, The Standard for Fluorescent Fixtures you also desire to have conducted a hose down test used to simulate field washing of the fixtures and an atomized water test used to simulate the ingress of dust which may be distributed from the trains as they move through the station.

For the hose down test we anticipate subjecting the fixture to a concentrated stream of water from a standard 5/8 inch garden hose operating at 80 PSI for five minutes. The water will be between 20 to 30 degrees C and will be directed to all open seams of the fixture with the nozzle located nominally 24 inches from the fixture. The nozzle will be moved around the fixture seams at a rate of 12 inches per minute. Acceptable results will be obtained as long as moisture does not enter the fixture.

The dust tight portion of the test program will be conducted per UL844, The Standard for Electric lighting Fixtures For Use  In Hazardous Locations. We will conduct an atomized water test using a round nozzle that produces a round pattern 3-4 inches in diameter measured 12 inches from the nozzle. The air pressure is to be 30 PSI. The water will be supplied by a suction feed with a siphon height of 4-8 inches. Not less than 5 fluid ounces per linear foot of test length of the enclosure under test is to be applied at a rate of 3 gallons per hour. The nozzle is to be held 12-15 inches from the enclosure, and the spray is to be directed at all points of potential dust entry, such as seams and joints or the like. Acceptable results will be obtained if no water or dust enters the enclosure.

Should you have any questions regarding the test protocol please do not hesitate to call.

Very truly yours,

Gerard M. Plank Jr, MIES
President
Rev 5-4-99

Note
references
NEMA 1-3

Not NEMA 3

As proposed
by Forum
1/29/99

NEMA 3

IS Approved

lw² 4/13/01

Amtrak 002331

National Railroad Passenger Corporation, 30th and Market Streets, Philadelphia, PA. 19104



February 10, 1999

FORUM, INC.
214 North Lexington Avenue
Pittsburgh, PA  15208

Attention:  Don Dziubaty

Reference:  RFP No.  MM902 – and Contract No. C-093-28053

Dear Don:

Please refer to your letter dated January 29, 1999 regarding the IP65 requirements.  I
have consulted with our engineering department and they have stated that they would be
agreeable to using the NEMA 13 rating as the standard for the train platform lighting
fixture.

Please contact me at 215-349-3847 should any other questions arise.

Sincerely,

Ellen M. Taylor, AIA
Director, Station Program & Planning


cc:     Patrick J. Cabrey, P.E.
        Sr Electrical Engineer

        Mike McGraw
        Contract Administrator


Amtrak 002332

AN EQUAL OPPORTUNITY EMPLOYER

FAXED 2-10-99

*Northeast Corridor SBU*
**FAX FROM THE DESK OF**
Michele S. McGrail
Coordinator Stations Program and Planning



Amtrak®

**DATE:** February 10, 1999

**TO:** FORUM, INC. Attention: Don Dziubaty

Following is a letter from Ellen Taylor regarding the IP65 requirement on the platform lighting prototype. Please acknowledge receipt of this letter via return fax to (215) 349-1039.

I will be contacting you later this morning regarding a Friday afternoon meeting to discuss this contract at the Amtrak offices in Philadelphia. If you need to contact me prior to that call, I can be reached at (215) 349-3030.

RECEIVED: _____

FORUM, INC.    DATE

Page 1 of 2

Amtrak 002333

**Hoffman**

## NEMA, UL, and CSA Ratings

NEMA, UL, and CSA are standard writing organizations commonly recognized in North America. Their ratings are based on similar application descriptions and expected performance. UL and CSA both require enclosure testing by qualified evaluators. They also send site inspectors to make sure a manufacturer adheres to prescribed manufacturing methods and material specifications. NEMA, on the other hand, does not require independent testing and leaves compliance completely up to the manufacturer.

