```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLUMBIA

 3

 4   - - - - - - - - - - - - - - - - - -x

 5   NATIONAL RAILROAD PASSENGER           :

 6              CORPORATION,                :

 7              Plaintiff,                  :

 8   v.                                     : 1:05CV01827

 9   FORUM, INC.,                           : Judge Friedman

10   Defendant and Third Party              :

11              Plaintiff,                  :

12   v.                                     :

13                                          :

14   ADVANCE TRANSFORMER CO., and           :

15   SOUTHCO, INC.,                         :

16              Third Party Defendants.     :

17   - - - - - - - - - - - - - - - - - -x

18

19                                    Washington, D.C.

20                                    December 7, 2006

21

22
```

ACE-FEDERAL REPORTERS, INC.
Nationwide Coverage
202-347-3700    800-336-6646

1:05CV01837
(PLF/DAR)

EXHIBIT

```
 1   Deposition of

 2

 3                     MARY MONTGOMERY

 4

 5   called for examination pursuant to notice of

 6   deposition, on Thursday, December 7, 2006, at the law

 7   offices of Manatt, Phelps & Phillips, LLP, 700 12th

 8   Street, NW, Suite 1100, Washington, D.C. 20005, and

 9   by videoconference, at 1:15 p.m., before DANIEL W.

10   HAWKINS, a Notary Public within and for the District

11   of Columbia, when were present on behalf of the

12   respective parties:

13             STEVEN W. ZOFFER, ESQ. (via

14             videoconference)

15             Dickie, McCamey & Chilcote, P.C.

16             Two Bates page Place

17             Suite 400

18             Pittsburgh, Pennsylvania 15222-5402

19             Phone 412.281.7272

20             Fax 412.392.5367

21             E-mail szoffer@dmclaw.com

22             On behalf of Defendant Forum
```

1   So if you want to ask her her understanding, her

2   impressions -- I think that's fair.

3           MR. ZOFFER:  I just asked her what she

4   talked about in the meeting she attended.

5           MR. NEAL:  I'm not sure that's what -- but

6   okay.  You can answer the question.

7           THE WITNESS:  Can you restate the

8   question?

9           MR. ZOFFER:  I'm trying to avoid a

10  foundation objection here.

11          BY MR. ZOFFER:

12  Q       Was there a study that Amtrak had

13  commissioned and had performed on the fixtures that

14  had taken place before you attended this meeting in

15  September of 2000, up at Route 128?

16  A       I'm aware of a study.  I'm not sure who

17  commissioned it.

18  Q       Okay, fair enough.  Let me show you

19  Exhibit 149, and we'll take it from there.

20  %                           (Deposition Exhibit No. 149

21                                      was marked for

22                                      identification.)

```
 1            BY MR. ZOFFER:
 2       Q    Ms. Montgomery, is this the study that you
 3  were referring to?
 4       A    At that time I was aware of a draft of
 5  this study, and I did not have the final copy.
 6       Q    Take a minute if you would.  Can you tell
 7  me, is this a draft of the study or is this the final
 8  document?
 9       A    This appears to be a final document.
10       Q    Okay.  Just for the record, let me
11  identify this.  This is Amtrak No. 4211, which we
12  received I believe the day before yesterday, called
13  HSR Platform Lighting Fixture, Review of Design
14  Prototype, Development and Installation.
15            Were you involved, or do you know what the
16  purpose of this particular study was?
17       A    I was not involved, and I do not know the
18  purpose of the study.
19       Q    The date of this report, if I understand
20  it, the final date was July 14th, 2000.  I think you
21  indicated that you saw a draft of this before that
22  time; is that right?
```

1    A    Not before that time. At some point I
2  became aware of a draft copy of this document.
3    Q    What was the difference between the draft
4  and the final version?
5    A    I don't recall what the differences were.
6    Q    Again this is dated July 14th, 2000. The
7  meeting you attended at Route 128 was a couple months
8  later, in September of 2000. Did you discuss this
9  report of this study at your meeting at Route 128, in
10 connection with the problems at that location?
11   A    I don't recall discussing this report at
12 that meeting.
13   Q    What occasion did you have to review this
14 study? Why was it presented to you.
15   A    It was as much, in pulling together
16 documentation of the various issues, Ellen Taylor
17 received a copy through the Engineering Department,
18 probably Ken Kulic, and I was copied with it. We had
19 in our files a copy marked 'draft.' We did not
20 receive a final copy until much later in the
21 process, probably 2002.
22   Q    So the date that's on this particular

1  document of July 14, 2000, is that not the correct

2  date of this report?

