

Amtrak
Lighting Fixtures

Findings
Field Survey

## Findings

| Lighting Fixture Assessment Findings Summary Matrix | | |
|---|---|---|
| Component | Requirement | Reason for non-compliance |
| Gasket | NEMA 3, IP_5, per Attachment A – Statement of Work | Allowed water entry |
| Lens | Sec. 8.3 of Light Fixture spec | Bowed |
| Ballast | Sec. 12.7 of Light Fixture spec | 50% light output variance |
| Clips | Sec. 7.11 | Not stainless steel |

The light fixture is not in compliance with the Light Fixture Design specification for Amtrak Luminaire Development and Fabrication Northeast Corridor Stations and Attachment A – Statement of Work (Revised 1/15/04). The fixture is also not suitable for its installed locations. The design of the light fixture and the materials used are not adequate to meet the requirements of the aforementioned specifications. See below for a detailed explanation of why the light fixture does not meet the specifications.

### Hosedown:
A significant amount of water entered along each seam and joint. The foam gasket was not able to deny water entry. Water reached live wires and components. The light fixture does not meet the water ingress requirement of NEMA 3, Outdoor Dust Test, Hose Method, as required in Item c) of the Phase I Scope in Attachment A. This fixture is UL Listed for Use in Wet Locations which means it complies with the Rain Test in UL1598. The NEMA 3, Outdoor Dust Test, Hose Method is more robust than the UL1598 rain test.

### Fade Test:
After exposure to simulated sunlight, the top lens had bowed ½ inch out from the aluminum body of the light fixture and it had twisted along its longest axis. The clamp on one end of the light fixture was bent. The foam appeared to squeeze out from underneath of this clamp. A bowed lens would allow insects to enter the lens, to collect inside and decrease light output. A different material or a means to secure the lens while allowing it to expand and maintain seal integrity would alleviate the bowing. The lens is not dimensionally stable as called out in Section 8.3 of Light Fixture Design specification for Amtrak Luminaire Development and Fabrication Northeast Corridor Stations.

### Thermal Cycling:
After three cycles from 0°F to 100°F, the top and bottom center lenses on a 12 ft luminaire bowed outward. The clamps on either end had shifted and were on the verge of falling off the bottom lens. The foam had stayed in place making it seem as if it were being squeezed out from under the clamp. These results from laboratory testing were also observed in the field. Hence, the lens bulging is caused by thermal cycling/heating and cooling effects. The lens is not dimensionally stable as called out in Section 8.3 of Light Fixture Design specification for Amtrak Luminaire Development and Fabrication Northeast Corridor Stations. The selection of a dimensionally stable lens material would alleviate this problem.

### Ballast:
The ballast operates flicker-free at a frequency of 20 kHz with a ballast efficacy of 1.818 and a ballast factor above 98.7%. The ballast input total Harmonic is 6.16% which is below the 10% specified, and the power factor is 98.4% which is greater than the 90% specified. The ballasts are mounted firmly inside the light fixture and operate on a pre-heat starting circuit. The light output of the fixture varies 56% over the range of 200 to 300 VAC. The light output is not consistent as called out in Section 12.7 of Light Fixture Design specification



EXHIBIT

P

ALL-STATE LEGAL®

1:05CV01837
(PLF/DAR)

Amtrak 3199



Amtrak
Lighting Fixtures

Findings
Field Survey

for Amtrak Luminaire Development and Fabrication Northeast Corridor Stations. This electronic ballast does not have enough voltage regulation.

**Structural Fixture Installment Analysis:**
The rusted straps seen on light fixtures at Wilmington and Washington are not fabricated from stainless steel as called out in Section 7.11 of Light Fixture Design specification for Amtrak Luminaire Development and Fabrication Northeast Corridor Stations. The luminaire should use stainless steel straps so the straps won't corrode.

Amtrak 3200