1

1   IN THE UNITED STATES DISTRICT COURT FOR THE

2        DISTRICT OF COLUMBIA

3            * * *

4   NATIONAL RAILROAD          :

5   PASSENGER CORPORATION,  :

6        Plaintiff,   :

7        -vs-         :

8   FORUM, INC.,         :   NO. 1:05CV01837

9        Defendant and  :

10   Third-Party Plaintiff, :

11        -vs-         :

12   ADVANCE TRANSFORMER, CO.:

13   and SOUTHCO, INC.,    :

14   Third-Party Defendants. :

15            * * *

16        Oral deposition of ELLEN TAYLOR, held

17   in the law offices of Dickie, McCamey and

18   Chilcote, P.C., Public Ledger Building, Suite

19   901, 150 South Independence Mall, Philadelphia,

20   Pennsylvania 19106, on Thursday, February 8,

21   2007, beginning at 10:10 a.m., before Felicia

22   Kaplan, a Court Reporter and Notary Public.



1:05CV01837
(PLF/DAR)

ELLEN TAYLOR

28

1  Q. Does that mean you would pay the bills
2  as they came in for the invoices?
3  A. Yes.
4  Q. What else?
5  A. That's it.
6  Q. So if I understand correctly, the -- your
7  involvement was selecting the contractor or
8  selecting the supplier and then did administering,
9  if I can say that, the funding, that is the payment
10  of the invoices as they came in from the company
11  that had been selected, the supplier?
12  A. Yes.
13  Q. Did you have any involvement with the
14  development of the fixtures themselves? In
15  other words, did you have any meetings, did
16  you have any discussions with anybody about
17  the characteristics of the fixtures, what you
18  wanted to see, either a concept or anything
19  more specific than that?
20  A. In what time frame?
21  Q. Well, if I understand it, this would
22  have been in 1998, you would have just gotten
23  there. But if I understand correctly, those
24  mockups went in in March of 1999, so it would

ELLEN TAYLOR

29

1  have been before that.

2  A.  So are you asking prior to the mockup

3  or --

4  Q.  Yes.

5  A.  Prior to the mockup, yes.

6  Q.  Can you describe that for us, what kind of

7  involvement would you have had in the design?

8  A.  There was group discussions about what the

9  fixtures' goals were in terms of its look.

10 Q.  And when you say you had meetings, who

11 was at those meetings?

12 A.  There was a workshop session, a series

13 of workshop sessions that involved the design

14 team and various representatives from various

15 departments within Amtrak.

16 Q.  How many times would those workshop sessions

17 occur before the fixture was selected?

18 A.  We probably had workshops every four to six

19 weeks throughout the course of the project.

20 Q.  And would the project have started

21 essentially with your hire?

22 A.  I was hired to implement that portion

23 of the program.  There was consideration of

24 the station issues prior to my hire, which is

ELLEN TAYLOR

43

1   Q.   Okay. Was it your understanding that

2   after the award of phase two was conveyed to

3   Forum, that at least from your perspective

4   Forum was authorized to then begin production

5   of the fixtures, manufacturing the fixtures?

6   A.   That's my understanding.

7        MR. ZOFFER: Let's mark this as

8        153.

9        * * *

10       (Whereupon, at this time, Exhibit

11       153 was marked for identification by

12       the court reporter.)

13       * * *

14  BY MR. ZOFFER:

15  Q.   Miss Taylor, from time to time during

16  the deposition, I'll refer to certain document

17  numbers that your counsel's pointing out to

18  you is located in the bottom -- usually in

19  the bottom right corner.

20       This document is Amtrak Number 2931

21  through 2933, and I'll ask you if you could

22  just identify that letter for us?

23  A.   This is the Amtrak Station Platform

24  Edge Luminaires - invitation to bid.

ELLEN TAYLOR

44

1  Q. And it appears to have your signature

2  at the end of the letter; is that right?

3  A. Yes.

4  Q. And is this the letter that you had

5  sent to Forum that would have invited them

6  originally to participate in the program and

7  to develop fixtures for manufacture for Amtrak's

8  northeast corridor station platforms?

9  A. Yes.

10 Q. Do you recall if this is the first

11 contact that you made with Amtrak relative to

12 this project?

