IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | ) ) ) |
| Plaintiff, | ) ) Civil Action No.: 1:05CV01837 |
| v. | ) ) Judge Paul L. Friedman |
| FORUM, INC., | ) ) Magistrate Judge Deborah A. Robinson |
| Defendant and Third-Party Plaintiff, | ) ) ) |
| v. | ) **FILED ELECTRONICALLY** ) ) |
| ADVANCE TRANSFORMER, CO. and SOUTHCO, INC., | ) ) ) |
| Third-Party Defendants. | ) |

## NOTICE OF ERRATA

AND NOW, comes Defendant and Third-Party Plaintiff, Forum, Inc., (hereinafter "Forum") by and through its attorneys, Dickie, McCamey & Chilcote, P.C., and files this Notice of errata as follows:

Forum, Inc. respectfully requests that the attached Statement of Material Facts be submitted along with its previously filed Motion for Summary Judgment.

Dated: February 12, 2007

Respectfully submitted,

By: /s/ Steven W. Zoffer
 Steven W. Zoffer, Esquire
 D.C. Bar #435772
 Dickie, McCamey & Chilcote, P.C.
 Two PPG Place, Suite 400
 Pittsburgh, PA  15222
 (412) 281-7272 (Telephone)
 (412) 392-5397 (Facsimile)
 szoffer@dmclaw.com

*Counsel for Defendant/Third-Party Plaintiff, Forum, Inc.*