```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA

NATIONAL RAILROAD PASSENGER   )
CORPORATION,                  )
                              )
         Plaintiff            )  Civil Action No.  1:05CV01837
    v.                        )
                              )  District Judge Paul L. Friedman
FORUM, INC.,                  )
                              )
         Defendant/           )  MOTION FOR SUMMARY JUDGMENT
         Third Party          )
         Plaintiff            )  ELECTRONICALLY FILED
    v.                        )
                              )
ADVANCE TRANSFORMER, CO. and  )
SOUTHCO, INC.,                )
                              )
         Third Party          )
         Defendants           )
```

## MOTION FOR SUMMARY JUDGMENT
## OF THIRD PARTY DEFENDANT SOUTHCO INC.

Pursuant to Rule 56 Fed.R.Civ.Pro., Third Party Defendant Southco, Inc. ("Southco") moves this Court for an Order granting summary judgment in its favor and against Defendant and Third Party Plaintiff Forum, Inc. ("Forum"). A Memorandum of Points and Authorities, a Statement of Material Facts, and a proposed Order are filed with this Motion pursuant to LCvR 7 and 56.1 and the Court's Minute Order dated August 25, 2006.

This Motion is made, and summary judgment is warranted, on the basis that Forum's claims against Southco are barred by the applicable statutes of limitations, and for such additional

reasons as are addressed in Southco's Memorandum of Points and Authorities, which is incorporated herein by reference.

WHEREFORE, third party defendant Southco requests that this Court enter summary judgment in its favor and against defendant Forum on all of its claims.

Dated: February 12, 2007               MEYER, UNKOVIC & SCOTT LLP

                                       By: /s/Russell J. Ober, Jr.
                                           Russell J. Ober, Jr.
                                           D.C.ID#PA0021
                                           rjo@muslaw.com

                                           /s/Patricia L. Dodge
                                           Patricia L. Dodge
                                           D.C.ID#PA0020
                                           pld@muslaw.com

                                           1300 Oliver Building
                                           Pittsburgh, PA  15222
                                           (412) 456-2800
                                           (412) 456-2864/Fax

                                           ATTORNEYS FOR THIRD-PARTY
                                           DEFENDANT SOUTHCO, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copy of the foregoing Motion for Summary Judgment Limited to the Issue of Statute of Limitations was served upon all counsel of record electronically (via the Court's Electronic Case Filing System), this 12th day of February, 2007, addressed as follows:

>Stephen Lybrook Neal, Jr., Esquire
>Manatt, Phelps & Phillips, L.L.P.
>700 12th Street, NW
>Suite 1100
>Washington, DC  20005
>
>Philip John Harvey, Esquire
>Venable, Baetjer & Howard LLP
>8010 Towers Crescent Drive
>Vienna, VA  22182
>
>Steven W. Zoffer, Esquire
>Dickie McCamey & Chilcote, P.C.
>Two PPG Place, Suite 400
>Pittsburgh, PA  15222
>
>Joseph Brooks, Esquire
>Morgan Lewis & Bockus, LLP
>1111 Pennsylvania Avenue, NW
>Washington, DC  20004-2541

/s/Russell J. Ober, Jr.