IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, ) ) ) | |
| Plaintiff ) | Civil Action No. 1:05CV01837 |
| v. ) ) | |
| FORUM, INC., ) ) | District Judge Paul L. Friedman |
| Defendant/ ) Third Party ) Plaintiff ) | <u>ELECTRONICALLY FILED</u> |
| v. ) ) | |
| ADVANCE TRANSFORMER, CO. and ) SOUTHCO, INC., ) ) | |
| Third Party ) Defendants ) | |

<u>ORDER OF COURT</u>

AND, NOW, this _____ day of _____, 2007, upon consideration of the Motion for Summary Judgment filed by third party defendant Southco, Inc., it is hereby ORDERED that said Motion is GRANTED, and defendant Forum, Inc.'s claims against Southco, Inc. are dismissed with prejudice.

_____
United States District Judge

COUNSEL TO BE NOTIFIED:

    Stephen Lybrook Neal, Jr., Esquire
    Manatt, Phelps & Phillips, L.L.P.
    700 12th Street, NW
    Suite 1100
    Washington, DC  20005

    Philip John Harvey, Esquire
    Venable, Baetjer & Howard LLP
    8010 Towers Crescent Drive
    Vienna, VA  22182

    Steven W. Zoffer, Esquire
    Dickie McCamey & Chilcote, P.C.
    Two PPG Place, Suite 400
    Pittsburgh, PA  15222

    Joseph Brooks, Esquire
    Morgan Lewis & Bockus, LLP
    1111 Pennsylvania Avenue, NW
    Washington, DC  20004-2541

    Russell J. Ober, Jr., Esquire
    Patricia L. Dodge, Esquire
    Meyer, Unkovic & Scott, LLP
    1300 Oliver Building
    Pittsburgh, PA  15222