```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA

NATIONAL RAILROAD PASSENGER    )
CORPORATION,                   )
                               )
          Plaintiff            )   Civil Action No. 1:05CV01837
     v.                        )
                               )   District Judge Paul L. Friedman
FORUM, INC.,                   )
                               )
          Defendant/           )   STATEMENT OF MATERIAL FACTS
          Third Party          )
          Plaintiff            )
     v.                        )
                               )
ADVANCE TRANSFORMER, CO. and   )
SOUTHCO, INC.,                 )   ELECTRONICALLY FILED
                               )
          Third Party          )
          Defendants.          )
```

## THIRD PARTY DEFENDANT SOUTHCO, INC'S
## STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to LCvR 7(h) and in support of its Motion for Summary Judgment, third party defendant Southco, Inc. ("Southco"), by its undersigned counsel, makes this statement of material facts as to which there is no genuine dispute:

1. Defendant Forum, Inc. ("Forum") is a Pennsylvania corporation which is engaged in the business of manufacturing lighting fixtures for commercial installations. (Transcript of deposition of Paula Lynn Garrett, hereinafter "Garrett D.T.", pp. 9-12, true and correct copies of the relevant portions of

which are included in the Appendix to this statement under Tab A).

2. In approximately mid-1998, plaintiff National Railroad Passenger Corporation ("Amtrak") contacted defendant Forum about supplying lighting fixtures to Amtrak (the "Fixtures") for use in stations along the Northeast Corridor route, which extends from Washington, D.C. to Boston (the "Northeast Corridor"). (Garrett D.T., pp. 13-15, 18).

3. In or about April of 1999, Forum manufactured and provided to Amtrak a prototype of the Fixtures, which Amtrak reviewed and approved. (Garrett D.T., pp. 29-31).

4. Because Forum did not manufacture all of the component parts of the Fixtures, it selected products of other manufacturers to incorporate into the design. (Garrett D.T., pp. 33-36).

5. Forum contacted Southco, which maintains a principal place of business in Pennsylvania, about supplying latches which would secure the acrylic lenses of the Fixtures (the "Latches"). (Garrett D.T., pp. 32-33, 47, 80-81; Third Party Complaint, ¶¶ 5, 32). The Latches are sometimes referred to as "clips." (Garrett D.T., p. 57).

6. The Southco Latches in which Forum was interested were not custom made. Rather, Forum selected standard Latches from

Southco's catalogue. (Transcript of deposition of Gerald B. McCall, Jr., hereinafter "McCall D.T.," pp. 93, 96, true and correct copies of the relevant portions of which are included to the Appendix under Tab B; Garrett D.T., p. 36-37).

7. The Latches that Forum selected are referenced by Southco as Item No. 97-30-160-12. Forum submitted a purchase order dated June 15, 1999 pursuant to which it purchased 39,300 of these Latches. (Garrett D.T., pp. 37-39; Deposition Ex. No. 2, a true and correct copy of which is included in the Appendix under Tab C; Transcript of deposition of Cathy Mannix, hereinafter "Mannix D.T.," pp. 37-38, true and correct copies of the relevant portions of which are included in the Appendix under Tab D).

8. Forum received shipments of the Latches between July 16, 1999 and March 3, 2000. (Garrett D.T., pp. 45-46; Deposition Ex. No. 2).

9. Southco delivered the Latches to Forum in seven shipments as follows: (1) 8,300 units shipped on or about July 14, 1999 and received by Forum on or about July 16, 1999; (2) 8100 units shipped on or about August 3, 1999 and received by Forum on or about August 5, 1999; (3) 3,500 units shipped on or about August 6, 1999 and received by Forum on or about August 13, 1999; (4) 2,300 units shipped on or about August 8, 1999 and

received by Forum on or about September 2, 1999; (5) 5,700 units shipped on or about October 1, 1999 and received by Forum on or about October 6, 1999; (6) 3,200 units shipped on or about December 30, 1999 and received by Forum on or about January 11, 2000; and (7) 8,200 units shipped on or about March 1, 2000 and received by Forum on or about March 3, 2000. (McCall D.T., pp. 59-71; Deposition Ex. No. 48, a true and correct copy of which is included in the Appendix under Tab E; Garrett D.T., pp. 45-46; Deposition Ex. No. 2).

10. Forum incorporated the Latches into its design of the Fixtures and shipped the Fixtures directly to specific Amtrak stations as instructed by Amtrak. By February of 2001, shipments of the Fixtures had been completed. (Garrett D.T., pp. 53-55).

11. Amtrak hired contractors to install the Fixtures throughout the Northeast Corridor. (Garrett D.T., pp. 48-49, 96).

12. Southco did not engage in any direct communications with Amtrak or its contractors with respect to the Northeast Corridor project. (McCall D.T., pp. 98-99, 115, 162).

13. By no later than April of 2002, all of the Fixtures had been installed. (Garrett D.T., p. 77).

14. Southco provided a one-year repair and replacement warranty in connection with the Latches. The warranty period began to run from the date of shipment of the product. (McCall D.T., pp. 37-42; Deposition Ex. No. 1, a true and correct copy of which is included in the Appendix under Tab F; Deposition Ex. No. 40, a true and correct copy of which is included in the Appendix under Tab G; Garrett D.T., pp. 91-93).

