EXHIBIT "A"

1

1

2        IN THE UNITED STATES DISTRICT COURT

         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3

                         - - - - -

4

   NATIONAL RAILROAD           )

5  PASSENGER CORPORATION,      )

                               )

6           Plaintiff,         )

                               )

7           vs.                )  Civil Action

                               )

8  FORUM, INC.,                )  No. 1:05CV01837

                               )

9           Defendant          )

             and               )

10          Third-Party        )

           Plaintiff,          )

11                             )

12          vs.                )

                               )

   ADVANCE TRANSFORMER          )

13 CO., AND SOUTHCO, INC.,)

                               )

14          Third-Party        )

           Defendants.         )

15

16                   - - - - -

17

       DEPOSITION OF PAULA LYNN GARRET

18

19

   REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED

20 WITHOUT AUTHORIZATION FROM THE CERTIFYING

   AGENCY

21

                     - - - - -

22

23            **ORIGINAL**

24

25

2

1

2        DEPOSITION OF PAULA LYNN GARRET

3    a witness herein, called by the Third-Party

4    Defendant Southco for examination, taken

5    Pursuant to the Federal Rules of Civil

6    Procedure, by and before Cheri A. Redlinger, a

7    Professional Court Reporter and Notary Public

8    in and for the Commonwealth of Pennsylvania, at

9    the law offices of Meyer, Unkovic & Scott, 1300

10   Oliver Building, Pittsburgh, Pennsylvania, on

11   Monday, October 30, 2006, at 9:35 a.m.

12   COUNSEL PRESENT:

13   For the Plaintiff National Railroad Passenger
     Corporation:
14
         Manatt, Phelps & Phillips
15       by Stephen L. Neal, Jr., Esq.
         and Christopher T. Koegel, Esq.
16
     For the Defendant Forum, Inc.:
17
         Dickie, McCamey & Chilcote
18       by Steven W. Zoffer, Esq.
         and David McKenery, Esq.
19
     For the Defendant Advance Transformer:
20
         Morgan, Lewis & Bockius
21       by Joseph Brooks, Esq.

22   For the Defendant Southco, Inc.:

23       Meyer, Unkovic & Scott
         by Russell J. Ober, Jr., Esq.
24

25

6

1

2                    P R O C E E D I N G S

3                         - - - - -

4                    PAULA LYNN GARRET

5    a witness herein, having been first duly sworn,

6    was examined and testified as follows:

7                       EXAMINATION

8    BY MR. OBER:

9         Q.    Would you state your full name for

10    the record, please?

11         A.    Paula Lynn Garret.

12         Q.    It's my understanding that you are

13    appearing here today as the designated

14    representative of Forum, Inc.  Is that your

15    understanding?

16         A.    Yes.

17         Q.    We provided your lawyer some time

18    ago with an Amended Notice of Deposition of

19    Forum, Inc., and I'm going to just hand you a

20    copy of this so you have it in front of you and

21    there are some additional copies if anybody

22    wants them.  This notice identifies various

23    areas of inquiry that I'll be covering today

24    with you.  Have you had a chance to review this

25    before today?

1              P. Garret - by Mr. Ober

2    question.  Do you have any reason to believe

3    that any of the information contained in these

4    Interrogatory Answers is not true and correct

5    to the best of your knowledge, information and

6    belief?

7          A.    No.

8          Q.    I would ask you to just keep those

9    things in front of you because during the

10   course of the deposition, we are likely to be

11   referring back to one or the other.  Okay?

12         A.    Yes.

13         Q.    What is your position with Forum,

14   Inc.?

15         A.    I'm the senior manager.  I'm the

16   owner of our small family-owned business.

17         Q.    I take it that Forum, Inc. is an

18   incorporated entity?

19         A.    Yes.

20         Q.    Is it incorporated in Pennsylvania?

21         A.    Delaware.

22         Q.    Headquartered in Pennsylvania; is

23   that right?

24         A.    Yes.

25         Q.    Where is the principal place of

10

1              P. Garret - by Mr. Ober

2      business of Forum, Inc. at the moment?

3          A.    In Fox Chapel.

4          Q.    What is the address?

5          A.    908 Old Freeport Road.

6          Q.    How long has it been at that

7      location?

8          A.    Since November of 2001.

9          Q.    Where was it located before that?

10         A.    Across the river in Pittsburgh at

11     214 North Lexington.

12         Q.    How long has the company been in

13     business?

14         A.    Dad started the company -- I believe

15     it was 1964.

16         Q.    You said it was started by your

17     father?

18         A.    Yes.

19         Q.    What was his name?

20         A.    Norman Garret.

21         Q.    How would you describe the business

22     of Forum, Inc.?

23         A.    We manufacture quality commercial

24     lighting fixtures.

25         Q.    Has the company been in that

11

1               P. Garret - by Mr. Ober

2    business since 1964?

3          A.    Yes.

4          Q.    Are you the president of the

5    company?

6          A.    There isn't a president per se.  My

7    father just passed away a year and a half ago

8    and out of respect for him, my brother and I,

9    neither one of us use that title on a regular

10   basis, but I would be the senior ranking

11   officer.

12         Q.    What is your brother's name?

13         A.    Jonathan.

14         Q.    Is he also an officer?

15         A.    Yes.

16         Q.    Are there any other officers other

17   than you and your brother?

18         A.    I have a sister who is not involved

19   in the business.

20         Q.    But she holds an office with the

21   company?

22         A.    No.  I'm sorry.  She is a

23   shareholder.

24         Q.    How many shareholders are there?

25         A.    There are the four in the family,

12

P. Garret - by Mr. Ober

2    and we have a minority shareholder who is

3    outside of the family.

4          Q.    The minority shareholder, is that

5    someone who was an employee at some point along

6    the way?

7          A.    Yes.

8          Q.    He or she?

9          A.    He.

10         Q.    How many employees of the company do

11   you presently have?

12         A.    Approximately 30.

13         Q.    When you say you manufacture

14   commercial lighting fixtures, can you be a

15   little more specific?  Describe for me the

16   kinds of fixtures that you make.

17         A.    We make approximately 30 standard

18   lines of fixtures.  They are fixtures that

19   would be manufactured for commercial

20   installations, hotels, offices, airports,

21   et cetera.

22         Q.    Are they like these lights in this

23   room?

