# EXHIBIT "B"

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF COLUMBIA
 2                       --oOo--
 3
 4  NATIONAL RAILROAD PASSENGER        )
    CORPORATION,                       )
 5                                     )
                 Plaintiff,            )
 6                                     )
              vs.                      ) Case No. 1:05CV01837
 7                                     )
                                       )
 8  FORUM, INC.,                       )
                                       )
 9               Defendant,            )
        Third-Party Plaintiff,         )
10                                     )
              - et cetera -            )
11  _____)
12
13
14        DEPOSITION OF GERALD B. MCCALL, JR.
15            TUESDAY, OCTOBER 31, 2006
16                   9:30 A.M.
17            PITTSBURGH, PENNSYLVANIA
18
19
20
21
22
23
24  REPORTED BY: ANTHONY JUDE CORDOVA, RPR, CSR NO. 12943
25  Job No. 3783A
```

Page 2

```
 1              BE IT REMEMBERED THAT, on Tuesday, October 31,

 2 2006, commencing at the hour of 9:30 a.m. of the said

 3 day, at Dickie, McCamey & Chilcote, 400 Two PPG Place,

 4 Pittsburgh, Pennsylvania, before me, ANTHONY JUDE

 5 CORDOVA, RPR, a Certified Shorthand Reporter and Notary

 6 Public in the State of Pennsylvania, personally appeared

 7 Gerald B. McCall, Jr., produced as a witness in the

 8 above-entitled court and cause, who, being by me first

 9 duly sworn, was examined in said cause.

10                        - - - - -

11

12                    APPEARANCES

13

14 FOR THE PLAINTIFF:

15 Stephen L. Neal, Jr., Esq.

   Christopher T. Koegel, Esq.

16 MANATT PHELPS & PHILLIPS

   700 12th Street, N.W.

17 Washington, DC  20005

   202.585.6563

18

19 FOR THE DEFENDANT/THIRD-PARTY PLAINTIFF:

20 Stephen Zoffer, Esq.

   Douglas M. Grimsley, Esq.

