# EXHIBIT "C"

## PURCHASE ORDER



**FORUM, INC.**

214 NORTH LEXINGTON AVENUE
PITTSBURGH, PA 15208
(412) 244-8780

Exhibit ___
Witness GARRET
Date 10/30/0 Rptr. CR
powers
Garrison &
Hughes

| P/O NUMBER | PAGE |
|---|---|
| 032857-00 | 1 |

| P/O DATE | ORDER DATE | CHANGE/CANCEL |
|---|---|---|
| 06/15/99 | Normal | 06/15/99 Original |

**ORDERED FROM:**
SOUTHCO, INC.
P.O. BOX 821316
PHILADELPHIA, PA 19182-1316

**SHIP TO:**
FORUM, INC.
214 N. LEXINGTON AVENUE
PITTSBURGH, PA 15208

| BUYER | TERMS | ACKNOW-LEDGE | CONFIRM | FOB | SHIP VIA | COL/P |
|---|---|---|---|---|---|---|
| JONATHAN GARRET | Net 30 | No | No | ORIGIN | Ups | |

| LINE NUMBER | QUANTITY ORDERED / BLANKET TYPE | U/M | OUR ITEM NUMBER DESCRIPTION/COMMENTS | YOUR ITEM NUMBER | PRICE/UNIT | REQUESTED DATE | CHANGE/CANCEL |
|---|---|---|---|---|---|---|---|
| 1 | 39,300.00 | EA | 6L1SC973016012  97-30-160-12<br>DRAW LATCH, OVER CTR, SST, NO<br>KEEPER, SOUTHCO #97-30-160-12<br><br>BLANKET ORDER; RELEASE AS<br>FOLLOWS:<br>SHIP  8,300 7/5/99 NOT BEFORE<br>SHIP 11,600 8/1/99<br>SHIP  2,300 9/1/99<br>SHIP  5,700 10/1/99<br>SHIP  3,200 1/01/2000<br>FORUM TO ADVICE REMAINING<br>RELEASES.<br><br>QUOTE # 1252536 | | 2.3600<br>Ext Price = | 07/07/99<br>7-16- 8,300<br>-8,100<br>8-5 3,500<br>Rec. 8,200 3-3-00 | 92,748. |

7-16- 8,100
8-5 3,500
8-13 3,300
8-8- 2,300
8-6 5,700
10-6
1-11-00  3,200

**COMMENTS**

PAC 13266

Total Ext Price =   92,748.00

ORDERED BY _____

## PURCHASE ORDER



**FORUM, INC.**

214 NORTH LEXINGTON AVENUE
PITTSBURGH, PA 15208
(412) 244-8780

| P/O NUMBER | PAGE |
|---|---|
| 032857-00 | 1 |

| P/O DATE | ORDER DATE | CHANGE/CANCE |
|---|---|---|
| 06/15/99 | Normal | 06/15/99 Origina |

**ORDERED FROM:**
SOUTHCO, INC.
P.O. BOX 821316
PHILADELPHIA, PA 19182-1316

**SHIP TO:**
FORUM, INC.
214 N. LEXINGTON AVENUE
PITTSBURGH, PA 15208

| BUYER | TERMS | ACKNOWLEDGE | CONFIRM | FOB | SHIP VIA |
|---|---|---|---|---|---|
| JONATHAN GARRET | Net 30 | No | No | ORIGIN | Ups |

| LINE NUMBER | QUANTITY ORDERED | BOOK/TYPE | OUR ITEM NUMBER DESCRIPTION/COMMENTS | YOUR ITEM NUMBER | PRICE/UNIT | REQUESTED DATE | CHANGE/CANC |
|---|---|---|---|---|---|---|---|
| 1 | 39,300.00 | EA | 6L1SC973016012 DRAW LATCH,OVER CTR,SST,NO KEEPER,SOUTHCO #97-30-160-12 BLANKET ORDER; RELEASE AS FOLLOWS: SHIP 8,300 7/5/99 NOT BEFORE SHIP 11,600 8/1/99 SHIP 2,300 9/1/99 SHIP 5,700 10/1/99 SHIP 3,200 1/01/2000 FORUM TO ADVISE REMAINING RELEASES. * QUOTE # 1252536 | 97-30-160-12 | 2.3600 Ext Price = | 07/07/99 7-20-99 | 92,748 |

Handwritten annotations:
✓ 8300  7-20-99
✓ 3500  8-26-99
✓ 8100  8-30-99
(2300  9-9-99  unable to locate invoice)
✓ 5700  10-12-99
✓ 3200  1-20-00
✓ 8200  3-7-00

COMMENTS

TAG: 43266                          Total Ext Price =    92,748.00

Signed by Linda

F01230

**PURCHASE ORDER**



FORUM, INC.

214 NORTH LEXINGTON AVENUE
PITTSBURGH, PA 15208
(412) 244-8780

| P/O NUMBER | PAGE |
|---|---|
| 032857-00 | 1 |

| P/O DATE | ORDER DATE | CHANGE/CANCEL |
|---|---|---|
| 06/15/99 | Normal | 06/15/99 Original |

| ORDERED FROM | SHIP TO |
|---|---|
| SOUTHCO, INC.<br>P.O. BOX 821316<br>PHILADELPHIA, PA 19182-1316 | FORUM, INC.<br>214 N. LEXINGTON AVENUE<br>PITTSBURGH, PA 15208 |

| BUYER | TERMS | ACKNOWLEDGE | CONFIRM | FOB | SHIP VIA | COL/P |
|---|---|---|---|---|---|---|
| JONATHAN GARRET | Net 30 | No | No | ORIGIN | Ups | |

| LINE NUMBER | QUANTITY ORDERED BLANKET TYPE | U/M | OUR ITEM NUMBER DESCRIPTION/COMMENTS | YOUR ITEM NUMBER | PRICE/UNIT | REQUESTED DATE | CHANGE CANCEL |
|---|---|---|---|---|---|---|---|
| 1 | 39,300.00 | EA | 6L1SC973016012<br>DRAW LATCH, OVER CTR, SST, NO<br>KEEPER, SOUTHCO #97-30-160-12 | 97-30-160-12 | 2.3600<br>Ext Price = | 07/07/99 | 92,748. |
| | | | BLANKET ORDER; RELEASE AS<br>FOLLOWS:<br>SHIP  8,300 7/5/99 NOT BEFORE<br>SHIP 11,600 8/1/99<br>SHIP  2,300 9/1/99<br>SHIP  5,700 10/1/99<br>SHIP  3,200 1/01/2000<br>FORUM TO ADVISE REMAINING<br>RELEASES. *3-1-00 8200 pcs*<br>*<br>QUOTE # 1252536 | *Rec. 8,300 7/16/99* | | | |

*Will Ship 1st release on Tuesday 7-6-99 closed on Monday*

COMP

TA...

**CURBELL**
1-888-CURBELL

rice =     92,748.00

ORDERED BY _____

F01204