## EXHIBIT "D"

Page 1

1          IN THE UNITED STATES DISTRICT COURT FOR THE

                    DISTRICT OF COLUMBIA

2                      --oOo--

3

4

5  NATIONAL RAILROAD PASSENGER        )

   CORPORATION,                       )

6                                     )

              Plaintiff,              )

7                                     )

         vs.                          ) Case No. 1:05CV01837

8                                     )

                                      )

9  FORUM, INC.,                       )

                                      )

10             Defendant,             )

     Third-Party Plaintiff,           )

11                                    )

          - et cetera -               )

12  _____ )

13

14

15          DEPOSITION OF CATHERINE MANNIX

16           TUESDAY, OCTOBER 31, 2006

17                 2:15 P.M.

18          PITTSBURGH, PENNSYLVANIA

19

20

21

22

23

24  REPORTED BY: ANTHONY JUDE CORDOVA, RPR, CSR NO. 12943

25  Job No. 3783B

Page 2

1            BE IT REMEMBERED THAT, on Tuesday, October 31,

2  2006, commencing at the hour of 2:00 p.m. of the said

3  day, at Dickie, McCamey & Chilcote, 400 Two PPG Place,

4  Pittsburgh, Pennsylvania, before me, ANTHONY JUDE

5  CORDOVA, RPR, a Certified Shorthand Reporter and Notary

6  Public in the State of Pennsylvania, personally appeared

7  Catherine Mannix, produced as a witness in the

8  above-entitled court and cause, who, being by me first

9  duly sworn, was examined in said cause.

10                     - - - - -

11

12                   APPEARANCES

13

14  FOR THE PLAINTIFF:

15  Stephen L. Neal, Jr., Esq.

    Christopher T. Koegel, Esq.

16  MANATT PHELPS & PHILLIPS

    700 12th Street, N.W.

17  Washington, DC  20005

    202.585.6563

18

19  FOR THE DEFENDANT/THIRD-PARTY PLAINTIFF:

20  Douglas M. Grimsley, Esq.

    DICKIE MCCAMEY & CHILCOTE

21  400 Two PPG Place

    Pittsburgh, PA  15222

22  412.281.7272

23

24

25              (APPEARANCES CONTINUED)

Page 36

1    Q    What did you call the new material?

2    A    The new grade stainless is a 17-7.

3    Q    And what was it before that?

4    A    45-5.

5    Q    Okay.

6         MS. DODGE:  Steve, before we get too far

7 afield, I'm trying to determine what these questions

8 have to do with the statute of limitations.

9         MR. ZOFFER:  I expect that we're going to find

10 that all the problems they had with the clips related to

11 the very first shipments, and that's how that will

12 relate.  I think actually it will be good for your

13 client, quite frankly.

14        MS. DODGE:  Okay.  But I do think we're

15 getting a bit far afield.  So if we could focus in on

16 those areas that actually do relate to the statute of

17 limitations as opposed to an order that is in fact not

18 an order that relates to Amtrak at all which is what is

19 reflected on the first page of exhibit 54.

20        MR. ZOFFER:  I'm not so sure that's accurate,

21 but -- based on her testimony, but what I'm driving at

22 here, just so we're clear, is what dates the clips were

23 manufactured, which I would think there would be an

24 interest in developing from a statute of limitations

25 perspective.

Page 37

1          MS. DODGE:  Not with respect to the

2 San Antonio airport.

3          MR. ZOFFER:  Even if they're the same clips?

4          MS. DODGE:  I think, if you'll look, they are

5 not the same clips.

6          Q    (By Mr. Zoffer) Okay.  Well, is the --

7 let me just ask you, were the clips that were used in

8 the San Antonio the same clips that were used in the

9 Amtrak project?

10     A   50-110-12 is the -- it appears not.  If you

11 look at these 3 documents in 54, you'll see that item

12 number.

13     Q    Yes.

14     A    97-50-110-12 is the San Antonio airport.  The

15 next document, S0094, it's the same part number,

16 97-50-110-12, Boston parking garage.

17     Q    Those 2 are the same?

18     A    Yes.  And the next, S0096, this one references

19 Amtrak.  It is a different part number, 97-30-160-12.

20     Q    So can we assume that the San Antonio clips

21 are different than the ones used in the Amtrak project?

22     A    Same family of product but different.

23     Q    All draw latches?

24     A    Yes.

25     Q    But what's the difference?

Page 38

1    A    We can look at the handbook and find out.  I'm

2 not familiar with --

3    Q    Is it a size issue?  If they're different

4 clips, then I think your counsel is right.  We can move

5 on.

6         MR. NEAL:  She's already testified they're

7 different clips twice.

