# EXHIBIT "E"

S0049

SYMIX 4  OR4.19  
SOUTH CO, INC  
ORDER STATUS REPORT  
Page: 1

| Order | Cust PO | Customer | Ordered | Line Re | Item | Description | Lot | Qty Ordered | Shipped | Sch Date | Last Ship | Whse |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1233573 | 32082 | 6145 | 1/18/1999 | 1 | 97-30-160-12 | | | 1,000.00 | 1,000.00 | 1/19/1999 | 1/19/1999 | HF |
| 1299984 | 33212 | 6145 | 8/24/1999 | 1 | 97-50-112-12 | | | 45 | 45 | 8/25/1999 | 8/25/1999 | ALM |
| 1306915 | 33350 | 6145 | 9/17/1999 | 1 | 97-50-113-12 | | | 210 | 210 | 9/20/1999 | 9/20/1999 | ALM |
| 1308220 | 33369 | 6145 | 9/21/1999 | 1 | 97-50-113-12 | CM 192 pcs | CN# 2103586 | 210 | 210 | 9/22/1999 | 9/22/1999 | ALM |
| 1279297 | 32857 | 6145 | 6/15/1999 | 2 | 97-30-160-12 | | 2/10/2001 | 8,100.00 | 7,908.00 | 8/2/1999 | 8/3/1999 | ALM |
| 1279297 | 32857 | 6145 | 6/15/1999 | 3 | 97-30-160-12 | | | 2,300.00 | 2,300.00 | 9/1/1999 | 9/21/1999 | ALM |
| 1279297 | 32857 | 6145 | 6/15/1999 | 4 | 97-30-160-12 | | | 5,700.00 | 5,700.00 | 10/1/1999 | 10/11/1999 | ALM |
| 1279297 | 32857 | 6145 | 6/15/1999 | 5 | 97-30-160-12 | | | 3,200.00 | 3,200.00 | 12/30/1999 | 12/30/1999 | ALM |
| 1279297 | 32857 | 6145 | 6/15/1999 | 6 | 97-30-160-12 | | | 8,200.00 | 8,200.00 | 3/1/2000 | 3/1/2000 | ALM |
| 1279297 | 32857 | 6145 | 6/15/1999 | 7 | 97-30-160-12 | | | 3,500.00 | 3,500.00 | 8/6/1999 | 8/6/1999 | ALM |
| 1334386 | sample | 6145 | 1/27/2000 | 1 | 97-50-110-12 | | | 5 | 5 | 1/28/2000 | 1/28/2000 | ALM |
| 1353562 | samples | 6145 | 2/28/2000 | 1 | 97-50-110-12 | | | 70 | 70 | 2/28/2000 | 2/28/2000 | ALM |
| 1448266 | 35561 | 6145 | 1/11/2001 | 1 | 97-50-110-12 | | | 200 | 200 | 1/16/2001 | 1/16/2001 | ALM |
| 1487296 | samplew | 6145 | 5/21/2001 | 2 | 97-99-341-12 | | | 800 | 800 | 9/5/2001 | 9/5/2001 | ALM |
| 1489290 | sample- | 6145 | 5/29/2001 | 1 | 97-99-340-12 | | | 1,000.00 | 1,000.00 | 5/30/2001 | 5/30/2001 | ALM |


DEPOSITION EXHIBIT

S0050

| ID | | | Date | | | Code | | | Qty | Qty | Date | Date | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1489290 | sample - | 6145 | 5/29/2001 | | 2 | 97-99-340-12 | | | 1,000.00 | 1,000.00 | 5/30/2001 | 5/30/2001 | ALM |
| 1489290 | sample - | 6145 | 5/29/2001 | | 3 | 97-99-340-12 | | | 3,000.00 | 3,000.00 | 8/24/2001 | 8/24/2001 | ALM |
| 1510728 | 36571 | 6145 | 8/20/2001 | | 1 | 97-50-110-12 | | | 190 | 190 | 8/22/2001 | 8/22/2001 | ALM |
| 1510728 | 36571 | 6145 | 8/20/2001 | | 2 | 97-50-110-12 | | | 10 | 10 | 8/21/2001 | 8/21/2001 | ALM |
| 1518669 | samplew | 6145 | 9/24/2001 | | 1 | 97-99-340-12 | | | 2,700.00 | 2,700.00 | 10/5/2001 | 10/10/2001 | ALM |
| 1518669 | samplew | 6145 | 9/24/2001 | | 2 | 97-99-340-12 | | | 800 | 800 | 9/26/2001 | 9/26/2001 | ALM |
| 1521832 | samplew | 6145 | 10/9/2001 | | 1 | 97-99-340-12 | | | 2,700.00 | 2,700.00 | 10/22/2001 | 10/29/2001 | ALM |
| 1521832 | samplew | 6145 | 10/9/2001 | | 2 | 97-99-340-12 | | | 2,500.00 | 2,500.00 | 10/25/2001 | 10/29/2001 | ALM |
| 1565269 | samplew | 6145 | 4/29/2002 | | 1 | 97-99-340-12 | | | 400 | 400 | 5/2/2002 | 5/2/2002 | HF |
| | | | | F | | | | | 0 | 40 ea | | | |
| 1565269 | samplew | 6145 | 4/29/2002 | | 2 | 97-99-341-12 | | | 40 | 40 ea | 5/2/2002 | 5/2/2002 | HF |
| O | D | | | | | | | | | | | | |

