# EXHIBIT "F" – Part 1


Exhibit 1
Witness GARRET
Date 10/30/06 Rptr CR
Powers
Garrison &
Hughes
North American Edition - 48 NA
S0105

# The SOUTHCO® Difference...

From quality products to helpful customer service, Southco provides the best access hardware solutions in the business.

**Experience Counts.** With continuous manufacturing success since 1899, and as a leader of the access hardware industry since 1945, Southco offers you an unparalleled range of resources, including:

- Application engineering support for your designers and engineers
- Product Evaluation samples to test in your prototype
- Standard Product Modifications
- Custom Products Engineering
- Internet access to the latest Southco information as well as Handbook and sample requests
- Electronic CAD library files to download 24 hours a day, 7 days a week.

**How about a Sample?** Southco can help reassure you that your design works, before you commit to it. Our sample philosophy is simple: we invite you to try our products in your prototype at no cost. We'll even pay the surface shipping charges! By evaluating our products "in place", you know if our design solution will meet or exceed your expectations.





**Where in the world are you?** Wherever that is, **Southco is local.** In more than 28 countries worldwide, we provide proven solutions for our customers through the efforts of:

- Experienced Southco solution providers with technical degrees
- A global, direct sales force on 3 continents, serving customers in 46 countries
- More than 60 global Authorized Southco Distributors.

Global Locations

**When do you need it?** A 100% on time delivery goal means you'll get what you need when you need it, no matter where you are. We also work closely with a range of customers to satisfy Just-in-Time delivery requirements in critical, high production applications. **We'll be there for you.**

**ISO 9001**
Quality System

**Expect more from Southco.** We know how important meeting today's strict, global standards for quality are to you and your customers. That's why from start to finish we build these measures right into our products. this dedication begins with the Chief Executive Officer and the Corporate Quality Council, where Senior Executive Management makes sure that all our practices in design, manufacturing and service live up to these global standards. It continues with one ISO 9001 Quality System certificate governing our facilities, which assures you that consistency is the norm for Southco. It is practiced through our goal of Zero defects for every Southco product, offering you the performance you expect from a leader. **You can expect the best from Southco.**

p://www.southco.com

**Have you visited our Home Page?** Southco is on-line! Check us out on the web, and get the latest information on the newest Southco products. Request Samples and Handbooks any time of the day or night. This Southco never closes.

## ...Creative Solutions to Latching and Access Hardware Needs, Worldwide

# The Southco Handbook

**you need a Southco Handbook?**

300+ pages of products and technical data are only the beginning of the full range of hco solutions. If you don't have your own Handbook, we can send you a copy in your erence of these languages: American, Australian, British, French, German, Italian, and iish. Make the Southco Handbook your first, and last, source for latching and access ware.



**. . found just what you're looking for?** Is your grip range too long? Need a higher ower profile? A special headstyle? How about a different colour? **Need a Southco dard product Modified**, or even a **Custom Product built to your specifications?** Southco to help start your thinking about what you need and what we can do, just for you.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

s you read this latest edition of the globally recognized Southco Handbook. lable in 5 languages, it's easy to see why so many design specifiers around the world this book to find their best Access Hardware solutions. Many of our existing customers 0, 40 and more years standing, have found that Southco is truly a different kind of pany. More than just a supplier, we're part of their team. With Southco's inization vertically integrated through design, manufacturing, marketing, sales technical support, we offer a range of resources that go beyond products. By ng advantage of Southco's solutions, you help ensure that your selection of dard, modified and special latches, captive screws, hinges and access hard- e provides your customers with added value and convenience in addition to long, reliable performance.

Flexible Draw Latch Molded in Custom "Yellow"

Southco, with 99 years of manufacturing excellence, has 1500 Southco people around the world standing ready to serve you through a direct, sales network in 12 countries and distribution in 25 countries. Put us to work for you. Let us be your provider of choice.

