# EXHIBIT "F" – Part 2



# Southco's NSF Certified Products...
## are designed to meet Food Equipment Industry Standards

**Southco proudly announces the immediate availability of over 400 NSF Listed Fastening Solutions**

Please contact Southco for
- Southco's Official NSF Listing containing over 400 NSF listed Southco part numbers
- Technical information
- *Free Samples!*

A. Over-Center Drawlatch with Toggle Action (A7-10-301-75)
B. Flush (cup) Latch (24-20-101-35)
C. L-Handle Latch (92-41-111)
D. Paddle Latch (64-11-10)
E. Nylon lift-off Hinge (96-50-331-11)
F. Lift and Turn® Latch (62-10-603-20)
G. Positioning-Advantage Hinge (G6-5-1)
H. Over-Center Drawlatch Series 30 (97-30-161-12)
I. Mini Lift-off Hinge (96-141)
J. Pocket Pull Flush Handle (P2-41)
K. Spring Loaded Plunger Press-in Style (56-61)
L. Spring Loaded Plunger Flare-in Style (56-10-801-10)
M. Spring Loaded Plunger Thread-in Style (56-10-301-20)

Additional styles, sizes

S0114



# Southco's Bellcore Solutions for the Telecommunications Industry

In our continuing efforts to meet our customers' access hardware requirements, Southco is pleased to offer the Telecommunications industry the Bellcore recess on the following products:

- captive screws
- compression latches
- panel fasteners

Call Southco for information on how we can meet your Bellcore requirements, or for free product samples to test in your application.

Southco: access hardware for your telecommunications applications.

S0115



# Do you manufacture Boats, PWCs or other Marine craft?

Then make Southco your source for latching and access hardware solutions that meet the needs of the boating industry. We offer products that are:

- Durable
- Non-corrosive
- Marine
- Easy to install and use
- Able to be modified to meet your specific requirements for materials, finishes and colors

Call Southco today to see how we can meet your Marine requirements. Ask about free product samples to test in your application.

S0116

# Southco® Value Added Services

## Section A

The Southco® Web Site
Page A-2

Glossary of Southco®
Standard Terms
Page A-3

Standard Southco® Finishes
Page A-4

CAD Library
Page A-6 to A-7

Conversion Charts
Page A-8



S0117



www.southco.com

About Southco | Who to Call | What's New | Handbook | Samples | CAD Files | Careers

# Southco on-line puts the most powerful Engineering tools right at your fingertips...

*Design solutions.* Use our on-line resources for information on the best product for your application.

*Speed.* Can't wait for the mail or even a fax? Southco on-line lets you find and down-load the information you need, almost instantaneously.

*Increased Productivity.* Find answers to your design and application questions any time of the day or night. Do more, faster with Southco.

Southco on-line is your source for up-to-the-minute information on Southco products and services. Start with the Southco Homepage.

CAD Files

Do you need the most current Handbook information? Use the on-line Southco Handbook as you design. It's full of new product information, drawings, dimensions, strength and performance data.

Use our convenient on-line Request Form to order evaluation products to try in your application. You can even request the latest CAD file at the same time, or e-mail your application and product performance questions to our engineers.

Keep checking frequently for new and better tools to aid your design efforts. Plans for future enhancements include on-line order entry, and pricing information, along with the ability to check the status of current orders and track shipping status.

*It's never too early to think about your*

S0118