# EXHIBIT "F" – Part 3

# Glossary of Southco® Standard Terms

**djustable:** 1. For latches or door handles: ving the ability to adapt to varying panel icknesses, (usually by changing the pawl sition.) 2. For hinges: a) having multi- sitional capability, b) having ability to gulate (dampen) opening/closing speed, d/or c) having ability to regulate amount of sket compression around door frame.

**erage Ultimate Load:** The load that ses failure or excessive deformation ich renders the product inoperable.

**de:** A reciprocating plate on rotary-type, sion, or over-center draw latches that, en combined with a stationary catch plate eper), provides tensional clamping forces raw and hold panels or objects securely le offering vibration resistance.

**lt-in drag feature:** An integral mecha- n that creates frictional retention without ing to apply supplementary external es. It prevents "back lashing" "sudden xpected release" or "flopping" of latch /or door.

**tive:** A type of fastener whose compo- s are retained in the outer panel when threaded portion is unfastened from ng component. Captive screws)

**ent:** A pre-set internal positioning re that allows fastener or hinge to rotate fractional positions and/or to hold l(s) or door(s) in full/partial opened ion. Also used to indicate full open/ d position of some latching mecha- s

**u...** On "captive" and "retractable" s, the part that houses the screw body, s captivated to the panel by press-in, in or flare-in installation methods. etimes called Stand-off).

**Float:** Term used to define the ability to move freely within a constrained area or feature (i.e. hole) and is used to allow for panel misalignment.

**Grip:** The *nominal* total panel thickness for which a fastener is to be used. (This is usually customer defined.)

**Grip length:** The effective length in terms of screw thread engagement, screw length, stud length, rivet shank length etc., that will accommodate a defined panel thickness range and provide for effective latching or panel retention.

**Grip Range:** The minimum/maximum distance between the latching mechanism and retaining panel as defined by amount of pawl travel that will allow for proper latching and retention. (Also called **Panel Thickness Range**)

**Maximum Working Load:** The maximum recommended load at which the product continues to function properly.

**Pawl:** Rotary feature that provides door/ panel retention when actuated into position. In some cases, this feature also provides gasket compression. Generally has either straight or offset configuration and has linear adjustability along rotating shaft to accommo- date a variety of panel thicknesses.

**Retractable:** Having the capability to retract threaded portion of fastener away from mating panel by means of an internal spring, while retaining the fastener to the mounting panel. (Also called **Spring Ejected**)

**Secondary Catch:** Device on draw-type latches that provides supplementary locking for added security.

**Spring Loaded:** Having a spring installed into the assembled unit, where latching force is provided by natural decompression of the compressed spring. For example: used in slam latches, spring-loaded plunger.

**Steady state clamp force:** A known constant force (tensile or compression) applied to the product over a specified length of time.

**Total Material Thickness:** Combined or total thickness of mating panel(s).

**Two-/three-point latching:** Latching arrangement having latching and/or com- pression capabilities in two or three areas of door and frame, that includes actuator rods and an operating latch.

**Type A/Type B:** Generally describes right- or left-hand operation and/or installation of latches or hinges.

**Ultimate Shear Strength:** Forces exerted in opposite directions as in a cutting action, which renders the product inoperable.

S0119

# Standard Southco® Finishes

Southco is converting many parts that are currently zinc alloy plated to a new finish which is zinc plate, chromate plus sealer to provide improved protection against corrosion. The following information is intended to provide general guidelines regarding finish performance characteristics. Please contact a Southco Applications Engineer with questions or concerns of specific Southco product plating or finish characteristics.

For technical information please call:
Tel: 610-459-4000
Fax: 610-459-4012

**ZINC PLATE, CHROMATE & SEALER** - A metallic (inorganic) sacrificial finish, which primarily provides excellent corrosion protection. "Sacrificial" means this plating will corrode instead of the base material. This finish will protect even if the finish is scratched through to base material. Most applications provide corrosion resistance averaging 500 hours salt spray, per ASTM B117 or ISO 9227, for parts plated approximately 0.013mm (0.0005) thick and 5 cycles of moist sulphur-dioxide testing (ASTM G-87) without evidence of red rust. This finish has a lubricious surface which is more uniform and consistent, both visually and in terms of it's mechanical properties. This finish also exceeds zinc plating specifications as outlined by ASTM B633, BS 1706, DIN 50961 and AS1789.

