# EXHIBIT "G"



**FORUM, INC.**

214 NORTH LEXINGTON AVENUE
PITTSBURGH, PA 15208
(412) 244-8780

| P/O NUMBER | PAGE |
|---|---|
| 032857-00 | 1 |

| P/O DATE | ORDER DATE | CHANGE/CANCEL |
|---|---|---|
| 06/15/99 | Normal | 06/15/99 Original |

| ORDERED FROM | SHIP TO |
|---|---|
| SOUTHCO, INC.<br>P.O. BOX 821316<br>PHILADELPHIA, PA 19182-1316 | FORUM, INC.<br>214 N. LEXINGTON AVENUE<br>PITTSBURGH, PA 15208 |

| BUYER | TERMS | ACKNOWLEDGE | CONFIRM | FOB | SHIP VIA | COD |
|---|---|---|---|---|---|---|
| JONATHAN GARRET | Net 30 | No | No | ORIGIN | Ups | |

| LINE NUMBER | QUANTITY ORDERED BLANKET TYPE | U.M. | CUR ITEM NUMBER DESCRIPTION/COMMENTS | YOUR ITEM NUMBER | PRICE UNIT | REQUESTED DATE | CHANGE CANCEL |
|---|---|---|---|---|---|---|---|
| 1 | 39,300.00 | EA | 6L1SC973016012<br>DRAW LATCH, OVER CTR, SST, NO KEEPER, SOUTHCO #97-30-160-12<br><br>BLANKET ORDER; RELEASE AS FOLLOWS:<br>SHIP 8,300 7/5/99 NOT BEFORE  Rec. 8300 7/16/99<br>SHIP 11,600 8/1/99                 8100 8-5-99<br>SHIP 2,300 9/1/99<br>SHIP 5,700 10/1/99<br>SHIP 3,200 1/01/2000<br>FORUM TO ADVISE REMAINING RELEASES. 3-1-00 8200 pcs.<br>*<br>QUOTE # 1252536 | 97-30-160-12 | 2.3600<br>Ext Price = | 07/07/99 | 92,748 |

COMMENTS

TAG: 43266

Total Ext Price = 92,748.00

ORDERED BY _[signature]_



DEPOSITION EXHIBIT 40

F01210

## TERMS AND CONDITIONS

1. PACKING. No charges shall be made for cartons, containers, wrapping, packing, boxing, crating, trucking, delivery of drayage or other costs, unless authority for such charge is expressly incorporated in this order.

2. TAXES. Sale and or Use Taxes, if applicable, must be separately listed on your invoices.
   If any item included in this purchase order is subject to Federal Manufacturer's Excise Tax the amount thereof must be noted on your invoice as a separate item, but should not be made a part of the amount charged. The Buyer will either forward a Tax Exempt Certificate or include the amount of the tax in its remittance.

3. INSPECTION. All materials or articles ordered will be subject to final inspection and approval at the plant of the Buyer. If rejected, materials will be returned at Seller's risk and all handling and transportation expenses both ways will be assumed by Seller. When material has been rejected by Buyer and returned for replacement, it will be essential that Seller receive shipping instructions form Buyer before making said replacement.

4. CONFIDENTIAL. The Seller shall not, without first obtaining the written consent of the Buyer in any manner advertise or publish the fact that the Seller has furnished or has contracted to furnish the Buyer, the articles herein mentioned. The Seller shall not disclose any of the details connected with this order to any third party except as herein specified. The Seller agrees to be responsible in matters within his control for safeguarding of all Secret, Confidential, or Restricted matters that may be disclosed or that may be developed in connection with the work under this order and to require a similar agreement of all subcontractors and agents of the Seller to whom any working or duty relating to this order may be allotted.

5. PATENTS. Seller guarantees that the sale or use of its products will not infringe any United States or foreign patent and undertakes to indemnify Buyer against all judgments, decrees, costs, and expenses resulting from such alleged infringement and covenants that Seller will upon request of Buyer and at Seller's own expense, defend or assist in the defense of, any suit or action which may be brought against Buyer or those selling or using any product of Buyer by reason of any alleged infringement of any patent in the sale or use of Seller's products, provided that however this provision shall not apply to products manufactured according to Buyer's blueprints and specifications when such products are of a type Seller is not accustomed to manufacture and does not manufactures for Buyer only.

6. ENGINEERING INFORMATION, TOOLS, Etc. Unless otherwise stated on this order, the Seller shall to have or acquire any title to or interest in any of the machinery, designs, tools, jigs, dies, patterns, drawings or any other information or equipment furnished by the Buyer to the Seller, or manufactured or acquired by the Seller for the purpose of this order, and paid for by the Buyer, or for use in the manufacture of the articles or materials contracted for herein, and all title and interest therein to be considered as the sole property of the Buyer or of such others as the Buyer shall without notice to the Seller determine, and the Seller such mark or number the same in accordance with the instructions of Buyer. By accepting this order, Seller expressly agrees that it will not use any of them in the production or design of any other articles or materials for any

   other purchase, nor for the production or manufacture of large quantities than those specified herein, without first obtaining the express consent and license in writing of the Buyer. The sam shall be maintained at the expense of the Seller and at th termination of this contract or cancellation of this order they sha be delivered to the Buyer, together with all spoiled and surplu materials unless the Buyer shall otherwise direct.

7. INCREASE IN QUANTITIES. Unless otherwise specified, an increase in the quantities called for in this purchase order no exceeding 5% will be accepted as compliance with this purchas order caused by conditions of loading, shipping, packing c allowance in manufacturing processes and payment shall b adjusted accordingly.

8. CANCELLATION. Buyer reserves the right to cancel this order c any part hereof, if price has increased over Buyer's order pric and, if material is not shipped according to deliveries specified, c for causes due to any acts or demands of the United State Government, or to fires, strikes, or other causes beyond Buyer' control, or if material is not in accordance with blueprint approved samples or specifications, or is defective i workmanship or quality, or is not satisfactory to Buyer.

9. WARRANTY OF MATERIAL. The Seller expressly warrants of the articles, materials and work covered by this order conform to the specifications, that they will be merchant able, goods material and workmanship and free from defect. Th warranty shall run to the Buyer, its successors, assign customers and user of its products. All warranties herein shall b construed as conditions as well as warranties and the represe tations and conditions herein contained shall not be deemed to b exclusive.

10. ASSIGNMENT OF CONTRACT. This Contract may not be assigne without the written consent of the Buyer.

11. CHANGES. The Buyer shall have the right by written order to mak changes form time to time in the work to be performed by th Seller thereunder. If such changes cause an increase or decreas in the amount due under the order or in the time required for it performance, an equitable adjustment shall be made and th order shall be modified in writing accordingly.

12. BANKRUPTCY. In the event of any proceedings, by or again. Seller, voluntary or involuntary in bankruptcy or in insolvency, for the appointment of a receiver or trustee, or in the event of assignment for the benefit of creditors, or in the event of th breach of any of the term hereof, including the warranties of th Seller, the Buyer shall be entitled to cancel this order by givir written notice.

13. ACCOUNTING FOR MATERIAL. Any material furnished by th Buyer on other than a charge basis in connection with this orde will be deemed as held by the Seller upon consignment and th Seller agrees to pay for all such material spoiled by the Se not otherwise satisfactorily accounted for.

14. ACCEPTANCE. Any delivery made pursuant to this ord constitutes an acceptance of the foregoing instructions ar conditions

F01233