# EXHIBIT "H"

**FORUM, INC.**

214 NORTH LEXINGTON AVENUE
PITTSBURGH, PA 15208
(412) 244-8780
FAX (412) 244-9032



September 25, 2000

Cathy Mannix, Quality Technician
Southco, Inc.
250 East Street
Honeoye Falls, NY 14472

FAX: 716-624-8605

Cc: Larry Thomas, Southco Account Manager
Paula Garret
Jonathan Garret

Dear Ms. Mannix:

Please beware that we now have at one customer's site in excess of fifty severely rusted Southco light duty draw latches. In addition, I have had four samples of draw latches under "no load" test conditions in our paint department since May 2000. Inspection performed today shows that these draw latches have also rusted. Stainless steel is not supposed to rust. The rusting is clearly a sign of faulty material.

I would like to remind you that during our telephone conference call of February 28, 2000 consisting of Jim Coler, Larry Thomas and yourself, Jim Coler stated that "our (Forum's) clips were made from a special type of 455 stainless steel which had its chemistry changed in 1996 to tighten up the spec." Is it possible that this chemistry was changed because Southco was having similar failures with draw latches? And if the chemistry was changed in 1996, why are our draw latches rusting in 2000?

I would suggest that you contact us ASAP with alternative plans on how you propose to resolve the rusting of your stainless steel product.

Sincerely,

Bernard Kapus, PE
Manufacturing Manager

DEPOSITION EXHIBIT
55