**EXHIBIT "I"**

```
                                                                   1

 1
 2                IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 3
                             - - - - -
 4
     NATIONAL RAILROAD        )
 5   PASSENGER CORPORATION,   )
                              )
 6          Plaintiff,        )
                              )
 7          vs.               ) Civil Action
                              )
 8   FORUM, INC.,             ) No. 1:05CV01837
                              )
 9          Defendant         )
              and             )
10          Third-Party       )
            Plaintiff,        )
11                            )
            vs.               )
12                            )
     ADVANCE TRANSFORMER      )
13   CO., AND SOUTHCO, INC.,  )
                              )
14          Third-Party       )
            Defendants.       )
15

16                           - - - - -

17
            DEPOSITION OF THEODORE DONALD DZIUBATY
18

19
     REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
20   WITHOUT AUTHORIZATION FROM THE CERTIFYING
     AGENCY
21
                             - - - - -
22

23              CERTIFIED TRANSCRIPT
                  NOT AN ORIGINAL
24

25
```

2

1
2           DEPOSITION OF THEODORE DONALD DZIUBATY
3    a witness herein, called by the Plaintiff
4    for examination, taken pursuant to the Federal
5    Rules of Civil Procedure, by and before
6    Cheri A. Redlinger, a Professional Court
7    Reporter and Notary Public in and for the
8    Commonwealth of Pennsylvania, at the law
9    offices of Dickie, McCamey & Chilcote, 400 Two
10   PPG Place, Pittsburgh, Pennsylvania, on
11   Friday, November 10, 2006, at 10:00 a.m.
12                      - - - - -
13   COUNSEL PRESENT:
14   For the Plaintiff National Railroad Passenger
     Corporation:
15
         Manatt, Phelps & Phillips
16       by Christopher T. Koegel, Esq.
17   For the Defendant Forum, Inc.:
18       Dickie, McCamey & Chilcote
         by John D. Waclawski, Jr., Esq.
19
     For the Defendant Advance Transformer:
20
         Morgan, Lewis & Bockius
21       by Joseph Brooks, Esq.
22   For the Defendant Southco, Inc.:
23       Meyer, Unkovic & Scott
         by Patricia L. Dodge, Esq.
24
25

12

1         T. Dziubaty - by Mr. Koegel
2 design that you studied at the Design
3 Institute?
4     A.    Product design.
5     Q.    Did you receive a degree?
6     A.    Yes.
7     Q.    What was that?
8     A.    That I finished the courses.
9     Q.    Other than Upsala and Seton Hall and
10 the Design Institute, did you pursue any formal
11 education after high school other than those
12 three?
13     A.    Yes.  I took courses at the GE
14 Lighting Institute.
15     Q.    What were some of those courses?
16     A.    Lighting application, the basics of
17 lighting.
18     Q.    Anything else?
19     A.    That's pretty much what they cover.
20     Q.    Did you receive any kind of degree
21 or certificate from the GE Lighting Institute?
22     A.    Certificate.
23     Q.    Certificate of completion?
24     A.    Yes.
25     Q.    Did you attend the GE Lighting

1          T. Dziubaty - by Mr. Koegel
2   Institute while you were working or?
3          A.    While I was working.
4          Q.    Are you currently employed,
5   Mr. Dziubaty?
6          A.    Yes, I am.
7          Q.    Is that by Forum?
8          A.    Forum.
9          Q.    How long have you been with Forum
10  for, sir?
11         A.    29 and a half years.
12         Q.    Were you working for Forum while you
13  attended the GE Lighting Institute?
14         A.    No. I was working for a company
15  called Keene Lighting, K-E-E-N-E.
16         Q.    I would like to try and briefly go
17  through your employment history. I think maybe
18  it would easiest to work backwards. What is
19  your current title, sir?
20         A.    Vice president.
21         Q.    Of anything in particular or just
22  vice president?
23         A.    Say sales.
24         Q.    How long have you been vice
25  president of sales for?

1            T. Dziubaty - by Mr. Koegel

2     A.   29 and a half years.

3     Q.   It's going to be easy then.  Can you

4  describe for me some of your roles, duties,

5  responsibilities as vice president of sales?

