# EXHIBIT "J"

```
File      Edit      List      View      Activity  Reports   Utility   Modules
YMIX 4.0R4.19              CUSTOMER QUALITY COMPLAINT              05/26/06 09:24+
   QC No.: 2100727 Open Date: 04/18/01          Coordinating Dept.: 0322
   CO No.: 1279297  CN No.: 0        CARE No.: 0              CSR: colerj
Customer:   6145 0    Forum Incorporated          SIC: D
  Contact: Jonathan Garret              412-244-8780
                                                  Cust PO: 32857
   Bill To: 908 Old Freeport Road              Repl. CO:         0
            Pittsburgh PA 15238               TM MR: 09200015
            USA                            CN MRR No.: 0
                                          Return Date:
   Line #: 1     Item: 97-30-160-12                  Lot:
   Ordered:   8,300.000 Qty Returned: 0     Qty Non-Conform: 0
Problem Desc.: Continuation of QC#2001094. All stock in original pgks are
being returned and other latches which were installed at Forum. Concern that
they are rusting and breaking in field. Amtrak has expressed concerns of
failures. Parts coming back under RMA#2103265 to HF.
     Warranty Cost: 0.00                    Resp. Dept: 0327

  Defect:      Cause:      Problem: 13   Sign Off: ashles   Date: 11/01/01
--------------------------------------------------------------------------+
```

DEPOSITION
EXHIBIT
58

PENGAD 800-631-6989

S0098

```
Response
4/18/01-mess. to Coler-HF's role?-sca#1937
Recieved back lots 547804  2780 pcs / lot# 540837 20 pcs
lot# 515408  120 pcs  / lot# 535135  20 pcs  / lot# 546937  4192 pcs
lot# 493393  1360 pcs..14 May..PD
OK to close per J. Coler-sca#1937
```

ess space bar to continue.