**EXHIBIT "K"**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, ) | **ELECTRONICALLY FILED** |
| ) | |
| ) | Civil Action No.  1:05CV01837 |
| Plaintiffs ) | |
| v. ) | District Judge Paul L. Friedman |
| ) | |
| FORUM, INC., ) | |
| ) | |
| Defendant and ) | |
| Third Party ) | |
| Plaintiff ) | |
| v. ) | |
| ) | |
| ADVANCE TRANSFORMER, CO. and ) | |
| SOUTHCO, INC., ) | |
| ) | |
| Third Party ) | |
| Defendants ) | |

### AFFIDAVIT OF MICHAEL A. BACHICH

STATE OF NEW JERSEY     )
                        ) SS:
COUNTY OF GLOUCESTER    )

The undersigned, being duly sworn according to law, deposes and says as follows:

1.  I am the former General Manager of Diversified Markets for Southco, Inc. ("Southco"). I was employed in that capacity in July 2001.

2.  On or about July 23, 2001, I drafted and caused to be sent to Ms. Paula Garrett of Forum, Inc. ("Forum") a letter regarding Southco's "97" Series Over-Center Draw Latch. A true

and correct copy of my July 23, 2001 letter to Ms. Paula Garrett is attached hereto under Tab A.

3. In that letter, I stated: "As a result of an e-mail I received from Larry Thomas concerning Forum's warranty period of one year to their end customer, Southco will extend a warranty of one year from the date your lighting fixtures are placed in service."

4. By the foregoing sentence it was my intention to inform Ms. Garrett that the one-year warranty obligations provided for in Southco's standard Terms and Conditions of Sale (the "Terms and Conditions") would begin to run once the subject latches were placed in the field.

5. I did not intend the foregoing sentence to enlarge the obligations of Southco pursuant to the warranty provided for in the Terms and Conditions; it was only intended to change the time when the one-year warranty period began.

6. This proposed warranty period was to be in *lieu* of the one-year warranty period which begins to run upon delivery of the latches as stated in Southco's Terms and Conditions.

7. The language contained in the July 21, 2003 letter did not "extend" the warranty in the sense that it proposed to lengthen the warranty period or provide an additional warranty period to Forum.

651083.1

8. Instead, the modification was proposed to track the time frame of the warranty that Forum provided to Amtrak with respect to the lighting fixtures that it shipped to Amtrak.

FURTHER YOUR DEPONENT SAYETH NOT.

_____
Michael A. Bachich

SWORN AND SUBSCRIBED TO
before me, a Notary Public
and for the State and County
aforesaid, this 12th day
of February, 2007.

_____
Notary Public

[SEAL]

ELIZABETH J. SOLOMETO
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/31/2008