# EXHIBIT "L"

Exhibit _17_
Witness _GARRET_
Date _1/31/08_ ptr _CR_
powers
Garrison &
Hughes

**FORUM, INC.**

908 OLD FREEPORT ROAD
PITTSBURGH, PA 15238
(412) 781-5970
FAX (412) 781-5971
www.forumlighting.com



Mr. Gerald B. McCall, Jr.
Sales Manager
Southco
210 N. Brinton Lake Road
Concordville, PA 19331

April 20, 2003

Re: Amtrak fixture – Clip issue

Dear Gerry:

As you know, the issue regarding Southco's supply of clips to Forum, Inc. for use in connection with the Amtrak lighting fixture project has not been fully resolved. Forum, Inc. has been notified by Amtrak that significant numbers of the Southco clips are continuing to fail and that Amtrak is conducting a project-wide investigation to determine the extent of the clip failures. Amtrak has indicated that it intends to backcharge Forum for the inferior clips provided by Southco.

As soon as we receive information from Amtrak regarding the results of their investigation, we will provide that information to you. Obviously, Forum, Inc. will look to Southco for reimbursement of any backcharges incurred as a result of these defective clips.

If you would like to discuss this matter further, please do not hesitate to give me a call.

Sincerely,

Paula L. Garret
Plg/mmi

Cc: K. Bradley Mellor

F00102