UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION,** )<br>)<br>)<br>)<br>        **Plaintiff,**           )<br>)<br>    v.                                  )<br>)<br>**FORUM, INC.,**                          )<br>)<br>        **Defendant**                    )<br>        **and Third-Party Plaintiff,**  )<br>)<br>    v.                                  )<br>)<br>**ADVANCE TRANSFORMER, CO.,**             )<br>)<br>        **Third-Party Defendant,**       )<br>)<br>    **and**                              )<br>)<br>**SOUTHCO, INC.,**                        )<br>)<br>        **Third-Party Defendant.**       )<br>)<br>)   | Civil Action No.: 1:05CV01837<br><br>Judge:  Paul Friedman |

**THIRD-PARTY DEFENDANT ADVANCE'S MOTION FOR SUMMARY
JUDGMENT ON COUNTS I, II, III, VII AND IX OF THE THIRD PARTY
COMPLAINT OR, IN THE ALTERNATIVE, FOR SUMMARY
<u>JUDGMENT ON ALL COUNTS OF THE FIRST AMENDED COMPLAINT</u>**

Pursuant to Federal Rule of Civil Procedure 56(b), Third-party Defendant Advance Transformer Co. ("Advance") hereby moves this Court for summary Judgment on Counts I, II, III, VII and IX of the Third Party Complaint or, in the alternative, for summary judgment on all counts of the First Amended Complaint.  In support of this motion, Advance respectfully refers

this Court to the accompanying memorandum of points and authorities filed concurrently with this motion.

                                                        Respectfully submitted,

                                                        _____/s/_____
                                                    Joseph Brooks (D.C. Bar #366739)
                                                   Wade B. Wilson (D.C. Bar #468067)
                                                   MORGAN, LEWIS & BOCKIUS LLP
                                                   1111 Pennsylvania Avenue, N.W.
                                                   Washington, D.C. 20004
                                                   Tel.: (202) 739-3000
                                                   Fax:  (202) 739-3001

                                                   *Counsel for Third-party Defendant*
                                                   *Advance Transformer Co.*

Dated:  February 12, 2007