UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, ) ) ) )  Plaintiff, ) ) v. ) ) FORUM, INC., ) ) Defendant ) and Third-Party Plaintiff, ) ) v. ) ) ADVANCE TRANSFORMER, CO., ) ) Third-Party Defendant, ) ) and ) ) SOUTHCO, INC., ) ) Third-Party Defendant. ) ) | Civil Action No.: 1:05CV01837 Judge: Paul Friedman |

**STATEMENT OF MATERIAL FACTS AS TO WHICH THIRD-PARTY
DEFENDANT ADVANCE CONTENDS THERE IS NO GENUINE ISSUE**

Pursuant to LCvR 7(h), Third-Party Defendant Advance Transformer Co. ("Advance") contends that there is no genuine issue as to the following material facts:

**I.   As to Summary Judgment on Counts I, II, III,
VII and IX of the Third Party Complaint.**

1.   Defendant Forum, Inc. ("Forum") is incorporated under the laws of Delaware and has its principal place of business in Fox Chapel, Pennsylvania. (P. Garrett Dep. Tr. at 9-10 (Exhibit A)).

2. Plaintiff National Railroad Passenger Corporation ("Amtrak") is a corporation authorized to be created by Act of Congress with its principal place of business in Washington, D.C. (First Amended Complaint (Doc. No. 4) at ¶ 1).

3. On November 24, 1998, Forum entered into a contract with Amtrak that required Forum to fabricate and supply light fixtures to be installed in seven Amtrak stations located in the Northeast Corridor (the "Amtrak/Forum Contract"). (Deposition Exhibit 21 (Exhibit B)).

4. On June 18, 1999, Forum issued its Purchase Order No. 032886-00 to Advance for the supply of 5900 ballasts (the "Purchase Order"). (Deposition Exhibit 34 (Exhibit D)).

5. The ballasts covered by the Purchase Order were intended for use in fabricating the Amtrak light fixtures covered by the Amtrak/Forum contract. (Third Party Complaint (Doc. No. 13) at ¶ 19).

6. The terms and conditions printed on the reverse side of the Purchase Order included a warranty "that all of the articles, materials and work covered by this order shall conform to the specifications, that they will be merchantable, of good material and workmanship and free from defect." (*Id.* at ¶ 28).

7. Advance also agreed orally to give Forum a repair and replacement warranty for the ballasts that provided that the ballasts would be free from defects for a period of three years or Advance would "[r]eplace faulty materials and provide labor required to make the replacement at no additional cost to the owner." (P. Garrett Dep. Tr. at 231:13-18 (Exhibit A); Forum Interrogatory Response No. 8 (Exhibit E); Light Fixture Design Specification (August 19, 1998) at ¶ 6 (Deposition Exhibit 22) (Exhibit F)).

8. All 5900 ballasts covered by the Purchase Order were delivered to Forum by Advance on or before January 5, 2000. (Deposition Exhibit 34 (Exhibit D); P. Garrett Dep. Tr. at 218:15-221:14 (Exhibit A)).

9. The ballasts were shipped from Advance's manufacturing plant in East Rutherford, New Jersey, to Forum's facility in Pittsburgh, Pennsylvania. (Deposition Exhibit 35 (Exhibit G); Deposition Exhibit 36 (Exhibit H)).

10. Sometime prior to January 16, 2003, Amtrak contacted Advance directly to request replacement of a significant number of ballasts in the light fixtures covered by the Forum/Amtrak Contract that Amtrak believed had failed. (Memo from A. Lasoff to Forum, Inc. dated November 25, 2003 ("Advance Memo") (Exhibit L at pp. ADVANCE 00085-86)).

11. Advance agreed to replace all ballasts as requested by Amtrak. (Amtrak OIG Report at Page 11 (Deposition Exhibit 161) (Exhibit I); P. Garrett Dep. Tr. at 239:18-240:5 (Exhibit A)).

12. Advance shipped the last ballasts requested by Amtrak on July 15, 2003, and there have been no further requests for replacement ballasts and no further reports of ballast failures. (Advance Memo (Exhibit L at pp. 00085-86); P. Garrett Dep. Tr. at 240:6-14 (Exhibit A); E-mails and attachment found at Pages ADVANCE 00083-86 of Deposition Exhibit 63 (Exhibit L)).

13. On May 8, 2003, Amtrak faxed a letter to Forum that stated, *inter alia*, as follows: "[I]n addition to the previous defects that have occurred in the light fixtures supplied by Forum under the Contract, and about which we have previously advised you, Amtrak has recently experienced significant ballast failures at its Philadelphia 30th Street Station and more recently at

3

the Providence, RI Station." (Letter from G.E. Eckenrode to P. Garrett dated and faxed on May 8, 2003 (Deposition Exhibit 38) (Exhibit M)).

14. Advance filed the Third Party Complaint on May 9, 2006. (Third Party Complaint (Doc. No. 13)).

**II.     As to Summary Judgment on The First Amended Complaint**

15. Statements of Fact Nos. 1, 2, and 3, above, are incorporated by reference.

16. The light fixtures covered by the Amtrak/Forum Contract were all shipped to Amtrak by Forum prior to the end of February 2001. (P. Garrett Dep. Tr. at 75-76 (Exhibit A)).

17. On or before February 16, 2000, an Amtrak engineer prepared a formal written report documenting conditions observed during site investigations at three Amtrak stations earlier that month. The report concluded that light fixtures provided under the Amtrak/Forum Contract and installed at those stations were not in compliance with at least four of the contract specifications and that there was also evidence of deficient materials and workmanship. (HSR Platform Lighting Fixture Review of Design, Prototype Development and Installation (February 16, 2000) at §§ 4.0 – 5.1 (Deposition Exhibit 98) (Exhibit J)).

18. A final version of the Amtrak engineer's report, which reached the same conclusions as the February 16, 2000 report, was prepared on or before July 14, 2000, after follow-up inspections had been conducted at one of the Amtrak stations in March and May 2000. (Deposition Exhibit 149) (Exhibit K)).

19. Amtrak did not file the original complaint in this action until September 16, 2005. (Complaint (Doc. No. 1)).

                          Respectfully submitted,

                                     /s/
                        Joseph Brooks (D.C. Bar #366739)
                        Wade B. Wilson (D.C. Bar #468067)
                        MORGAN, LEWIS & BOCKIUS LLP
                        1111 Pennsylvania Avenue, N.W.
                        Washington, D.C. 20004
                        Tel.: (202) 739-3000
                        Fax:  (202) 739-3001

                        *Counsel for Third-party Defendant*
                        *Advance Transformer Co.*

Dated:  February 12, 2007