UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, ) ) ) ) Plaintiff, ) ) v. ) ) FORUM, INC., ) ) Defendant ) and Third-Party Plaintiff, ) ) v. ) ) ADVANCE TRANSFORMER, CO., ) ) Third-Party Defendant, ) ) and ) ) SOUTHCO, INC., ) ) Third-Party Defendant. ) ) | Civil Action No.: 1:05CV01837  Judge: Paul Friedman |

**ORDER**

This matter having come before the Court upon Third-party Defendant Advance Transformer Co.'s motion for summary judgment on the First Amended Complaint and Counts I, II, III, VII and IX of the Third Party Complaint, and the Court having read and considered the memoranda and other documentation filed in support of and in opposition to the motion, it is this

_____ day of _____ 2007 hereby

ORDERED that the motion for summary judgment is granted; and it is further

2

ORDERED that the First Amended Complaint and Counts I, II, III, VII and IX of the Third Party Complaint are dismissed with prejudice.

_____
United States District Judge