**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORUM, INC., )<br>)<br>Defendant )<br>and Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>ADVANCE TRANSFORMER, CO., )<br>)<br>Third-Party Defendant, )<br>)<br>and )<br>)<br>SOUTHCO, INC., )<br>)<br>Third-Party Defendant. )<br>) | Civil Action No.: 1:05CV01837<br><br>Judge: Paul Friedman |

**UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT OUT OF TIME**

Third-Party Defendant Advance Transformer Co. ("Advance") hereby moves this Court, under Fed.R.Civ.P. 6(b), for leave to file the memorandum in support of its motion for summary judgment on statute of limitations grounds out of time. Counsel for Plaintiff National Railroad Passenger Corp. and Defendant/Third-Party Plaintiff Forum, Inc.—the two parties against whom Advance's motion for summary judgment is directed—have authorized undersigned counsel for Advance to state that they will not oppose this motion.

Pursuant to the briefing schedule set by this Court, undersigned counsel attempted to e-file Advance's motion for summary judgment and all supporting documents on the due date, February 12, 2007. As explained more fully in the Declaration of Joseph Brooks attached as an exhibit to the accompanying memorandum, however, a computer-related error prevented him from doing so. Undersigned counsel was able to timely-file the motion, statement of material facts not in dispute, and text of proposed order. Due to a document formatting problem, however, the supporting memorandum could not be e-filed.

The summary judgment memorandum was fully-prepared and ready for filing on February 12, 2007. Undersigned counsel had no prior knowledge of the computer-related error that prevented the timely filing of the memorandum. The memorandum has not been changed in any way since it was prepared for filing on February 12, 2007. It is currently being reformatted so that it can be e-filed with the Court.

In further support of this motion, Advance respectfully refers the Court to the accompanying memorandum of points and authorities.

                              Respectfully submitted,

                              /s/
                        Joseph Brooks (D.C. Bar #366739)
                        Wade B. Wilson (D.C. Bar #468067)
                        MORGAN, LEWIS & BOCKIUS LLP
                        1111 Pennsylvania Avenue, N.W.
                        Washington, D.C. 20004
                        Tel.: (202) 739-3000
                        Fax: (202) 739-3001

                        *Counsel for Third-party Defendant*
                        *Advance Transformer Co.*

Dated: February 13, 2007