# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORUM, INC., )<br>)<br>Defendant )<br>and Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>ADVANCE TRANSFORMER, CO., )<br>)<br>Third-Party Defendant, )<br>)<br>and )<br>)<br>SOUTHCO, INC., )<br>)<br>Third-Party Defendant. )<br>)<br>) | Civil Action No.: 1:05CV01837<br><br>Judge: Paul Friedman |

### DECLARATION OF JOSEPH BROOKS

I, Joseph Brooks, do hereby declare as follows:

1.    I am counsel of record for Third-Party Defendant Advance Transformer Co. ("Advance") in the above-captioned action.

2.    On August 25, 2006, the Court entered a Minute Order setting a discovery and briefing schedule for third-party defendants to file motions for summary judgment based on statutes of limitations. The Minute Order required such motions be filed on or before December 14, 2006.

3. On December 12, 2006, Advance joined a consent motion filed by Plaintiff National Railroad Passenger Corporation ("Amtrak") and Defendant/Third-Party Plaintiff Forum, Inc. ("Forum") to extend the deadline for filing summary judgment motions based on statutes of limitations up to and including January 15, 2007. (Doc. No. 41). The purpose for the extension was to allow Amtrak and Forum to continue ongoing settlement negotiations. By Minute Order entered on December 13, 2006, this Court granted the consent motion and extended the filing deadline to January 15, 2007.

4. On January 10, 2007, all parties joined in a second consent motion to extend the filing deadline for summary judgment motions based on statutes of limitations to February 12, 2007. (Doc. No. 43). The purpose for the extension was again to permit settlement negotiations between Amtrak and Forum to continue. On January 11, 2007, this Court entered a Minute Order granting the motion and extending the filing deadline to February 12, 2007.

5. I completed all necessary documents related to Advance's summary judgment motion based on statute of limitations in time to e-file these documents with the Court on February 12, 2007.

6. When I attempted to e-file the memorandum in support of the motion for summary judgment, however, the PDF writer on my computer that converts documents from Word format to PDF format would not make the conversion. Instead, the PDF writer generated a message stating that, because of an invalid font in the Word document, the conversion could not be performed. *See* Exhibit A.

7. After attempting several times to convert the document from Word to PDF (which is required before a document will be accepted by the ECF system for e-filing), I determined that I would not be able to convert this document. At that time, I timely e-filed the motion, the

2

statement of material facts not in genuine dispute, and the text of a proposed order. *See* Exhibit B.

8. While we have not definitively determined why the PDF writer would not convert the summary judgment memorandum from Word format to PDF format, it appears that the problem is a result of my secretary's having typed part of the memorandum while working at home on her home computer last week and then merging that work product with other parts of the memorandum that were typed on her office computer.

9. Early this morning, I e-mailed a copy of the summary judgment memorandum in Word format to all counsel of record in this action and explained what had occurred. *See* Exhibit C. I have since contacted counsel for Amtrak, Stephen Neal, and counsel for Forum, Steven Zoffer, and they have both stated that their clients will not oppose a motion for leave to file Advance's summary judgment supporting memorandum out of time.

10. Our information technology personnel have now reformatted the summary judgment memorandum so that it can be converted to a PDF document and e-filed. No changes have been made to the memorandum since it was prepared for filing on February 12, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 13, 2007.

_____
Joseph Brooks

# EXHIBIT A

```
                              2702290_1.log
%%[ ProductName: Distiller ]%%
%%[ Error: WP-TypographicSymbols cannot be embedded because of licensing
restrictions. ]%%
%%[ Font vendor (Alts) does not permit this font to be embedded in PDF. ]%%

[Warning] The font WP-TypographicSymbols could not be embedded because of licensing
restrictions.
Text may display incorrectly on platforms that do not have this font installed.

%%[Page: 1]%%
%%[Page: 2]%%
%%[Page: 3]%%
%%[Page: 4]%%
%%[Page: 5]%%
%%[Page: 6]%%
%%[ Error: invalidfont; OffendingCommand: show; ErrorInfo: CharOffsets o     e    e
         ÿÿÿÿ j   fonts/X94A50D3F   ]%%

Stack:
/T


%%[ Flushing: rest of job (to end-of-file) will be ignored ]%%
%%[ Warning: PostScript error. No PDF file produced. ] %%
```

