UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, ) ) ) ) Plaintiff, ) ) v. ) ) FORUM, INC., ) ) Defendant ) and Third-Party Plaintiff, ) ) v. ) ) ADVANCE TRANSFORMER, CO., ) ) Third-Party Defendant, ) ) and ) ) SOUTHCO, INC., ) ) Third-Party Defendant. ) ) | Civil Action No.: 1:05CV01837 Judge: Paul Friedman |

### ORDER

Having considered Third-Party Defendant Advance Transformer Co.'s unopposed motion for leave to file its memorandum in support of summary judgment out of time, and having concluded that excusable neglect has been shown, it is hereby

ORDERED that Advance Transformer Co. is granted leave to immediately file the memorandum in support of its motion for summary judgment on statutes of limitations grounds, which motion was filed on February 12, 2007.

_____
United States District Judge