# EXHIBIT B


Exhibit 21
Witness_____
Date____ Rptr.____
powers
Garrison &
Hughes

CONTRACT NO. C-093-28053

# NATIONAL RAILROAD PASSENGER CORPORATION

# ENGINEERING - PROGRAM MANAGEMENT

# SUPPLIES / EQUIPMENT CONTRACT

THIS CONTRACT is entered into as of the 24th day of November, 1998 by and between Forum, Inc., a Corporation organized under the laws of the State of Delaware with its principal office located at 214 North Lexington Avenue, Pittsburgh, PA 15208 ("Contractor") and the National Railroad Passenger Corporation, a corporation organized under the laws of the District of Columbia, with its principal office located at 60 Massachusetts Avenue, N.E., Washington, DC 20002 ("Amtrak").

For and in consideration of the mutual promises and agreements contained herein, the parties agree as follows:

1. **Supplies /Equipment:**   Vendor will furnish the following supplies and /or equipment ("Supplies / Equipment"): in the form of light fixtures (luminaires):

    Phase I -- a) "mock-up" development of a 4 foot long, full scale model of the required luminaire.

    b) Prototype mock-up-develop for installation a 480 foot long luminaire run that will be tested in a station environment.

    Phase II -- The option for this Phase is to be awarded to your firm if selected as a result of the evaluation of Phase I.

    Supplies / Equipment will be designed, produced and delivered in accordance with the attached Specifications and all other Contract Documents referenced in Section 12 hereof.

2. **Period of Performance:**   Upon execution of this Contract, by the Contractor, the Contractor agrees, subject to the provisions of the agreement to commence the Work. The Contractor will complete the work and deliver the Supplies/ Equipment in accordance with the milestone dates as stated below:

    a. Shop Drawings, first submission - November 25, 1998
    b. Review shop drawings - November 25 thru December 4, 1998

Amtrak 3206

      c. Fabricate bracket & mounting assembly mock up - December 4 thru December 17, 1998
      d. Review mock up -- December 17, 1998 thru January 5, 1999
      e. Shop drawings, second submission - January 15, 1999
      f. Review shop drawings - January 15 thru January 21, 1999
      g. Prototype fabrication - January 21 thru March 5, 1999
      h. Install prototype/evaluate - March 6 thru March 12, 1999
      i. Award contract for final production - April 5, 1999

3. **Transportation/Delivery:** Vendor will ship Supplies / Equipment at its own expense and risk F.O.B. the following destination, full freight allowed:

      Amtrak
      30th Street Station – 30th & Market Streets
      Philadelphia, PA  19104
      Attention:     Ellen Taylor
      Telephone:   215-349-3847

Vendor shall contact the individual designated herein at least forty-eight (48) hours in advance of shipment, to advise him/her of the shipping details.

4. **Compensation:** As compensation for the furnishing of the Supplies/Equipment, Amtrak shall pay Vendor the firm-fixed sum of One hundred twenty five thousand, one hundred fifteen ($125,115.00), as set forth in the Pricing Schedule.  Payment will be made as follows:

   a) November 30, 1998 - 10% payment for the 4 foot sample development
   b) December 17, 1998 - 10% payment for the mounting and bracket assembly
   c) January 21, 1999   - 10% payment for the second set of submittal drawings
   d) March 5, 1999      - 70% payment for the 480 foot prototype

5. **Invoice Review and Approval:**     Vendor shall submit invoices and supporting documentation to:
      Amtrak Engineering - Program Management
      c/o Disbursements
      30th Street Station - 30th & Market Streets
      Third Floor - South Tower - Box 16
      Philadelphia, PA  19104
      Attention:     J. C. Cerquoni
      Telephone:   215-349-3062 or 3316

Amtrak 3207

6. **Vendor's Address for Payment of Invoices**: Amtrak shall submit payments required to be made hereunder to Vendor at the remit address set forth on Vendor's invoice.

7. **Amtrak's Authorized Representatives**: The Contracting Officer and, if applicable, the Contracting Officer's Technical Representative, as those terms are defined in the General Provisions, will be identified by Amtrak in a separate letter to Vendor.

8. **Training**: Vendor will provide operator and mechanical training in the use and maintenance of the Supplies/Equipment, as set forth in the Contract Documents.

9. **Pre-performance Conference**: A pre-performance conference will be held at a date, time and location to be specified by Amtrak in a separate letter to Vendor. A duly authorized representative of Vendor must attend this conference.

10. **Submittals**: Within ten (10) calendar days after receipt of this Contract and prior to commencement of any work hereunder, Vendor shall return to Amtrak (and, if necessary, execute) the following documents ("Submittals"). Submittals must be forwarded to the National Railroad Passenger Corporation, 30th Street Station, 30th and Market Streets, Box 16, Program Management Department, Philadelphia, PA 19104
Attention: Michael McGraw.

    a. Two executed **originals** of this Contract;
    b. Required Certificate(s) of Insurance as specified in Section 10 of the General Provisions; and
    c. Railroad Protective Liability Insurance waiver fee ($115.00).

    Failure to furnish the Submittals within the time specified herein may be cause for termination of the Contract for default, in which case Vendor shall be liable for any costs of reprocuring the Supplies/Equipment which exceed the amount of this Contract. In the event Vendor delays in furnishing the required Submittals which causes a delay in issuance of the NTP, the time to complete the work specified herein may be reduced to reflect such delay.

11. **Notices**: Any notice, request or other communication to either party by the other as provided for in this Contract shall be given in writing, and sent by first class mail, return receipt requested or by overnight delivery service, and shall be deemed given upon actual receipt by the addressee. All notices to Amtrak shall include the Contract Number. Notices shall be addressed as follows:

Amtrak 3208

If to Amtrak:    Amtrak Engineering – Program Management
30th Street Station – 30th & Market Streets
Third Floor – South Tower – Box 16
Philadelphia, PA  19104
Attention:    Michael McGraw
Telephone:   215-349-1220

If to Vendor:    Forum, Inc.
214 North Lexigton Ave.
Pittsburgh, PA 15208
Attention:    Don Dziubaty
Telephone:   412-244-8780 Ext. 13

12.  **Contract Documents:** The Contract consists of this Contract dated November 24, 1998 consisting of five (5) pages and the following documents incorporated herein by reference:

   a.  Pricing Schedule, 1 page, revised 11/9/98.
   b.  Representations, Certifications and Acknowledgments, dated 08/11/98, with Attachment A, Certification Regarding Lobbying, 13 pages.
   c.  Buy American Requirements, not dated, 1 page.
   d.  Supplies Contract General Provisions, dated 9/01/98, 25 pages including cover and table of contents. (previously provided vendor).
   e.  Scope of Services, dated August 19, 1998, 19 pages including cover and table of contents. (previously provided vendor).
   f.  Attachment L, "Light Fixture Design Specification", dated August 19, 1998, 10 pages including cover. (previously provided contractor).
   g.  Drawings L1 & L2 (previously provided contractor).
   h.  RFP No. MM0902, dated September 1, 1998, with Amendment Nos. 01 & 02.

Amtrak 3209

IN WITNESS WHEREOF, the parties hereto have caused this Contract to be executed by their duly authorized officials as of the date written above.

FORUM, INC.

By: *Donald Dziubaty*
Title: Vice President

NATIONAL RAILROAD PASSENGER CORPORATION

By: J. C. Cerquoni
Title: Acting Director Procurement
Engineering, Program Management

Amtrak 3210