# EXHIBIT C

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3                CIVIL ACTION 1:05CV10837

 4

 5     _____

 6    NATIONAL RAILROAD PASSENGER CORP.,:

 7       Plaintiff,                    :

 8                                     :   DEPOSITION OF:

 9           vs.                       :

10                                     :   AL LASSOFF

11    FORUM, INC.,                     :

12       Defendant and Third-Party     :

13       Plaintiff,                    :

14           vs.                       :

15                                     :

16    ADVANCE TRANSFORMER CO. and      :

17    SOUTHCO. INC.,                   :

18       Defendants.                   :

19     _____ :

20

21

22
```

Page 10

1  Q.  What have you been doing as a consultant,
2  sir?
3  A.  I've been seeing customers. My retirement
4  was supposed to go into effect at that time, but the
5  person to replace me left the company. And they just
6  hired someone else, and I've been breaking them into the
7  territory.
8  Q.  Okay. Would this consultancy be
9  transitional? Would that be fair, sir?
10  A.  Yes. I expect to be fully retired at the
11  end of this year.
12  Q.  At which time because this other person
13  would be up to speed, and you would no longer need to
14  consult. Would that be fair?
15  A.  Correct.
16  Q.  And you said you had a verbal consultancy.
17  Who was that verbal agreement reached with?
18  A.  My immediate superior.
19  Q.  Who is that?
20  A.  Michael Bartindale.
21  Q.  And was this -- was there any set term for
22  this consultancy?

Page 11

1  A.  They just requested would I continue on
2  helping them out until they can get someone in place,
3  which I agreed to.
4  Q.  Are you being compensated for this
5  consultancy?
6  A.  Yes.
7  Q.  How are you being compensated? You don't
8  have to tell me the amount, but is it by the hour?
9  A.  I guess by a week. A weekly wage.
10  Q.  Okay. If you can, just briefly let me
11  start from 1968 to 2006, were you with Advance the whole
12  time?
13  A.  Yes.
14  Q.  You were. So there was no breaks, no
15  separations during that 38-year time period?
16  A.  Correct.
17  Q.  Wow. Okay. Just, can you generally talk
18  about or give me your progression from 1968 to 2006 in
19  Advance? By that I mean what was your title when you
20  started, what were your job responsibilities, and how did
21  they change over time.
22  A.  I started out as a sales rep; eventually

Page 12

1  became a district manager; eventually a regional manager.
2  I was calling on both distributors and OEM accounts, to
3  the present time.
4  Q.  When you left in July of 2006, what was
5  your title?
6  A.  Regional manager. Regional OEM sales
7  manager.
8  Q.  What does "OEM" mean?
9  A.  Original equipment manufacturer.
10  Q.  What were you in charge of selling in July
11  of 2006?
12  A.  All the Advance products that are listed
13  in their catalog.
14  Q.  Are you familiar with what a ballast is?
15  A.  Yes, sir.
16  Q.  What is a ballast?
17  A.  It is a device that allows you to limit
18  current and voltage so you can make a lamp function in a
19  proper manner.
20  Q.  Would a lamp function without a ballast?
21  A.  Not a fluorescent lamp. An incandescent
22  lamp would.

Page 13

1  Q.  Let's talk about the '99-2000 time frame.
2  What was your job title and job responsibilities in
3  Advance during that time period?
4  A.  Regional OEM sales manager.
5  Q.  So the same position you held in July of
6  2006?
7  A.  Correct.
8  Q.  And during that time period, were you
9  familiar with Advance's ballasts?
10  A.  Yes.
11  Q.  Okay. And what about the 2003 time frame,
12  say late 2003, were you still selling ballasts during
13  that time period?
14  A.  Yes.
15  Q.  I take it the same is true during 2005?
16  A.  Yes.
17  Q.  Okay. As -- in your capacity in sales for
18  Advance did you ever sell ballasts to FORUM?
