# EXHIBIT D

Exh 54 84

## PURCHASE ORDER



**FORUM, INC.**

214 NORTH LEXINGTON AVENUE
PITTSBURGH, PA 15208
(412) 244-8780

| P/O NUMBER | PAGE |
|---|---|
| 032886-00 | 1 |

| P/O DATE | ORDER DATE | CHANGE/CANCEL |
|---|---|---|
| 06/18/99 | Normal | 06/18/99 Original |

| ORDERED FROM | SHIP TO |
|---|---|
| ADVANCE TRANSFORMER<br>P.O. BOX 100332<br>ATLANTA, GA 90384 | FORUM, INC<br>214 N. LEXINGTON AVENUE<br>PITTSBURGH, PA 15208 |

| BUYER | TERMS | ACKNOWLEDGE | CONFIRM | FOB | SHIP VIA | COL |
|---|---|---|---|---|---|---|
| JONATHAN GARRET | Net 30 | No | No | ORIGIN | | |

| LINE NUMBER | QUANTITY ORDERED BLANKET TYPE | U/M | OUR ITEM NUMBER DESCRIPTION/COMMENTS | YOUR ITEM NUMBER | PRICE/UNIT | REQUESTED DATE | CHAN CANC |
|---|---|---|---|---|---|---|---|
| 1 | 5,900.00 | EA | 1B1AVCN2M32MC<br>BLST,2 LT,F025 & 32T8,277V,ELB<br><10% THD,ADVANCE #VCN-2M32-MC<br>Rec. 100 pcs 7-30-99<br>"MICRO" 1.0" ELECTRONIC<br>BALLAST WITH LEADS<br>*<br>SHIP 500 PCS NOW Rec 6-22-99<br>SHIP 2400 PCS 7/6/99 NOT BEFORE Received 7-7-99<br>FORUM WILL ADVISE RELEASE<br>DATES ON REMAINING PIECES<br>*<br>TAG: 43266  Rec 2,000 11-5-99<br>       900 1-5-00 | VCN2M32MC | 14.7000<br>Ext Price = | 06/22/99 | 86,73 |

COMMENTS

Total Ext Price = 86,730

F01158