# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, ) ) ) Plaintiff, ) ) ) v. ) ) ) FORUM, INC., ) ) ) Defendant and ) Third-Party Plaintiff, ) ) v. ) ) ) ADVANCE TRANSFORMER CO. and ) SOUTHCO, INC., ) ) ) Third-Party ) Defendants. ) | Civil Action No. 1:05CV01837<br><br>District Judge Paul L. Friedman |

**DEFENDANT AND THIRD PARTY PLAINTIFF, FORUM, INC.'S ANSWERS TO ADVANCE TRANSFORMER, CO.'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS LIMITED TO THE ISSUE OF THE STATUTE OF LIMITATIONS**

**GENERAL OBJECTION**

Many of Advance Transformer, Co.'s ("Advance") Interrogatories and Requests for Production of Documents seek information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. This especially is true in light of the Court's Order of August 25, 2006, which summarily instructed that discovery, for the time being, is limited to the issue of the statute of limitations. Forum, Inc. ("Forum"), therefore, objects to those Interrogatories and Requests for Production of Documents which do not pertain to the issue of the statute of limitations, or to the timeliness of the claims asserted by the parties to this

**ANSWER:** Please see production of documents. Specifically, please see, among other things, correspondence exchanged between Forum and Amtrak, correspondence exchanged between Forum and Third-Party Defendants, including Advance, meeting minutes, memoranda, notes, reports, purchase orders, invoices, and packing slips, all of which documents support Forum's claims. Additionally, as discovery is continuing, Forum will supplement, to the extent necessary, in accordance with the Federal Rules of Civil Procedure.

7. Identify any and all communications by which Amtrak notified Forum that there was any problem with the ballasts incorporated into the light fixtures that are the subject matter of this litigation, providing the date, form and substance of the communication(s) and the identity of the person(s) who initiated and received the communication(s).

**ANSWER:** Please see production of documents. Specifically, please see, among other things, correspondence exchanged between Forum and Amtrak, correspondence exchanged between Forum and Third-Party Defendants, including Advance, meeting minutes, memoranda, notes, reports, purchase orders, invoices, and packing slips, all of which documents support Forum's claims. Additionally, as discovery is continuing, Forum will supplement, to the extent necessary, in accordance with the Federal Rules of Civil Procedure.

8. Identify all warranties Forum contends were given by Advance with respect to the ballasts that were purchased under the contract alleged at paragraph 19 of the Third Party Complaint and incorporated into the light fixtures that are the subject matter of this litigation, including, but not limited to, the date when any such warranty was given.

**ANSWER:** Objection. This Interrogatory seeks information that is within the knowledge and control of Advance.

Without waiving this objection and in an effort to respond, Advance provided Forum with a modified and extended version of its manufacturer's warranty. Forum requested that Advance modify and extend its warranty to be consistent with the warranty requirements in Forum's contract with Amtrak. Advance agreed to this request. Al Lassoff of Advance should be familiar with Forum's request for and Advance's agreement to an extended warranty with respect to the Advance-supplied ballasts.

Please see production of documents. Specifically, please see, among other things, correspondence exchanged between Forum and Amtrak, correspondence exchanged between Forum and Third-Party Defendants, including Advance,

5

meeting minutes, memoranda, notes, reports, purchase orders, invoices, and packing slips, all of which documents support Forum's claims. Additionally, as discovery is continuing, Forum will supplement, to the extent necessary, in accordance with the Federal Rules of Civil Procedure.

9. Identify all persons who provided information used or referred to in preparing the responses to these Interrogatories and, for each such person, indicate the number of the Interrogatory Response(s) for which she/he provided information.

**ANSWER:** Paula Garret, Jonathan Garret, and Don Dziubaty, with the assistance of counsel, participated in formulating Answers to these Interrogatories.

## DOCUMENT REQUESTS

1. All documents identified in the responses to the foregoing interrogatories or which were referred to in formulating the responses to the foregoing interrogatories.

**RESPONSE:** Please see production of documents. Specifically, please see, among other things, correspondence exchanged between Forum and Amtrak, correspondence exchanged between Forum and Third-Party Defendants, including Advance, meeting minutes, memoranda, notes, reports, purchase orders, invoices, and packing slips, all of which documents support Forum's claims. Additionally, as discovery is continuing, Forum will supplement, to the extent necessary, in accordance with the Federal Rules of Civil Procedure.

2. All documents that Forum contends comprise or evidence the contract alleged at Paragraph 19 of the Third Party Complaint.

**RESPONSE:** Please see production of documents. Specifically, please see, among other things, correspondence exchanged between Forum and Amtrak, correspondence exchanged between Forum and Third-Party Defendants, including Advance, meeting minutes, memoranda, notes, reports, purchase orders, invoices, and packing slips, all of which documents support Forum's claims. Additionally, as discovery is continuing, Forum will supplement, to the extent necessary, in accordance with the Federal Rules of Civil Procedure.

3. All documents that evidence the shipment and/or receipt of any of the 5900 ballasts that were purchased by Forum from Advance under the contract alleged at Paragraph 19 of the Third Party Complaint.