# EXHIBIT F

ATTACHMENT L

# LIGHT FIXTURE DESIGN SPECIFICATION

## FOR

## AMTRAK LUMINAIRE DEVELOPMENT AND FABRICATION NORTHEAST CORRIDOR STATIONS

August 19, 1998

OFFICE OF THE CHIEF ENGINEER
NATIONAL RAILROAD PASSENGER CORPORATION
30TH STREET STATION
PHILADELPHIA, PA 19104

ATTACHMENT L

1. **GENERAL**

1.1   Fixtures shall be manufactured in strict accordance with the Contract Drawings and Specifications.

1.2   Materials and installation shall be in accordance with the latest revision of the National Electrical Code and any applicable Federal, State, and local codes and regulations.

1.3   All fixtures shall be manufactured in strict accordance with the appropriate and current requirements of the National Electric Code as verified by Underwriters' Laboratories, Inc., or other testing agency as acceptable to local code authorities. The listing shall be provided and the appropriate label or labels shall be affixed to each fixture in a position concealing it from normal view.

1.4   Specifications and scale drawings are intended to convey the salient features, function and character of the fixtures only, and do not undertake to illustrate or set forth every item or detail necessary for the work.

1.5   Minor details, not usually indicated on the drawings nor specified, but that are necessary for the proper execution and completion of the fixtures, shall be included, the same as if they were herein specified or indicated on the drawings.

1.6   The Manufacturer is responsible for engineering the fixture and its mounting plate to ensure that the structural integrity of these components are not compromised by environmental, operational, or maintenance conditions. (i.e. vibration, wind loading, water loading.)

1.7   The Manufacturer is responsible for accurately fabricating the fixtures to the fulfillment of this specification. The Owner shall not be held responsible for the omission or absence of any detail, construction feature, etc. which may be required in the production of the fixtures.

1.8   The Manufacturer shall deliver factory wired luminaires complete with all accessories, lamps, mounting hardware, alignment and locking mechanism in conformance with the General conditions and section 16000 of the specifications. These luminaries shall be ready for installation upon delivery.

1.9   The Contractor shall install luminaires at the location shown on the Owner's Drawings.

1.10  The Contractor shall provide all mounting hardware required to effect a full and proper installation.

2. **SUBMITTALS**

2.1   Shop Drawings shall clearly indicate the Contract Drawing number of fixture details used as reference in the development of the shop drawings and the names of the job, Architect and Lighting consultant.

2.2   Coordinate all lighting fixture drawings with the drawings and details of the Architectural, Structural, Electrical, Mechanical, and other related trades to assure a perfect and efficient installation.

Amtrak 3270

ATTACHMENT L

2.3 No variation from the general arrangement and details indicated on the drawings shall be made on the shop drawings unless required to suit the actual conditions on the premises, and then only with the written acceptance of the Owner. All variations must be clearly marked as such on drawings submitted for approval.

2.4 At the time of bid, the Manufacturer shall provide a sample fixture representative of the quality, construction and degree of finish of the specified fixture.

2.5 The Manufacturer shall provide shop drawings for approval prior to fabrication of the mock-up. The shop drawings shall then be revised and approved prior to the fabrication of the prototype. A final revision shall be submitted prior to the fabrication of the benchmark.

2.6 Upon substantial completion the Manufacturer shall provide to the Owner a recommended maintenance manual for each station detailing:

2.6.1 Tools required

2.6.2 Types of cleaners to be used

2.6.3 Replacement parts identification lists

2.6.4 Final, as-built shop drawings

3. SAMPLES AND MOCK-UPS

3.1 The above terms are defined as follows:

3.1.1 Sample: A luminaire similar to or representative of the required luminaire, utilized to demonstrate and show the quality of the workmanship.

3.1.2 Mock-up: an installed full scale model of the required luminaire in a mock up situation used to verify and refine photometric performance, mounting integration, size and general characteristics.

