# EXHIBIT G

# RECEIVING INSPECTION REPORT

| VENDOR/SUPPLIER/SUBCONTRACTOR | | P.O. OR CONTRACT NO. | INVOICE NO. | REPORT D... |
|---|---|---|---|---|
| ADVANCE | | 3288C | | |

| ITEM NO. | ITEM DESCRIPTION | INSPECTION CRITERIA | QUANTITIES ||||| 
| | | | ORDERED | PACK. SLIP | RECEIVED | INSPECTED | ACCEPTED | REJE... |
| 1 | 1B1AVCN2M32 Me BLST 2Lt | Visual | 5,900⊗ | 700 | 700 | | | |

## DESCRIPTION OF DISCREPANCIES (USE EXTRA SHEETS IF REQUIRED)

**HANDLING / SHIPPING DEFECTS**
4326C

**DISCREPANCY BETWEEN QUANTITIES SHIPPED AND RECEIVED**

**IMPROPER PAPER WORK**

**INCOMPLETE / INCORRECT DOCUMENTATION**

**DISCREPANCIES RE: PHYSICAL CHARACTERISTICS**

**DISCREPANCIES RE: FUNCTIONAL CHARACTERISTICS**    INSPEC

**OTHER PROBLEMS**

F011...



**ADVANCE TRANSFORMER CO.**

O'HARE INTERNATIONAL CENTER
10275 WEST HIGGINS ROAD
ROSEMONT, IL 60018
TEL: 847/390-5000 FAX: 847/390-5389
A DIVISION OF PHILIPS ELECTRONICS NORTH AMERICA CORPORATION

13201

PLEASE REMIT TO:

ADVANCE TRANSFORMER CO.
POST OFFICE BOX 100332
ATLANTA, GA 30384

\*\*\* INVOICE \*\*\*

PAGE 1

| INVOICE NO: 7078380-003 | INVOICE DATE: 07/28/1999 |
|---|---|
| SHIP TO: 52940-000<br>FORUM INC<br>214 N LEXINGTON AVE<br><br>PITTSBURGH   PA 15208-2596 | SOLD TO: 52940-000<br>FORUM INC<br>214 N LEXINGTON AVE<br><br>PITTSBURGH   PA 15208-2596 |

CUST ORDER NO: 32886     CUST ORDER DATE: 06/21/1999   SHIP VIA: UPS GROUND   FREIGHT TERMS: PREPAID
CUST TYPE: OEM  REGION: 16   TERRITORY: 039   SALESPERSON: 00350   AGENT RELEASE:        PAYMENT TERMS: 1%10TH PROX, NET 1

| LN NO | ITEM ID<br>CUST PART NO | DATE SHIPPED | SHIP FROM | QTY ORDERED | QTY SHIPPED | UOM | EXTENDED WEIGHT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 0005 | VCN2M32MC  44M<br>43266 | 07/28/1999 | 9902 | 100.00 | 100.00 | EA | 70.00 | 14.70 | 1,470. |
| | INVOICE TOTALS: | | | 100.00 | 70.00 | | | | $1,470. |

THESE BALLASTS OR POWER SUPPLIES LICENSED BY THE UNITED STATES FOR ULTIMATE DESTINATION
IN THE UNITED STATES. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

A LATE PAYMENT CHARGE OF 2% PER MONTH, OF THE MAXIMUM ALLOWABLE RATE NOT EXCEEDING 2% PER MONTH, WILL BE MADE ON ALL INVOICES PAST DUE.
THIS CHARGE WILL AMOUNT TO A MAXIMUM ANNUAL PERCENTAGE RATE NOT TO EXCEED 24%.
ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL.

F011%



**ADVANCE TRANSFORMER CO.**
A DIVISION OF PHILIPS ELECTRONICS NORTH AMERICA CORPORATION

184 Manor Rd
East Rutherford, NJ
TEL: 201-460-9100 FAX: 201-460-0578

Advance Number: 7078380003         ASI Date/Time: 07/28/99  09:02:13
Customer P.O. # 32886                      WH Date: 07/28/99
52940000

B T O L:
FORUM INC
214 N LEXINGTON AVE
PITTSBURGH, PA 152082596

S H I P:
FORUM INC
214 N LEXINGTON AVE
PITTSBURGH, PA 152082596

| Line Number | Advance Part Number | Customer Part Number | Description | Quantity Ordered | Quantity Shipped |
|---|---|---|---|---|---|
| 5 | VCN2M32MC 44M | 43266 | VCN-2M32-MC 44 M | 100 | 100 |

| Date Pulled | Total Weight | Total Pieces | Total Cartons | Pulled By | Checked By | Carrier | Freight Terms |
|---|---|---|---|---|---|---|---|
| 07/28/99 | 70. | 100 | 5 | Woodha | | UPS | PREPAID |

**IMPORTANT**    Please verify product count immediately upon receipt.
If any descrepancies are noted,
contact us at:

800-372-3331    **IMPORTANT**

**PACKING SLIP**

THIS ORDER WILL BE INVOICED AT THE PRICES IN EFFECT AT TIME OF SHIPMENT.
BACK ORDERS WILL BE SHIPPED IMMEDIATELY UPON COMPLETION

ADV 070 (4/97)

F01184