# EXHIBIT I

## REPORT REFERENCE SHEET

| Project Number: 302-2002 | Report Title: Forum Platform Lights | Date of Review: 3/11/03 |
|---|---|---|
| Referencer: | Ed Angeli | Authorizing Official: Roy Wiegand -Senior Director |
| Auditors:George Dillion | | |

Redacted

*2/28/03 Draft Report Indexed to w/Ps*

---

### OIG REVIEW OF FORUM PLATFORM LIGHTS

---

Report Addressed to:

**William Crosbie**
**Senior Vice President Operations**
**60 Massachusetts Avenue, NE**
**Washington, DC 20002**



*This report is prepared for the addressee and includes privileged and confidential information. As such, this report may not be released to any organization outside Amtrak or any internal department without the approval of Amtrak's Office of Inspector General.*

Report Issued By:

NATIONAL RAILROAD PASSENGER CORPORATION
OFFICE OF INSPECTOR GENERAL – AUDITS
10 G STREET, NE
WASHINGTON, DC 20002

DATE OF REPORT March 9, 2003
REPORT NUMBER 302-2002

FOR OFFICIAL USE ONLY

Amtrak 004455

NATIONAL RAILROAD PASSENGER CORPORATION
10G Street Suite 3W-300, Washington, DC 20002
Tel: 202-906-4550  Fax: 202-906-4554

# Memo



| Date | March 7, 2003 | From | Gary E. Glowacki |
|------|---------------|------|------------------|
| To | | Department | OIG, Office of Audits |
| | William Crosbie | Subject | Forum Platfrom Lights |
| | Senior VP Operations | | Audit Report No. 302-2002 |
| | | cc | R. Wiegand |
| | | | file |

Message

Enclosed is our report regarding circumstances surrounding the procurement, installation, partial replacement, and current condition of Forum platform lights at seven stations along the Northeast corridor. Forum Incorporated was paid approximately $2.7 million to manufacturer custom platform lights for stations that offer ACELA high speed train service. Forum lights were delivered and installed in late 1999 and early 2000. Serious problems developed during the summer of 2000 which led to the replacement of lights at the Route 128 station at an additional cost of $600,000 and the removal and re-installation of lights at another station.

The objective of this review was to answer the following questions:

1. Will all stations that have Forum platform lights experience the problems encountered at the Route 128 Station and need the lights replaced?

2. Did Amtrak management adequately address a potential warrantee claim against the light designer, manufacturer, and/or the installers before paying for replacement lights? Can a warrantee claim now be pursued?

3. Did Amtrak receive what it paid for under the terms of the procurement contract?

We visited the seven stations that have Forum lights and found significant problems at six of the stations. In addition, we were unable to locate any evidence that Amtrak considered the possibility of recourse against any of the parties involved at the Route 128 Station.

Amtrak 004456

The report contains recommendations pertaining to a course of action to address existing problems and research the possibility of a claim against the light designer, manufacturer, and installers. We are also recommending that a procedure be established that will adequately address potential claims for defective product or workmanship before additional funds are expended.

We discussed the results of this review with Gary Eckenrode, Senior Director of Procurement, and Diane Herndon, Senior Associate General Counsel. If necessary, we will be pleased to meet with you to further discuss our findings and recommendations.

## Action Required

A written response is required within 30 days regarding corrective action taken or planned to address the audit finding in this report. When preparing your response to our findings, we request that you format your response as follows:

**First,** clearly indicate whether you agree or disagree with the finding.

**Then,** state what action will be taken by your department to address the finding. This section of your response should be structured in one of the following ways:

1. Action to address the finding has been taken as of (date) and consists of (describe action taken).

2. Action to address the finding is in process and will be completed by (date) then (describe what action).

3. The finding is currently being reviewed and conclusion is expected by (date).

4. No action will be taken because (describe reasons).

**Lastly,** sign the response. The individual signing the response should be the person to whom the cover letter is addressed even though the preparation of the actual response may have been delegated.

