# EXHIBIT J

Exhibit 98

E.E- Structures Review 2/16/00

Amtrak 002319

# HSR PLATFORM LIGHTING FIXTURE

# REVIEW OF DESIGN, PROTOTYPE DEVELOPMENT

# AND INSTALLATION

Prepared by: _____
Senior Electrical Engineer - Structures

Reviewed by: _____
Director – Structures Design

Date:     February 16, 2000

Amtrak 002320

# TABLE OF CONTENTS

1.0   GENERAL INFORMATION

    1.1   Description

2.0   ANALYSIS OF DESIGN EFFORT

    2.1   Design Criteria
    2.2   Vendor Concerns
    2.3   Labeling and Acceptance Testing Criteria

3.0   PROTOTYPE DEVELOPMENT

4.0   SITE INVESTIGATIONS

    4.1   Rt. 128
    4.2   30th St. Station
    4.3   Wilmington

5.0   FINDINGS

    5.1   Deviations from Specification
    5.2   Evidence of Deficient Materials and Workmanship
    5.3   Acceptance Testing Documentation

6.0   CONCLUSIONS

7.0   ATTACHMENTS

    A   Testing Criteria and Test Plan Correspondence
    B   Platform Lighting Fixture Design Specification
    C   Forum, Inc Lighting Fixture Drawing

Amtrak 002321

## 1.0 PROJECT OVERVIEW

### 1.1 DESCRIPTION

A lighting fixture has been developed, fabricated and installed at selected High Speed Rail (HSR) locations under the direction of Amtrak HSR and Station Planning. Fisher Marantz Renfro and Stone (FMRS) was responsible for developing standards, design drawings and design specification for the light fixture. DPK&A and TKLP were involved in station design for canopy modifications at most of the existing stations. Amtrak Structures Engineering has been involved on an intermittent basis for the design effort and our input was also solicited for evaluation of the three initial bidders and the two suppliers selected to provide a prototype fixture (Forum Lighting and Linear Lighting), for the final evaluation in early April 1999 to determine the supplier (Forum Lighting) and also to assist in establishing UL testing requirements for the new fixture. We have never been provided with copies of drawing submittals showing details of the fixture construction.

## 2.0 ANALYSIS OF DESIGN EFFORT

### 2.1 DESIGN CRITERIA

Design criteria were outlined in the August 9, 1998 Light Fixture Design Specification document (Attachment L to Request for Proposal Number MM0902 dated September 1, 1998). Critical design requirements were as follows:

- Luminaire shall be enclosed and gasketed with rubber gaskets to completely prevent ingress of bugs and dust.
- Luminaire shall be suitable for cleaning with high pressure water jets.
- Luminaire shall be UL listed for use in a wet location.
- All lenses or other light diffusing elements shall be removable, but positively held so that hinging and, thermal expansion, platform vibration or other normal motion will not cause them to drop out.

### 2.2 VENDOR CONCERNS

Forum Lighting, the vendor selected to supply the fixture, expressed the following concerns about inherent design and fabrication flaws that need to be addressed for an outdoor linear fluorescent fixture during a 10/6/98 meeting:

- Thermal ratcheting (expansion and contraction leading to component distortion) of acrylic lens in outdoor locations
- Mounting to eliminate vibration
- LED problems
- Internal sealing and gasketing at factory
- Effects of vibration on fixture

## 2.3   ACCEPTANCE CRITERIA

Specification document required UL wet location listing which requires verification and testing by Underwriters Laboratories at one of their facilities. Additional testing was required to verify suitability of fixture components and assembled product for the harsh conditions that will apply in indoor and outdoor locations applications (proof testing for IP65 classification was initially requested and revised to NEMA 13 to allow for testing that correlates to UL testing standards (IEC is a European product and testing standard that is independent of NEMA and UL standards).

