# EXHIBIT L

**PHILIPS**

Al Lassoff
07/25/2006 04:11 PM

To  Bob Erhardt/RSI/LIGHTING/PHILIPS
cc  Joe Brzycki/RSI/LIGHTING/PHILIPS@PHILIPS
bcc
Subject  EMAIL FROM Barbara Ponce #11   Fw: Forum, Advance_Amtrak update.
Classification  Unclassified

Al Lassoff
Regional Manager OEM Sales
ADVANCE
Phone:   732- 462- 7426
Fax:       732- 462- 7427
e-mail:    al.lassoff@philips.com
----- Forwarded by Al Lassoff/RSI/LIGHTING/PHILIPS on 07/25/2006 05:11 PM -----

**PHILIPS**

Barbara Ponce
04/11/2006 10:49 AM

To  Al Lassoff/RSI/LIGHTING/PHILIPS@PHILIPS
cc  Michael Bartindale/RSI/LIGHTING/PHILIPS@PHILIPS
    Richard Say/RSI/LIGHTING/PHILIPS@PHILIPS
Subject  Re: Forum,   Advance_Amtrak update.
Classification  Unclassified

Al

There has been no requests for replacements from Amtrak or their contractors.

The last RA entered was for Forum on RA# 6354307 entered on 8-19-05. This RA was created to swap out their new/unused stock.

Barbara D. Ponce
Product Service Specialist
Product Service Engineering
Advance - A Division of Philips Electronics North America Corp.
10275 W. Higgins Rd., Rosemont, IL 60018
Warranty / Technical Support  800-372-3331
barbara.ponce@philips.com
Al Lassoff

**PHILIPS**

Al Lassoff
04/11/2006 01:55 AM

To  Barbara Ponce/RSI/LIGHTING/PHILIPS
cc  Richard Say/RSI/LIGHTING/PHILIPS@PHILIPS
    Michael Bartindale/RSI/LIGHTING/PHILIPS
Subject  Re: Forum,   Advance_Amtrak update.
Classification  Unclassified

Barbara,
On 6/22/05, you responded back to me that as of that date,"there has been no additional requests" from

ADVANCE 00083

Amtrak, or any of
the associated contractors for additional replacement ballast.

I have been requested once again by Forum, has there been any additional requests from Amtrak, or from any of the associated
contractors for additional replacement ballast since my last inquiry back on 6/22/05?

Awaiting your response.

Al

---

6/22/05

**There has been no additional requests .**

Barbara, Still have not heard back from you with a response w/r to AMTRAK.

I have been requested again by FORUM.
Has Advance been approached by the Phila, Providence, Boston, Wilmington, Baltimore, Washington DC or New London CT, stations of the AMTRAK system for replacement ballast, since the last time previously mentioned (10/29/03) ?

PLEASE RESEARCH OUR FILES AND GET BACK TO ME AS SOON AS POSSIBLE.

Thank you for your help, Al


---

1/26/04
Barbara,
Back in November (see below 11/25/03 email), I sent a letter to FORUM, the fixture manufacturer of the units supplied to AMTRAK containing the "micro can" ballast, that Advance was experiencing some difficulties.
I copied both you and Ron.

Were there any additional requests for material at these two locations OR requests for material at other locations in the AMTRAK system?

Please email with any information pertaining to this subject.



FORUM_AMTRAK_letter112503.doc

ADVANCE 00084



November 25, 2003

To: FORUM INC

Re: AMTRAK HISTORY and UPDATE

Philadelphia Location:
The first contact and location was called "Acela Relamping Project" aka "Acela Express" located in Philadelphia, PA. The contact at this location is Dennis Henry with Amtrak Electricians, phone number 215-768-099. It was reported to Barbara Ponce, that there are 800 plus VCN-2M32-MC ballasts installed at this station.
A total of **150** replacement ballasts have been provided by Advance thru 4-17-03.
75 pcs requested on RA# 6144698 dated 1-16-03. All 75 inoperative units were returned to ATC. 5 inoperative ballasts were received in Rosemont, Illinois on 1-30-03 and 70 inoperative ballasts were received in El Paso, Texas on 2-3-03.
An additional 75 pieces requested on RA# 6164517 dated 4-17-03, for the total of 150 units mentioned previously. The 75 inoperative ballasts were returned and received by ATC in El Paso 5-21-03.

A new request on RA# 6204514 was entered on 10-29-03, for the Philadelphia, PA location. Dennis Henry of Amtrak, requested 157 replacements. Replacements were shipped and return information was mailed including how to submit an invoice for reimbursement of labor costs. Inoperative ballasts have not been returned to date on this return.

TOTALS for PHILADELPHIA LOCATION; **307** pcs of VCN-2M32-MC replacement units sent to location.
                                      150 inoperatives returned and received by ATC
                                      157 inoperatives **NOT** returned.

Providence Location:
The second location is called "Providence Amtrak Station" located in Providence, RI.
The contact at this location is John Rockett with Amtrak Electricians, phone number 617-345-7870.
It was reported to Barbara Ponce that there are (216) VCN-2M32-MC ballasts installed at this station and approximately 50% were not working.
100 replacement ballasts have been provided by Advance on RA# 6169152 dated 5-16-03.
To date the inoperative ballasts have not been returned.

There was an additional request on RA# 6180743 entered on 7-15-03, for the Providence location. John Rockett of Amtrak, requested 100 replacements. Replacements were shipped and return information was mailed including how to submit an invoice for reimbursement of labor costs. Inoperative ballasts have not been returned to date on this return.

TOTALS for PROVIDENCE LOCATION: **200** pcs OF VCN-2M32-MC replacements units sent to location.
                                      200 inoperatives NOT returned



Should you have any questions, please let me know. Thank you.

Sincerely,

Al Lassoff
Regional Manager
OEM Business Unit

Advance Transformer Co. • 10275 West Higgins Road • Rosemont, Illinois 60018-5603 • (847) 390-5000 • fax: 847-390-5109 • www.advancetransformer.com

A DIVISION OF PHILIPS NORTH AMERICA CORPORATION

ADVANCE 00086