# EXHIBIT M

AMTRAK 30TH ST STAT    12155494141    05/08 '03 17:07 NO.928 01/02

**NATIONAL RAILROAD PASSENGER CORPORATION**
30th Street Station, Philadelphia, PA 19104

Exhibit 38

*BY FACSIMILE AND*
*CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*

May 8, 2003

Ms. Paula L. Garret
Forum, Inc.
908 Old Freeport Road
Pittsburgh, Pennsylvania 15238

Re:  Forum Contract No. C 093 28053 –
     Supply of Light Fixtures for NEC

Dear Ms. Garret:

Thank you for your letter of April 28, 2003 regarding the above contract ("Contract"). The purpose of this response is twofold.

First, in addition to the previous defects that have occurred in the light fixtures supplied by Forum under the Contract, and about which we have previously advised you, Amtrak has recently experienced significant ballast failures at its Philadelphia 30th Street Station and more recently at the Providence, RI Station. These ballasts are warranted under the above referenced Contract. Due to the epidemic nature of these ballast failures, a very serious safety issue exists as to lighting levels. Therefore, Amtrak has taken the immediate action of contacting the ballast supplier (Advance Transformer Co) for replacement ballast at this juncture at these two locations.

This letter will serve as Amtrak's notice to Forum of the widespread ballast failures. The reported failure rate is approximately fifty percent at the Providence Station. We request that you take immediate corrective action to repair or replace all the original ballasts at all station locations. An action plan to correct the ballast failures will be required from Forum within ten (10) calendar days of this letter. <u>The Providence, RI location shall be the priority for this ballast replacement due to the number of failures occurring at that site.</u> If Forum fails to take appropriate corrective action to remedy the ballast failures, Amtrak maintains the right to initiate such remedies itself and recover any costs associated with doing so. Amtrak shall further preserve and maintain any and all rights it may have under the Contract.

F00957

AMTRAK 30TH ST STAT    12153494141    05/08 '03 17:08 NO.928  02/02

Forum, Inc.
May 8, 2003
Page 2

Second, Amtrak's Office of the Inspector General has concluded its investigation relating to the overall performance of the lighting products provided by Forum under the Contract. Although that report is confidential and we are not at liberty to share its specific contents with you, in general the report confirms our own findings of an array of fixture component failures — including but not limited to failures in clips, straps, lenses, gaskets, sealing and ballasts — which are not attributable to faulty or improper installation. For example, five of the seven stations investigated showed broken lens clips, and the majority of locations are experiencing problems with lenses that are either bowed, warped, loose or have fallen completely out of the fixture.

To the extent that these problems have posed immediate safety concerns — such as with the ballasts as discussed above — Amtrak has been obligated to make emergency repairs to alleviate these problems at its own expense, but ultimately Forum remains liable for these defects and the cost of their repair. In order to determine the precise scope and potential cost of the lighting defects, Amtrak is engaging an expert to conduct an independent review and investigation of the lighting failures that have been experienced to date and which might be expected in the future. Until such a review has occurred we are not in a position to resolve the issue of Forum's claimed termination expenses under Section 16(b) of the Contract, which we currently believe will be subject to, at the least, an offset for the expenses associated with the lighting failures detailed above.

Amtrak would hope that the parties could resolve their outstanding differences without formal dispute resolution. To that end, I propose a meeting between us and Forum's representatives to discuss our findings regarding the serious problems we continue to encounter with the lighting, including the immediate need to replace the defective ballasts, and how best to move forward from this point.

Sincerely,

*D. Pasquella*
for Gary E. Eckenrode
Senior Director Construction Procurement

cc: K. Bradley Mellor, Esq.
    D. Pasquella
    D. Herndon, Esq.
    C. Lanzon, Esq.

F00958