### Enclosure Types Non-Hazardous Location

| Enclosure Rating | NEMA — National Electrical Manufacturers Association (NEMA Standard 250) and Electrical and Electronic Mfg. Association of Canada (EEMAC) | (UL) Underwriters Laboratories Inc. (UL 50 and UL 508) | (CSA) Canadian Standards Association (Standard C22.2 No. 94) |
|---|---|---|---|
| Type 1 | Enclosures are intended for indoor use primarily to provide a degree of protection against contact with the enclosed equipment or in locations where unusual service conditions do not exist. | Indoor use primarily to provide protection against contact with the enclosed equipment and against a limited amount of falling dirt. | General purpose enclosure. Protects against accidental contact with live parts. |
| Type 2 | Enclosures are intended for indoor use primarily to provide a degree of protection against limited amounts of falling water and dirt. | Indoor use to provide a degree of protection against limited amounts of falling water and dirt.\n\nfalling dirt. | Indoor use to provide a degree of protection against dripping and light splashing of noncorrosive liquids and |
| Type 3 | Enclosures are intended for outdoor use primarily to provide a degree of protection against windblown dust, rain, and sleet, undamaged by the formation of ice on the enclosure. | Outdoor use to provide a degree of protection against windblown dust and windblown rain, undamaged by the formation of ice on the enclosure | Indoor or outdoor use; provides a degree of protection against rain, snow, and windblown dust, undamaged by the external formation of ice on the enclosure. |
| Type 3R | Enclosures are intended for outdoor use primarily to provide a degree of protection against falling rain and sleet, undamaged by the formation of ice on the enclosure | Outdoor use to provide a degree of protection against falling rain, undamaged by the formation of ice on the enclosure. | Indoor or outdoor use; provides a degree of protection against rain and snow; undamaged by the external formation of ice on the enclosure. |
| Type 4 | Enclosures are intended for indoor or outdoor use primarily to provide a degree of protection against windblown dust and rain, splashing water, and hose directed water, undamaged by the formation of ice on the enclosure. | Either indoor or outdoor use to provide a degree of protection against falling rain, splashing water, and hose-directed water, undamaged by the formation of ice on the enclosure. formation of ice on the enclosure. | Indoor or outdoor use; provides a degree of protection against rain, snow, windblown dust, splashing and hose-directed water, undamaged by the external |
| Type 4X | Enclosures are intended for indoor or outdoor use primarily to provide a degree of protection against corrosion, windblown dust and rain, splashing water, and hose-directed water, undamaged by the formation of ice on the enclosure. | Either indoor or outdoor use to provide a degree of protection against falling rain, splashing water, and hose-directed water, undamaged by the formation of ice on the enclosure, resists corrosion. | Indoor or outdoor use; provides a degree of protection against rain, snow, windblown dust, splashing and hose-directed water, undamaged by the external formation of ice on the enclosure, resists corrosion. |
| Type 6 | Enclosures are intended for use indoors or outdoors where occasional submersion is encountered limited depth, undamaged by the formation of ice on the enclosure\nof ice on the enclosure, resists corrosion | Indoor or outdoor use to provide a degree of protection against entry of water during temporary submersion at a at a limited depth; undamaged by the external formation | Indoor or outdoor use; provides a degree of protection against the entry of water during temporary submersion |
| Type 12 | Enclosures are intended for indoor use primarily to provide a degree of protection against dust, falling dirt, and dripping noncorrosive liquids. | Indoor use to provide a degree of protection against dust, dirt, fiber flyings, dripping water, and external condensation of noncorrosive liquids. | Indoor use; provides a degree of protection against circulating dust, lint, fibers, and flyings, dripping and light splashing of non-corrosive liquids, not provided with knockouts |
| Type 13 | Enclosures are intended for indoor use primarily to provide a degree of protection against dust, spraying of water, oil, and noncorrosive coolant. | Indoor use to provide a degree of protection against lint, dust seepage, external condensation and spraying of water, oil, and noncorrosive liquids | Indoor use; provides a degree of protection against circulating dust, lint, fibers, and flyings, seepage and spraying of non-corrosive liquids, including oils and coolants |

*This material is reproduced with permission from NEMA. The preceding descriptions, however, are not intended to be complete representations of National Electrical Manufacturers Association standards for enclosures nor those of the Electrical and Electronic Manufacturers Association of Canada*

*This material is reproduced with permission from Underwriters Laboratories Inc. Enclosures for Electrical Equipment, UL 50, Copyright 1995 and Industrial Control Equipment, UL 508, Copyright 1996 by Underwriters Laboratories Inc.*

*Underwriters Laboratories Inc (UL) shall not be responsible for the use of or reliance upon a UL Standard by anyone. UL shall not incur any obligation or liability for damages, including consequential damages, arising out of or connection with the use, interpretation of, or reliance upon a UL Standard*

*This material is reproduced with permission from the Canadian Standards Association.*

Amtrak 002334

*(right margin, vertical text)* **Technical Information**  **Protection Summary**

## Comparison of Specific Non-Hazardous Applications Outdoor Locations

| Provides a Degree of Protection Against the Following Environmental Conditions | Type of Enclosure | | | | | | |
|---|---|---|---|---|---|---|---|
| | 3 | 3R** | 3S | 4 | 4X | 6 | 6P |
| Incidental contact with the enclosed equipment | • | • | • | • | • | • | • |
| Rain, snow, and sleet § | • | • | • | • | • | • | • |
| Sleet †† | | | • | | | | |
| Windblown dust | • | | • | • | • | • | • |
| Hosedown | | | | • | • | • | • |
| Corrosive agents | | | | | • | | • |
| Occasional temporary submersion | | | | | | • | • |
| Occasional prolonged submersion | | | | | | | • |

§ External operating mechanisms are not required to be operable when the enclosure is ice covered.
†† External operating mechanisms are operable when the enclosure is ice covered.
** These enclosures may be ventilated.

## Comparison of Specific Non-Hazardous Applications Indoor Locations

| Provides a Degree of Protection Against the Following Environmental Conditions | Type of Enclosure | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1* | 2* | 4 | 4X | 5 | 6 | 6P | 11 | 12 | 12K | 13 |
| Incidental contact with the enclosed equipment | • | • | • | • | • | • | • | • | • | • | • |
| Falling dirt | • | • | • | • | • | • | • | • | • | • | • |
| Falling liquids and light splashing | | • | • | • | • | • | • | • | • | • | • |
| Dust, lint, fibers, and flyings † | | | • | • | • | • | • | | • | • | • |
| Hosedown and splashing water | | | • | • | | • | • | | | | |
| Oil and coolant seepage | | | | | | | | | • | • | • |
| Oil or coolant spraying and splashing | | | | | | | | | | | • |
| Corrosive agents | | | | • | | | • | • | | | |
| Occasional temporary submersion | | | | | | • | • | | | | |
| Occasional prolonged submersion | | | | | | | • | | | | |

* These enclosures may be ventilated. However, Type 1 may not provide protection against small particles of falling dirt when ventilation is provided in the enclosure top. Consult Hoffman Engineering for more information.
† These fibers and flyings are non-hazardous materials and are not considered Class II type ignitable fibers or combustible flyings. For Class III type ignitable fibers or combustible flyings see the National Electrical Code Section 500-6(a).