3      A    No. Sorry, I'm saying I don't know what -

4  - it says July 14th, I assume that's the date of the

5  report. I don't have any reason to believe

6  otherwise. I'm saying I didn't have copies of it at

7  that point.

8      Q    Ms. Taylor and some others may have

9  received it, but you didn't receive it until later

10  when you were pulling documents together? Is that

11  what you are saying?

12      A    Yes. No -- and Ms. Taylor did not have a

13  copy of this at that point. She was not copied until

14  that much later period when we were pulling documents

15  together. We were --

16      Q    Okay. How do you know that? Did you

17  discuss this with Ms. Taylor? How do you know she

18  didn't get a copy.

19      A    Because we were surprised when we received

20  a final copy that appeared to be different than the

21  previous copy that we had in our files.

22      Q    And you discussed that with Ms. Taylor?

1       A       Yes.

2       Q       And what did you discuss in that regard?
3  What was surprising about that.

4       A       It's "why weren't we given this earlier?"

5       Q       Did you ever get an answer to that
6  question?

7       A       No, not that I recall.

8       Q       Who did you ask?

9       A       I didn't ask, other than my conversation
10 with Ms. Taylor.  She would have had to follow up
11 with the Engineering Department.

12      Q       Did you review this report after you did
13 get ahold of it?

14      A       I read the report after I received it.

15      Q       Did you understand that this report was
16 reflecting various problems with the Amtrak fixtures,
17 for Forum?

18      A       Yes, I understood that.

19      Q       Was there anything in the report that you
20 reviewed that was different than the problems that
21 you became aware of in 2000 over the summer, as you
22 had indicated earlier?  Anything new in the report.

1     A     I can't state that -- I'd have to re-

2  familiarize myself with the report.

3     Q     I certainly don't want to prevent you from

4  looking at the report, but I'm wondering if there was

5  anything in here that was, the first time that you

6  had become aware of it, was from reading this report;

7  or were these things that you generally had already

8  heard about and the surprise was really that you

9  hadn't received the final report?

10          MR. NEAL:  Take your time and review it.

11          MR. ZOFFER:  I mean this report, if I

12 understand correctly, basically goes through the

13 various locations that are referenced here; 30th

14 Station, Wilmington, et cetera.  It talks about the

15 deviation from specification relating to these

16 fixtures, does it not, Section 5?

17          MR. NEAL:  Steve, if you want her to

18 answer this question, you've got to give her a minute

19 to look through it.

20          MR. ZOFFER:  Oh, sure.  Take your time.

21          (Pause)

22          THE WITNESS:  This review, I don't see

```
 1    anything that I don't think, that differs from the
 2    issues that I was made aware of when I was becoming -
 3    - you know, involved with the project.
 4              BY MR. ZOFFER:
 5         Q    From the summer of 2000?
 6         A    From the summer of 2000.
 7         Q    Just to put some specifics on this, this
 8    report does go through, there's a section on design
 9    criteria, right?  Section 2.1.
10         A    Yes.
11         Q    It talks about the acceptance criteria,
12    including various standards like UL and NEMA?
13         A    Yes.
14              MR. KOEGEL:  Steve, can we move through
15    this?  I mean, do we really need her to verify what's
16    written on the page?
17              MR. ZOFFER:  No, I don't think so.  We can
18    move through it.
19              BY MR. ZOFFER:
20         Q    Are you familiar with any issues
21    concerning the testing procedures for the UL
22    certification in connection with these fixtures?
```