13     MR. NEAL: Do you mean Forum?

14     MR. ZOFFER: I'm sorry, yes, Forum.

15     THE WITNESS: No, I don't remember.

16 BY MR. ZOFFER:

17 Q. From the date on the letter, it appears

18 that Forum was invited to bid on this project

19 on August 18, 1998; any reason to disagree or

20 doubt that date?

21 A. No.

22 Q. If you look at the next page of that

23 letter, you indicate near the top there that

24 it's Amtrak's intent to seek design and

ELLEN TAYLOR

45

1  fabrication refinement to the development of

2  prototype mockups by multiple vendors. Do

3  you see that?

4  A.  Yes.

5  Q.  What did you mean by, "fabrication

6  refinement," what does that refer to?

7  A.  The engineering department wanted the

8  option to make modifications to any of the

9  fixtures based upon what happened during the

10 mockup.

11 Q.  And so by this letter, you're communicating

12 that intent to Forum?

13 A.  Yes.

14 Q.  Throughout the course of the project, is

15 that, in fact, what went on? In fact, were there

16 modifications that were made to the design of

17 the fixtures by the Amtrak engineers?

18 A.  I don't remember.

19 Q.  If you look at the next paragraph, which

20 is really just a sentence, you indicate that

21 it will be Amtrak's intention pursuant to the

22 contract to reserve all rights to the product

23 design. Do you see that?

24 A.  Yes.

ELLEN TAYLOR

109

1    that -- that my opinion initially was

2    that the problem was with the installation.

3    BY MR. ZOFFER:

4    Q.   And I guess my question is does that --

5    did that change at some point, or do you still

6    believe that to be the case?

7    A.   There were other issues that came up that

8    could have been a result of installation, that

9    could have been the result of other conditions,

10   and I don't know.

11   Q.   In paragraph three of this e-mail, I

12   had asked you earlier about what happened to

13   the Route 128 fixtures, and this e-mail

14   indicates -- and, again, I'm wondering if

15   this refreshes your recollection -- that

16   assuming you are ET, as referred to in this

17   e-mail, it says is taking some of the used

18   lamps for spare stock and some are being left

19   to Route 28 and some are being sent to Providence.

20   Do you see that?

21   A.   I see that.

22   Q.   Does that help at all with what happened to

23   those fixtures?

24   A.   No, and I wouldn't assume that ET would

ELLEN TAYLOR

121

1  correctly, of a first billing and then the

2  last billing, can we assume that the fixtures

3  themselves then would have been delivered at

4  these various stations between those two

5  billing periods?

6      MR. NEAL: Same objection, also

7      lacks foundation, but you can answer.

8      THE WITNESS: Well, if your question is

9      can that be an assumption, it can certainly

10     be an assumption, I don't know.

11 BY MR. ZOFFER:

12 Q.  Do you know what these first and last

13 billing dates refer to?

14 A.  Based on the context of this chart, no.

15 Q.  There's an indication in the next paragraph

16 that says the new lights were originally installed

17 at the seven stations in late 1999 and early 2000.

18     Does that sound right to you in terms of

19 time frame?

20 A.  Yes.

21 Q.  And then it indicates Amtrak personnel

22 installed the lights at Washington, Baltimore

23 and Wilmington and that contractors were

24 hired. I assume that means other than Amtrak

ELLEN TAYLOR

122

1   people were hired to install the lights at

2   these other stations, New Haven, New London

3   and Route 128.

4       Is that also your understanding of how

5   that was done in terms of the installation,

6   essentially the breakdown of the installation

7   forces?

8   A.   There's a couple of stations that I'm

9   not sure, but, yes, there was a division where

10  some were installed by Amtrak and some were

11  installed by contractors.

12  Q.   You can't tell us whether those are the

13  ones that are the ones identified in this

14  report?

15      In other words, do you know who installed

16  the fixtures at the Washington Station?

17  A.   In Washington, Baltimore and Wilmington,

18  they were installed by Amtrak personnel.

19  Q.   Okay.

20  A.   In Philadelphia, I don't remember whether a

21  labor waiver, variance, whatever they call it

22  was in place such that a contractor could install,

23  I don't remember.  I don't recall payment.

24  Q.   If you -- with respect to Route 128, if