15. In or about February or March of 2000, Forum informed Southco of reports it had received from Amtrak that the Latches were rusting and breaking in the field. (Garrett D.T., pp. 69-70).

16. Notification of the problem concerning the Latches in the field was also provided by letter dated September 25, 2000 from Bernard Kapus, Manufacturing Manager of Forum, to Cathy Mannix, Quality Technician for Southco. (Mannix D.T., p. 39, Deposition Ex. No. 55, a true and correct copy of which is included in the Appendix under Tab H).

17. On October 21, 2000, the Senior Manager and owner of Forum, Paula Garrett, and Don Dziubaty, Vice President of Forum, traveled to Boston and observed the installation at the Boston station. They concluded that any problems associated with the Latches were not quality issues but rather, installation issues. Transcript of deposition of Theodore Donald Dziubaty,

hereinafter "Dziubaty D.T.," true and correct copies of the relevant pertinent portions of which are included in the Appendix under Tab I, pp. 13-14, 64-65; Garrett D.T., pp. 9, 61-64).

18. The reports of the Latches rusting and breaking in the field persisted throughout 2000 and 2001. (Garrett D.T., pp 70; Mannix D.T., pp. 68-70; Deposition Ex. No. 58, a true and correct copy of which is included in the Appendix under Tab K).

19. By letter dated July 23, 2001, Michael Bachich, who was then the General Manager of Diversified Markets for Southco, advised Forum that as an accomodation to Forum, the one-year warranty provided for in Southco's standard Terms and Conditions of Sale (the "Terms and Conditions") would begin to run once the Latches were actually placed in the field. (Affidavit of Michael Bachich, hereinafter "Bachich Aff.," a true and correct copy of which is included in the Appendix under Tab J, ¶ 4; Garrett D.T., pp. 100-105).

20. This proposed warranty period was to be in *lieu* of Southco's standard one-year warranty period which begins to run upon delivery of the latches as stated in Southco's Terms and Conditions. (Bachich Aff., ¶ 6; Garrett D.T., pp. 100-105).

21. The language contained in the July 21, 2003 letter did not "extend" the warranty because it did not lengthen the

warranty period or provide an additional warranty period to Forum. (Bachich Aff., ¶ 7; Garrett D.T., pp. 100-105).

22. Instead, the modification was proposed to track the time frame of the warranty that Forum provided to Amtrak with respect to the lighting fixtures that it shipped to Amtrak. (Bachich Aff., ¶ 8; Garrett D.T., pp. 100-105).

23. Forum did not ship any Fixtures to Amtrak after September or October of 2001. (Garrett D.T., p. 56).

24. Between 2001 and 2003, Forum did not report any activity to Southco with respect to the Latches. (McCall D.T., pp. 149-150).

25. On or about April 22, 2003, Paula Garrett sent a letter to Gerald McCall, Sales Manager for Southco, in which she indicated that the Latches were continuing to fail in the field. (McCall D.T., pp. 148-150; Deposition Ex. No. 17, a true and correct copy of which is attached to the Appendix under Tab L).

26. In response to this letter, Southco requested that Forum submit its claims and/or a proposed solution in writing. (McCall D.T., pp. 150-151).

27. Thereafter, Southco received no further communication from Forum regarding issues with the Latches. (McCall D.T., pp. 150-152).

- 8 -

28. On May 9, 2006, Forum filed its Third Party Complaint against Southco. (Electronic Docket Entry No. 13).

Dated: February 12, 2007        MEYER, UNKOVIC & SCOTT LLP

By: /s/Russell J. Ober, Jr.
    Russell J. Ober, Jr.
    D.C.ID#PA0021
    rjo@muslaw.com

/s/Patricia L. Dodge
Patricia L. Dodge
D.C.ID#PA0020
pld@muslaw.com

1300 Oliver Building
Pittsburgh, PA   15222
(412) 456-2800
(412) 456-2864/Fax

ATTORNEYS FOR THIRD-PARTY
DEFENDANT SOUTHCO, INC.

## INDEX TO EXHIBITS

A.  Excerpts of transcript of deposition of Paula Lynn Garrett.

B.  Excerpts of transcript of Gerald B. McCall, Jr.

C.  Deposition Exhibit No. 2.

D.  Excerpts of transcript of deposition of Cathy Mannix.

E.  Deposition Exhibit No. 48.

F.  Deposition Exhibit No. 1.

G.  Deposition Exhibit No. 40.

H.  Deposition Exhibit No. 55.

I.  Excerpts of transcript of deposition of Theodore Donald Dziubaty.

J.  Deposition Exhibit No. 58.

K.  Affidavit of Michael Bachich.

L.  Deposition exhibit No. 17.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing Statement of Undisputed Facts was served upon all counsel of record electronically (via the Court's Electronic Case Filing System), this 12th day of February, 2007, addressed as follows:

Stephen Lybrook Neal, Jr., Esquire
Manatt, Phelps & Phillips, L.L.P.
700 12th Street, NW
Suite 1100
Washington, DC  20005

Philip John Harvey, Esquire
Venable, Baetjer & Howard LLP
8010 Towers Crescent Drive
Vienna, VA  22182

Steven W. Zoffer, Esquire
Dickie McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222

Joseph Brooks, Esquire
Morgan Lewis & Bockus, LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004-2541

/s/Russell J. Ober, Jr.