24         A.    No.

25         Q.    What are they like?

13

1               P. Garret - by Mr. Ober

2          A.    They are typically indirect lighting

3     fixtures, indirect or direct.  These

4     (indicating) are very inexpensive standard

5     product.  I'm sorry.  Couldn't resist.

6          Q.    I will take that up with the

7     building owner.

8          A.    We could provide far better fixtures

9     for you, far more comfortable lighting, too.

10         Q.    I have no doubt.  In any event, I'm

11    having a little trouble visualizing what you

12    make.  I take it you make things for both

13    indoor and outdoor use?

14         A.    Yes, we do.  Typically our lighting

15    fixtures are not recessed in the ceiling the

16    way these are.  They would be mounted in the

17    ceiling and hung by stem, by cables, by arms so

18    indirect lighting typically shines up and then

19    bounces down.

20         Q.    For outdoor use, what kind of

21    fixtures do you make?

22         A.    Same thing.  They are indirect and

23    direct lighting fixtures.

24         Q.    At some point, as I understand it,

25    your company had the opportunity to supply

14

1              P. Garret - by Mr. Ober

2    lighting fixtures to Amtrak; is that right?

3         A.    Yes.

4         Q.    When did your company Forum, Inc.

5    First engage in discussions with Amtrak about

6    the prospect of providing lighting fixtures for

7    it?

8         A.    In mid-1998.

9         Q.    Who at your company dealt with

10   Amtrak in mid-1998?

11        A.    I did.

12        Q.    How did it come to pass that you had

13   dealings with Amtrak in mid-1998?

14              MR. ZOFFER:  Objection to

15   form.  Go ahead if you understand it.

16        Q.    Really all I'm trying to get to is

17   this.  Let me ask the question a different way.

18   Prior to mid-1998, was Amtrak a customer of

19   Forum, Inc.?

20        A.    No.

21        Q.    How did you go about establishing a

22   relationship with Amtrak or, conversely, how

23   did Amtrak go about establishing a relationship

24   with Forum, Inc.?

25        A.    Amtrak contacted us.

1               P. Garret - by Mr. Ober

2        Q.    Who at Amtrak contacted you?

3        A.    I don't recall who the initial

4    inquiry was from.

5                    (Discussion held off the

6    record.)

7                    (Answer read back.)

8        Q.    How did you receive the initial

9    inquiry?  Was it a telephone call?  Was it

10   letters?  Something else?

11       A.    Again, I don't remember.  It would

12   have been one of those two.  It would have been

13   a phone call or a letter.  I can't remember.

14   It has been too long.

15       Q.    Do you remember what it is that

16   Amtrak wanted?

17                    MR. ZOFFER:  Object to the

18   form.  Go ahead though if you understand.

19       A.    The inquiry would have been as to us

20   supplying lighting fixtures for them.

21       Q.    Is that all you can remember?  You

22   can't remember what kind of lighting fixtures,

23   where they were located, what kind of budget

24   you were going to work with?

25       A.    They didn't give us a budget.

16

```
 1              P. Garret - by Mr. Ober
 2        Q.    What about those other things I
 3   mentioned?
 4        A.    They spoke to us about or wrote to
 5   us about supplying lighting fixtures for the
 6   platforms, for the train platforms.
 7        Q.    Where?
 8        A.    I can't remember if they were
 9   specific to the stations.  We knew they were
10   the northeast corridor.
11        Q.    Do you know whether or not there
12   were other companies that were being contacted
13   by Amtrak other than Forum, Inc.?
14        A.    I did not at the time.
15        Q.    Did you subsequently learn whether
16   there were other companies contacted?
17        A.    Yes.
18        Q.    What did you learn?
19        A.    We learned that there were two other
20   companies contacted.
21        Q.    Did you come to learn how it was
22   that Amtrak contacted Forum, Inc. since there
23   had been no prior relationship between the two
24   entities?
25        A.    I don't understand what you're
```

17

P. Garret - by Mr. Ober

asking.

Q.    I'm just trying to find out if you
ever came to learn what prompted Amtrak to call
Forum since you did not have a previous
relationship with them?

A.    A specifier in New York City who was
hired by Amtrak recommended us along with the
two other fixture manufacturers.

Q.    Who is the specifier in New York
City?

A.    Fisher, Marantz & Stone.

Q.    What kind of entity is that?

A.    They would be in better shape to
answer that, but they are a lighting specifier.

Q.    I don't know what a specifier is.
Can you explain that to me?

A.    I can try.  Fisher, Marantz & Stone
is hired by architects, sometimes by an end
user like Amtrak to recommend manufacturers to
supply lighting fixtures for a particular
installation.

Q.    Had you in the past -- when I say
you, I mean Forum -- had occasion to have
dealings with Fisher, Marantz & Stone?

1          P. Garret - by Mr. Ober

2     A.     Yes.

3     Q.     How would you describe the general

4  nature of your dealings with Fisher, Marantz &

5  Stone prior to the Amtrak contact?

6     A.     Fisher, Marantz & Stone is one of

7  the lighting specifiers in New York City who we

8  routinely call on, regularly call on to present

9  our lighting fixtures and our lighting

10  capabilities.

11     Q.     When you were first contacted by

12  Amtrak about providing lighting fixtures to

13  stations in the northeast corridor, did the

14  person or persons from Amtrak tell you what

15  kind of lighting fixtures it wanted?

16     A.     Yes.

17     Q.     What were you told?

18     A.     They provided us with drawings.

19     Q.     I take it that Amtrak was interested

20  in having custom made fixtures as opposed to

21  off-the-shelf varieties?

22     A.     Definitely.  These are all custom

23  made.

24     Q.     Is Forum a company that in the past

25  has made custom lighting fixtures for

1                    P. Garret - by Mr. Ober

2          Q.     What were the circumstances of

3    Mr. Tan's departures from the company?

4          A.     He resigned.

5          Q.     And Mr. Kadlick?

6          A.     We terminated him.

7          Q.     For cause?

8          A.     We eliminated the position.

9          Q.     So you didn't fire him for being

10   incompetent or anything of that sort?

11         A.     No.

12                        (Discussion held off the

13   record.)

14         Q.     Now, tell me, you get an inquiry

15   from Amtrak and the company is told here are

16   some drawings of lighting fixtures that we are

17   interested in acquiring.  We want you to give

18   us a price, I assume.  Is that what happened?

19         A.     No.

20         Q.     Walk me through the process from the

21   time you first received the inquiry until

22   somebody at Amtrak told you that Forum had the

23   deal.