21 DICKIE MCCAMEY & CHILCOTE

   400 Two PPG Place

22 Pittsburgh, PA  15222

   412.281.7272

23

24

25                    (APPEARANCES CONTINUED)
```

Page 37

1  find that if I chose to or was asked to.

2      Q    Do you have a ball-park idea about how many?

3      A    Pretty general question.  I would say --

4  original latches or replacement latches or both?

5      Q    However you can give it to me is fine.

6      A    I'd just be guessing, so I'd say no.

7      Q    Okay.  Let's do this.

8                  - - - -

9          (Exhibit 40 marked for identification.)

10                 - - - -

11     Q    I'm going to show you what the Court Reporter

12 has marked as exhibit 40.  If you could identify that

13 for us?

14     A    Looks to be Forum's large order for these

15 parts.

16     Q    Okay.  Did you say large order?

17     A    Yes.

18     Q    What's a large order?

19     A    $92,000 orders.

20     Q    Okay.  So you're looking at the dollar number?

21     A    Yes.

22     Q    Okay.  Does this document in any way help you

23 answer my earlier question about how many latches may be

24 original latches as compared to replacement latches were

25 involved in this particular order from Forum?

Page 38

1          Let me try to help because it's not a trick

2    question here.  If I'm looking at the dollar numbers,

3    because we don't have an actual number of the fixture --

4    I'm sorry -- of the clips, other than the listing which

5    appears on the ship dates, but if I take the $2.36 per

6    piece -- if I understand that correctly -- price and I

7    divide that into the total dollars for this order, I

8    come up with 39,300 clips.  Is that about right?

9        A    Yeah.  But I don't know if this is the only

10   order.  I don't know if there's a subsequent add-on or

11   preceding amount.  Directionally, that would be the

12   amount.

13       Q    All right.  When you refer to this as a

14   large -- okay.  I think you indicated just the dollar

15   amount that made it large?

16       A    Sure.

17       Q    Does Southco in the course of its business

18   deal with what I'll refer to as blanket purchase orders?

19   Do you know what that is?

20       A    Yes.

21       Q    Is that part of Southco's business?

22       A    Yes.

23       Q    Would this be considered a blanket purchase

24   order?

25       A    Yes.

Page 39

1    Q    Can you just describe for us what that is?

2    A    An order that has more than one release

3 scheduled out over time.

4    Q    Okay.  And in this particular order, we have

5 just that occurring?  We have a number of shipment

6 releases; is that right?

7    A    Uh-huh.

8    Q    Okay.  And why would that be?  Why would a

9 company or why did Southco accept purchase orders which

10 are blanket purchase orders as opposed to requiring

11 individual purchase orders for each shipment?

12    A    Customers do it to try to match demand and

13 consumption with receiving the parts in and their

14 obligation is to pay for them.  Potential benefits to

15 Southco are we don't have to make them all at once so we

16 have time to schedule them and make them.

17    Q    So, generally, the customers don't have to pay

18 for the orders even if they give you a blanket purchase

19 order until the product's received?

20    A    The invoice is generated at the date it's

21 shipped, yes.

22    Q    And if we looked at the terms and conditions

23 which are attached with this purchase order,

24 specifically with respect to paragraph 9 -- first of

25 all, have you seen the Forum purchase orders terms and

Page 40

1  conditions?

2       A    I don't believe so, no.

3       Q    You've never seen one of these?

4       A    Forum's or anyone?

5       Q    Forum's.

6       A    Not that I recall.

7       Q    Okay.

8       A    We don't -- we wouldn't and don't use

9  customers terms and conditions.  We use Southco terms

10 and conditions.

11      Q    What do you do when you receive a purchase

12 order that has terms and conditions from a customer?

13      A    We don't read them.  We fax them

14 acknowledgement that defers -- refers to our terms and

15 conditions.

16      Q    Okay.  Well, take -- hopefully, we'll get to

17 one of those, but take a minute if you would and look

18 specifically at paragraph No. 9 which it's entitled

19 Warranty of Material.  Just let me know after you've had

20 a chance to look at that.

21                    - - - -

22            (The witness reviewed the document.)

23                    - - - -

24      A    Okay.

25      Q    And you're familiar with Southco's warranty

Page 41

1 for its clips, specifically the warranty that would

2 apply to the clip that we had previously identified?

3    A    Uh-huh.

4         MS. DODGE:  Just for clarification, when you

5 say clips, I assume that that is synonymous with the

6 draw latch that was previously identified?

7         MR. ZOFFER:  Yes.  We use those

8 interchangeably.  Just to be clear, I am referring to

9 97-30-160-12.

10    A    Uh-huh.

11         Q    (By Mr. Zoffer) So you're familiar with

12 the Southco warranty that would be applicable to that

13 particular draw latch?

14    A    Yes.

15    Q    Is there anything in this paragraph 9 that you

16 just read which is inconsistent with that?

17    A    No idea.

18    Q    Okay.

19    A    I'm not a lawyer nor do I like to read stuff

20 like that.

21    Q    Okay.  I don't, either.

22    A    I can summarize our warranty statement.

23    Q    Let me just ask you, does -- this warranty

24 statement on paragraph 9 here indicates that the

25 warranty runs to the buyer and also indicates it runs to

Page 42

1  the customers.  Does Southco's warranty that it gives

2  run to not only the customer but to essentially the

3  ultimate customer?

4           MS. DODGE:  I'm going to object to the degree

5  that it calls for a legal conclusion.  But you can

6  certainly testify as to your understanding of the

7  Southco warranty.

8      A    The Southco warranty covers repair and

9  replacement of the latches for 12 months after we ship

10 them.

11          Q    (By Mr. Zoffer) For who, I guess is my

12 question?

13     A    That, I don't know.  I'd have to -- I don't

14 know off the top of my head.

15     Q    Okay.  All right.  Let me show you what we'll

16 mark as 41.

17                    - - - -

18     (Exhibit 41 marked for identification.)

19                    - - - -

20     Q    Can you describe for me or -- yeah, just tell

21 me what that is.

22     A    It is a -- what Southco refers to as a J

23 drawing of the 30 series draw latches.

24     Q    Okay.  Is this the J drawing for the latch

25 that we have identified previously as -- I'll refer to

Page 58

```
 1     A     That would help.

 2     Q     -- the section.  If you look at the first

 3  paragraph?

 4     A     Okay.

 5     Q     And in -- I believe it's really only the --

 6  just the first sentence there, it says -- the second

 7  sentence, as a result of an E-mail received from Larry

 8  Thomas concerning Forum's warranty period of one year to

 9  their end customer.  Do you see that?

10     A     Yes.

11     Q     Southco will extend a warranty of one year

12  from the date your fixtures are placed in service.

13     A     Okay.

14     Q     Is that your understanding of the nature of

15  the extended warranty that Southco had provided in

16  connection with these clips?