8         MR. ZOFFER:  Really, Steve, of all people to

9 be accusing somebody of asking the same question

10 multiple times.  I really don't have an understanding in

11 my mind about whether these clips that she's referring

12 to are the same.  That's why I'm asking.  If I knew the

13 answer, I wouldn't ask the question.  I don't know that

14 she does know the answer.

15    A    I'm not sure.

16         Q    (By Mr. Zoffer) If we can look at the

17 handbook and get the answer, I think we should do that.

18         MS. DODGE:  Why don't we go off the record for

19 a moment and she can look at the handbook.

20                        - - - -

21         (There was a discussion off the record.)

22                        - - - -

23         Q    (By Mr. Zoffer) During the break, we were

24 looking at the part numbers for the latches that we were

25 just referring to.  That is the latch numbers

Page 39

1  97-50-110-12 and 97-30-160-12.  Can you describe for us

2  whether those are different clips?

3      A     Yes.  They are different in size.

4      Q     Is one of them stainless and the other isn't?

5      A     They are both stainless.

6      Q     So it's the dimensions of the clips?

7      A     The suffix of dash 12 indicates a stainless

8  latch regardless of size.

9      Q     Then we can move on.  I'm now showing you what

10 has been previously marked as exhibit 55.  Can you

11 identify that letter for us?

12                     - - - -

13            (The witness reviewed the document.)

14                     - - - -

15     A     This is a letter from Bernie Kapus at Forum,

16 September 25, 2000, advising that he's still having

17 problems with the rusting latches.  He references a

18 conversation with Jim Coler and Larry Thomas and myself

19 regarding the change of the grade of stainless steel,

20 which I mentioned earlier.

21     Q     Okay.  Although he references the change

22 having been made in 1996?

23     A     Right.  It was my understanding that it was

24 much later than that.

25     Q     Okay.

Page 68

1    Q    (By Mr. Neal) Do you have that in front

2 of you, ma'am?

3    A    Uh-huh.

4    Q    Okay.  If you look at the top of this, it says

5 open date 4/18/01.  Do you see that?

6    A    Yes.

7    Q    What does that mean?

8    A    That means that's the date this document was

9 initiated in the business system.

10    Q    Okay.  And then there's -- if you look at the

11 bottom right-hand corner, it says sign off Ashley S.,

12 maybe?

13    A    Right.  That --

14         MS. DODGE:  If we can move this along.  I

15 mean, that was already asked and answered by her.

16         MR. NEAL:  Great.  Thank you.

17    Q    (By Mr. Neal) Can you tell me what that

18 means?

19    A    Sue Ashley who was the person that took my job

20 in quality assurance after I moved on.

21    Q    And the date there is 11/01/01.  Do you see

22 that?

23    A    That's correct.

24    Q    What does that refer to?

25    A    That would be the date she signed this off as

Page 69

1  closed.

2      Q    Go back to the open date for a second.  I just

3  don't really understand your computer system for obvious

4  reasons.

5      A    Okay.

6      Q    But is the open date the first time the

7  complaint is made?

8      A    No.  The open date is the first time this

9  specific issue came up.

10     Q    Okay.

11     A    If they were multiple complaints, multiple

12  reports of the same issue, we would reference that as

13  the QC number, and you can see that in the problem

14  description, continuation of QC 2001094.

15     Q    But if there was another complaint about this,

16  this very specific problem, would the open date change?

17     A    A new document would be created referencing

18  the old one.

19     Q    Referencing the old open date?

20     A    No.  Referencing the old document, this

21  document being QC number.

22     Q    I got you.  So there would be -- if there's

23  another complaint, there would be a whole other field,

24  if you will, and it would have a new open date?

25     A    Right.

Page 70

1    Q    And it would likely refer to this one as well

2 because that's a similar problem?  Is that your

3 testimony?

4    A    Right.

5    Q    And here it looks like there's a

6 6-and-a-half-month difference between the open date and

7 the close date, if you will.  Is that close enough?

8    A    Yes.

9    Q    Okay.  Do you have an explanation for that,

10 what -- that length of time?

11        MS. DODGE:  I'm going to object only because

12 she already indicated she didn't have anything to do

13 with this.  But if you can offer an explanation based on

14 your knowledge, that's fine.

15    A    I think it's apparent that this issue has been

16 an open one since -- when did the first one come in?

17 February 2000 or something like that?

18        MR. ZOFFER:  Right.

19    Q    So do you know why there's a close date -- if

20 you're right, if this has been an ongoing problem and as

21 we've seen today it's still an ongoing problem, why

22 would there be a close date of November 1, '01?

23        MS. DODGE:  Objection to the form of the

24 question.

25        MR. ZOFFER:  Same.