Steve

# Your Southco Representative...



AUSTRALIA

uthco Fasteners Pty., Ltd.
ernational Trade Park
Aviation Place
llamarine, Victoria 3043
stralia
l: (61) 3-9335-4335
c: (61) 3-9335-4004
w.southco.com

**w South Wales/Queensland**
uthco Fasteners Pty., Ltd.
niel Agnew
: (61) (412)-963-550
: (61) (2) 9315-8396
nail: dagnew@southco.com

**toria/South Australia**
uthco Fasteners Pty., Ltd.
ne O'Connor
: (61) (418)-389-579
: (61) (3) 9331-3055
nail: soconnor@southco.com



AUSTRIA

thco, GmbH
lfgang Strasky
(43) 1 513 6333
(43) 1 513 6343
ail: wstrasky@southco.com



CANADA

**ario, Quebec & ntic Canada**
hco, Inc.
d Chakravarty*
*Account Manager)*
(1) 905-855-0309
(1) 905-855-2125
il: dchakravarty@southco.com

**Canada**
ves Agencies, Inc.
nipeg, Manitoba
(1) 204-474-1239
(1) 204-475-4608

**British Columbia**
Steeves Agencies, Inc.
Tel: (1) 604-574-7230
Fax: (1) 604-574-7240



FRANCE

Southco SARL
Parc d'Activités des Brunelleries
BP 15
49080 Bouchemaine
France
Tel: (33) 2-41-77-20-22
Fax: (33) 2-41-77-20-50
www.southco.com

**Paris**
Southco SARL
Jean-Marc Hnatow
Tel: (33)-1-60-77-90-98
Fax: (33)-1-60-78-17-00
E-mail: jhnatow@southco.com

**South France**
Southco SARL
Denis Séguier
Tel: (33)-4-78-77-59-40
Fax: (33)-4-78-77-68-32
E-mail: dseguier@southco.com

**Northeast France**
Southco SARL
Guy Luca
Tel: (33)-3-82-39-03-26
Fax: (33)-3-82-39-03-27
E-mail: gluca@southco.com



GERMANY

Southco GmbH
Herrenlandstr. 58
D-78315 Radolfzell/Bodensee
Germany
Tel: (49) 7732-99220
Fax: (49) 7732-992233
www.southco.com

**Stuttgart**
Southco GmbH
Michael Post
Tel: (49) 7739-98711
Fax: (49) 7739-98799
E-mail: mpost@southco.com

**Munich**
Southco GmbH
Michael Thalhofer
Tel: (49) 7732-99220
Fax: (49) 7732-992233
E-mail: mthalhofer@southco.com

**Berlin**
Southco GmbH
Thomas Gerth
Tel: (49) 7732-99220
Fax: (49) 7732-992233
E-mail: tgerth@southco.com

**Hannover**
Southco GmbH
Axel Hollstamm
Tel: (49) 7732-99220
Fax: (49) 7732-992233
E-mail: ahollstamm@southco.com

**Düsseldorf**
Southco GmbH
Thomas Weuthen
Tel: (49) 7732-99220
Fax: (49) 7732-992233
E-mail: tweuthen@southco.com




ITALY

Southco, S.R.L.
Via Zuretti, 102
20125 Milano, Italy
Tel: (39) 2-66 71 53 33
Fax: (39) 2-66 71 52 88
www.southco.com

**Bergamo (Eastern Italy)**
Southco, S.R.L.
Paolo Bosso
Tel/Fax: (39) 35-798068
E-mail: pbosso@southco.com

**Milano (Western Italy)**
Southco S.R.L.
Giancarlo Prada
Tel/Fax: (39) 2-55302037
E-mail: gprada@southco.com

**Perugia (Central Italy)**
Southco S.R.L.
Pietro Rigucci
Tel/Fax: (39) 742-720450
E-mail: prigucci@southco.com



KOREA

Southco Korea, Ltd.
Bummyung Bldg. 6th Fl.
#70-3 Yangjae-dong, Seocho-Ku
Seoul, Korea 137-130
Tel: (82) 2-529-2943
Fax: (82) 2-529-0752
www.southco.com