**ZINC-ALLOY PLATING** - A metallic (inorganic) sacrificial finish, which primarily provides excellent corrosion protection. Similar in nature to the standard zinc plating process, this process co-deposits a small percentage of another alloy along with the zinc plating. Zinc-alloy has exhibited excellent coverage during plating, in some cases plating into recesses in parts better than standard zinc plating. Parts plated with approximately 0.013mm (0.0005) thick zinc-alloy with bright chromate and sealer have on average exceeded 300 hours of salt spray testing (ASTM B-117) and 4 cycles of moist sulfur-dioxide testing (ASTM G-87) without evidence of red rust.

Zinc-Alloy Plating to meet automotive or other industry specific corrosion resistance is available on special order. Call for more information.

**ZINC PLATING** - A metallic (inorganic) sacrificial finish, which provides good corrosion protection. It secondarily provides an attractive, bright, metallic finish to metal components. Zinc Plating is available with various chromate colors and phosphates. Zinc Plating meets ASTM B-633 and will withstand up to 96 hours of Salt Spray test ASTM B-117 without evidence of red rust.

**DACROTIZING** - An immersion zinc flake/chromate dispersion coating applied to ferrous metal parts for very good corrosion protection. Dacrotizing† meets specification Mil-C-87115. Dacrotized† parts withstand 240 hours of salt spray testing per ASTM B-117, and 1 cycle of moist sulphur-dioxide testing (ASTM G-87) without evidence of red rust.

**POWDER COATING** - An organic finish, which provides an attractive finish in a wide variety of colors and glosses. It also provides an excellent corrosion barrier between the base metal and the environment. Powder Coating is not sacrificial. The base material can corrode through a scratch in the finish.

**CHROME AND NICKEL PLATING** - Both offer excellent chemical resistance in a hard, durable finish. These finishes are more decorative than zinc plating but do not provide the sacrificial protection.

**BLACK OXIDE FINISH** - A lubricious, uniform black fluoropolymer finish for metallic parts. It provides up to 400 hours of salt spray resistance per ASTM B-117, without evidence of red rust, usually applied over zinc plating.

Precautions must be exercised when welding plated parts to assure adequate ventilation and appropriate personal safety.

Other finishes are available for most products on special order. Contact your nearest Southco Representative for information on specific applications.

† Registered tradename of Metal Coatings International, Inc.

# Southco® Performance Guidelines

The performance guidelines shown in this Handbook are supplied as a general guide only, as conditions vary with each application and method of installation. Strength data given is for failure of the product or for sufficient deformation to make the product inoperable. No safety factor has been applied. It is recommended that the user request a product sample for testing to determine the suitability of the product for the purpose intended and user's particular application.

The dimensions furnished in this Handbook are presented for the purpose of enabling the user to determine envelope sizes and to make proper installation.

Changes in dimensions, materials and specifications may occur without notice.



## Southco® Warranty

Southco's sole and exclusive warranty is that the products sold by Southco shall be free of defects in materials and workmanship for a period of one year after delivery to the buyer, if used under normal circumstances. Southco expressly disclaims any warranties as to the merchantability or fitness for any particular purpose.

The sole and exclusive remedy of the buyer for any breach of warranty by Southco for its products shall be to provide a replacement part at no cost to buyer or, at the option of the buyer, receipt of a credit toward a future purchase of Southco products in an amount equal to the purchase price paid for the defective product. In no event will Southco be liable for consequential or indirect damages, lost profits, or economic loss, i.e. downtime.

Any action for breach of warranty must be brought within one year of delivery.

# Southco® CAD Drawings

**NEW! The Southco CAD Library on CD ROM**

Southco CAD drawing files are also available:
- Through our electronic Bulletin Board Service
- Using our on-line Request Form
- On diskette



To make your drafting efforts as productive and accurate as possible, we are pleased to offer you complimentary Southco® CAD drawings in either DXF or IGES format, based on the Southco Handbook R6 standard drawings.

You can receive Southco's CAD Library on CD ROM, or send in the form on the following page, or access our on-line CAD Library request on www.southco.com, or request files and Bulletin Board access for Southco® CAD Library files are also available in 3½" floppies.

Original Southco® CAD drawings are created in 2D or 3D. In use, we have included those few pieces necessary to define the product and the appropriate panel preparation. Along with the publicly-accessible Southco connector is available on levels 4 over 20 (through 19) with holes and parts on level 20. We recommend downloading or copying the DXF or IGES file to your hard drive for maximum speed and efficiency when working from the CD-ROM or floppies. Please refer to your CAD system documentation for instructions on how best to translate and use the file.