6     A.   My job is to get business.  My job

7  is to work with the lighting consultants,

8  architects and engineers all around the country

9  to explain to them Forum's capabilities in the

10 lighting fixture industry.

11    Q.   Anything else?

12    A.   Anything else?

13    Q.   Any other duties, responsibilities

14 in your role as vice president of sales for

15 Forum?

16    A.   I also get involved in the

17 conceptual designs with the consultants.  I

18 work hand in hand with the consultants to bring

19 their designs to completion.

20    Q.   Anything else?

21    A.   I do costing.  We are a small

22 company.  The title is just a title.

23    Q.   I understand, sir.

24    A.   When I got to Forum, there were six

25 people so you did everything.

1        T. Dziubaty - by Mr. Koegel

2        A.    Yes.

3        Q.    Let's talk a minute and let's focus on the draw latches. We have now established that as early as the first six months after the products were shipped up through September of 2003, Amtrak is communicating to Forum that there are problems with the draw latches. What did Forum do in response to those notifications about problems?

11              MS. DODGE:  Objection to the form, objection to the scope and lack of foundation.

14              MR. WACLAWSKI:  Objection to form.

16       Q.    You can answer, sir?

17       A.    As you can see, we notified Southco. Southco came and met with us at our factory. I don't recall the individuals that were there. We apprised them of the problem -- this is early on in the process -- and they were going to get back to us as to what they discovered or we discovered.

24       Q.    If you look at Deposition Exhibit No. 30 on the first page, the third paragraph

64

1          T. Dziubaty - by Mr. Koegel

2 it says "We are pleased that Forum working with

3 the respective manufacturers has agreed to

4 provide replacement clips and ballasts." Is

5 that consistent with your recollection as to

6 what Forum was going to do in response to these

7 problems?

8     A.    Yes.

9     Q.    I believe you stated before that at

10 least some of the issues with the Amtrak

11 platform lighting fixtures were related to

12 improper installation. Is that fair?

13     A.    Correct, yes.

14     Q.    Did you or anyone else from Forum

15 ever communicate those beliefs to anyone at

16 Amtrak?

17     A.    Yes.

18     Q.    Do you remember when the first time

19 was that you communicated that to Amtrak?

20     A.    I believe it was the Boston station.

21 I visited the Boston station and witnessed the

22 mishandling of the fixtures and their inability

23 to follow the instructions on how to install

24 the product.

25               (Dziubaty Exhibit No. 92 was

1       T. Dziubaty - by Mr. Koegel

2   marked for identification.)

3       Q.   Mr. Dziubaty, the court reporter has

4   put in front of you a document that has been

5   marked Deposition Exhibit No. 92 in this case

6   if you would like to take a moment to take a

7   look at this document.

8       A.   (Witness reviews document.)

9       Q.   Do you recognize this document, sir?

10      A.   Yes, I do.

11      Q.   On page 104, is that your signature?

12      A.   Yes, it is.

13      Q.   If you look on the first page at the

14  very first paragraph, it says "We are very

15  concerned and uncomfortable with the

16  installation of the lighting fixtures at the

17  Route 128 station." Do you see that, sir?

18      A.   Yes.

19      Q.   At that time did you believe that

20  some of the problems with the platform lighting

21  fixtures being installed at the Route 128

22  station were due to improper installation?

23      A.   Yes.

24           (Dziubaty Exhibit No. 93 was

25  marked for identification.)

66

1      T. Dziubaty - by Mr. Koegel

2      Q.   Mr. Dziubaty, the court reporter has put in front of you a document that has been marked Deposition Exhibit No. 93. Do you know whose handwriting this is?

6      A.   I don't, but if I could read the text, maybe I could find out who.

8      Q.   Take as much time as you want, sir.

9      A.   I really don't know whose handwriting this is.

11     MR. KOEGEL: I think what I want to look at is Exhibit No. 6.

13     (Witness reviews document.)

14     Q.   We are looking at Deposition Exhibit No. 6, Mr. Dziubaty. Is that your signature on there?

17     A.   Yes, it is.

18     Q.   I think it's maybe the third sentence says "If the clip is not positioned in the receiver and is instead towards the end of the production, the lens can break. The lens must also be positioned and seated properly in the grooves and the fixture housing before the spring clip is engaged. The installing contractor must be certain the lens and clips