# EXHIBIT B

Case 1:05-cv-01837-PLF   Document 52-3   Filed 02/13/2007   Page 7 of 11



DCD_ECFNotice@dcd.uscourts.gov
02/12/07 11:59 PM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject Activity in Case 1:05-cv-01837-PLF-DAR NATIONAL RAILROAD PASSENGER CORPORATION v. FORUM, INC. "Motion for Summary Judgment"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from Brooks, Joseph entered on 2/12/2007 at 11:59 PM EDT and filed on 2/12/2007

**Case Name:** NATIONAL RAILROAD PASSENGER CORPORATION v. FORUM, INC.
**Case Number:** 1:05-cv-1837
**Filer:** ADVANCE TRANSFORMER CO
**Document Number:** 51

**Docket Text:**
MOTION for Summary Judgment *On Counts I, II, III, VII and IX Of The Third Party Complaint Or, In The Alternative, For Summary Judgment On The First Amended Complaint* by ADVANCE TRANSFORMER CO. (Attachments: # (1) Statement of Facts # (2) Text of Proposed Order)(Brooks, Joseph)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\BROO7572\My Documents\2703323_1.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/12/2007] [FileNumber=1347294-0]
[9fcc5b41d599122b24b66a5fc640ee1a2a0be90ac7d5588f4beb6805e45be438fdfc
5948818c5433a9750dbb332f5e6457e3d093bc81a8c1909a11806e175920]]
**Document description:**Statement of Facts
**Original filename:**C:\Documents and Settings\BROO7572\My Documents\2703089_1.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/12/2007] [FileNumber=1347294-1]
[2418cc3178800cbc34dc3939065d595108624f270e9dda8a69bb38724263536db0f4

3263b581039aebef474d68b4c7799d207aac26dd9d4d124edaf5c601d93c]]
**Document description:** Text of Proposed Order
**Original filename:** C:\Documents and Settings\BROO7572\My Documents\2703323_1.pdf t.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/12/2007] [FileNumber=1347294-2] [0cbf9dbdcd58ff7dda2a72fdc99c5c06b76bf4622899a9fe5519370e259dbb495656 d483c04ae88c6b8a10f3bb97569a8b9903befd02d59abacb0f6eddc9e830]]

**1:05-cv-1837 Notice will be electronically mailed to:**

Joseph Brooks    jbrooks@morganlewis.com

Alexander McMillian Bullock    abullock@kilpatrickstockton.com,

Patricia L. Dodge    pld@muslaw.com, rae@muslaw.com

Philip John Harvey    PHarvey@FiskeHarvey.com, peminett@venable.com

Stephen Lybrook Neal , Jr    sneal@manatt.com, ckoegel@manatt.com; smarshall@manatt.com

Russell J. Ober , Jr    rjo@muslaw.com, bjg@muslaw.com

Stephen Ryan    sryan@manatt.com,

Wade Bennett Wilson    wwilson@morganlewis.com

Steven W. Zoffer    szoffer@dmclaw.com, scarson@dmclaw.com; dgrimsley@dmclaw.com; phalvorson@dmclaw.com; jwaclawski@dmclaw.com; dgazzam@dmclaw.com; dmckenery@dmclaw.com; kmcmanus@dmclaw.com

**1:05-cv-1837 Notice will be delivered by other means to:**

# EXHIBIT C



|  |  |
|---|---|
| **Joseph Brooks/WA/MLBLaw**<br>02/13/07 09:18 AM | To  szoffer@dmclaw.com, sneal@manatt.com, pld@muslaw.com<br>cc  rjo@muslaw.com, ckoegel@manatt.com, dgrimsley@dmclaw.com<br>bcc  Wade B. Wilson/WA/MLBLaw@MorganLewis<br>Subject  Amtrak v. Forum v. Advance and Southco |

All:

When we attempted to e-file file the memorandum in support of our summary judgment motion last night, the PDF writer would not convert our Word document to PDF.  *See* first attachment, below.  The glitch was apparently caused by my secretary's having typed part of the memorandum while working at home last week.  The merger of that work product with other parts of the memorandum prepared on her office computer appears to have generated a font that the PDF writer will not accept.  Needless to say, it made for a very harrowing night.

At the second atttachment below is a copy of our summary judgment memorandum in Word format.  We have made no changes to this document since we attempted to e-file it last night, and we will not be making any changes.  We are addressing the formatting issue that prevented us from filing this memorandum last night, and we will be taking the appropriate steps to get this e-filed with the Court this morning.  We, of course, regret any inconvenience this has caused.

Please let me know if you have any questions.

Joe


Joseph Brooks
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel: 202.739.5572
Fax: 202.739.3001
jbrooks@morganlewis.com

📄 - 2702290_1.log

📄 - Advance Summary Judgment Motion.DOC