19  A.  Yes.
20  Q.  And when did that start, if you know?
21  A.  I don't know the exact date, but it had to
22  be at least 20 to 25 years ago.

Page 70

1  inside of the light fixture --
2  A.  Okay.
3  Q.  -- so that the light fixture will work.
4  A.  Okay. With this particular -- with
5  respect to this particular document, correct?
6  Q.  Yes, sir.
7  A.  The fixtures were already on the job site.
8  Okay? If a problem occurs, it was the fixture -- the
9  person who is putting the fixture up, or either AMTRAK
10 themselves if they had a problem, they either were
11 instructed or it somehow was conveyed to them to get in
12 touch with Advance directly.
13     So we then handled any warranty problems,
14 what we assumed were warranty problems, on a direct basis
15 with the end user, not necessarily with the manufacturer
16 of the fixture, at this time.
17 Q.  Okay. So, sir, after October -- late
18 October 2003, early November 2003, are you aware of
19 whether or not any additional replacement ballasts were
20 either sent to FORUM or to AMTRAK?
21 A.  I don't know the exact date. I know I
22 generated a document trying to sum everything up at

Page 71

1  FORUM's request, which there is a document somewhere here
2  -- I don't know what the date is -- where I tried to get
3  the latest detail of anything relating to AMTRAK.
4  Q.  Okay. We are going to turn to your memo
5  in a little bit. I'm just saying, do you have any
6  recollection, as we sit here today, of whether or not any
7  replacement ballasts were sent out after the very late
8  October or very early November of 2003? Do you know?
9  A.  No, I don't know.
10 Q.  Who would best know the answer to that
11 question?
12 A.  The warranty department.
13 Q.  Is there anyone specifically in the
14 warranty department that comes to mind?
15 A.  The one I reference in all of this is
16 Barbara Ponce, because she seemed to be the lead person.
17 Q.  And you said you were asked to develop a
18 memo by FORUM. Is that right?
19 A.  FORUM had requested me "Has there been any
20 more problems or if the problems are continuing," and
21 that is by -- at their request, I tried to sum up my
22 knowledge at that time. And that's what generated that

Page 72

1  document.
2  Q.  Well, let's turn to it. Let's turn to
3  Advance -- Bates Number Advance 107. And there's a
4  number of copies of this memo in this production, but
5  let's stick with this one.
6     Is this the memo you have been referring
7  to in your last several answers, sir? And that is the
8  memo that you prepared at the request of FORUM to
9  summarize where things were.
10 A.  Yes.
11 Q.  Now, it's dated November 25, 2003. Do you
12 see that at the top of the page, sir?
13 A.  Yes.
14 Q.  So I take it you were summarizing where
15 things were up and to including November 25, 2003. Is
16 that correct?
17 A.  Correct.
18 Q.  So let me just ask you, after November the
19 25th, 2003, are you aware of whether or not any
20 replacement ballasts were sent either to FORUM or to
21 AMTRAK?
22 A.  No.

Page 73

1  Q.  Okay. And I take it that the person who
2  would know that at Advance would be Barbara Ponce?
3  A.  Right.
4  Q.  We're going to come back to this memo in a
5  moment.
6     For now I would like to turn to Advance
7  Bates Number 39 in Exhibit 101. It's an e-mail.
8  A.  39, right?
9  Q.  Yes, sir.
10 A.  Okay. So this is an e-mail from you to
11 Barbara Ponce, I take it -- yes -- dated May 16th, 2005,
12 with copies to other people, it looks like with Advance
13 or RSI/Lighting/Phillips.
14    Can you please just look through this
15 e-mail, and I'm going to ask you a number of questions
16 about it. Let me know when you're done.
17 A.  Okay.
18 Q.  Okay. In the first sentence you say
19 (reading): "Barbara, as you are well aware, Advance
20 through FORUM, Inc. fixtures has had ongoing problems
21 with various AMTRAK facilities."
22    Do you see that?