3.2 The Contractor shall submit samples and mock-ups for review without objection by the Owner.

3.3 Samples and Mock-ups shall be submitted by the Manufacturer complete with specified lamp(s), fitted with 20A plugs, ready for hanging, energizing, and examining, and shall be shipped prepaid to the Owner for review.

3.4 Samples and Mock-ups shall be supplied with 120 volt ballasts. The benchmark shall be supplied with ballasts at the specified voltage.

3.5 Mock-ups will be retained by the Owner.

Amtrak 3271

ATTACHMENT L

4. **QUALIFICATION OF BIDDERS**

4.1 The following Manufacturers shall be assumed capable of supplying the listed fixtures unless exceptions are set forth in their quotations. Any such exceptions shall immediately be brought to the attention of the Owner and the Lighting Consultant.

4.1.1  Forum Lighting                         Contact:          Mr. Don Dziubaty
       214 N. Lexington Avenue                Phone             412 244-8780
       Pittsburgh, PA 15208                   Fax               412 244-9032
       Manufacturers Representative           Arthur Brown      212 741-6422

4.1.2  Linear Lighting Corporation
       31-30 Hunters Point Avenue             Phone             718 361-7552
       Long Island City, NY 11101             Fax               718 937-2747
       Manufacturers Representative           Ken Lewis         718 361-9150

4.1.3  Selux Lighting Corporation             Contact:          Mr. Veit Mueller
       Route 9W North, P.O Box 1020           Phone             914 691-6262
       Highland, NY 12528                     Fax               914 691-6289
       Manufacturers Representative           Jim Panichella    212 371-4400

4.2 Manufacturers not listed must be pre-qualified to bid as follows:

4.2.1 Manufacturer shall have not less than five years' experience in design and manufacture of lighting fixtures of the type, quality and application shown. Pre-qualification submissions must include a list of completed projects and dated catalogue pages or drawings indicating length of experience.

4.2.2 Manufacturer shall submit a prototype sample of the fixture for review by the Owner. Prototype samples shall be sufficiently detailed and operational to allow evaluation of compliance with the salient features of the specification. Preliminary design or shop drawings shall not be accepted in place of prototype samples.

4.2.3 Manufacturer shall submit complete photometric data in accordance with Section 13.

4.2.4 The Owner shall be the sole judge in determining whether the prototype sample complies with the specifications, and shall reserve the right to disqualify any bidders.

5. **QUALITY ASSURANCE**

5.1 Materials, equipment and appurtenances as well as workmanship provided under this Section shall conform to the highest commercial standard as specified and as indicated on drawings.

6. **WARRANTY**

6.1 Warrant the fixture, its finishes, and all of its component parts, except ballasts to be free from defects for a period of one year from date of acceptance if operated within

Amtrak 3272

ATTACHMENT L

rated voltage range. Replace faulty materials and provide labor required to make the replacement at no additional cost to the Owner.

6.2 Electronic ballasts shall be warranted for three years.

6.3 The Manufacturer shall maintain a shelf stock of replacement parts for a period of not less then fifteen years.

6.4 The Manufacturer shall keep indefinitely all tools, dies, jigs or any device used exclusively for the fabrication of the fixture.

6.5 All extrusion tools and dies that are solely used in the fabrication of this fixture shall become the property of Amtrak. Additional fixtures of this design may not be fabricated without the express permission of Amtrak.

7. HOUSING

7.1 The luminaire housing shall be made of extruded aluminum with a minimum wall thickness of 1/8".

7.2 Luminaire shall be enclosed and gasketed with rubber gaskets to completely prevent the ingress of dust bugs.

7.3 Luminaire shall be suitable for cleaning with high pressure water jets.

7.4 Luminaire shall be UL listed for use in a wet location.

7.5 Luminaire designs which permit light leaks will not be acceptable.

7.6 Interior surfaces of the luminaire shall be painted matte white and shall have a minimum reflectance of 85%.

7.7 Housing end plates shall be fabricated from 3/16" aluminum plate.

7.8 Socket bridges, reflectors, wiring channels and ballast covers shall be die formed of not less than 22 gauge cold rolled steel.