Gary E. Glowacki
Deputy Inspector General – Audits
Attachment

Amtrak 004457

TABLE OF CONTENTS

OIG REVIEW OF FORUM PLATFORM LIGHTS

REPORT NUMBER 302-2002

| | Page |
|---|---|
| EXECUTIVE SUMMARY | 1 |
| I. INTRODUCTION | |
|     A.   Background | 2 |
|     B.   Scope, Objective, and Methodology | 4 |
|     C.   Evaluation of Internal Controls | 4 |
|     D.   Prior Audit Coverage | 5 |
| II. FINDINGS AND RECOMMENDATIONS | |
|     Finding 1:   Most Stations are Experiencing Significant Problems with Forum Platform Lights. | 5 |
|     Finding 2: Lights Replaced Without a Warranty Claim Determination. | 11 |

Amtrak 004458

OIG REVIEW OF FORUM PLATFORM LIGHTS

AUDIT REPORT NUMBER 302-2002

### Executive Summary

The Office of Inspector General, Audits completed a review of circumstances surrounding the procurement, installation, partial replacement, and current condition of Forum platform lights at seven stations along the Northeast Corridor. Forum Incorporated was paid approximately $2.7 million to manufacture custom platform lights for stations that offer ACELA high speed train service. Forum lights were delivered and installed in late 1999 and early 2000. Serious problems developed during the summer of 2000 which led to the replacement of lights at the Route 128 Station at an additional cost of $600,000 and the removal and re-installation of lights at another station.

The objective of the review was to answer the following questions:

(i) Will all stations that have Forum platform lights experience the problems encountered at the Route 128 Station and need the lights replaced?

(ii) Did Amtrak management adequately address a potential warrantee claim against the light designer, manufacturer, and/or the installers before paying for replacement lights? Can a warrantee claim now be pursued? and

(iii) Did Amtrak receive what it paid for under the terms of the procurement contract?

The results of the review indicate that six of the seven stations which have Forum lights are experiencing serious problems. The lights will require substantial repair or replacement. We were not able to document that Amtrak Management adequately addressed a possible warrantee claim against the light designer, manufacturer, or installers. We have not made a conclusion regarding the question as to whether Amtrak received what it paid for under the terms of the procurement contract, since we believe that an independent expert is needed to answer this question.

We are recommending that the Senior Vice President of Operations: (i) enter into a contract with an independent laboratory to determine if the Forum lights meet contract specifications; (ii) perform a detailed analysis of costs to repair and maintain Forum lights as compared to replacement; (iii) obtain an opinion from OLC regarding the potential for a claim against the light designer, manufacturer and/or installers; (iv)

Redacted

OIG Review of Forum Platform Lights                    Report Number 302-2002

I.      **INTRODUCTION**

    A.     **Background:**

Recent improvement initiatives for Amtrak's Northeast Corridor included the purchase and installation of new platform lights for stations that offer ACELA high-speed train service. In determining the type of lights to install at the stations, a decision was made to forego the use of "off-the-shelf" lights in favor of custom lights that would be specifically designed for the ACELA program. A lightning design firm was hired to develop performance criteria for the ACELA lights and two manufacturers were paid to produce prototype fixtures using the design specifications. After consideration of the prototypes, Forum Incorporated was selected to supply the new lights. Forum designed, engineered, fabricated and delivered a complex and delicate lighting system. It was both a watertight fixture and a signaling device. The lights were manufactured to be a continuance florescent fixture with tight tolerances needed to allow the fixture to act a one long unit, with expansion and contraction accommodated by a precise sliding connection on the back of each fixture.

The following chart lists stations that received the new lights:

**FORUM LIGHTS**

| STATION | 1ST BILLING | LAST BILLING | TOTAL |
|---|---|---|---|
| Route 128 | 08/30/99 | 10/31/01 | $ 386,026 |
| Providence | 10/04/99 | 10/04/99 | $ 162,313 |
| New London | 02/28/01 | 02/28/01 | $ 132,000 |
| Philadelphia | 10/21/99 | 08/25/00 | $ 971,085 |
| Wilmington | 10/29/99 | 01/05/00 | $ 240,075 |
| Baltimore | 11/30/99 | 11/16/00 | $ 346,560 |
| Washington | 12/30/99 | 03/09/01 | $ 437,491 |
| | | Total: | $2,675,550* |

*Total does not include the cost of installation or $125,115 for prototype fixtures.