## 3.0   PROTOTYPE DEVELOPMENT

Samples from both of the final suppliers, Forum and Linear, were installed at 30th St. station during late March 1999 in an indoor protected location (no exposure to elements or sunlight, no high speed train movements, etc.). The Linear effort was poor, the lights did not initially function correctly and Linear was unresponsive when construction assistance was requested. Also, the light fixture dimensions were larger than the allowed dimension. Linear did not show any desire to modify the light to conform with the desired footprint. Forum provided a fixture that conformed to Amtrak dimensional preferences and also maintained a continuous presence during fixture installation. Shortly after the prototype installation effort the two products were evaluated (input gathered from installers, Engineering Structures, Engineering Construction, and the designers (WRT/FMRS). Forum Lighting was selected as the supplier.

## 4.0   SITE INVESTIGATIONS

### 4.1   RT 128 Installation – 2/2/00 SURVEY

I conducted a survey along with Anthony Scorpio, Bill Drexel and Ostrow Electric (Foreman Ken Shamus), the electrical contractor that installed the lights over the past six months. The following conditions were observed or related to me:

- Orange wire connectors (Kleinhuis device) are falling off of internal fixture cable connections and need replacement.

- Excessive thermal ratcheting (fixture straps visually observed to be out of alignment) on 153 of the 582 fixtures surveyed. Ostrow confirmed that fixtures were installed with straps in proper position and that fixtures have been reset several times after ratcheting has caused misalignment of the fixture strap, but this does not prevent the recurrence of this problem.

- Almost all of the fixture lenses are bowing in the center which has caused loss of fixture seal and ingress of contaminants (water and ice were observed in some of the fixture lenses).

- Lens retention clamps have popped into the open position on 151 of the 582 fixtures surveyed. The clamps appear to hold the upper and lower fixture lenses in place firmly along the internal gaskets to prevent ingress of contaminants but I can only guess on this item because I have not been furnished with detailed drawings on this equipment.

- Fixture straps have broken apart at 8 of 582 locations and have fallen off of the fixture. Because the fixture is close to the platform edge, these straps fall down to the track when they break. At two of these locations the top lenses had popped out of the fixture and were not securely in place. Ostrow and Bill Drexel indicated that this has been a recurring problem that they repair by wrapping tape around the fixture. They indicated that the hinged strap construction (utilizes spot welding) was not very durable and is broken by normal expansion/contraction cycles consistent with exposure to outdoor environment (J. Grella examined one of these straps and confirmed that an improperly welded spot connection will break very easily). 100MPH train movement will be authorized in the near future and 70MPH movements are presently in effect. These lenses could easily be dislodged passing trains if not firmly secured in place by the lens latch retaining devices.

- All fixtures have UL label for wet locations.

- Fixture endplate knockouts (several small holes drilled or punched into the endplate have no protective bushing or grommet for the fixture wires routed through the knockout opening. The wires will eventually come into contact with the endplate metal due to vibration and the resulting abrasion will result in the endplate metal cutting through the cable insulation and causing a cable failure.

### 4.2  30th St INSTALLATION – 2/7/00

I conducted a survey with Larry Small and Amtrak installation team forces (Larry Farthing, John Patrice were primary participants). Samples of prototype lights (Forum and Linear Lighting) and new Forum lighting fixtures were evaluated. The conditions observed are as follows:

- Orange wire connectors (Kleinhuis device) are falling off of internal fixture cable connections and require replacement.

- Installation of the new fixtures has been done recently. Evidence of thermal ratcheting, open lens clamps, open straps and bowed lenses was observed but not at the magnitude of Rt. 128 because the 30th St. location is not exposed to the external environment.

- Forum fixture assemblies wire pigtails for connections between fixtures have insufficient length to make the connections and were reworked

Amtrak 002324

for each fixture (same as Rt. 128). The Forum product tube locking device was the same as observed at Rt. 128.

### 4.3 WILMINGTON – 2/9/00

The Wilmington platform lighting was surveyed on the morning of 2/9/00 and several of the B&B forces installing the new lights spoke with me (Mark Slimbock, Ed Dalval and others). Only the north side (Front St.) was surveyed because the south side fixture installation is still in progress. The following conditions were observed:

- Excessive thermal ratcheting was observed on 36 of the 132 fixtures (slightly higher percentage than at Rt. 128).