The preceding tables are reproduced by permission of the National Electrical Manufacturers Association
*** NEMA Standards Publication 250 'Enclosures for Electrical Equipment (1000 Volts Maximum),' copyright 1991 by NEMA

## Cross-Reference (Approximate) NEMA, UL, CSA, vs. IEC Enclosure Type

(Cannot be used to convert IEC Classifications to NEMA Type Numbers)

| Enclosure Rating | IP23 | IP30 | IP32 | IP55 | IP64 | IP65 | IP66 | IP67 |
|---|---|---|---|---|---|---|---|---|
| Type 1 | • | | | | | | | |
| Type 2 | | • | | | | | | |
| Type 3 | | | | | • | | | |
| Type 3R | | | • | | | | | |
| Type 3S | | | | | • | | | |
| Type 4 | | | | | | | • | |
| Type 4X | | | | | | | • | |
| Type 6 | | | | | | | | • |
| Type 12 | | | | • | | | | |
| Type 13 | | | | | | • | | |

IEC 529 has no equivalents to NEMA enclosure Types 7, 8, 9, 10, or 11.
• Indicates compliance

Amtrak 002335

**FORUM, INC.**

214 NORTH LEXINGTON AVENUE
PITTSBURGH, PA 15208
(412) 244-8780
FAX (412) 244-9032



National Railroad Passenger Corporation                              Jan. 29, 1999
Program Management Department
**30th & Market Streets**
3rd. Floor - South Tower
**Box 16**
Philadelphia, PA 19104
Attention: Ellen Taylor

**REF: RFP No. MM0902 - and Contract No. C-093-28053**

Dear Ellen,

   We've reviewed the IP65 requirements and have found that standard is designed for and used in
areas where there is grain dust and the potential for explosions in grain storage facilities. Further,
the IP certification is a European rating system that can not be directly correlated to a U.S. U.L. or
Nema standard. Therefore, we would suggest a U.S. standard that should be satisfactory for your appli-
cation.

   We have consulted with an independent testing expert, Gerald Plank of Wilger Testing Company, who
advises us in these areas. You will find a copy of his letter attached which recommends a U.L. wet loca-
tion test along with a Nema 3 rating as the U.S. standard for the testing criteria for train platform
lighting. This certification is attainable with our present design and should satisfy Amtrak's require-
ments for a dust protected, wet location fixture. .

   If you, or any of your Amtrak engineers would like to talk to Jerry, please feel free to give him a
call.

   We are anxious to get this issue resolved, so if there is anything more we can do, please let us know.

   Thanks again for your understanding on this matter.

Sincerely,

*Don P.*

Don Dziubaty

Amtrak 002336



# WILGER TESTING COMPANY, INC.
5654 Sarah Avenue · Sarasota, Florida 34233 · Tel. (941) 925-2049 · Fax (941) 925-5964

...Serving the Lighting Industry since 198(

January 29, 1999

Mr. Jonathan Garrett
Forum Inc.
214 N. Lexington Ave.
Pittsburgh, PA 15208

Subject:    Amtrak Surface Mounted Wet Location Fluorescent Fixture

Dear Jonathan:

Confirming our telephone conversation of today, the specification requiring a lighting fixture to have an IP rating does not correlate with any of the NEMA ratings used in the U.S. today. Essentially, the IP rating is taken from the IEC European standards. As the subject lighting fixture will be Listed by UL, it is imperative that we have a domestic specification such as a wet location rating or a NEMA rating that can be verified by UL. In speaking with the UL Engineer in Northbrook, Illinois that handles the NEMA ratings, he indicated that he could not correlate the IP European rating directly to any NEMA rating. Accordingly, it would be beneficial for the specification engineer to indicate a NEMA designation, which can be tested by UL as part of the Listing investigation.

For a lighting fixture that is to be used on a train platform, the typical specification would require a UL Listed wet location lighting fixture. A wet location fixture is protected against corrosion and is subjected to a rain test, such that the fixture must exclude moisture when three spray heads are aimed at the unit expelling an equivalent of 12" rain in one hour's time.

As we understand, the Amtrak fixtures may be subjected to atmospheric conditions in addition to having the maintenance personnel using a pressurized hose to periodically clean the fixtures. Accordingly, the fixtures should be provided with a lens and gasket design that will allow the fixture to exclude moisture during the cleaning process and prevent the ingress of insects during normal use. Luminaire efficiency will be directly affected by the introduction of insects into the lighting fixture, therefore, gasketing should be provided to prevent dust, insects and other foreign matter from entering the lighting fixture.

Amtrak 002337

Page 2
January 29, 1999
Mr. J. Garrett

Along with this fax, please find a table from the UL Standard showing the NEMA types.
While the wet location fixture should be suitable for a platform application, there is no
direct NEMA designation for a wet location fixture. Please refer to Table 5.1 from UL 50
which shows the various NEMA types, of which a NEMA 3 might be the best way to
describe the end application.

Please review the above and enclosed, and should you have any questions and/or
comments, please feel free to contact us.