24         A.     I'll try.  When Amtrak initially

25   contacted us, they gave us the drawings and

30

1              P. Garret - by Mr. Ober

2     then they subsequently gave us the

3     specifications, the written specifications as

4     to what those drawings should include. We had a

5     series of meetings at Amtrak offices typically

6     in Philadelphia.  We also met with the

7     specifier in New York City.

8              In September of 1998, I believe,

9     Amtrak asked us to work with them to produce a

10    prototype.  We manufactured the prototype.

11    They gave us an order for the prototype which

12    was 480 feet of lighting fixtures in

13    Philadelphia.  We manufactured those, shipped

14    them to them in March.  They installed those

15    fixtures in March.  They reviewed those

16    fixtures, and they approved those fixtures in,

17    I believe it was, April of 1999.

18              Then in May of 1999, they gave us an

19    order for what they called phase 2 which was

20    the manufacture of those lighting fixtures for

21    the station in the northeast corridor.

22         Q.    The seven you mentioned?

23         A.    Yes.

24         Q.    Was Philadelphia one of the seven?

25         A.    Yes.

1                    P. Garret - by Mr. Ober

2          Q.    Did the prototype stay in place and

3    was just supplemented or was the prototype to

4    be replaced with new fixtures?

5          A.    I don't know what they did.

6          Q.    During the course of your answer,

7    you kept saying we did this and we did that.  I

8    would like to know with some greater

9    specificity who we are.  When you say we met

10   with the specifier, who is we?

11         A.    I use the we when I refer to Forum

12   so I apologize.

13         Q.    That's okay.

14         A.    Sometimes it's just me.  Sometimes

15   it was me with Don Dziubaty.

16         Q.    That's a new name to me.  Who is Don

17   Dziubaty?

18         A.    He is a minority shareholder.  He is

19   also our vice president of sales.

20         Q.    Would you be kind enough to spell

21   his name for the reporter?

22         A.    Yes, I will.  You would never guess

23   it otherwise.  It's D-Z-I-U-B-A-T-Y.

24         Q.    When you received the order to

25   create the prototype, I would like you to

32

1              P. Garret - by Mr. Ober

2     describe for me in as much detail as you can

3     recall the steps were that were involved from

4     the minute you were asked to create the

5     prototype until it was ready to be shipped out

6     the door.

7              MR. ZOFFER:  Object to the

8     form of the question.  Are you asking the steps

9     of the manufacturing process, Russ, or are you

10    asking for the steps?

11             MR. OBER:  Whatever they did.

12       Q.    I assume there was some engineering

13    involved so we had Joe Blow did this and this

14    and then we had to make some forms, and we had

15    to do this and that, whatever was involved.  Do

16    you understand the question?

17       A.    It's a very broad question.

18       Q.    Of course, it is and then we will

19    narrow it down because I'm sure there will be a

20    few little details that you might forget.  Just

21    give me an idea what was involved from the time

22    you got the order for the prototype until it

23    was ready to go out the door.

24             MR. ZOFFER:  Object to the

25    form of the question.  If you can answer it, go

1          P. Garret - by Mr. Ober

2    ahead.  If you can't, then you can tell him

3    that.

4          Q.    And tell me why.

5          A.    I'm not sure that I recall all that

6    was involved.

7          Q.    I can only ask you what you recall.

8          A.    We had a series of meetings with

9    Amtrak, representatives from Amtrak throughout

10   the fall and the winter or until the spring

11   actually.

12         Q.    From 1998?

13         A.    From 1998 into early 1999.

14         Q.    Okay.  Then what?

15         A.    We did everything necessary to

16   manufacture the lighting fixtures from calling

17   in component manufacturers like Southco,

18   discussing the spec with Southco, with Advance,

19   with others.  Our engineers then designed each

20   of the parts that would be manufactured.

21   Ultimately we assembled them.

22         We also contacted an independent

23   test lab because that was part of the

24   requirement of the specification, and we met

25   with them as well.

34

P. Garret - by Mr. Ober

1

2    Q.    Let's go back and maybe get a little

3    more specific.  You said in the late 1998 early

4    1999 time frame you had a series of meetings

5    with Amtrak representatives.  Who were the

6    representatives from Forum and who were the

7    representatives from Amtrak that participated

8    in those meetings?

9    A.    The representatives from Forum were

10   typically Don Dziubaty and me and Amtrak was a

11   constantly changing cast of folks in each of

12   the meetings with the only exception being I

13   believe Michael Latiff and Ellen Taylor were in

14   all of those meetings, I believe.

15   Q.    Where did these meetings take place?

16   A.    At Amtrak in Philadelphia.

17   Q.    You say that after that, your

18   engineers designed the parts to be

19   manufactured.  I'm assuming that these would be

20   not components purchased from third parties but

21   things that would actually be made by Forum; is

22   that right?

23   A.    The combination of manufactured and

24   purchased.  For example, when we design the

25   extrusion which was the body of the fixture, we

35

1                    P. Garret - by Mr. Ober

2    design the extrusion.  We don't manufacture it.

3    Those come in and we may send them out to be

4    painted.  We may cut them or they may come in

5    cut.

6         Q.    These fixtures that ultimately wound

7    up being purchased by Amtrak, what parts of

8    them were actually manufactured by Forum as

9    opposed to being supplied by third-party

10   component suppliers?

11        A.    Are you asking me for the individual

12   parts?

13        Q.    Yes.

14        A.    We would typically manufacture the

15   internal components, the tray, for example,

16   that the ballast sits in would come to us as a

17   flat piece of metal.  We would then bend it or

18   punch it.

19        Q.    Anything else?

20        A.    Same thing would be true for bridges

21   between the fixtures where it is a piece of

22   metal that we would machine.  We would purchase

23   the metal and we would machine it ourselves.

24        Q.    Anything else you can think of that

25   you actually made as opposed to bought from

36

1              P. Garret - by Mr. Ober

2    somebody else?

3         A.    No.

4         Q.    With respect to the latches that you

5    purchased from Southco, these were stock

6    latches, were they?

7                   MR. ZOFFER:  Objection to the

8    form of the question.  Go ahead if you

9    understand.

10        A.    I don't really understand what

11   you're asking.

12        Q.    Well, they were not custom made,

13   were they?

14        A.    No.

15        Q.    You were able to look in a catalog

16   and find what you were looking for; right?

17        A.    Yes.

18        Q.    I'm not going to mark this whole

19   thing as an exhibit, but is this the kind of

20   catalog that you looked at, 1999 catalog?