17           MS. DODGE:  Objection to the form of that

18  question.  You can answer.

19     A     That's different than what our normal warranty

20  statement is in our handbook.

21           Q     (By Mr. Zoffer) Okay.  Not exactly my

22  question, though.  Is that your understanding of what

23  Southco did in particular specifically with regard to

24  these particular clips involved in this case?

25     A     Yes.
```

Page 59

1    Q    I understand that's different than what you

2 normally do?

3    A    Uh-huh.

4    Q    That's what you were describing?

5    A    Yes.

6    Q    What is the difference actually?

7    A    I believe our standard warranty statement says

8 that we warrant the products for one year from the date

9 of the shipment, and this document says that we warrant

10 the products for one year from the date the fixtures are

11 placed in service.

12    Q    Okay.  And is that Southco's position sitting

13 here today, that is, the nature of the extended warranty

14 is that it's one year from the date the fixtures are

15 placed in service?

16         MS. DODGE:  Objection to the form of that

17 question.

18         Q    (By Mr. Zoffer) Do you understand?

19    A    Yeah.  That's what Mike Bachich wrote, who is

20 no longer an employee of the company, but I would say

21 yes.

22    Q    Okay.  You haven't discussed with anybody at

23 Southco that this is not going to be something that

24 Southco stands by, have you?

25    A    Say it again.

Page 60

1     Q     Sure.  Has anybody at Southco or discussions

2  you've had with anybody at Southco indicated that will

3  not be the nature of the warranty extension?

4     A     No.

5     Q     Okay.  All right.  Let's go back to our

6  exhibit 42 series here.

7          MS. DODGE:  Before we do that, can we take a

8  5-minute break?

9          MR. ZOFFER:  Absolutely.

10                         - - - -

11          (There was a pause in the proceedings.)

12                         - - - -

13          Q     (By Mr. Zoffer) We were looking at what

14  has been marked, Mr. McCall, before we took our break as

15  exhibit 42, a series of invoices.  Let me just direct

16  your attention as we quickly can go through those, and

17  what I would ask is if you would simply just go through

18  the invoices A through I and tell me what the product is

19  and then specifically when this is shipped, if we can

20  tell from that.  Is there any other information on this

21  invoice other than what product is involved and

22  essentially when it's shipped?

23     A     Quantity.

24     Q     Okay.

25     A     Product order number, customer order number.

Page 61

1    Q    Okay.

2    A    And the date.

3    Q    The date of the invoice?

4    A    Yes.

5    Q    Okay.

6    A    Coincides with the date of the shipment.

7    Q    So maybe if we could just limit my question

8 anyways to just the nature of the product being shipped

9 and the date it was shipped, I think that would suffice.

10 If we could go through each of these, tell me what the

11 product is and --

12   A    July 14, 1999, 30 series clips, as you call

13 it.

14   Q    Add how many, also.  I think that would be

15 helpful.  It says 7 packages.  Do you know how many

16 clips that is?

17   A    8,300.

18   Q    Okay.  Thank you.

19   A    42-B, also an invoice, 8,100 pieces of the

20 97-30 series clip.

21   Q    Okay.

22   A    42-C --

23   Q    What was the date shipped on that one, the

24 last one?

25   A    August 3, 1999.

Page 62

1    Q    Okay.

2    A    Next is August 6, 1999, 3,530 series clips.

3    Q    That's 42-C?

4    A    42-C.  Next document, 42-D.

5         MR. GRIMSLEY:  42-C was for the 30 series?

6         THE WITNESS:  Yes.

7    Q    If the product changes, let me know.

8    A    Okay.

9    Q    You can identify the product?

10   A    Sure.  42-D, same 97-30 series clip, quantity

11 2.300, and the date is September 2, 1999.

12   Q    Okay.

13   A    Next is document 42-E, as in Edward.  Date is

14 October 1, 1999, for 97-30 series clip, quantity 5,700.

15        Next document, 42-F, as in Frank, the date is

16 December 30, 1999, 97-30 series clip, quantity is 3,200

17 pieces.

18        Document 42-G, as in George, is for a

19 different series clip, a 97-50 series clip.

20   Q    That's the little larger size one?

21   A    Next larger size.

22   Q    All right.

23   A    And it is for 70 sample parts shipped on

24 February 28, 2000.

25   Q    Let me just stop you with that one for a

Page 63

1  minute.  Do you know why Southco was sending sample

2  parts for this larger size at that time?

3      A    No.