**Kyungsangdo & Chullado**
Southco Korea, Ltd.
Ji Man Jang
Tel/Fax: (82) 053-756-8556
E-mail: jjang@southco.com

**Kyunggido & Chungcheongdo**
Southco Korea, Ltd.
Jong Man Kim
Tel/Fax: (82) 333-666-9887
E-mail: jkim@southco.com

**Seoul, Kyunggido, Incheon & Chungcheongdo**
Southco Korea, Ltd.
Kwi Kuk Jang
Tel/Fax: (82) 331-223-2943
E-mail: kjang@southco.com



MEXICO

Southco S.A. de C.V.
Av. Gustavo Baz 176, Bodega 4
Col. San Jeronimo
Tepetlacalco, Tlalnepantla
Edo. de México, C.P. 54090 Mexico
Tel: (52) 5-361-63-49
Fax: (52) 5-361-21-79
www.southco.com

**Mexico City**
Southco S.A. de C.V.
Ismael Ortega Martinez
*(Key Account Manager)*
Tel/Fax: (52) 5 648-04-06
E-mail: iortega@southco.com

**Guadalajara, Mexico**
Southco S.A. de C.V.
Luis Tellez
Tel: (52) 3 122-86-88
Fax: (52) 5-361-21-79
E-mail: ltellez@southco.com

S0108

ACCOUNT MANAGERS are assigned specific accounts. For information or assistance, please call the Manager listed for your area, or call Southco directly



**nterrey, N.L. Mexico**
thco S.A. de C.V.
: Rodriguez Uribe
*y Account Manager)*
Fax: (918) 356-12-72
ail: lrodriguez@southco.com



**SPAIN**

thco S.A.
e la Fragua, 8
'60 Tres Cantos
drid, Spain
(34) 1-803-4644
: (34) 1-803-6171
w.southco.com

**rcelona**
thco S.A.
é Manuel Montero
(34) 3-589-6373
nontero@southco.com

**drid**
thco S.A.
ier Arias Echeverria
/Fax:(34) 1-320-9272
ail: jecheverria@southco.com



**SWEDEN**

uthco Europe, Ltd.
anneslundsvägen 3
194 81 Upplands Väsby
eden
l: (46) 8-590-86000
x: (46) 8-590-86001
w.southco.com



**UNITED KINGDOM**

Europe Ltd.
verton Technology Park
eltenham, Glos. GL51 6TQ
gland
: (44) (0) 1452-715400
x: (44) (0) 1452-715490
w.southco.com

**Midlands & Northwest England**
Southco Europe Ltd.
Steve Montisci
Tel/Fax: (44) (0) 1827-898717
E-mail: smontisci@southco.com

**Northeast England & Scotland**
Southco Europe Ltd.
Alan Marlow
Tel/Fax:(44) (0) 1302-391271
E-mail: amarlow@southco.com

**Southeast England**
Southco Europe Ltd.
David R. Proctor
Tel/Fax:(44) (0) 1252-378749
E-mail: dproctor@southco.com

**Southwest England**
Southco Europe Ltd.
Karin Larsen
Tel/Fax: (44) (0) 1242-512044
E-mail: klarsen@southco.com



**UNITED STATES OF AMERICA**

Southco, Inc.
210 N. Brinton Lake Road
Concordville, PA 19331
Tel: (1) 610-459-4000
Fax: (1) 610-459-4012
www.southco.com

**Arizona**
**California, Southern**
(North & Western Counties)
Southco, Inc.
James Summers*
*(Key Account Manager)*
Tel: (1) 818-889-0392
Fax: (1) 818-889-0393
E-mail: jsummers@southco.com