If some of the geometry appears to be missing, check on which it was drawn; it may be inactive in your system, or the color in which it was drawn may blend with your monitor's background color. For CAD Library technical support, call (610) 361-6575.

All Southco CAD library files are created in AutoCAD software, and if you have AutoCAD, contact us if you have questions about any of the files.

Minimum system requirements for the CD-ROM: Windows 3.1 or 95 or higher, CD-ROM, 2 MB RAM, 2 MB free hard disk space.





S0122

# Southco® CAD Drawings

## Cad Drawing Request / Bulletin Board Service Account Form
Fax Request To: (610) 361-6312 or contact www.southco.com

To request complimentary Southco CAD files on CD-ROM*, via the Southco Bulletin Board Service**, or on 3-1/2" floppy disks, fax this form to Southco. Please allow up to two working days for your Bulletin Board account to be established; we will fax back your account information.

You may also use our on-line request form at www.southco.com to request Southco® CAD Library files or set up Bulletin Board Accounts.

*Note: You will receive your Southco® CAD Library files on CD-ROM unless you request otherwise.
**Note: Southco's Bulletin Board Service supports Zmodem protocol only.

Choose Either:

☐ Send CD-ROM
 * Minimum system requirements for the CD-ROM: Windows 3.1x, 386-33 or higher PC, 8 MB RAM, 2 MB available hard disk space.

☐ Send diskettes

☐ Set up Bulletin Board Account

☐ If you would prefer your CAD files shipped by next day express, please provide your preferred service and account number: _____

For prompt response, please fill out form completely.

Date: _____

Your name: _____   Title: _____

Company Name: _____

Street Address: _____

City: _____   State: _____   Zip/Postal Code: _____

Country: _____

Phone No: _____   Fax No: _____

Name of your CAD software: _____   Version: _____

Platform:   UNIX ___   DOS ___   Windows ___   MAC ___

Software format preference:   DXF ___   IGES ___

Please indicate the Southco® Handbook Number you are using _____

### Southco® Products of Interest:

| Southco® part number: | found on page #: | File name (to be completed by Southco) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Southco use only:
Password Assigned: _____
BBS Phone No. _____

**For CAD Library Technical Support Call:**
**(610) 361-6757**

SOUTHCO

Southco, Inc. • Concordville, PA 19331 U.S.A.   Products Designed With Your Customer In Mind   CRF48