7.9 Luminaires shall be constructed such that their ballasts may be serviced or replaced without requiring removal of luminaire.

7.10 The Manufacturer may proportionally increased the housing up to 10% of it's specified size if necessary.

7.11 All hardware and straps shall be stainless steel unless otherwise noted.

8. LENSES AND DIFFUSERS

8.1 Lenses and diffusers shall be formed of colorless impact modified acrylic resins as manufactured by Rohm & Haas DR® series or equivalent, with an impact strength of 1.1 or greater as defined by ASTM D256.

Amtrak 3273

8.2 The quality of the raw material must exceed IES, SPI, and NEMA Specifications by at least 100% which, as a minimum standard, shall not exceed a yellowness factor of 3 after 2,000 hours of exposure in the Fade-meter or as tested by an independent test laboratory.

8.3 Acrylic plastic lenses and diffusers shall be properly cast, molded or extruded as specified, and shall remain free of any dimensional instability, discoloration, embrittlement, or loss of light transmittance for at least 15 years.

8.4 Optical lenses shall be free from spherical and chromatic aberrations and other imperfections which may hinder the functional performances of the lenses.

8.5 All lenses or other light diffusing elements shall be removable, but positively held so that hinging, thermal expansion, platform vibration or other normal motion will not cause them to drop out.

8.6 All lenses shall be installed clean and free of scratches and fingerprints.

9. **FINISHES**

9.1 Painted surfaces shall be finished in synthetic enamel with acrylic, alkyd, epoxy, polyester, or polyurethane base, light stabilized, baked on at 350° minimum, catalytically or photo-chemically polymerized after application.

9.2 Painted surfaces shall meet the requirements of ASTM 117 salt spray testing for 1500 and 1600 hours as provided by Oakite Products Inc. or equivalent.

9.3 White finishes shall have a minimum of 85% reflectance.

9.4 With the exceptions of stainless steel, ferrous metal surfaces shall have a five stage phosphate treatment or other base bonding treatment reviewed without objection by the Owner before final painting and after fabrication.

9.5 Unpainted non-reflecting surfaces shall be satin finished and coated with a baked-on clear lacquer to preserve the surface. Where aluminum surfaces are treated with an anodic process, the clear lacquer coating may be omitted.

9.6 Exterior aluminum and aluminum trims shall be finished with an anodized coating of not less than 35 mg. per square inch of a color and surface finish detailed on the Owner's Drawings.

9.7 Anodized coatings shall be carried out by the sulfuric acid process.

9.8 Porcelain enamel surfaces shall have the finish applied smoothly. The finish shall not be less than .0075 inch thick of non-yellowing, white, vitreous porcelain enamel with a reflectance of not less than 85%.

9.9 The Contractor shall submit a list of finishes of all luminaires for review by the Owner.

9.10 Finish colors are as follows:

Amtrak 3274

ATTACHMENT L

9.10.1 Internal components - White

9.10.2 Housing, bracket arm, lens strap and upper reflector - Natural aluminum

9.10.3 Front of housing - High Speed Rail Blue

## 10. FLUORESCENT LAMPS

10.1 The Contractor shall provide luminaires complete with the specified lamps. Lamps shall not be installed until the latest practicable time prior to practical completion.

10.2 Lamps shall be manufactured by General Electric, Philips, or Sylvania unless otherwise specified.

10.3 All lamps of a given type shall be supplied by the same Manufacturer. Lamps shall be supplied from the same production run with batch numbers clearly identified. Lamps installed, of any one type, into any one platform, shall strictly be selected from the same batch.

10.4 Luminaires installed under this Contractor shall not be used to provide temporary lighting to the platform and shall not be operated other than for initial testing.