The new lights were originally installed at the seven stations in late 1999 and early 2000. Amtrak Personnel installed the lights at Washington, Baltimore, and Wilmington. Contractors were hired to install the lights at New Haven, New London, Philadelphia, and the Route 128 Station in Westwood, Massachusetts. Installation costs approximated $2,000,000 bringing the total cost of the lights to approximately $4,685,000.

FOR OFFICIAL USE ONLY
PAGE 2

Amtrak 004460

Forum Lights for the Route 128 Station were installed in the fall of 1999 and serious problems started to occur in the summer of 2000. "Kinks" began to develop in the line of lights, metal clips that hold lenses into the fixtures began to break, and lenses started to fall out of some of the fixtures.

 

 

*Photos showing "kinks" that developed during the Summer 2000 in the line of lights installed at the Route 128 Station*

Amtrak personnel temporarily repaired the Forum lights at the Route 128 station by installing tie-wraps around the fixtures. On November 15, 2001 Amtrak entered into Contract No. C-079-73230 with a new installation contractor. The scope of this contract included labor costs associated with the removal and scrapping of original Forum lights at the Route 128 Station and installing new Forum lights. The contract was written as a Time and Materials (T&M) agreement with a not-to-exceed amount of $463,966. In addition, Amtrak paid Forum an additional $117,208 for new light components. The new light installer removed and scrapped the original Forum lights and installed new Forum light fixtures, which were essentially the same as the old fixtures. In an attempt to correct the kinking problem, the second installation of lights included the addition of space between the fixtures. The original lights had been strung together in rows exceeding 1000 feet without space between the fixtures.

FOR OFFICIAL USE ONLY
PAGE 3

Amtrak 004461

OIG Review of Forum Platform Lights                    Report Number 302-2002

OIG involvement with Forum Lights began in 2001 when the senior contract administrator for the Route 128 light replacement contract requested an audit of the time and material billings submitted by the second light installer.

To prepare for the requested audit we gathered the background material described above and interviewed representatives of Amtrak's Engineering Department. After reviewing the background material we decided to increase the scope of the audit to include concerns that arose regarding why Amtrak paid almost $600,000 to remove and replace light fixtures which were less than one year old. Under warranty terms, it would seem that Amtrak should have some recourse against the light designer, manufacturer, and/or the installers.

B.    **Objective, Scope, and Methodology:**

Based on events described in the Background section of this report, the objective of this review was to answer the following questions:

1. Will all stations that have Forum platform lights experience the same problems encountered at the Route 128 Station and need the lights replaced?

2. Did Amtrak management adequately address a potential warrantee claim against the light designer, manufacturer, and/or the installers before paying for replacement lights? Can a warrantee claim now be pursued?

3. Did Amtrak receive what it paid for under the terms of the procurement contract?

In order to answer these questions, the scope of our review included (I) a review of the project manager's files; (ii) interviews of representatives from Amtrak's Engineering, Purchasing, Customer Services, Facilities, and Maintenance Departments; (iii) an analysis of Forum billings; (iv) .

Redacted .

Our review was performed in accordance with generally accepted Government auditing standards for limited scope audits.

C.    **Evaluation of Internal Controls:**

We reviewed the adequacy of internal controls as they pertain to determining whether a third party claim can be made before expending funds to replace defective products or workmanship.

Amtrak 004462

OIG Review of Forum Platform Lights                    Report Number 302-2002

    D.    Prior Audit Coverage:

Prior audit coverage consists of a limited scope audit of the time and material contract for the cost of replacing Forum's platform lights at the Route 128 Station. The audit took a small exception, $1,321, to the contractor's submitted costs. See Audit Report Number 301-2003, Nation Wide Construction Corp, issued January 27, 2003.

II.    FINDINGS AND RECOMMENDATIONS:

    Finding 1:    Most Stations are Experiencing Significant Problems with Forum Platform Lights.

We observed and recorded significant problems with Forum lights at six of the seven stations that had these lights installed. Although the problems are of different degrees of severity, it is likely that the lights will not last as long as should be expected and will have to have substantial repairs or replacement.