- Lens retention clamps have popped open on 18 of the 132 fixtures.

- Fixture lenses are bowing (~10% of fixtures).

- Orange wiring connectors are falling off the fixture. The installation forces are replacing the defective connectors with conventional "wire nut" devices.

- Fixture straps have broken but not fallen off in two locations. The lenses at these two locations are still in place.

## 5.0 FINDINGS

### 5.1 DEVIATIONS FROM SPECIFICATION

The following items are not in compliance with the specification document:

| Item No. | Section | Requirement | Item not Conforming with Specification |
|---|---|---|---|
| 1 | 5.1 | Materials, equipment and appurtenances as well as workmanship provided under this Section shall conform to the highest commercial standard as specified and as indicated on drawings. | Fixture strap construction utilizes spot welded hinged that are breaking apart at outdoor locations which causes loss of sealing and retention systems |
| 2 | 7.3 | Luminaire shall be suitable for cleaning with high pressure water jets. | Bowing of fixture lens is causing loss of sealing at lens gaskets. |

| | | | |
|---|---|---|---|
| 3 | 7.4 | Luminaire shall be UL listed for use in a wet location. | Bowing condition and resultant lens seal loss is allowing contaminants to enter the fixture (water and ice observed inside lenses in exterior locations. |
| 4 | 8.5 | All lenses or other light diffusing elements shall be removable, but positively held so that hinging, thermal expansion, platform vibration or other normal the motion will not cause them to drop out. | Lens clips are not staying in closed position. When the lens clip opens, the gasketing is compromised and the inside of the fixture is no longer protected from exterior contaminants (water, ice, dust, etc.). |

**5.2   EVIDENCE OF DEFICIENT MATERIALS AND WORKMANSHIP**
The following conditions were observed and are indicative of poor quality materials and workmanship:

- No provisions for internal protection of cables routed through fixture endplates (grommet or bushing).

- Fixture strap gasket is not thick enough to provide permanent seal for the fixtures.

- Fixture strap materials and construction are unacceptable. The strap gasket is glued onto hinge strap in closed position during fabrication. When the strap is opened prior to installation on the fixture, the gasket tears at the hinge joints. Spot welding of strap hinges is not holding at exterior locations, a continuous strap should have been provided.

- Wiring device presently used for internal connections is not suitable for this application (connectors are loosening and wires are falling out causing loss of power to lights).

**5.3   ACCEPTANCE TESTING DOCUMENTATION**
The Forum lighting fixtures all have the UL "wet location" label. Extensive testing at UL facilities in Melville or Northbrook would have been required before this label could have been posted on new equipment. The electrical test company that did fixture testing for Forum (Wilger Testing Company) has been requested to furnish data verifying UL testing. Both manufacturer's were advised to provide UL test results at the 4/1/99 meeting. Structures Engineering has not been provided with any Wilger Testing Company or UL test reports. The Station Planning group needs to follow up on this item and distribute copies accordingly

Amtrak 002326

to verify testing of the new product and also to guarantee that the new product is identical to the equipment submitted for acceptance testing. I noticed several items that would not have passed a UL test program:

- End plate knockouts have no grommets or bushings to protect cables routed between fixtures.

- Fixture strap gaskets on lights being supplied have tears at hinge joints and would not have passed UL tests for moisture and dust penetration.

- Internal fixture wire connectors supplied are not suitable for this application.

## 6.0 CONCLUSIONS

This product is showing signs of poor quality and failure to operate as designed in all locations visited. Several aspects of the Forum lighting product need to be modified as follows:

- All of the wire connection devices (~12 per fixture) need to be replaced.

- Fixture straps need to be replaced with a device that is a sturdier design (continuous strap with a thicker gasket). The thermal ratcheting will continue and will eventually break all of the fixture straps with the spot welded piano hinge. During tube replacement, all straps should be inspected in detail and replaced if any signs of deterioration or aging are observed.

- Solution for bowing of fixture lens needs to be developed and tested. If testing shows satisfactory results, all bowed lenses and gaskets should be replaced.

Amtrak 002327