Very Truly Yours,

Gerard M. Plank, Jr. MIES
President

GMP:js

Amtrak 002338

JAN-18-99 MON  4:54 PM  WILGER LIAISON CO.          FAX NO. 5169523108

CABINETS AND BOXES - UL 50

## TABLE 6.1
## ENCLOSURE TYPES

| Type Number | Intended Use and Description | Requirement or Qualification Tests, Paragraph or Section Numbers |
|---|---|---|
| 1 | Indoor use primarily to provide a degree of protection against contact with the enclosed equipment and against a limited amount of falling dirt. | Corrosion Protection — Paragraph 4.3 or Rust Resistance — Section 28H |
| 2 | Indoor use to provide a degree of protection against limited amounts of falling water and dirt. | Corrosion Protection — Paragraph 4.3 or Rust Resistance — Section 28H, and Drip — Section 28A |
| 3 | Outdoor use to provide a degree of protection against wind-blown dust, rain, and sleet; undamaged by the formation of ice on the enclosure. | Rain — Section 28, Dust — Section 28B or 28C, Icing — Section 28D, and Protective Coating — Section 13 |
| 3R | Outdoor use to provide a degree of protection against falling rain and sleet; undamaged by the formation of ice on the enclosure. | Rain — Section 28, Icing — Section 28D, and Protective Coating — Section 13 |
| 3S | Outdoor use to provide a degree of protection against wind-blown dust, rain, and sleet; external mechanisms remain operable while ice laden. | Rain — Section 28, Dust — Section 28B or 28C, Icing — Section 28D, and Protective Coating — Section 13 |
| 4 | Indoor or outdoor use to provide a degree of protection against splashing water, windblown dust and rain, and hose-directed water; undamaged by the formation of ice on the enclosure. | Hosedown — Section 28E, Protective Coating — Section 13, Icing — Section 28D, and Dust — Section 28B or 28C |
| 4X | Indoor or outdoor use to provide a degree of protection against splashing water, windblown dust and rain, and hose-directed water; undamaged by the formation of ice on the enclosure; resists corrosion. | Hosedown — Section 28E, Protective Coating — Section 13, Icing — Section 28D, and Dust — Section 28B or 28C |
| 6 | Indoor or outdoor use to provide a degree of protection against the entry of water during temporary submersion at a limited depth; undamaged by the formation of ice on the enclosure. | Icing — Section 28D, Submersion — Section 28F, and Protective Coating — Section 13 |
| 6P | Indoor and outdoor use to provide a degree of protection against the entry of water during prolonged submersion at a limited depth. | Icing — Section 28D, Protective Coating — Section 13, and Air Pressure — Section 28J |
| 11 | Indoor use to provide by oil immersion a degree of protection of the enclosed equipment against the corrosive effects of corrosive liquids and gases. | Drip — Section 28A, and Corrosion Resistance — Section 28 X |
| 12, 12K | Indoor use to provide a degree of protection against dust, falling dirt, and dripping noncorrosive liquids. | Drip — Section 28A, Dust — Section 28B or 28C, and Rust Resistance — Section 28H |
| 13 | Indoor use to provide a degree of protection against dust and spraying of water, oil, and noncorrosive coolants. | Oil — Section 28G, and Rust Resistance — Section 28H |

Added Table 6.1 effective October 1, 1994

Amtrak 002339

NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)
PLANNING, POLICY and DEVELOPMENT
30ᵗʰ STREET STATION
PHILADELPHIA, PA  19104

# FAX COVER SHEET

**Date:**      February 2, 1999

**To:**        Patrick J. Cabrey, P.E.

**From:**      Ellen M. Taylor, AIA


**Message:**    Please respond as soon as possible.

Amtrak 002340

## Standards
## CE and IEC Classifications



IP 65 = ATM4 CRITERIA
Post-It™ Fax Note    7671    Date 9/15/98   # of pages ▶ 2
To GLEN TAYLOR    From PAT CAREY
Co./Dept.    Co.
Phone #    Phone #
Fax # 476-9451    Fax # 249-3314

### CE

The CE Mark is a European Union (EU) compliance symbol and acronym for Conformité Européenne. The CE Mark indicates that a product complies with all European directives and essential harmonized standards for health, safety, environment, and consumer protection that may apply to that product. In addition, the CE Mark promotes free trade movement from outside and within the EU.

$CE$

For industrial control equipment, the CE Mark is not intended to be applied to empty enclosures because such enclosures are inactive components of a final assembly. The responsibility of insuring compliance to all applicable EU Directives and Harmonized Standards belongs with the final equipment manufacturer.

Hoffman enclosures are designed in compliance with European standards and are eligible to receive a Manufacturer's Declaration of Conformity. The certificate assists the final equipment manufacturer in obtaining the CE Mark. Contact Applications Engineering at (612) 422-2868 for further information.

Hoffman enclosures meet the requirements of the applicable European standards specified below.

### Applicable European Directives

73/23/EEC Low Voltage Directive for Electrical Equipment within Certain Voltage Limits

89/336/EEC EMC Directive Relating to Electromagnetic Compatibility

Note: The EMC Directive is only secondarily applicable since an empty enclosure does not produce electromagnetic interference.

### Applicable European Standards

EN60529-1 (IEC529-1) Degrees of Protection Provided by Enclosures

EN60204-1 (IEC204-1) Electrical Equipment of Industrial Machines

### International Standards' IP Protection Classification

IEC Publication 529 Classification of Degrees of Protection by Enclosures provides a system for specifying enclosures of electrical equipment on the basis of the degree of protection required. IEC 529 does not specify degrees of protection against risk of explosions or conditions such as moisture (produced, for example, by condensation), corrosive vapors, fungus, or vermin. NEMA Standards Publication 250 does test for environmental conditions such as corrosion, rust, icing, oil, and coolants. For this reason, and because the tests and evaluations for other characteristics are not identical, the IEC enclosure classification designations cannot be exactly equated with NEMA enclosure Type numbers.