21        A.    It could have been, yes.

22        Q.    Do you know whether or not you have

23   that catalog, that Southco catalog at Forum?

24        A.    I don't know.  It's doubtful.

25        Q.    You probably would have thrown it

P. Garret - by Mr. Ober

2   away by now; right?

3       A.    Yes.

4       Q.    I marked what I think is what you

5   bought.  Can you take a look and tell me if --

6       A.    I wouldn't be able to without the

7   exact number in front of me.  I can tell you

8   that it looks like it is, but I would need the

9   exact number from our records.

10      Q.    We actually can help you out with

11  that in a little bit.  In fact, maybe we can do

12  that now.

13              MR. ZOFFER:  So you don't

14  intend on marking any of this as an exhibit?

15              MR. OBER:  Actually, what I

16  was planning on doing was this.  To copy that

17  entire catalog, 99 percent of which has nothing

18  to do with this case I thought might be a

19  little much so what we actually did was copy

20  some sections including that page and a few

21  other things that we thought might make more

22  sense.

23              MR. ZOFFER:  The answer is

24  some of it you may intend to mark?

25              MR. OBER:  Yes.  In fact, I

38

1                    P. Garret - by Mr. Ober

2    will do that because, as I said, most of that,

3    the vast majority of it has nothing to do with

4    this case.  Why don't we do this.  This is the

5    first deposition in this case so mark this as

6    Deposition Exhibit No. 1 and mark this as

7    Deposition Exhibit No. 2.

8                         (Garret Deposition Exhibit

9    Nos. 1-2 were marked for identification.)

10                        MR. OBER:  The partial catalog

11   is Exhibit No. 1.  No. 2 is the purchase order.

12   BY MR. OBER:

13       Q.    Would you be kind enough to take a

14   look at what has been marked for identification

15   as Deposition Exhibit No. 2 and let me ask you

16   if you, first of all, recognize this document?

17       A.    Yes, I do.

18       Q.    You will note down in the corner

19   there is a number FO 1232.  Do you see that?

20       A.    Yes, I do.

21       Q.    That indicates that this document

22   was actually produced by your company.  Could

23   you identify Deposition Exhibit No. 2?  By

24   identify, I mean tell me what it is.

25       A.    It's a purchase order from Forum to

39

1                    P. Garret - by Mr. Ober

2    Southco for the purchase of the draw latches

3    for the Amtrak fixtures.

4         Q.    Does this purchase order indicate a

5    quantity?

6         A.    Yes.

7         Q.    What is the quantity?

8         A.    39,300.

9         Q.    Does this also indicate a part

10   number?

11        A.    Yes, it does.

12        Q.    Could you tell me if the part number

13   that is specified in the purchase order is the

14   same as the part number for the latch that I

15   marked on the catalog?

16                    (Witness reviews document.)

17        A.    Yes.  It's over here (indicating).

18        Q.    What page is that?

19        A.    Page H17.

20        Q.    If you could, take a look at

21   Deposition Exhibit No. 1 which is the portion

22   of the catalog and take a look and see if that

23   page is reproduced there.  If it is not, then I

24   have screwed this up and I'll have to go and

25   make a copy of it.

1              P. Garret - by Mr. Ober

2    components?

3         A.    Yes.

4         Q.    We know that one of the other

5    component suppliers was Advance Transformer

6    because you have sued them.  Can you remember

7    the names of any of the other ones?

8         A.    The LED system was manufactured by

9    Remote Controls.

10        Q.    Where are they located?

11        A.    The Pittsburgh area.

12        Q.    Anybody else you can remember?

13        A.    I don't remember who manufactured

14   the lenses.  No.  I can't remember the names of

15   the other suppliers.

16        Q.    If we can go back to Deposition

17   Exhibit No. 2, it appears to me -- but I want

18   you to correct me if I'm wrong -- that all of

19   the initial Southco latches, the 39,300 were

20   delivered to Forum during the time frame

21   July 16, 1999 through January 11, 2000.  Am I

22   reading this right?

23        A.    That's what the notes on this

24   document indicate, yes.

25        Q.    Do you have any reason to believe

1              P. Garret - by Mr. Ober

2    that those notes aren't accurate?

3          A.    No.

4          Q.    As I look at the purchase order, in

5    fact, the language of the purchase order

6    immediately above the handwritten portion we

7    have been looking at, there are various ship

8    dates. Do you see that?

9          A.    Yes, I do.

10         Q.    It appears to me -- but I want you

11   to correct me if I'm wrong -- that you, that is

12   to say Forum was telling Southco to ship this

13   order in stages?

14         A.    Yes.

15         Q.    Why was that?

16         A.    We wanted them to ship the latches

17   as we needed them, as we anticipated

18   manufacturing.

19         Q.    If the initial batch was shipped in

20   July of 1999, can I infer from that that the

21   manufacture of the lighting fixtures began in

22   July of 1999?

23         A.    Yes.

24         Q.    Did the manufacture of the lighting

25   fixtures continue until January of 2000, as far

1              P. Garret - by Mr. Ober

2    as you can recall?

3         A.    Yes.

4         Q.    I had asked you earlier about how

5    many lighting fixtures you actually supplied to

6    Amtrak and you couldn't exactly recall.  Seeing

7    the number of latches that were purchased from

8    Southco, does that assist you in being able to

9    ascertain how many lighting fixtures were sold

10   to Amtrak?

11        A.    I don't remember exactly how many

12   latches were per fixture.  I don't remember if

13   it was a dozen or greater.

14        Q.    Explain to me what these latches

15   did.

16        A.    The latches held down the acrylic

17   lens on the fixture which was on the top of the

18   fixture and the bottom of the fixture.  They

19   also held a strap.

20        Q.    What kind of strap?

21        A.    That went around the lens.

22        Q.    There was one strap that went around

23   the lenses or was there more than one?

24        A.    There were at least two.  The lenses

25   were only four feet long.

48

1                    P. Garret - by Mr. Ober

2          Q.    The fixtures, I think you said, were

3    12 feet long?

4          A.    Yes.

5          Q.    That would suggest to me that there

6    were three lenses on the top and three on the

7    bottom?

8          A.    Yes.

9          Q.    A total of six per fixture?

10         A.    Yes.

11         Q.    The idea of the strap was to hold --

12   The strap would go over that place where the

13   two different lenses butted up against one

14   another?