4      Q    Do you know if it relates to the Amtrak

5  project?

6            MR. NEAL:  Objection.  Asked and answered.

7      A    I believe it's for a different project,

8  another lighting fixture.

9            Q    (By Mr. Zoffer) Okay.  All right.  42-H?

10      A    42-H, we're back to the 30 series clip,

11  quantity 8,200.  The date is March 1, 2000.

12      Q    Okay.

13      A    Document 42-I, as in Illinois, is for a

14  totally separate type of product, a quarter turn

15  receptacle, and it is for 300 pieces, shipped on

16  January 24, 2000.

17      Q    What is a quarter turn receptacle?

18      A    It is a quarter turn equivalent of a nut or

19  female part to a male screw stud type part, totally

20  different than a draw latch.

21      Q    Okay.  Do you know if this particular clip-on

22  part was related to the Amtrak project with Forum?

23      A    I'm not sure.  It's used on a lighting

24  fixture.  I'm not sure if it's that specific one.  It's

25  much lower volume and was kind of just an add-on there.

Page 64

1 The $39 didn't get the salespeople excited.

2      Q      I can understand.  But you think that this is

3 a relatively small order for a part that may not have

4 anything to do with the Amtrak fixture?

5      A      It could be, yes.

6      Q      Okay.  If you compare the 42 series exhibits

7 that we just looked at with the document we previously

8 marked as exhibit 40, which is the blanket purchase

9 order --

10      A      Uh-huh.

11      Q      Get that in front of you.  Essentially, all of

12 the dates that you just read through with a couple of

13 exceptions appear on that document.

14      A      Okay.

15      Q      And my question is for the ones that don't, do

16 you know why that would be?

17      A      I do not.

18      Q      Okay.  Do I understand correctly that once

19 Forum had sent its exhibit 40 to Southco, that Southco

20 was using that blanket purchase order to then ship the

21 products and ultimately invoice for the parts which are

22 reflected by the invoices in exhibit 42?  In other

23 words, did Southco use this to then generate these?

24      A      No.

25      Q      Why not?

Page 65

1      A     We used this document 40 to generate a Southco

2 order which in turn we used to generate an invoice.

3      Q     What's the Southco order?  Is that a different

4 document we haven't looked at today yet?

5      A     No.  We had looked at Southco orders.

6 Document 42-A is an example of a Southco order.

7      Q     So exhibit 42-A and, then, I would suppose

8 42-B and the rest of them, too, would all be Southco

9 orders?

10     A     Yes.

11     Q     Let me try again.  Was this document, exhibit

12 40, used to generate the 42 series Southco orders?

13           MS. DODGE:  Objection.  Asked and answered.

14 You can answer it one more time.

15           Q     (By Mr. Zoffer) Okay.

16     A     We used the customer's order to generate the

17 Southco order.

18     Q     Yes.

19     A     Yes.

20     Q     That's what you did?

21     A     Yes.

22     Q     Okay.  And you don't know why there would be

23 some of these, I think 2, actually, Southco orders as

24 part of exhibit 42 that are not reflected in the Amtrak

25 purchase order?  I'm sorry.  The Forum purchase order?

Page 66

1          MS. DODGE:  Well, if I can place an objection

2  on the record.  You compiled this grouping of documents

3  that were produced.

4          MR. ZOFFER:  Yes.

5          MS. DODGE:  So this grouping is somewhat

6  arbitrary.

7          MR. ZOFFER:  Well, no.  I mean, with all due

8  respect, I think what I'm looking at here is the dates

9  on the purchase order match exactly with the Southco

10 order.  So -- and he's already explained to me that this

11 document was used to generate these, and I'm now asking

12 about the ones that aren't on this sheet.  So I don't

13 know if that has anything to do with how I've compiled

14 them as opposed to is there anything -- let me ask him a

15 different question.

16          Q    (By Mr. Zoffer) Can you -- for example,

17 if we look at 42-A?

18     A    Uh-huh.

19     Q    42-A, which I've lost already, has a ship

20 date --

21     A    July 14.

22     Q    -- of July 14.  Okay.  And if I look at this

23 purchase order, the blanket purchase order, I don't see

24 a July 14, '99 date on that purchase order.  Am I

25 reading that right?

Page 67

1    A    Yes.

2    Q    So my question is why would this -- how would

3 this Southco order, 42-A, have been generated, if not by

4 virtue of exhibit 40?

5    A    It would have been generated by exhibit 40.

6    Q    Okay.

7    A    Exhibit 40 says to ship 8,300 pieces on