**California, Southern**
(South & Eastern Counties)
Southco, Inc.
Mark A. Clark*
*(Key Account Manager)*
Tel: (1) 714-786-2406
Fax: (1) 714-786-2410
E-mail: [illegible]@southco.com

**California, Northern**
Dean Lewis Associates*
*(Key Account Manager)*
Tel: (1) 510-785-9650
Fax: (1) 510-786-3180

**Colorado, Englewood**
Southco, Inc.
Brian Matlock*
*(Key Account Manager)*
Tel: (1) 303-814-0203
Fax: (1) 303-660-3771
E-mail: bmatlock@southco.com

**Florida, Orlando**
Southco, Inc.
John Sestito*
*(Key Account Manager)*
Tel: (1) 407-695-2670
Fax: (1) 407-695-6510
E-mail: jsestito@southco.com

**Georgia, Atlanta**
Southco, Inc.
David Fusina*
*(Key Account Manager)*
Tel: (1) 770-424-0900
Fax: (1) 770-424-0480
E-mail: dfusina@southco.com

**Illinois, Chicago**
Southco, Inc.
Joel Kaslewicz
Tel: (1) 630-545-0088
Fax: (1) 630-545-0093
E-mail: jkaslewicz@southco.com

Mark Smith*
*(Key Account Manager)*
Tel: (1) 630-279-4039
Fax: (1) 630-279-4049
E-mail: msmith@southco.com

**Indiana, Indianapolis**
Southco, Inc.
Robert Shelley*
*(Key Account Manager)*
Tel: (1) 513-398-4348
Fax: (1) 513-398-4696
E-mail: rshelley@southco.com

**Iowa, Cedar Rapids**
Clancey Company
Tel: (1) 319-363-2789
(1) 800-747-7405
Fax: (1) 319-363-5019

**Kansas, Overland Park**
Clancey Company
Tel: (1) 913-894-4444
(1) 800-747-7405
Fax: (1) 913-894-4498

**Kentucky, Louisville**
Southco, Inc.
Randy Compton*
*(Key Account Manager)*
Tel: (1) 502-491-8032
Fax: (1) 502-493-2657
E-mail: rcompton@southco.com

**APPLIANCE SPECIALIST**
Southco, Inc.
Randy Compton*
*(Key Account Manager)*
Tel: (1) 502-491-8032
Fax: (1) 502-493-2657
E-mail: rcompton@southco.com

**Maryland, Baltimore**
Southco, Inc.
Michael J. Bolognone
Tel: (1) 610-896-9803
Fax: (1) 610-896-9804
E-mail: mbolognone@southco.com

James N. Potter*
*(Key Account Manager)*
Tel: (1) 609-953-9139
Fax: (1) 609-654-2962
E-mail: jpotter@southco.com

**Massachusetts, Boston**
Southco, Inc.
Paul Allison
Tel: (1) 973-402-1745
Fax: (1) 973-402-5111
E-mail: pallison@southco.com

Michael E. Lattari*
*(Key Account Manager)*
Tel: (1) 508-261-1008
Fax: (1) 508-261-9404
E-mail: mlattari@southco.com

# Your Southco Representative...

**…TOMOTIVE SPECIALIST**
…chigan
…ineered Component Products
… (1) 248-740-2700
…: (1) 248-740-9444

**…higan**
…tco, Inc.
…an Wirth*
*…Account Manager)*
…(1) 616-975-1739
…(1) 616-975-1749
…il: nwirth@southco.com

**…esota, Minneapolis/St. Paul**
…tco, Inc.
…Craven*
*…Account Manager)*
…(1) 612-917-0301
…(1) 612-917-0361
…il: ccraven@southco.com

**…o…i, St. Louis**
… …c.
…asIewicz
…1) 630-545-0088
…1) 630-545-0093
…il: jkaslewicz@southco.com

**…da, Las Vegas**
…co, Inc.
… Summers*
*…Account Manager)*
…1) 818-889-0392
…1) 818-889-0393
…l: jsummers@southco.com

**…Jersey**
…co, Inc.
…el J. Bolognone
…1) 610-896-9803
…1) 610-896-9804
…l: mbolognone@southco.com

…N. Potter*
*…ccount Manager)*
…1) 609-953-9139
…1) 609-654-2962
… …er@southco.co