S0123

# onversion Charts

## 1

| Millimeters (SI) | Decimal Inches (USCS) | Inch Fraction (USCS) | Millimeters (SI) | Decimal Inches (USCS) | Inch Fraction (USCS) | Millimeters (SI) | Decimal Inches (USCS) | Inch Fraction (USCS) |
|---|---|---|---|---|---|---|---|---|
| 0.100 | .0039 | - | 6.500 | .2559 | - | 15.875 | .6250 | 5/8 |
| 0.200 | .0079 | - | 6.747 | .2656 | 17/64 | 16.000 | .6299 | - |
| 0.300 | .0118 | - | 7.000 | .2756 | - | 16.272 | .6406 | 41/64 |
| 0.397 | .0156 | 1/64 | 7.144 | .2813 | 9/32 | 16.669 | .6563 | 21/32 |
| 0.400 | .0157 | - | 7.500 | .2953 | - | 17.000 | .6693 | - |
| 0.500 | .0197 | - | 7.541 | .2969 | 19/64 | 17.066 | .6719 | 43/64 |
| 0.600 | .0236 | - | 7.938 | .3125 | 5/16 | 17.463 | .6875 | 11/16 |
| 0.700 | .0276 | - | 8.000 | .3150 | - | 17.859 | .7031 | 45/64 |
| 0.794 | .0313 | 1/32 | 8.334 | .3281 | 21/64 | 18.000 | .7087 | - |
| 0.800 | .0315 | - | 8.500 | .3346 | - | 18.256 | .7188 | 23/32 |
| 0.900 | .0354 | - | 8.731 | .3438 | 11/32 | 18.653 | .7344 | 47/64 |
| 1.000 | .0394 | - | 9.000 | .3543 | - | 19.000 | .7480 | - |
| 1.191 | .0469 | 3/64 | 9.128 | .3594 | 23/64 | 19.050 | .7500 | 3/4 |
| 1.500 | .0591 | - | 9.500 | .3740 | - | 19.447 | .7656 | 49/64 |
| 1.588 | .0625 | 1/16 | 9.525 | .3750 | 3/8 | 19.844 | .7813 | 25/32 |
| 1.984 | .0781 | 5/64 | 9.922 | .3906 | 25/64 | 20.000 | .7874 | - |
| 2.000 | .0787 | - | 10.000 | .3937 | - | 20.241 | .7969 | 51/64 |
| 2.381 | .0938 | 3/32 | 10.319 | .4063 | 13/32 | 20.638 | .8125 | 13/16 |
| 2.500 | .0984 | - | 10.716 | .4219 | 27/64 | 21.000 | .8268 | - |
| 2.778 | .1094 | 7/64 | 11.000 | .4331 | - | 21.034 | .8281 | 53/64 |
| 0 | .1181 | - | 11.113 | .4375 | 7/16 | 21.431 | .8438 | 27/32 |
| 3.175 | .1250 | 1/8 | 11.509 | .4531 | 29/64 | 21.828 | .8594 | 55/94 |
| 3.500 | .1378 | - | 11.906 | .4688 | 15/32 | 22.000 | .8661 | - |
| 3.572 | .1406 | 9/64 | 12.000 | .4724 | - | 22.225 | .8750 | 7/8 |
| 3.969 | .1563 | 5/32 | 12.303 | .4844 | 31/64 | 22.622 | .8906 | 57/64 |
| 4.000 | .1575 | - | 12.700 | .5000 | 1/2 | 23.000 | .9055 | - |
| 4.366 | .1719 | 11/64 | 13.000 | .5118 | - | 23.019 | .9063 | 29/32 |
| 4.500 | .1772 | - | 13.097 | .5156 | 33/64 | 23.416 | .9219 | 59/64 |
| 4.763 | .1875 | 3/16 | 13.494 | .5313 | 17/32 | 23.813 | .9375 | 15/16 |
| 5.000 | .1969 | - | 13.891 | .5469 | 35/64 | 24.000 | .9449 | - |
| 5.159 | .2031 | 13/64 | 14.000 | .5512 | - | 24.209 | .9531 | 61/64 |
| 5.500 | .2165 | - | 14.288 | .5625 | 9/16 | 25.000 | .9843 | - |
| 5.556 | .2188 | 7/32 | 14.684 | .5781 | 37/64 | 25.003 | .9844 | 63/64 |
| 5.953 | .2344 | 15/64 | 15.000 | .5906 | - | 25.400 | 1.000 | 1 |
| 6.000 | .2362 | - | 15.081 | .5938 | 19/32 | | | |
| 6.350 | .2500 | 1/4 | 15.478 | .6094 | 39/64 | | | |

## ART 2

| To Convert | Into | Multiply By | To Convert | Into | Multiply By |
|---|---|---|---|---|---|
| ntimeters | Meters | 0.01 | Meters | Inches | 39.37 |
| ntimeters | Inches | 0.3937 | Meters | Kilometers | 0.001 |
| ntimeters | Millimeters | 10.0 | Meters | Yards | 1.094 |
| a— | Ounces | 0.03527 | Millimeters | Inches | 0.03937 |
| a. | Pounds(Mass) | 2.205 x .001 | Newtons | Pounds | 0.2248 |
| hes | Centimeters | 2.540 | Ounces | Grams | 28.349527 |
| hes | Millimeters | 25.40 | Pounds(Mass) | Grams | 453.5924 |
| ograms | Grams | 1,000.0 | Pounds | Newtons | 4.448 |
| ograms | Pounds(Mass) | 2.205 | Yards | Meters | 0.9144 |
| eters | Centimeters | 100.0 | | | |

## ...er-center Draw Latch

### Draw Latches



| | | | | | |
|---|---|---|---|---|---|
| | 97-30-161-11 • | 97-30-162-11 • | 97-30-163-11 • | 97-30-164-11 • | 97-30-165-11 • | 97-30-160-11 • |
| STEEL | 97-30-161-12 • | 97-30-162-12 • | 97-30-163-12 • | 97-30-164-12 • | 97-30-165-12 • | 97-30-160-12 • |
| ...ION S | 14.7 (.58) | 14.7 (.58) | 21.8 (.86) | 33 (1.30) | 27.4 (1.08) | 24 (.95) |

### ...el Preparation

...t latches and keepers with M3 (No. 4) screws.
...tton type keeper use a countersunk head screw.



### Material and Finish

### Product Strength Guidelines



S0126