10.5 The lamp base shall be suitable for the socket provided.

10.6 Lamps shall have the following characteristics:

| | |
|---|---|
| Wattage | 32 |
| Efficacy | 92 lumens/watt |
| Lumen output after 100 hours of continuous burning | 2,800 |
| Average rated life at 50% lamp mortality | 20,000 hours |
| Color temperature | 3,000K |
| Color rendering index | Ra 80+ |

## 11. LAMPHOLDERS

11.1 Lampholders shall be heavy white thermoset urea plastic with definite locking-in feature and silver plated double edge contacts for proper lamp operation and life.

11.2 Lampholders and shall be medium bi-pin type and designed specifically for use with 32 watt T8 lamps.

11.3 Lampholders shall locate lamps within 3/8 inch of minimum one inch wide grounded metal plane for the continuous length of the lamp.

11.4 Lampholders shall be designed for straight in lamp insertion.

## 12. BALLASTS

12.1 The Contractor shall ensure that the ballast proposed will operate successfully with the lamps or tubes without any reduction in intended design performance.

Amtrak 3275

12.2   Ballasts shall be U.L. listed (or equal), Class P and comply with all ANSI specifications for lamp operation including: filament voltage, lamp current crest factor, lamp starting voltages and currents, lamp light output, etc.

12.3   Ballasts shall be high frequency electronic type, operating lamps at a frequency of 20 kHz or higher with no detectable flicker. Ballast sound levels shall not exceed Class A ambient noise levels.

12.4   Ballasts shall be compact design as manufactured by Energy Savings or equivalent.

12.5   Ballasts shall meet minimum efficacy standards of all applicable state and local energy standards.

12.6   Relative light output, (percentage of light emitted with reference tube and ballast), shall be not less than 95% and not more than 100%.

12.7   Ballasts shall be voltage sensing and maintain consistent light output of all fluorescent lamps over operating ranges of 90v to 320v. Alternatively ballasts may be multi-tap type and maintain consistent light output at operating ranges of 90 to 145v (120v tap) and 200v to 320v (277v tap).

12.8   Input Total Harmonic content shall not exceed 10%.

12.9   Ballast shall withstand line transients as defined in IEEE Publication 587, Category A.

12.10   Ballast case temperature shall not exceed 68°F temperature rise over 104°F ambient.

12.11   Ballast Power Factor shall be 90% or above.

12.12   Ballast shall be firmly secured in luminaires to prevent vibration.

12.13   Ballast shall start and operate lamps at temperatures as low as 0° F.

12.14   Ballast shall operate lamp(s) on a preheat start or instant start circuit unless otherwise noted.

### 13.   LIGHT EMITTING DIODES

13.1   The LED's shall be mounted together to form an assembly.

13.2   The LED assembly shall be designed to permit easy replacement in the field by the end user.

13.3   The manufacturer shall include in their proposal the design and distribution of the power supplies for the LED's.

13.4   Power supplies shall be mounted within the fixture housing.

13.5   The LED assemblies shall be circuited sequentially on four circuits.

ATTACHMENT L

### 14. SEQUENCING CONTROLLER

14.1 The manufacturer shall provide a sequencing controller to flash the LED indicator lights.

14.2 Each sequence shall be initiated by a contact closure from the station equipment.

14.3 Upon receiving the contact closure the controller shall initiate one of three flashing sequences:

14.3.1 Sequence 1 - Northbound train arriving

Circuits to flash on and off sequentially from 1-4. Flash duration to be .08 seconds. Time between flashes to be .02 seconds. Time between sequences to be .6 seconds.

14.3.2 Sequence 2 - Southbound train arriving

Circuits to flash on and off sequentially from 4-1. Flash duration to be .08 seconds. Time between flashes to be .02 seconds. Time between sequences to be .6 seconds.