The following chart summarizes problems observed at the seven stations visited.

| STATION | CLAMPS | CLIPS | BOW/WARP | KINKING | FALLING | DIRTY | GASKETS | BALLAST | LEDS |
|---------|--------|-------|----------|---------|---------|-------|---------|---------|------|
| 128 Initial | X | X | X | X | X | X | X | | X |
| WAS Initial | X | X | X | X | X | X | X | | X |
| CURRENT CONDITION | | | | | | | | | |
| PHL | X | X | X | | | X | X | X | X |
| WAS | X | X | X | X | X | X | X | ? | X |
| WIL | X | X | X | X | X | X | X | ? | X |
| BAL | | X | X | | | | | ? | X |
| NLC | | | | | | | | ? | X |
| PVD | | | X | | | X | X | X | X |
| 128 | | X | | | | X | | | X |

X – INDICATES PROBLEM
? – The stations with ? have not yet been relamped.

*Note- The lines for "128 Initial" and "WAS Initial" indicate problems encountered with the initial installation of Forum lights at these stations. The lights at the Route 128 Station were removed and replaced with new lights. The lights at Union Station were removed, repaired and re-installed. The audit team observed the problems labeled "current condition" during November and December 2002.*

FOR OFFICIAL USE ONLY
                                    Amtrak 004463

OIG Review of Forum Platform Lights                 Report Number 302-2002

- **Broken Lens Clips and Hanging Lens Retention Clamps**

Forum lights include lenses on the underside and top of the fixtures. The lenses are held into the fixtures by two "lens retention clips" that clip on the lens and the body of the fixture. In addition each light has "lens retention clamps" at each end of the fixture. The lens retention clamps are held onto the ends of the fixtures using lens retention clips.



We observed numerous instances of broken lens retention clips at five of the seven stations visited. At three of the five stations we observed broken clips on the lens retention clamps, which resulted in the clamps hanging down from the fixture.






*Examples of broken Lens Retention Clips and hanging Lens Retention Clamps*

A review of Forum contract files indicated that the lens retention clips were manufactured and supplied to Forum by Southco Incorporated. In correspondence, Southco acknowledged that it had a quality control problem when manufacturing the clips and supplied some replacement clips to Amtrak. We were informed that Southco supplied replacement clips for several stations and was willing to supply sufficient clips for all of the Forum lights, however it appears that the clips were never delivered. In addition, it should be noted that Amtrak labor costs to install the replacement clips at all of the stations would exceed $155,000.

Amtrak 004464

OIG Review of Forum Platform Lights                    Report Number 302-2002

- ## Falling Lenses

The Washington DC and Wilmington DL stations are experiencing problems with lenses  falling from the fixtures.  We observed one fixture at the Wilmington station that had the top lens missing.






*Examples of lenses falling from Forum Light Fixtures*



*Forum Fixture at Wilmington Station with top lens missing*

FOR OFFICIAL USE ONLY

Amtrak 004465

OIG Review of Forum Platform Lights                    Report Number 302-2002

- **Foreign Material in Lenses**

We noted significant problems with insects, soot, and dirt entering light fixtures at five of the seven stations.  The fixtures were designed and manufactured to be "watertight". (We have a copy of memo from Forum stating the fixtures are watertight.)  The amount of foreign material in some lenses is reducing the lighting on the platform, which could result in a possible safety issue.

*17A*
*Pg 2*



*Foreign material found in Forum Light Lenses*

- **Lenses Bowing and Warping**

We observed lenses bowing and warping at five of the seven stations.  This condition breaks the seal in the center of the fixture allowing foreign material to enter the light.  During our visit to Baltimore we were informed that bowing had occurred at the station however, the problem had been corrected with the cooperation of Forum.  After contacting Forum with concerns regarding the bowing problem, Forum developed a "Mid-Span Strap" which was installed on the fixtures at the Baltimore station.  The Mid-Span Strap consists of a metal ban that is placed around the middle of the entire fixture. The Mid-Span Straps appear to have corrected the bowing problem, however the straps are only in use at Baltimore and the Route 128 stations.