The table on page T.07 provides a cross-reference from NEMA enclosure Type numbers to IEC enclosure classification designations. This cross-reference is a Hoffman approximation based on the most current available information on enclosure test performance and is not sanctioned by NEMA, IEC, VDE, or any affiliated agency.

To use the table first find the appropriate NEMA rating along the vertical axis and then read across the horizontal axis for the corresponding IP rating. Do not use this table to convert IEC classification designations to NEMA Type numbers.

Amtrak 002341

          ©1997 Hoffman Engineering Company

**Technical Information**

| Protection against touch and foreign bodies | | Protection | | Protection against water |
|---|---|---|---|---|
| Touch | Foreign body | first figure IP | second figure IP | |
| no protection | no protection | 0 | 0 | no protection |
| with large areas of the body (back of hand) | large foreign bodies, diameter greater than 50mm | 1 | 1 | vertically-falling drops of water |
| with the finger | medium-sized foreign bodies, diameter greater than 12mm | 2 | 2 | drops of water falling at up to 15° from the vertical |
| with tools and wires, diameter greater than 2.5mm | small foreign bodies, diameter greater than 2.5mm | 3 | 3 | spray water falling at up to 60° from the vertical |
| with tools and wires, diameter greater than 1mm | round foreign bodies, diameter greater than 1mm | 4 | 4 | projected water from all directions |
| complete protection | dust deposits | 5 | 5 | jets of water |
| complete protection | entry of dust | 6 | 6 | heavy streaming water |

The IP classification is shown as two figures.
Example: IP 21

The first figure indicates:

Protection against touch with the finger and solid bodies with a diameter greater that 12mm.

| 2 |

The second figure indicates:

the equipment in protected against vertically-falling drops of water.

| 1 |

IP | 2 | 1 |

| | | | 7 | short-term immersion |
| | | | 8 | immersion |

**Protection Summary**

Amtrak 002342

## ATTACHMENT B

## PLATFORM LIGHTING FIXTURE DESIGN SPECIFICATION

Amtrak 002343

ATTACHMENT L

**LIGHT FIXTURE DESIGN SPECIFICATION**

**FOR**

**AMTRAK LUMINAIRE DEVELOPMENT AND FABRICATION
NORTHEAST CORRIDOR STATIONS**

**August 19, 1998**

**OFFICE OF THE CHIEF ENGINEER
NATIONAL RAILROAD PASSENGER CORPORATION
30TH STREET STATION
PHILADELPHIA, PA 19104**

Amtrak 002344

ATTACHMENT L

1.    GENERAL

1.1    Fixtures shall be manufactured in strict accordance with the Contract Drawings and Specifications.

1.2    Materials and installation shall be in accordance with the latest revision of the National Electrical Code and any applicable Federal, State, and local codes and regulations.

1.3    All fixtures shall be manufactured in strict accordance with the appropriate and current requirements of the National Electric Code as verified by Underwriters' Laboratories, Inc., or other testing agency as acceptable to local code authorities. The listing shall be provided and the appropriate label or labels shall be affixed to each fixture in a position concealing it from normal view.

1.4    Specifications and scale drawings are intended to convey the salient features, function and character of the fixtures only, and do not undertake to illustrate or set forth every item or detail necessary for the work.

1.5    Minor details, not usually indicated on the drawings nor specified, but that are necessary for the proper execution and completion of the fixtures, shall be included, the same as if they were herein specified or indicated on the drawings.

1.6    The Manufacturer is responsible for engineering the fixture and its mounting plate to ensure that the structural integrity of these components are not compromised by environmental, operational, or maintenance conditions. (i.e. vibration, wind loading, water loading.)

1.7    The Manufacturer is responsible for accurately fabricating the fixtures to the fulfillment of this specification. The Owner shall not be held responsible for the omission or absence of any detail, construction feature, etc. which may be required in the production of the fixtures.

1.8    The Manufacturer shall deliver factory wired luminaires complete with all accessories, lamps, mounting hardware, alignment and locking mechanism in conformance with the General conditions and section 16000 of the specifications.  These luminaries shall be ready for installation upon delivery.

1.9    The Contractor shall install luminaires at the location shown on the Owner's Drawings.

1.10    The Contractor shall provide all mounting hardware required to effect a full and proper installation.

2.    SUBMITTALS

2.1    Shop Drawings shall clearly indicate the Contract Drawing number of fixture details used as reference in the development of the shop drawings and the names of the job, Architect and Lighting consultant.

2.2    Coordinate all lighting fixture drawings with the drawings and details of the Architectural, Structural, Electrical, Mechanical, and other related trades to assure a perfect and efficient installation.

2.3 No variation from the general arrangement and details indicated on the drawings shall be made on the shop drawings unless required to suit the actual conditions on the premises, and then only with the written acceptance of the Owner. All variations must be clearly marked as such on drawings submitted for approval.

2.4 At the time of bid, the Manufacturer shall provide a sample fixture representative of the quality, construction and degree of finish of the specified fixture.