15         A.    Yes.

16         Q.    The lighting fixtures that were

17   manufactured for Amtrak, were they installed by

18   Amtrak or were they installed by Forum or were

19   they installed by somebody else?

20         A.    They were not installed by Forum.

21         Q.    Do you know who installed the

22   lighting fixtures that Forum sold to Amtrak?

23         A.    Sometimes they were installed by

24   Amtrak employees.  Sometimes they were

25   installed by contractors that were hired by

49

1                    P. Garret - by Mr. Ober

2      Amtrak.

3            Q.    In the ordinary course of its

4      business, does Forum provide as a service to

5      its customer installation services?

6            A.    No.

7            Q.    So I take it then it was always

8      anticipated that these lighting fixtures would

9      be installed by somebody other than your

10     employees?

11           A.    Yes.

12           Q.    Did Forum provide any instruction to

13     either Amtrak or its employees or its

14     subcontractors on how to install these

15     fixtures?

16           A.    We provided written instructions.

17           Q.    Was there anything -- I know you're

18     lawyer is going to object to this, but I don't

19     know how else to ask this question -- unusual

20     about the installation of these fixtures?

21                    MR. NEAL:  Objection to the

22     form of the question.

23                    MR. OBER:  He stole your

24     thunder.

25                    MR. ZOFFER:  I'll join, but

53

1               P. Garret - by Mr. Ober

2    based on the August 25 and/or September 8

3    Order, so we all recognize that there is a

4    limitation and we will try to act reasonably.

5    BY MR. OBER:

6        Q.    With all of that said, let's talk

7    about something different.  Do you remember how

8    these lighting fixtures were shipped from Forum

9    to Amtrak?

10       A.    Are you asking me what carriers we

11   used?

12       Q.    Did you put them on a truck?  Did

13   you put them on a train?  Did they come and

14   pick them up?

15       A.    No.  We shipped them via truck.

16       Q.    Did you ship them to a common

17   location or did you ship them to various

18   locations?

19       A.    We shipped them to the individual

20   stations per the instructions of Amtrak.

21       Q.    Do you happen to recall which

22   station you shipped to first?

23       A.    Yes.

24       Q.    Which one?

25       A.    Boston.

54

1                P. Garret - by Mr. Ober

2        Q.    Do you recall which one you shipped

3    to last?

4        A.    I believe that would be New London.

5        Q.    New London, Connecticut?

6        A.    Yes.

7        Q.    Do you recall the shipments to

8    Boston, approximately when those shipments left

9    Forum?

10       A.    They left Forum August 30, August 31

11    of 1999 for Boston.

12       Q.    The ones to New London, Connecticut,

13    when did they leave?

14       A.    February of 2001.

15       Q.    By February of 2001, all of your

16    shipments of lighting fixtures had been

17    completed?

18       A.    Yes.

19       Q.    Were there any lighting fixtures

20    shipped to Amtrak after February of 2001?

21       A.    Yes.

22       Q.    When were additional lighting

23    fixtures shipped?

24               MR. ZOFFER:  Objection to the

25    form of the question, but go ahead if you

55

1          P. Garret - by Mr. Ober

2    understand his question.

3          A.    September or October of 2001 -- I'm

4    not sure which -- fixtures were shipped to

5    Boston.

6          Q.    Were these part of the original

7    order, these ones that were shipped to Boston

8    in the fall of 2001?

9          A.    No.

10          Q.    These were replacements?

11                MR. ZOFFER:  Object to the

12    form of the question.  Go ahead if you

13    understand.

14          A.    This was a new shipment of fixtures

15    for Boston.

16          Q.    To your knowledge, were these

17    fixtures intended to replace fixtures that had

18    previously been shipped by Forum to Amtrak?

19          A.    Yes, to Boston.

20          Q.    Would it offend you if we refer to

21    these as the replacement fixtures?

22                MR. ZOFFER:  We will stipulate

23    not to be offended in any way but the

24    characterization.

25          Q.    To distinguish them from the

56

1                  P. Garret - by Mr. Ober

2       original order.  Do you understand what I'm

3       trying to do here?

4              A.    Yes.

5              Q.    Aside from the shipment of

6       replacement light fixtures to Boston in the

7       fall of 2001, were there any subsequent

8       shipments of fixtures to Amtrak by Forum?

9              A.    After 2001?

10             Q.    After the fall of 2001.

11             A.    No.

12             Q.    So by September or October of 2001,

13      every lighting fixture that Forum was ever

14      going to ship to Amtrak had already been

15      shipped?

16             A.    Yes.

17                      (Short recess taken.)

18                      (Question and answer read

19      back.)

20             Q.    We were talking about these lighting

21      fixtures to Amtrak before the break.  As I

22      understand it, at some point Amtrak began to

23      complain about the quality of the lighting

24      fixtures to Forum.  Is that an accurate

25      statement?

57

1            P. Garret - by Mr. Ober

2                 MR. ZOFFER:  Object to the

3    form of the question.  Go ahead if you

4    understand it.

5        A.    May I interject that the first

6    shipment was actually in March of 1999 which

7    was the prototype shipment.

8        Q.    Right.

9        A.    Amtrak notified us of failures in

10   the field of the Southco clips.

11       Q.    When did that happen?

12       A.    I believe that was either late 1999

13   or early 2000.

14       Q.    It wasn't just the Southco -- and

15   when you talk about clips, I have noticed that

16   in some documents they are referred to as

17   clips, some places referred to as latches, but

18   I think it's important that we agree that clips

19   and latches for the purposes of this case are

20   the same thing.  Okay?

21       A.    Yes.

22       Q.    Fair enough.  In any event, Amtrak

23   was complaining about more than just the

24   latches, wasn't it?

25                 MR. ZOFFER:  When?

61

1                    P. Garret - by Mr. Ober

2    September and January.  I remember it being

3    very cold, but it wasn't snowing.

4         Q.    So is there anything that you

5    observed about the installation of the fixtures

6    that you thought was significant?

7                    MR. NEAL:  Object to the form

8    of the question.

9         A.    Yes.

10        Q.    What did you notice?

11        A.    The installing contractors were

12   mishandling the lighting fixtures.  They were

13   not following the written instructions that had

14   been given to them, and they were significantly

15   compromising the lighting fixtures during the

16   installation.

17        Q.    You said that this observation by

18   you of the installation in Boston occurred

19   sometime -- I think you said in the fall of

20   1999; right?

21                    MR. ZOFFER:  She said it was

22   cold.

23                    MR. OBER:  She did say it was

24   cold.