8 July 5, not before.  I'm sure that's how we entered it

9 in our system, and I don't know exactly why it didn't

10 ship on July 5.

11         I don't know if that's a weekend day or

12 whatever, but, excluding any holidays or weekends, the

13 most common reasons we wouldn't ship on the date the

14 customer requests is, A, they're not ready in time,

15 and/or the credit's not released at the time the

16 customer ordered it.

17    Q    When you say they're not ready in time, you

18 mean the parts aren't ready in time?

19    A    Yes.

20    Q    When you say the credit is not released, what

21 does that mean?

22    A    I have no recall as to the creditworthiness of

23 Forum, but an order of this size would gain the

24 attention of our accounting people and they would watch

25 this customer for this amount of dollars.

Page 68

1    Q    So if I understand correctly, Forum may not

2  have achieved the level of creditworthiness or

3  demonstrated it was creditworthy enough to place an

4  order of this size and that's why it might have been

5  delayed?

6    A    I wouldn't state it like that, no.

7    Q    Correct me, if you would.

8    A    I shouldn't speculate.  Give my opinion of --

9  typically --

10         MS. DODGE:  If you don't know why it was done

11  or not done here or if there was a credit check, you

12  should not speculate about that.

13    A    I'm not saying at all there was any credit

14  issues with Forum.  Our normal procedure would be an

15  order of this size, our credit department would watch

16  the account to minimize our risk and exposure, and at

17  the time the order was placed, the credit could be fine.

18         This order was entered on June 15.  We made

19  the shipment on July 14, so roughly one month.  So

20  during that time, there could have been additional

21  subsequent other shipments that could have been paid on

22  time or not paid on time.

23         So our credit department would check the

24  current status before they could potentially stop

25  shipping until they felt more comfortable or got payment

Page 69

1 or did whatever accounting things they could.

2        Q    (By Mr. Zoffer) And I understand you're

3 not testifying that's what occurred here, but that may

4 have been the reason for the delay is what you're

5 saying?

6    A    Most common reason would be one of those 2, we

7 weren't completed making them or credit was seeking

8 additional information.

9        Q    But, nevertheless, going back to your earlier

10 testimony, you believe that this exhibit 42-A would have

11 been generated in response to exhibit 40?

12    A    Yes.

13        Q    Let's just go a couple more here.  Exhibit

14 42-B which indicates a date of -- well --

15    A    August 3.

16        Q    August -- of August 3, 1999, would that

17 correspond with the ship date on exhibit 40 which is

18 August 1, 1999?

19    A    Yes.

20        Q    Okay.

21    A    Even though the quantities are different.

22        Q    Next question you've anticipated, why every

23 quantity's different?

24    A    Well, I guess it would be we didn't have

25 11,600 pieces manufactured and ready to ship on the

Page 70

1 August 1 date the customer wanted them, so we

2 communicated with the customer and say we have 8,100 out

3 of the 11,600, would you like us to ship those or wait

4 for the balance.

5    Q    Which makes sense if you look at 42-C, because

6 that's the balance?

7    A    That's the balance.

8    Q    So 42-C would also relate to the purchase

9 order exhibit 40?

10    A    So it looks like it took us an extra 3 days to

11 make the remaining 3,500.

12    Q    Fair enough.  If you go to 42-D, which

13 indicates a date of September 2, 1999, does that

14 correspond with the 2,300 that -- the order for 2,300

15 pieces --

16    A    Yes.

17    Q    -- from exhibit 40?  Okay.  And 42-E, which

18 has an October 1 date, does that correspond, then, with

19 exhibit 40?

20    A    Yes.

21    Q    Exhibit F, which has a December 30 date, does

22 that correspond with anything on the purchase -- blanket

23 purchase order, exhibit 40?

24    A    Yes.

25    Q    Which one?  Is that the January 1, 2000 ship

Page 71

1 date?

2    A    Yes.

3    Q    So it looks like this one went a couple of

4 days early; is that right?

5    A    Yes.

6    Q    Am I reading that right?  Okay.  And then if

7 we jump back now to the first in that series, 42-A,

8 there's a couple additional documents which are attached

9 to that first page, and I just don't want to ignore

10 those.

11         The second page, for example, has a stamp on

12 it that has a -- towards the middle there, one of them