**New York, New York**
Southco, Inc.
Paul N. Allison
Tel: (1) 973-402-1745
Fax: (1) 973-402-5111
E-mail: pallison@southco.com

**New York, Rochester**
Southco, Inc.
Larry Thomas
Tel: (1) 412-772-3386
Fax: (1) 412-772-0408
E-mail: lthomas@southco.com

Amy B. Sklair*
*(Key Account Manager)*
Tel: (1) 716-533-1270
Fax: (1) 716-533-9139
E-mail: asklair@southco.com

**North Carolina, Raleigh-Durham**
Southco, Inc.
James Owens
Tel: (1) 704-639-1089
Fax: (1) 704-642-0999
E-mail: jowens@southco.com

Dan McCourt*
*(Key Account Manager)*
Tel: (1) 919-572-9089
Fax: (1) 919-572-6986
E-mail: dmccourt@southco.com

**Ohio, Cincinnati/ Columbus/Dayton**
Southco, Inc.
Robert Shelley*
*(Key Account Manager)*
Tel: (1) 513-398-4348
Fax: (1) 513-398-4696
E-mail: rshelley@southco.com

**Ohio, Cleveland**
Southco, Inc.
Larry J. Thomas
Tel: (1) 412-772-3386
Fax: (1) 412-772-0408
E-mail: lthomas@southco.com

**Oregon, Portland**
Southco, Inc.
Randolph D. Grover
Tel: (1) 253-946-9119
Fax: (1) 253-946-0330
E-mail: rgrover@southco.com

**Pennsylvania, Philadelphia**
Southco, Inc.
Michael J. Bolognone
Tel: (1) 610-896-9803
Fax: (1) 610-896-9804
E-mail: mbolognone@southco.com

James N. Potter*
*(Key Account Manager)*
Tel: (1) 609-953-9139
Fax: (1) 609-654-2962
E-mail: jpotter@southco.com

**Pennsylvania, Pittsburgh**
Southco, Inc.
Larry J. Thomas
Tel: (1) 412-772-3386
Fax: (1) 412-772-0408
E-mail: lthomas@southco.com

**Tennessee, Nashville**
Southco, Inc.
Randy Compton*
*(Key Account Manager)*
Tel: (1) 502-491-8032
Fax: (1) 502-493-2657
E-mail: rcompton@southco.com

**Texas, Dallas**
Southco, Inc.
Michael E. Partridge
Tel: (1) 972-727-8785
Fax: (1) 972-727-6038
E-mail: mpartridge@southco.com

John Snyder*
*(Key Account Manager)*
Tel: (1) 972-735-7800
Fax: (1) 972-735-8016
E-mail: jsnyder@southco.com

**Washington, Seattle**
Southco, Inc.
Randolph D. Grover
Tel: (1) 253-946-9119
Fax: (1) 253-946-0330
E-mail: rgrover@southco.com

**Wisconsin, Milwaukee**
Southco, Inc.
Kenneth Schuyler*
*(Key Account Manager)*
Tel: (1) 414-355-3799
Fax: (1) 414-355-3816
E-mail: kschuyler@southco.com

S0110

…CCOUNT MANAGERS are assigned specific accounts. For information or assistance, please call the Manager listed for your area, or call Southco directly.