14.3.3 Sequence 1 - Train is in the station

Circuits 1-4 to flash simultaneously. Flash duration to be .8 seconds. Time between flashes to be .8 seconds.

14.4 The sequencing controller shall be adjustable so that flash duration, time between flashes, and time between sequences can be modified in the field.

### 15. PHOTOMETRIC DATA

15.1 Supply complete photometric data for the luminaire, including optical performance tested by an independent testing laboratory. These data are to be developed according to methods of the Illuminating Engineering Society of North America and shall include the following:

15.1.1 Coefficients of utilization

15.1.2 Candela distribution data, presented graphically and numerically, to match format supplied in specification.

15.1.3 Zonal Lumens presented numerically to match format supplied in specification.

15.2 Fluorescent luminaire shall have a minimum efficiency of 64%.

15.3 Photometry for fluorescent luminaire shall match the following table as closely as possible. A deviation of ± 5% in any intensity value will be permitted.

ATTACHMENT L

## Type FA Photometry (based on 5900 fixture lumens)

Candelpower Distribution Table

Zonal Lumen Summary

| Vertical Angles | Azimuthal Angles | | | | | |
|---|---|---|---|---|---|---|
| | 0 | 45 | 90 | 180 | 225 | 270 |
| 0 | 661 | 674 | 700 | 661 | 674 | 700 |
| 5 | 590 | 590 | 525 | 590 | 590 | 850 |
| 15 | 493 | 565 | 531 | 493 | 565 | 802 |
| 25 | 354 | 538 | 501 | 354 | 538 | 641 |
| 35 | 235 | 455 | 401 | 235 | 455 | 524 |
| 45 | 124 | 365 | 328 | 124 | 365 | 330 |
| 55 | 48 | 228 | 206 | 48 | 228 | 139 |
| 65 | 10 | 102 | 87 | 10 | 102 | 86 |
| 75 | 3 | 59 | 54 | 3 | 59 | 73 |
| 85 | 9 | 50 | 46 | 9 | 50 | 80 |
| 90 | 42 | 53 | 50 | 42 | 53 | 120 |
| 95 | 107 | 90 | 75 | 107 | 90 | 277 |
| 105 | 205 | 200 | 173 | 205 | 200 | 474 |
| 115 | 311 | 334 | 296 | 311 | 334 | 589 |
| 125 | 439 | 424 | 368 | 439 | 424 | 745 |
| 135 | 528 | 501 | 466 | 528 | 501 | 796 |
| 145 | 599 | 520 | 497 | 599 | 520 | 775 |
| 155 | 634 | 550 | 485 | 634 | 550 | 764 |
| 165 | 598 | 552 | 478 | 598 | 552 | 718 |
| 175 | 650 | 523 | 449 | 650 | 523 | 780 |
| 180 | 694 | 598 | 598 | 694 | 598 | 598 |

| Zone | % Lamp | % Fixture |
|---|---|---|
| 0-10 | 1.0 | 1.5 |
| 10-20 | 2.9 | 4.5 |
| 20-30 | 3.9 | 6.0 |
| 30-40 | 4.1 | 6.3 |
| 40-50 | 3.4 | 5.2 |
| 50-60 | 2.0 | 3.1 |
| 60-70 | 1.0 | 1.5 |
| 70-80 | 0.8 | 1.2 |
| 80-90 | 0.8 | 1.2 |
| 90-100 | 2.8 | 4.3 |
| 100-110 | 5.0 | 7.7 |
| 110-120 | 6.7 | 10.3 |
| 120-130 | 7.7 | 11.8 |
| 130-140 | 7.6 | 11.7 |
| 140-150 | 6.5 | 10.0 |
| 150-160 | 4.9 | 7.5 |
| 160-170 | 2.9 | 4.5 |
| 170-180 | 1.0 | 1.5 |
| **Minimum Efficiency** | | **65%** |

142psdsp.doc

Amtrak 3278