*17A Pg 2*

*17A Pg 2D*

*See pt inf in S*
*of the 517*

FOR OFFICIAL USE ONLY
PAGE 8

Amtrak 004466

OIG Review of Forum Platform Lights                    Report Number 302-2002



*Although difficult to see, this photo shows an example of a Forum light that has
the bottom lens bowing down allowing foreign material to enter the fixture*



*Forum Light at the Baltimore Station with Mid-Span Strap installed*



*Forum Light at the Route 128 Station with Mid-Span Strap installed*

*Note – The Mid-Span Straps installed at the Baltimore Station are painted
blue to match the light fixture.  The Mid-Span Straps at the Route
128 Station are not painted.*

We were not able to determine why the Mid-Span Strap bowing correction was
not installed at all of the stations.  However, we located a Forum correspondence
in which Forum indicated it is willing to sell Mid-Span Straps to Amtrak for
approximately $40,000.  Why would Amtrak consider paying for the straps since
they appear to be a correction of a deficiency in the light fixtures?  We also
question whether the need for the straps to hold the lenses into the fixtures
implies defective design, manufacturing, or installation.

OIG Review of Forum Platform Lights                    Report Number 302-2002

- ## Kinking

We observed the line of lights "kinking " at the Washington and Wilmington stations.  The kinking was not as severe as the problem that occurred at the Route 128 station, however we believe that the problem will increase in severity especially in the summer months.

Apparently under thermal expansion, the slide connections between the vertical hanger supports and the lighting fixtures units do not function properly, allowing the line of fixtures to build up a cumulative force which eventually leads to the buckling out of a straight line orientation.

- ## Gaskets

Forum lights include gaskets that are attached to the light lenses.  The gaskets are used to seal the lenses to the fixture and prevent water and foreign material from entering the inside of the lights.  We observed problems with lens gaskets hanging from the lights at four of the seven stations.  A representative of the light installation contractor that was hired for Providence and the second installation at the Route 128 Station indicated that the gaskets were not adhering properly and would only last until the first changing of light bulbs.

- ## LEDs Not Working

Each of the Forum fixtures includes four red Light Emitting Diodes (LEDs) which were designed to blink when a train is entering or leaving the station.  The LEDs were not working as designed at any of the stations.  We were informed that there might be a problem with software required to make the LEDs function properly and that Amtrak's C&S department was working on a solution.  We were also informed by one of the light installers that some of the fixtures had defective wiring for the LEDs which resulted in the LEDs "shorting out" when the lights were initially installed.

- ## Ballast Failure

In December 2002, the Philadelphia Maintenance crew began a "re-lamping" project to replace all of the light bulbs in the Forum fixtures at the Philadelphia station.  Forum lights had been in use for over two years and it was thought that a number of light bulbs had blown out and needed replacement.  When performing the re-lamping it was discovered that many of the bulbs, which were thought to be blown out, were not and that the light failure was related to the ballast unit in the fixture.  Ballast failure was found in over 70 percent of the Forum fixtures.  Every Forum fixture contains one ballast unit that was manufactured by ADVANCE Transformer Company.

Amtrak 004468

ADVANCE was contacted and has agreed to replace all of the defective ballast, however no agreement has been reached regarding the cost of labor to remove defective ballast and install new units.  Using information provided to us by the Philadelphia Maintenance Department and assuming that other stations will experience the same degree of ballasts failure, we estimate that it will cost approximately $260,000 every two to three years to replace Forum Light ballast units at the seven stations.  It should also be noted that each replacement will take approximately ½ hour and that "Foul Time is required to perform this maintenance due the fixtures being located close to the tracks.

## Recommendations:

We recommend that Senior Vice President of Operations:

1. Contract with an independent laboratory to test Forum lights to determine if the lights meet all of the standards and specifications contained in the design and procurement contracts.

2. Perform a detailed analysis to determine if it would be in Amtrak's best interest to replace the Forum lights.  This analysis should consider the estimated cost to repair and maintain Forum lights to the cost of replacement with "off-the-shelf" lights.  We recently received an estimate to remove and replace the Forum Lights with "off-the-shelf" lights totaling $554,000.  Is it worth keeping the Forum lights?

## Finding 2:    Lights Replaced Without a Warranty Claim Determination

The audit disclosed an apparent weakness in Amtrak's procedure for determining whether a third party claim can and should be made before expending funds to replace defective products/workmanship.  Amtrak authorized the expenditure of almost $600,000 of additional funds to replace Forum Lights at the Route 128 station without first formally determining if the rework should have been a warranty item under the original contract.   Considering our conclusion that Forum lights at other stations will likely need to be replaced, it is important that a possible warrantee/third party claim be fully explored before additional Amtrak resources are used to repair or replace Forum lights.