2.5 The Manufacturer shall provide shop drawings for approval prior to fabrication of the mock-up. The shop drawings shall then be revised and approved prior to the fabrication of the prototype. A final revision shall be submitted prior to the fabrication of the benchmark.

2.6 Upon substantial completion the Manufacturer shall provide to the Owner a recommended maintenance manual for each station detailing:

2.6.1 Tools required

2.6.2 Types of cleaners to be used

2.6.3 Replacement parts identification lists

2.6.4 Final, as-built shop drawings

3. SAMPLES AND MOCK-UPS

3.1 The above terms are defined as follows:

3.1.1 Sample: A luminaire similar to or representative of the required luminaire, utilized to demonstrate and show the quality of the workmanship.

3.1.2 Mock-up: an installed full scale model of the required luminaire in a mock up situation used to verify and refine photometric performance, mounting integration, size and general characteristics.

3.2 The Contractor shall submit samples and mock-ups for review without objection by the Owner.

3.3 Samples and Mock-ups shall be submitted by the Manufacturer complete with specified lamp(s), fitted with 20A plugs, ready for hanging, energizing, and examining, and shall be shipped prepaid to the Owner for review.

3.4 Samples and Mock-ups shall be supplied with 120 volt ballasts. The benchmark shall be supplied with ballasts at the specified voltage.

3.5 Mock-ups will be retained by the Owner.

ATTACHMENT L

4.    QUALIFICATION OF BIDDERS

4.1    The following Manufacturers shall be assumed capable of supplying the listed fixtures unless exceptions are set forth in their quotations. Any such exceptions shall immediately be brought to the attention of the Owner and the Lighting Consultant.

4.1.1    Forum Lighting                              Contact:      Mr. Don Dziubaty
         214 N. Lexington Avenue                  Phone         412 244-8780
         Pittsburgh, PA 15208                        Fax            412 244-9032
         Manufacturers Representative          Arthur Brown  212 741-6422

4.1.2    Linear Lighting Corporation
         31-30 Hunters Point Avenue             Phone         718 361-7552
         Long Island City, NY 11101               Fax            718 937-2747
         Manufacturers Representative          Ken Lewis     718 361-9150

4.1.3    Selux Lighting Corporation              Contact:       Mr. Veit Mueller
         Route 9W North, P.O Box 1020          Phone          914 691-6262
         Highland, NY 12528                          Fax             914 691-6289
         Manufacturers Representative          Jim Panichella 212 371-4400

4.2    Manufacturers not listed must be pre-qualified to bid as follows:

4.2.1    Manufacturer shall have not less than five years' experience in design and manufacture of lighting fixtures of the type, quality and application shown. Pre-qualification submissions must include a list of completed projects and dated catalogue pages or drawings indicating length of experience.

4.2.2    Manufacturer shall submit a prototype sample of the fixture for review by the Owner. Prototype samples shall be sufficiently detailed and operational to allow evaluation of compliance with the salient features of the specification. Preliminary design or shop drawings shall not be accepted in place of prototype samples.

4.2.3    Manufacturer shall submit complete photometric data in accordance with Section 13.

4.2.4    The Owner shall be the sole judge in determining whether the prototype sample complies with the specifications, and shall reserve the right to disqualify any bidders.

5.    QUALITY ASSURANCE

5.1    Materials, equipment and appurtenances as well as workmanship provided under this Section shall conform to the highest commercial standard as specified and as indicated on drawings.

6.    WARRANTY

6.1    Warrant the fixture, its finishes, and all of its component parts, except ballasts to be free from defects for a period of one year from date of acceptance if operated within

rated voltage range. Replace faulty materials and provide labor required to make the replacement at no additional cost to the Owner.

6.2    Electronic ballasts shall be warranted for three years.

6.3    The Manufacturer shall maintain a shelf stock of replacement parts for a period of not less then fifteen years.

6.4    The Manufacturer shall keep indefinitely all tools, dies, jigs or any device used exclusively for the fabrication of the fixture.

6.5    All extrusion tools and dies that are solely used in the fabrication of this fixture shall become the property of Amtrak. Additional fixtures of this design may not be fabricated without the express permission of Amtrak.

**7.    HOUSING**

7.1    The luminaire housing shall be made of extruded aluminum with a minimum wall thickness of 1/8".

7.2    Luminaire shall be enclosed and gasketed with rubber gaskets to completely prevent the ingress of dust bugs.

7.3    Luminaire shall be suitable for cleaning with high pressure water jets.

7.4    Luminaire shall be UL listed for use in a wet location.

7.5    Luminaire designs which permit light leaks will not be acceptable.

7.6    Interior surfaces of the luminaire shall be painted matte white and shall have a minimum reflectance of 85%.

7.7    Housing end plates shall be fabricated from 3/16" aluminum plate.

7.8    Socket bridges, reflectors, wiring channels and ballast covers shall be die formed of not less than 22 gauge cold rolled steel.

7.9    Luminaires shall be constructed such that their ballasts may be serviced or replaced without requiring removal of luminaire.

7.10    The Manufacturer may proportionally increased the housing up to 10% of it's specified size if necessary.

7.11    All hardware and straps shall be stainless steel unless otherwise noted.

**8.    LENSES AND DIFFUSERS**

8.1    Lenses and diffusers shall be formed of colorless impact modified acrylic resins as manufactured by Rohm & Haas DR® series or equivalent, with an impact strength of 1.1 or greater as defined by ASTM D256.