25        Q.    But I think you did say it was like

62

1             P. Garret - by Mr. Ober

2    in the fall of 1999?

3         A.    It would be between September and

4    December.  I don't remember exactly when.

5         Q.    In any event, before the telephone

6    call from Mr. Drexel which apparently came in

7    January of 2000; right?

8         A.    Yes.

9         Q.    How many trips did you take to

10   Boston?  Can you remember?

11        A.    I don't remember.  More than one.

12        Q.    On any of your trips, did you

13   observe that all of the lenses on the fixtures

14   were bowing in the middle?

15        A.    No.

16        Q.    Did you observe that the lens clips

17   which we have agreed mean latches are popping

18   open?  Did you observe that?

19        A.    We observed that some had popped

20   open, yes.

21        Q.    This one I didn't understand.  "Some

22   of the lens clips are popping off."  Do you

23   know what that means?

24        A.    No.  As I said earlier in this

25   letter, he made "sometimes contradictory

1          P. Garret - by Mr. Ober

2     assertions."

3          Q.    I understand.  So that one is a

4     mystery to you, I take it?

5          A.    I have never seen a clip pop off.

6          Q.    It says one-third of the florescent

7     lights are not lighting.  Did you observe

8     florescent lights not lighting?

9          A.    Yes.

10         Q.    There is also a reference, No. 6 to

11    black wires not fitting properly into orange

12    clips?  Did you observe that?

13         A.    No.

14         Q.    With respect to the latches popping

15    open which I think you said you did see at some

16    point, were you able to make a determination as

17    to why that occurred?

18         A.    Yes.

19         Q.    What determination did you make?

20         A.    That the installing contractors were

21    not clipping the fixtures or using the latches

22    properly.

23         Q.    I take it then that at least in

24    January of 2000, notwithstanding Amtrak's

25    complaints that you did not, you meaning Forum,

64

1                   P. Garret - by Mr. Ober

2       did not perceive the latch problem to be a

3       quality problem but rather an installation

4       problem?

5              A.    That's correct.

6                    (Garret Exhibit No. 4 was

7       marked for identification.)

8              Q.    Our reporter has marked and placed

9       before you Exhibit No. 4 which appears to be a

10      Forum purchase order to Southco dated

11      January 27, 2000 for something called a stud

12      assembly.  My only question is, well, two

13      questions, one, do you recognize this document

14      as being a Forum purchase order?

15             A.    Yes, I do.

16             Q.    What are stud assemblies and why did

17      you order a thousand of them?

18             A.    I honestly can't remember.

19             Q.    Do you know whether or not these

20      stud assemblies had anything to do with the

21      Amtrak lighting fixtures?

22             A.    No, I don't.

23             Q.    So I take it then that you would not

24      be in a position to tell me whether or not

25      these stud assemblies figure in any way into

68

                    P. Garret - by Mr. Ober

1

2      A.    No.

3      Q.    Throughout the course of the

4  attempted resolution of the problem, were they

5  part of the discussions?

6      A.    Not always.

7      Q.    Who were the principal

8  representatives of Fisher, Morantz & Stone who

9  were involved in attempting to resolve these

10  quality complaints?

11              MR. ZOFFER:  Object to the

12  form of the question.

13      A.    It would be Scott Hershman.

14      Q.    He is located in New York.  I think

15  you said the company is anyway?

16      A.    The company is in New York.

17      Q.    Where is he?

18      A.    He is no longer with Fisher, Marantz

19  & Stone.

20      Q.    Do you know where he is?

21      A.    No.

22              (Garret Exhibit No. 6 was

23  marked for identification.)

24      Q.    Our reporter has marked and placed

25  before you Deposition Exhibit No. 6 which

1                    P. Garret - by Mr. Ober

2      appears to be a copy of a letter to Mike Latiff

3      at Amtrak from Don Dziubaty dated April 24 of

4      2000 with a copy to you.  Do you recall

5      receiving a copy of this document?

6          A.    Yes, I do.

7          Q.    Do you know what prompted Don to

8      send this letter to Mike Latiff?

9          A.    It would have been a phone call or

10     an e-mail from Michael reporting that the lens

11     had broken when the clip was engaged.

12         Q.    Was this an attempt on Forum's part

13     to explain why that occurred?

14         A.    It was an attempt to remind Michael

15     to remind Amtrak's installers as to how the

16     clip should be correctly positioned.

17         Q.    Up to the point of this letter

18     April 24, was there any complaints by Amtrak

19     that the latches supplied by Southco were

20     failing in service?

21         A.    I believe so.

22         Q.    Do you recall whether or not up to

23     this point, April of 2000 you had communicated

24     with Southco to alert it to the fact that your

25     ultimate customer Amtrak was complaining about

1              P. Garret - by Mr. Ober

2    its latches?

3         A.    I believe it was prior to this in

4    February or March of 2000 when we first had

5    complaints from Amtrak which we then contacted

6    Southco about.

7         Q.    In February or March of 2000 when

8    you first contacted Southco, did you think

9    there was something wrong with Southco's

10   latches?

11        A.    The reports we had were that the

12   latches were rusting and breaking in the field.

13        Q.    Those are the same complaints that

14   persisted throughout 2000 and 2001; is that

15   right?

16        A.    Yes.

17              (Garret Exhibit No. 7 was

18   marked for identification.)

19        Q.    I'm going to show you what has been

20   marked for identification as Deposition Exhibit

21   No. 7 which appears to be a fax cover sheet

22   with some handwriting on it and I apologize for

23   not providing you with the actual fax document

24   to which this relates, but we couldn't figure

25   out what it was.  In any event, there appears

77

1              P. Garret - by Mr. Ober

2     completed at all stations?

3          A.    No, because I didn't necessarily

4     visit a station after it was complete.  Some of

5     the stations we visited as they were

6     installing.

7          Q.    Then let me ask you this.  Do you

8     know whether or not as we sit here today all of

9     the original lighting fixtures have been

10    installed?

11         A.    Yes.

12         Q.    If we go back two years from today,

13    were they all installed by two years from --

14         A.    Yes.

15         Q.    Do you have any reason to believe

16    that by, say, April of 2002 all of the original

17    lighting fixtures had been installed?

18         A.    I believe so.

19         Q.    I'm just trying to establish a

20    chronology.

21              (Garret Exhibit No. 8 was

22    marked for identification.)