13 says received, July 19, 1999.

14    A    Uh-huh.

15    Q    Is that a Southco stamp, that particular entry

16 there, received July 19, 1999?

17    A    I don't know.  I can speculate.

18    Q    I don't want you to guess.  I'm wondering --

19    A    Don't know.

20    Q    It would seem to me that that would be a Forum

21 stamp because that would be when they received these a

22 few days later, but you don't know?

23    A    No.

24    Q    Next stamp, date received, quality okay, do

25 you see that stamp?

Page 72

1    A    Uh-huh.

2    Q    Is that a Southco stamp?

3    A    Don't know.

4    Q    Okay.  The last page of that exhibit, which is

5 also Bates labeled F01203, is a receiving inspection

6 report.  Do you see that?

7    A    Uh-huh.

8    Q    Is that a Southco document?

9    A    No.

10    Q    You had indicated earlier that there was some

11 document that is an acknowledgement, I think is what you

12 called it, after exhibit 40 or those kinds of purchase

13 orders are received --

14    A    Uh-huh.

15    Q    -- that Southco would send that would say

16 their purchase order terms and conditions apply.  Do you

17 recall that testimony?

18    A    Uh-huh.

19    Q    Is that document contained in any of the

20 exhibit 42 series that we've seen so far?

21    A    No.

22    Q    Okay.  But there is such a document?

23    A    Yes.  Our boilerplate terms and conditions.

24    Q    Okay.  Do your terms and conditions generally

25 get sent with the product or with the invoice or how do

Page 97

1          MR. NEAL:  Can you just hold it up so I can

2 make sure?  Thank you.

3          MR. ZOFFER:  We're on 22 now?

4          MR. NEAL:  Yes.

5          Q    (By Mr. Neal) Your counsel has put before

6 you what was marked yesterday as exhibit 22.  Those are

7 the design specifications that Forum was supposed to

8 follow in manufacturing the light fixtures.  Have you

9 ever seen that document before, sir?

10     A    No.

11     Q    Has anyone -- as far as you know, has anyone

12 at Forum seen that document before?

13          MS. DODGE:  You mean Forum or Southco?

14     Q    (By Mr. Neal) I'm sorry.  Southco.

15     A    I don't believe so, no.

16     Q    Do you know whether you or anyone at Southco

17 followed those design specifications in the manufacture

18 of the latches?

19          MR. ZOFFER:  Objection to form.

20          MS. DODGE:  Same objection.

21     A    I would say we didn't.  There's no way we

22 could have.

23          Q    (By Mr. Neal) Did you or anyone else at

24 Southco ever have a conversation with anyone at Forum

25 regarding following those design specifications?

Page 98

1    A    Restate the question.

2    Q    I'll withdraw it.  Did you or anyone else at

3 Southco have a conversation with anyone at Forum

4 regarding what specifications were supposed to be

5 followed in the manufacture of the clips?

6    A    I can speak for me.  I didn't.  I can't speak

7 for whoever anybody else at Southco means.

8    Q    Well, you've been designated as the 30(b)(6)

9 deponent for today.

10        MS. DODGE:  Not on that topic.

11        MR. NEAL:  Is she going to talk about that

12 topic?

13        MS. DODGE:  No.  We do not have a designee.

14 But I believe that he's already testified that

15 Mr. Thomas was the initial contact, and I suggest that

16 he would probably have information on that.

17        Q    (By Mr. Neal)  Okay.  Did you have

18 conversations with anyone at Forum or Amtrak -- let me

19 throw Amtrak in -- regarding what specifications were

20 supposed to be followed in the manufacture of the clips?

21        MR. ZOFFER:  Objection to form, and at this

22 point, also a clarification on what specifications we're

23 talking about.  Are you referring to exhibit L?

24        Q    (By Mr. Neal)  Exhibit L, the document

25 before you, sir.

Page 99

1          MS. DODGE:   Exhibit 22.

2      A    I've never spoken to anyone at Amtrak relative

3  to this case.   I don't know if I ever spoke to a

4  conductor or something, but never spoke to anybody at

5  Amtrak relative to this case, and we don't manufacture

6  any latches to customer specifications.

7          Q    (By Mr. Neal) Okay.  Let me go back.  I

8  can save a bunch of time here, I think.

9          Have you ever had a conversation with Amtrak

10  regarding the light fixtures in this case?

11     A    No.

12     Q    Have you ever had a conversation with anyone

13  at Amtrak regarding the latches?

14     A    No.

15     Q    Have you ever had a conversation with anyone

16  at Amtrak regarding the ballasts?

17     A    No.

18     Q    Let me say, are you aware whether anyone else