# Your Country Distributor



**BELGIUM**

N. V. Beluma S.A.
Assesteenweg 15
Industriezone Mollem
B-1730 Asse
Belgium
Tel: (32) 2 454 0120
Fax: (32) 2 454 0130



**IRELAND**

QEF Ltd.
Units 11A & 11B
City Link Ind. Park
Forge Hill
Kinsale Road
Cork, Ireland
Tel: (353) 21 968480
Fax: (353) 21 968628



**NETHERLANDS**

Onkenhout & Onkenhout BV
Postbus 66
NL-1110 AB Diemen
Netherlands
Tel: (31) (20) 66 00 200
Fax: (31) (20) 690 42 46



**SINGAPORE**

Gripwell Fastening & Engineering
PTE Ltd.
No. 10 Upper Aljunied Link
Unit 03-03
Singapore 367904
Tel: (65) 289-6011
Fax: (65) 280-7877



**CZECH REPUBLIC**

Marek Trading Co. Ltd.
Merhautova 173
CZ 61300 Brno
Czech Republic
Tel: (420) 5 4522 3350
Fax: (420) 5 4522 3360



**ISRAEL**

Maham Fasteners Ltd.
13 Mazal Eliezer St.
(Giron Hi-Tech Park)
Rishon Le-Zion, Israel 75653
Tel: (972) 3 9626516
Fax: (972) 3 9626517



**NEW ZEALAND**

Allways Mannings Ltd.
103 A Harris Rd.
East Tamaki, Auckland
New Zealand
Tel: (64) 9 273-8818
Fax: (64) 9 273-8858



**SWITZERLAND**

KVT Koenig Verbindungstechnik AG
Lagerstrasse 8
CH-8953 Dietikon/Zurich
Switzerland
Tel: (41) (1) 743 33 33
Fax: (41) (1) 740 65 66



**DENMARK**

Praestmark A/S
Holger Danskes Vej 40
DK-2000 Frederiksberg/Copenhagen
Denmark
Tel: (45) 3888 4400
Fax: (45) 3833 4190



**JAPAN**

Nabeya Kogyo Co., Ltd.
Kurachi Mukaiyama
Seki City
Gifu 501-32
Japan
Tel: (81) 575 231121
Fax: (81) 575 231129



**NORWAY**

Leif H Strøm A/S
Heimdalsgaten 25
P.O. Box 9007 Grønland
N-0133 Oslo, Norway
Tel: (47) 22 197700
Fax: (47) 22 196818



**TAIWAN**

Hemming Corporation
4F-1, No. 173-1, Sec. 2
Fu Hsin S. Road
Taipei, Taiwan
R.O.C.
Tel: (886) 2 2702-1038,
(886) 2 2702-0380
Fax: (886) 2 2703-3475,
(886) 2 2709-0014



**FINLAND**

Polar Ruuvi Bufab OY
Hyttitie 4b
00700 Helsinki,
Finland
Tel: (358) 9 476 700
Fax: (358) 9 476 70401



**MALAYSIA**

Gripwell Fastening (M) SDN BHD
No. 12 Jalan SS 26/6,
Taman Mayang Jaya,
47301 Petaling Jaya
Selangor, Malaysia
Tel: 03-7037405
Fax: 03-7037410



**PORTUGAL**

Reiman
Rua Monte do Vale, 846
Leça do Bailo
4465 S. Mamede de Infesta
Portugal
Tel: (351) 2 951 6796
Fax: (351) 2 953 2151



**HUNGARY**

Biotek KFT
1106 Budapest
Jászberényi Ut 29 Hungary
Tel: (36) 1 261 4733
Fax: (36) 1 260 8635



# Contents

On these two pages the Handbook is presented by sections according to function, subject, or family group. For an index of all Southco products by product class and description, see the inside back cover.

**Section A**
Value Added Services






**Section F**
Panel Latches



**Section G**
Slam-action Latches



**Section L**
Pulls



**Section M**
Hinges



**Section N**
Butt Joint Fasteners



S0112






**Section C**
Captive Screws



**Section D**
Adjustable Grip Latches



**Section H**
Draw Latches



**Section J**
General Purpose Latches



**Section K**
Magnetic Catches



**Section O**
Accessories



**Section P**
Drive (blind) Rivets