FOR OFFICIAL USE ONLY

Amtrak 004469

OIG Review of Forum Platform Lights                               Report Number 302-2002

The following terms of the Light Fixture Design Specification, Contract (No. C-093-28053), seem to imply that Forum is liable for the rework expenditures at 128 Station and the other stations.  (Underlining added for emphasis.)

General 1.6  - <u>The manufacturer is responsible</u> for engineering the fixture and its mounting plate to ensure that the structural integrity of these components is not compromised by environmental, operational, or maintenance conditions. (i.e. vibration, wind loading, water loading.)

General 1.7 – <u>The manufacturer is responsible</u> for accurately fabricating the fixtures to the fulfillment of this specification.  The owner shall not be held responsible for the omission or absence of any detail, construction feature, etc. which may be required in the production of the fixtures.

Quality Assurance 5.1 - Materials, equipment and appurtenances as well as workmanship provided under this Section shall conform to the highest commercial standard as specified and as indicated on drawings.

Warranty 6.1  - Warrant the fixture, its finishes, and all of its component parts, except ballasts to be free from defects for a period of one year from date of acceptance if operated within rated voltage range.  <u>Replace faulty materials and provide labor required to make the replacement at no cost to the owner</u>.

Housing 7.2 – Luminaire shall be enclosed and gasketed with rubber gaskets to completely prevent the ingress of dust and bugs.

Lenses and Diffusers 8.5 – <u>All lenses or other light diffusing elements shall be removable, but positively held so that hinging, thermal expansion, platform vibration or other normal motion will not cause them to drop out</u>.

Despite the above contract clauses, we found no evidence that a determination was made as to whether Amtrak was entitled to recourse against the manufacturer, installer, and/or designer for the platform lights.  Instead, we found the following different points of view as to who was at fault for the light problems:

- In February 1998 Amtrak Engineering found the lighting design drawings for the custom ACELA lights to be unacceptable.   Engineering's concerns included:

   "The continuity theme should not override other design considerations such as cost of materials and quantities, energy efficiency, safety and ease of service/maintenance."

   "Designs utilizing HID fixtures must be considered. Platform lighting could be done with ¼ as many fixtures if HID system was used."

Amtrak 004470

"Existing lightning fixtures available from major vendors should be used to minimize the problems encountered in the past with special lighting fixture designs (equipment doesn't perform, supplier goes out of business, etc.)"

- In the spring of 2000, Amtrak's Engineering Department visited stations experiencing light problems and prepared a report.  The report dated, July 14, 2000, indicated that the Forum light fixture is inferior. i.e. doesn't meet Amtrak's specification; evidence of deficient material and workmanship; questionable UL acceptance testing documentation.

- Amtrak's area construction personnel that oversaw the original and replacement light installation at the 128 Station were also of the opinion that the new lights are inferior.

- However, project management personnel (i.e. Planning, Policy & Development) do not agree with Amtrak Engineering or construction personnel.   Project management personnel indicated that there is no clear-cut party that is to blame for problems experienced with the Forum lights.  The lights were designed to Amtrak's specification and provided for expansion.  The problems occurred because of actual field conditions that resulted in excessive expansion.

It should be noted that we found written procedures describing a process regarding the manner in which a warranty claim could be handled.   The process calls for a warranty claim be presented to an Amtrak **Omission and Error Committee** for review and determination of the validity of a claim.  Also, when a contract change order is the result of a warranty claim, the **Price Negotiation Memorandum** would provide the details that Procurement and Engineering used to evaluate the warranty claim.  Unfortunately, these procedures are from an unofficial Engineering Department Procedure Manual (Chapter 1 Section 20, Design Deficiencies, dated April 4, 1997) and were never implemented.

## Recommendations:

We recommend that the Senior Vice President of Operations:

1. Obtain an opinion from Amtrak's Office of Legal Counsel as to whether a warranty claim should be made against the light designer, manufacturer, and/or the installer.

Redacted

3.                          Redacted                              14BL

FOR OFFICIAL USE ONLY

Amtrak 004472