8.2    The quality of the raw material must exceed IES, SPI, and NEMA Specifications by at least 100% which, as a minimum standard, shall not exceed a yellowness factor of 3 after 2,000 hours of exposure in the Fade-meter or as tested by an independent test laboratory.

8.3    Acrylic plastic lenses and diffusers shall be properly cast, molded or extruded as specified, and shall remain free of any dimensional instability, discoloration, embrittlement, or loss of light transmittance for at least 15 years.

8.4    Optical lenses shall be free from spherical and chromatic aberrations and other imperfections which may hinder the functional performances of the lenses.

8.5    All lenses or other light diffusing elements shall be removable, but positively held so that hinging, thermal expansion, platform vibration or other normal motion will not cause them to drop out.

8.6    All lenses shall be installed clean and free of scratches and fingerprints.

9.    FINISHES

9.1    Painted surfaces shall be finished in synthetic enamel with acrylic, alkyd, epoxy, polyester, or polyurethane base, light stabilized, baked on at 350° minimum, catalytically or photo-chemically polymerized after application.

9.2    Painted surfaces shall meet the requirements of ASTM 117 salt spray testing for 1500 and 1600 hours as provided by Oakite Products Inc. or equivalent.

9.3    White finishes shall have a minimum of 85% reflectance.

9.4    With the exceptions of stainless steel, ferrous metal surfaces shall have a five stage phosphate treatment or other base bonding treatment reviewed without objection by the Owner before final painting and after fabrication.

9.5    Unpainted non-reflecting surfaces shall be satin finished and coated with a baked-on clear lacquer to preserve the surface. Where aluminum surfaces are treated with an anodic process, the clear lacquer coating may be omitted.

9.6    Exterior aluminum and aluminum trims shall be finished with an anodized coating of not less than 35 mg. per square inch of a color and surface finish detailed on the Owner's Drawings.

9.7    Anodized coatings shall be carried out by the sulfuric acid process.

9.8    Porcelain enamel surfaces shall have the finish applied smoothly. The finish shall not be less than .0075 inch thick of non-yellowing, white, vitreous porcelain enamel with a reflectance of not less than 85%.

9.9    The Contractor shall submit a list of finishes of all luminaires for review by the Owner.

9.10    Finish colors are as follows:

Amtrak 002349

9.10.1  Internal components - White

9.10.2  Housing, bracket arm, lens strap and upper reflector - Natural aluminum

9.10.3  Front of housing - High Speed Rail Blue

## 10.  FLUORESCENT LAMPS

10.1  The Contractor shall provide luminaires complete with the specified lamps. Lamps shall not be installed until the latest practicable time prior to practical completion.

10.2  Lamps shall be manufactured by General Electric, Philips, or Sylvania unless otherwise specified.

10.3  All lamps of a given type shall be supplied by the same Manufacturer. Lamps shall be supplied from the same production run with batch numbers clearly identified. Lamps installed, of any one type, into any one platform, shall strictly be selected from the same batch.

10.4  Luminaires installed under this Contractor shall not be used to provide temporary lighting to the platform and shall not be operated other than for initial testing.

10.5  The lamp base shall be suitable for the socket provided.

10.6  Lamps shall have the following characteristics:

| | |
|---|---|
| Wattage | 32 |
| Efficacy | 92 lumens/watt |
| Lumen output after 100 hours of continuous burning | 2,800 |
| Average rated life at 50% lamp mortality | 20,000 hours |
| Color temperature | 3,000K |
| Color rendering index | Ra 80+ |

## 11.  LAMPHOLDERS

11.1  Lampholders shall be heavy white thermoset urea plastic with definite locking-in feature and silver plated double edge contacts for proper lamp operation and life.

11.2  Lampholders and shall be medium bi-pin type and designed specifically for use with 32 watt T8 lamps.

11.3  Lampholders shall locate lamps within 3/8 inch of minimum one inch wide grounded metal plane for the continuous length of the lamp.

11.4  Lampholders shall be designed for straight in lamp insertion.

## 12.  BALLASTS

12.1  The Contractor shall ensure that the ballast proposed will operate successfully with the lamps or tubes without any reduction in intended design performance.

ATTACHMENT L

12.2    Ballasts shall be U.L. listed (or equal), Class P and comply with all ANSI specifications for lamp operation including: filament voltage, lamp current crest factor, lamp starting voltages and currents, lamp light output, etc.

12.3    Ballasts shall be high frequency electronic type, operating lamps at a frequency of 20 kHz or higher with no detectable flicker. Ballast sound levels shall not exceed Class A ambient noise levels.

12.4    Ballasts shall be compact design as manufactured by Energy Savings or equivalent.

12.5    Ballasts shall meet minimum efficacy standards of all applicable state and local energy standards.

12.6    Relative light output, (percentage of light emitted with reference tube and ballast), shall be not less than 95% and not more than 100%.

12.7    Ballasts shall be voltage sensing and maintain consistent light output of all fluorescent lamps over operating ranges of 90v to 320v. Alternatively ballasts may be multi-tap type and maintain consistent light output at operating ranges of 90 to 145v (120v tap) and 200v to 320v (277v tap).