23         Q.    Our reporter has marked and placed

24    before you Deposition Exhibit No. 8 which

25    appear to be notes of a meeting at the Route

80

1              P. Garret - by Mr. Ober

2         Q.    If you drop down to the bottom,

3    there are some action items that relate to

4    Forum.  Do you see that?

5         A.    Yes.

6         Q.    It appears to me -- but I want you

7    to correct me if I'm wrong -- that two of them,

8    specifically Nos. 2 and 3 relate to latch

9    issues.  Am I right about that?

10        A.    Yes.

11        Q.    No. 2 says -- and I quote --

12   "Replace all clips on straps and adjust straps

13   to accommodate injected molded ends." What does

14   that mean?

15        A.    That means that we replaced all of

16   the clips on the straps and made some

17   adjustment to the straps as well in our

18   manufacturing process.

19        Q.    Why was there an adjustment made to

20   the straps in the manufacturing process?

21        A.    At the request of Amtrak to ease

22   their installation issues.

23        Q.    When you say replace all clips on

24   the straps, was that just in the Boston station

25   or was that systemwide?

1                    P. Garret - by Mr. Ober

2          A.    I don't recall.

3          Q.    The clips on the straps, were they

4    the same type of clips or latches as was used

5    to hold the lenses in place?

6          A.    Yes.

7          Q.    So they would have come from

8    Southco?

9          A.    Yes.

10         Q.    These latches that Forum agreed to

11   replace, where did they come from?

12         A.    Southco.

13         Q.    Were they part of the original order

14   of 39,000 plus or did Southco supply additional

15   latches for use as replacement latches in

16   Boston?

17         A.    I don't recall.

18         Q.    There is also a reference to clips

19   in No. 3.   It says "Supply new C-clips adjusted

20   to accommodate molded ends."   Southco wasn't

21   the supplier of the C-clips, was it?

22         A.    I think Southco supplied all of the

23   clips on this fixture.   I don't remember what

24   the reference is to C-clips.   It has been too

25   long.

91

1          P. Garret - by Mr. Ober

2          Q.     I take it you don't know why those

3     other locations weren't mentioned by Mr. Kapus?

4          A.     No, I don't.

5          Q.     Turn to the last page of this

6     letter.  Do you see Item No. 8 says Southco

7     Warranty?

8          A.     Yes.

9          Q.     The letter says -- and I quote --

10    "Jim Coler directed our attention to the

11    Southco Handbook 2000 in which the warranty is

12    one year after shipment of the product."  Do

13    you see that?

14         A.     Yes.

15         Q.     When Forum supplies products to

16    customers, does it typically provide a repair

17    and replacement warranty?

18                    MR. ZOFFER:  Object to the

19    form of the question.  If you understand it, go

20    ahead.

21         A.     Yes.

22         Q.     You know what a repair and

23    replacement warranty is, don't you?

24         A.     Yes.

25         Q.     It says if there is something wrong

92

1                    P. Garret - by Mr. Ober

2       with the product, we will either fix it or we

3       will replace it; right?

4            A.    Yes.

5            Q.    Was it your understanding that

6       Southco when it supplied these clips for the

7       Amtrak project provided a repair and

8       replacement warranty?

9            A.    Yes.

10           Q.    Was it your understanding that that

11      warranty ran from one year from the date of the

12      shipment of the product initially?

13           A.    I believe the warranty was one year

14      from shipment of the product, yes.

15           Q.    I think we talked about this

16      earlier, but by January of 2000 all of the

17      original batch of 39,000 plus latches had been

18      shipped; right?

19           A.    I don't know that.

20           Q.    Well, remember we were looking at

21      that exhibit where your assistant was marking

22      down when things came up?

23           A.    Does it add up to 39,000?  I didn't

24      do the math.

25           Q.    If you want to take a look at it, we

93

1                    P. Garret - by Mr. Ober

2      can do that.  Let me ask the question this way

3      and it might save us some time.  Do you have

4      any reason to believe that there were latches

5      that were part of the original order of 39,000

6      plus that were shipped after January of 2000?

7           A.    No.

8           Q.    At some point did Forum ask Southco

9      to provide replacement latches that could be

10     used to replace the ones that were rusted and

11     breaking?

12          A.    Yes.

13          Q.    Do you remember when that request

14     was made?  We have some documents that might

15     help us, but I was just wondering if you

16     remembered off the top of your head?

17          A.    No.

18          Q.    Do you remember who made that

19     request?

20          A.    No, not off the top of my head.

21          Q.    Did you personally play any role in

22     the request that was made to Southco to supply

23     replacement latches?

24          A.    Yes.

25          Q.    What role did you play?

94

P. Garret - by Mr. Ober

1

2      A.    I would have been part of the team

3  of folks at Forum looking at the latches and

4  making that request of Southco.

5      Q.    Was it typical when Amtrak would

6  complain about rusted or broken latches at a

7  certain station where you would be provided

8  with a number by Amtrak such as we have 100

9  latches that have gone bad at station X?  Was

10  that typical?

11          MR. NEAL:  Objection to the

12  form of the question.

13      A.    Yes.

14      Q.    Was Forum requested by Amtrak to

15  supply replacement latches for those that it

16  reported as being either rusted or broken or

17  both?

18      A.    Not always.

19      Q.    Sometimes there was a report that

20  there were latches with problems without a

21  request to replace them?

22      A.    Yes.

23      Q.    But sometimes you were asked to

24  replace them?

25      A.    Usually, yes.

1            P. Garret - by Mr. Ober

2       Q.    If Forum was requested to replace

3  the latches, did you do it?

4       A.    We shipped replacement latches

5  whenever it was requested, yes.

6       Q.    Tell me if this is the way it

7  worked.  Amtrak would communicate in some

8  fashion, telephone call, letter, fax, e-mail,

9  whatever that at the Washington, D.C. station,

10  let's say, there are 100 latches that are bad

11  and then Southco or then Forum would what?

12  Communicate with Southco and say we have 100

13  bad latches, send us replacements?  Is that how

14  it worked?

15       A.    Sometimes.  At one point Southco had

16  supplied us with X number of replacement

17  latches, and we would then ship them out in

18  response to a request from someone in the field

19  at Amtrak.

20       Q.    Sort of as needed?

21       A.    As they indicated they were going to

22  need them.

23       Q.    I think we have some documents that

24  reflect this, but let's just say you had 1,000

25  latches and if you got a report of 100 being

1           P. Garret - by Mr. Ober

2    bad, you would just ship out those 100?