19  at Forum has had a conversation -- strike that.

20          Are you aware of anyone else at Southco having

21  a conversation with Amtrak regarding the light fixtures?

22     A    I don't believe so.

23     Q    Same question as to the clips or latches?

24     A    I don't believe so.

25     Q    And what about the ballasts?

Page 100

1    A    No.

2    Q    Let me direct your attention, if I can, to

3 Exhibit 42-A that you're counsel probably has.

4    A    Uh-huh.

5    Q    Okay.  Mr. Zoffer asked you a number of

6 questions regarding this series of exhibits.  If he

7 asked you this question, I'm sorry, because I didn't

8 hear the answer to it.

9         But if you look at 42-A in the exact middle of

10 the page, it says manually invoiced 8,492, P-C-S -- I

11 assume that means pieces -- to reverse CN No. 2103586.

12 Do you see that?

13   A    Uh-huh.

14   Q    What does that mean?

15   A    CN means change notice --

16   Q    Okay.

17   A    -- which is a document that is used to receive

18 material back from a customer or issue credit to a

19 customer.  I'm not sure what this exact entry means and

20 was -- what it was used to accomplish.

21   Q    Okay.  And there's a date January 18, '02.  Do

22 you see that, sir?

23   A    Uh-huh.

24   Q    Do you know what that date refers to?

25   A    I believe the date refers to the date it was

Page 115

1  received a fax from an Amtrak official informing us that

2  he is concerned that some of the latches are rusting and

3  breaking.  Do you see that?

4      A    Uh-huh.

5      Q    Are you aware if this is the first time that

6  anyone from Amtrak contacted anyone -- strike that.

7           Are you aware if this is the first time that

8  Amtrak was aware -- withdrawn.

9           Is this the first notice that Southco had that

10 Amtrak was concerned about rusting and breaking of the

11 clips?

12     A    I don't know.

13     Q    Do you know who at Southco might know that?

14     A    I don't believe anyone at Amtrak contacted

15 Southco directly.  So all of our contact would be

16 through Forum.

17     Q    Okay.  Well, Mr. Kapus wrote this letter to

18 Mr. Thomas on August 6, 2001.

19     A    Uh-huh.

20     Q    Do you know if anyone at Southco talked about

21 Amtrak's concerns at this point, about the rusting and

22 breaking of clips?

23     A    From memory, no.  If we went back to one of

24 the previous documents of the quality complaints, that

25 would be the best document to compare the dates.

Page 148

1                    - - - -

2           (There was a pause in the proceedings.)

3                    - - - -

4           MR. NEAL:  I think -- maybe I didn't ask.

5 Yeah.  Will you please put exhibit 17 before him?

6           MR. GRIMSLEY:  What's the Bates label on that?

7           MS. DODGE:  It's F102.

8           MR. GRIMSLEY:  Thank you.

9           Q    (By Mr. Neal) Mr. McCall, your counsel

10 has been kind enough to put exhibit 17 before you.  This

11 is an April 22, 2003 letter from Paula Garrett to you.

12 Do you recall receiving this letter on or about

13 April 20, 2003?

14      A    Yes.

15      Q    Okay.  In the second sentence, it says Forum,

16 Inc. has been notified by Amtrak that significant

17 numbers of the Southco clips are continuing to fail.  Do

18 you see that?

19      A    Uh-huh.

20      Q    Okay.  Was it Southco's understanding in or

21 around April of 2003 that the clips that it supplied for

22 purposes of the manufacture -- strike that.

23           Was it Southco's understanding in April of

24 2003 that significant numbers of the Southco clips were

25 continuing to fail?

Page 149

1          MR. ZOFFER:  Objection to form.  No

2 foundation.

3          MS. DODGE:  Same objection.

4     A    I can't comment on what significant means.

5 But upon receipt of this letter that we're referring to,

6 as in previous conversations or correspondences with

7 Forum and Paula Garrett, I repeatedly said the same

8 thing, and that is any request other than our normal

9 warranty, you just have to put it in writing for me and

10 I would present it to the appropriate people so see if

11 we can take action with it.

12          Q    (By Mr. Neal) Let me try again.  I'm

13 going to restate the question and I'm going to take the

14 word significant out.

15          Was it Southco's understanding in or around

16 April of 2003 that a certain number of clips that

17 Southco submitted to Forum were continuing to fail?

18          MS. DODGE:  Objection.

19          MR. ZOFFER:  Same.

20     A    I'm just trying to go back 2 or 3 years.

21 There was a lull period between 2001, 2003 where I