12.8    Input Total Harmonic content shall not exceed 10%.

12.9    Ballast shall withstand line transients as defined in IEEE Publication 587, Category A.

12.10   Ballast case temperature shall not exceed 68°F temperature rise over 104°F ambient.

12.11   Ballast Power Factor shall be 90% or above.

12.12   Ballast shall be firmly secured in luminaires to prevent vibration.

12.13   Ballast shall start and operate lamps at temperatures as low as 0° F.

12.14   Ballast shall operate lamp(s) on a preheat start or instant start circuit unless otherwise noted.

**13.    LIGHT EMITTING DIODES**

13.1    The LED's shall be mounted together to form an assembly.

13.2    The LED assembly shall be designed to permit easy replacement in the field by the end user.

13.3    The manufacturer shall include in their proposal the design and distribution of the power supplies for the LED's.

13.4    Power supplies shall be mounted within the fixture housing.

13.5    The LED assemblies shall be circuited sequentially on four circuits.

**14.    SEQUENCING CONTROLLER**

14.1    The manufacturer shall provide a sequencing controller to flash the LED indicator lights.

14.2    Each sequence shall be initiated by a contact closure from the station equipment.

14.3    Upon receiving the contact closure the controller shall initiate one of three flashing sequences:

14.3.1    Sequence 1 - Northbound train arriving

Circuits to flash on and off sequentially from 1-4.  Flash duration to be .08 seconds. Time between flashes to be .02 seconds.  Time between sequences to be .6 seconds.

14.3.2    Sequence 2 - Southbound train arriving

Circuits to flash on and off sequentially from 4-1. Flash duration to be .08 seconds. Time between flashes to be .02 seconds.  Time between sequences to be .6 seconds.

14.3.3    Sequence 1 - Train is in the station

Circuits 1-4 to flash simultaneously. Flash duration to be .8 seconds.  Time between flashes to be .8 seconds.

14.4    The sequencing controller shall be adjustable so that flash duration, time between flashes, and time between sequences can be modified in the field.

**15.    PHOTOMETRIC DATA**

15.1    Supply complete photometric data for the luminaire, including optical performance tested by an independent testing laboratory.  These data are to be developed according to methods of the Illuminating Engineering Society of North America and shall include the following:

15.1.1    Coefficients of utilization

15.1.2    Candela distribution data, presented graphically and numerically, to match format  supplied in specification.

15.1.3    Zonal Lumens presented numerically to match format  supplied in specification.

15.2    Fluorescent luminaire shall have a minimum efficiency of 64%.

15.3    Photometry for fluorescent luminaire shall match the following table as closely as possible.  A deviation of ± 5% in any intensity value will be permitted.

**Type FA Photometry (based on 5900 fixture lumens)**

Candelpower Distribution Table

Zonal Lumen Summary

### Azimuthal Angles

| | | 0 | 45 | 90 | 180 | 225 | 270 |
|---|---|---|---|---|---|---|---|
| V e r t i c a l | 0 | 661 | 674 | 700 | 661 | 674 | 700 |
| | 5 | 590 | 590 | 525 | 590 | 590 | 850 |
| | 15 | 493 | 565 | 531 | 493 | 565 | 802 |
| | 25 | 354 | 538 | 501 | 354 | 538 | 641 |
| | 35 | 235 | 455 | 401 | 235 | 455 | 524 |
| | 45 | 124 | 365 | 328 | 124 | 365 | 330 |
| | 55 | 48 | 228 | 206 | 48 | 228 | 139 |
| | 65 | 10 | 102 | 87 | 10 | 102 | 86 |
| | 75 | 3 | 59 | 54 | 3 | 59 | 73 |
| | 85 | 9 | 50 | 46 | 9 | 50 | 80 |
| | 90 | 42 | 53 | 50 | 42 | 53 | 120 |
| | 95 | 107 | 90 | 75 | 107 | 90 | 277 |
| A n g l e s | 105 | 205 | 200 | 173 | 205 | 200 | 474 |
| | 115 | 311 | 334 | 296 | 311 | 334 | 589 |
| | 125 | 439 | 424 | 368 | 439 | 424 | 745 |
| | 135 | 528 | 501 | 466 | 528 | 501 | 796 |
| | 145 | 599 | 520 | 497 | 599 | 520 | 775 |
| | 155 | 634 | 550 | 485 | 634 | 550 | 764 |
| | 165 | 598 | 552 | 478 | 598 | 552 | 718 |
| | 175 | 650 | 523 | 449 | 650 | 523 | 780 |
| | 180 | 694 | 598 | 598 | 694 | 598 | 598 |

| Zone | % Lamp | % Fixture |
|---|---|---|
| 0-10 | 1.0 | 1.5 |
| 10-20 | 2.9 | 4.5 |
| 20-30 | 3.9 | 6.0 |
| 30-40 | 4.1 | 6.3 |
| 40-50 | 3.4 | 5.2 |
| 50-60 | 2.0 | 3.1 |
| 60-70 | 1.0 | 1.5 |
| 70-80 | 0.8 | 1.2 |
| 80-90 | 0.8 | 1.2 |
| | | |
| 90-100 | 2.8 | 4.3 |
| 100-110 | 5.0 | 7.7 |
| 110-120 | 6.7 | 10.3 |
| 120-130 | 7.7 | 11.8 |
| 130-140 | 7.6 | 11.7 |
| 140-150 | 6.5 | 10.0 |
| 150-160 | 4.9 | 7.5 |
| 160-170 | 2.9 | 4.5 |
| 170-180 | 1.0 | 1.5 |
| Minimum Efficiency | | 65% |

142psdsp.doc

## ATTACHMENT C

## FORUM LIGHTING FIXTURE DRAWING

Amtrak 002354