3        A.    Yes.

4        Q.    Did Amtrak ever ask Forum to come

5    out and install these replacements?

6        A.    No.

7        Q.    I take it then that Forum never did

8    actually install replacement latches?

9        A.    Not in the field, no.

10       Q.    When you say not in the field, that

11   suggests that there might have been replacement

12   latches installed somewhere else.

13       A.    Yes.

14       Q.    Explain that to me.

15       A.    At our plant once Southco had come

16   up with a batch of replacement clips, the

17   fixtures that went to New London, for example,

18   had those clips on them.

19       Q.    The replacement ones?

20       A.    Yes.

21       Q.    As far as you know, how did the

22   replacement latches differ from the original

23   batch of 39,000?

24       A.    I only have Southco's explanation

25   that they changed the grade of stainless steel

100

1                    P. Garret - by Mr. Ober

2          Q.     Who is the author of No. 14?

3          A.     I am.

4          Q.     On No. 14, there appears to be

5     handwriting above and below a line that goes

6     across the page and the handwriting looks a

7     little different to me.  Did you write all of

8     14?

9          A.     Yes.

10         Q.     No kidding?

11         A.     The handwriting above the line is

12    when I'm writing quickly.

13         Q.     I was just curious.  I didn't need

14    to ask anything about this, but it sometimes

15    helps to be able to identify who wrote

16    handwritten notes.  At some point in 2001, did

17    Forum agree to extend its warranty terms to

18    Amtrak?

19         A.     No.

20         Q.     It did not.  Did Forum represent to

21    Southco that it had extended its warranty terms

22    to Amtrak?

23         A.     Not that I'm aware of.

24         Q.     Did Forum ask Southco to extend its

25    warranty terms to Forum?

101

```
 1              P. Garret - by Mr. Ober

 2        A.    Would you help me understand what

 3   extend means and what you are referencing?

 4        Q.    I will.

 5              MR. OBER:  Let's mark this as

 6   Exhibit No. 15.

 7              (Garret Exhibit No. 15 was

 8   marked for identification.)

 9        Q.    Our reporter has marked and placed

10   before you Deposition Exhibit No. 15 which

11   appears to be a copy of the letter from Michael

12   Bachich of Southco to you dated July 23, 2001.

13   Take a minute to look this over and then I have

14   a question or two about it.

15        A.    (Witness reviews document.)

16        Q.    You have read it?

17        A.    Yes.

18        Q.    There is reference made to a meeting

19   on Tuesday, May 29.  Do you happen to recall

20   attending a meeting with representatives of

21   Southco on May 29, 2001?

22        A.    Yes.

23        Q.    Do you happen to recall who was

24   present at that meeting?

25        A.    Not off the top of my head, no.
```

1                     P. Garret - by Mr. Ober

2          Q.    You were there?

3          A.    Yes.

4          Q.    I take it Mr. Bachich was there?

5          A.    Yes.

6          Q.    Can you remember anybody else who

7     was there?

8          A.    Probably Larry Thomas who is the

9     Southco rep and probably my brother as well and

10    Don.

11         Q.    In this letter Mr. Bachich says "We

12    expressed that Southco would be willing to

13    extend a warranty period comparable to that

14    extended by Forum Lighting to their end

15    customer." Do you see that?

16         A.    Yes.

17         Q.    What is your understanding of what

18    that phrase means?

19                MR. ZOFFER:  Just so we are

20    clear, you're asking her to interpret the

21    meaning of a document written by Michael

22    Bachich?

23                MR. OBER:  No.  Actually,

24    since she is the recipient of the letter, when

25    she read it, it must have meant something to

1          P. Garret - by Mr. Ober

2    her.

3          Q.    My question is:  What is it?

4          A.    That Southco would warrant the clips

5    the same way that Amtrak, for the same period

6    of time that Amtrak warranted the lighting

7    fixtures that we shipped.

8          Q.    Remember I asked you a little while

9    ago about extending the warranty period for

10   Amtrak?  Do you remember that?

11         A.    Yes.

12         Q.    I take it then that if Southco did

13   not extend its warranty period to Amtrak that

14   it didn't expect Southco to extend its warranty

15   period?

16              MR. ZOFFER:  You're all over

17   the place, Russ.

18              MR. OBER:  Was that one of my

19   really bad questions?  You know that happens

20   sometimes.

21              MR. ZOFFER:  I think what

22   you're asking is --

23              MR. OBER:  Give me a shot to

24   get it right.

25              MR. ZOFFER:  Okay.  I'll even

P. Garret - by Mr. Ober

1 | withdraw my objection.

2 |

3 |            MR. OBER:  I can recognize a

4 | bad one when I hear it coming out.

5 | BY MR. OBER:

6 |     Q.    Tell me if this is an accurate

7 | statement and if it's inaccurate in any way, I

8 | just want you to let me know.  All right?

9 |     A.    All right.

10 |     Q.    That because Forum did not extend,

11 | that is to say lengthen the period of its

12 | warranty given to Amtrak that it did not expect

13 | that Southco would extend or lengthen the

14 | warranty that it provided to Forum.

15 |            MR. ZOFFER:  Object to the

16 | form of the question.  If you understand it and

17 | you can answer it, go ahead.

18 |     A.    I'm still stuck.

19 |     Q.    Maybe the reporter can read it back

20 | to you again and if you're still stuck, then we

21 | will go back to the drawing board.

22 |            (Question read back.)

23 |     A.    Got it, and, yes, that's my

24 | understanding.

25 |     Q.    I just want to make sure that I'm

1          P. Garret - by Mr. Ober

2     very clear on this point.  You will notice that

3     Mr. Bachich says at the end of that first

4     paragraph of Deposition Exhibit No. 15 that

5     Southco "will extend a warranty of one year

6     from the date your lighting fixtures are placed

7     in service."  Do you see that?

8          A.    Yes, I do.

9          Q.    You testified earlier that your

10    lighting fixtures were placed in service at

11    various times at various stations; right?

12         A.    Yes.

13         Q.    The last of which was the New London

14    station in the fall of 2001, I think you said?

15         A.    I think it was February of 2001.

16         Q.    February of 2001.  I stand

17    corrected.  Would it be accurate to say that it

18    was your understanding that the warranty

19    afforded by Southco to Forum would run from the

20    date that those fixtures were installed and

21    continue for a period of one year?

22         A.    Yes.

23              MR. ZOFFER:  I'm going to

24    object to the form of the question and to the

25    extent it calls for a legal conclusion also