22 didn't hear anything.  So when this letter showed up, we

23 realized the issue still has not gone away.  Does that

24 answer your question?

25          MR. NEAL:  Can you reed the question back,

Page 150

1 please?

2                          - - - -

3 (A portion of the record was read back by the Reporter.)

4                          - - - -

5          MR. ZOFFER:  Objection.  No foundation.

6          MS. DODGE:  Same objection.

7          MR. NEAL:  I asked his understanding.  Of

8 course there's foundation.

9     A    Yes.

10         MR. ZOFFER:  There's no foundation for your

11 question.  That's the objection, Steve.

12    Q    Okay.  So armed with this information that

13 clips were continuing to fail in April of 2003, what did

14 Southco do about it?

15         MR. ZOFFER:  Same objection.

16         MS. DODGE:  Objection to form.

17    A    It communicated to Paula that she has to

18 submit whatever claims or requests she has in writing.

19    Q    Well, after receipt of this letter from Ms.

20 Garrett, did you have a conversation with her?

21    A    I believe so.

22    Q    Was anyone else present at that conversation?

23    A    I would believe it was not a face-to-face

24 visit.  It was probably a phone call.

25    Q    Just the 2 of you on the phone call?

Page 151

1    A    Yes.

2    Q    What did you say to her and what did she say

3 to you?

4    A    Being 3 years and 4 months ago, I don't

5 recall.

6    Q    Okay.  I don't want perfect recall.  I'm

7 asking generally what do you recall the conversation was

8 about?

9    A    About the letter, and my response to her would

10 be submit it in writing and I'll facilitate getting it

11 acted upon.

12   Q    Did she do that?

13   A    I don't believe we got anything in writing

14 after this.

15   Q    Did she pick up the phone and say, hey, I need

16 some more clips, these are defective still?

17        MS. DODGE:  Objection to form.

18        MR. ZOFFER:  Objection to form.

19   A    I don't believe there was any request after

20 this.  We can go back and look at the --

21        MS. DODGE:  That's all right.  He'll show you

22 something if he wants to.

23   Q    I just want to make sure I understand your

24 testimony.  So Paula Garrett writes you a letter in

25 which she says, among other things, that significant

Page 152

1 numbers of the Southco clips are continuing to fail.

2 She says that in her letter, and you have a phone

3 conversation with her, and is it your testimony, sir,

4 that after Ms. Garrett advised you that there were still

5 clips that were continuing to fail, that she didn't

6 request any further replacement clips?

7         MR. ZOFFER:  Objection to form.

8         MS. DODGE:  Objection.  Asked and answered.

9     A    I don't believe so.

10    Q    You don't believe that she did request any

11 more additional clips after April of 2003; is that

12 correct?

13    A    Correct.

14        MR. NEAL:  Okay.  Let's -- Counsel, will you

15 please show the witness exhibit 19?

16    Q    Do you recall this is a -- exhibit 19 is a

17 July 14, 2003 letter from Ms. Paula Garrett to you.  Do

18 you recall seeing this letter in or around July 2003?

19    A    Yes.

20    Q    Okay.  In the second sentence, it reads as we

21 discussed during our most recent meeting with

22 representatives of Amtrak in Washington D.C., Amtrak

23 representatives and Mr. Gary Eckenrode of Amtrak

24 specifically related to us the continuing difficulties

25 being experienced at various locations along the Amtrak

Page 162

1    A    Okay.

2    Q    Is it fair to say that you did not have any

3 direct discussions with anybody from Amtrak about the

4 clip failures or any conditions of those stations?

5    A    Absolutely.

6    Q    Is it also fair to say that the only

7 information that Southco received with regard to clip

8 failures or the stations themselves from -- at Amtrak

9 would have been information provided by Forum?

10   A    Yes.

11   Q    Okay.  In exhibit No. 19 which you were shown

12 by Mr. Neal, he did not direct your attention to the

13 second paragraph of that letter which says as you know

14 these are not new concerns as Amtrak had previously

15 requested that the Southco clips at various locations be

16 replaced.

17        Do you see that?

18   A    Yes.

19   Q    Okay.  Did you understand that any problems

20 that Southco became aware of, again, through Forum

21 relating to the clips were the same concerns which had

22 been previously raised by Amtrak, that is, that there

23 were problems with rusting and breaking clips in the

24 field?

25        MR. NEAL:  Objection to the form of the