# EXHIBIT N

Page 1

1           IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3

4  - - - - - - - - - - - - - - - - - -x

5  NATIONAL RAILROAD PASSENGER                :

6           CORPORATION,                       :

7              Plaintiff,                      :

8  v.                                          : 1:05CV01827

9  FORUM, INC.,                                : Judge Friedman

10 Defendant and Third Party                   :

11             Plaintiff,                      :

12 v.                                          :

13                                             :

14 ADVANCE TRANSFORMER CO., and                :

15 SOUTHCO, INC.,                              :

16       Third Party Defendants.               :

17 - - - - - - - - - - - - - - - - - - x

18

19                             Washington, D.C.

20                             December 7, 2006

21

22

Page 86

1  and the issues surrounding the light fixtures and the
2  installations -- generally focused on the Route 128
3  location -- were discussed.
4    Q   Was Route 128 the primary problem station
5  in connection with this project?
6        MR. NEAL: Objection to the form of the
7  question.
8        THE WITNESS: I wouldn't characterize
9  Route 128 as the primary. It was a focus because we
10 were trying to close out that project, complete the
11 Route 128 construction.
12       BY MR. ZOFFER:
13   Q   So it was a focus at that particular time;
14 that is, in September of 2000.
15   A   Correct.
16   Q   And do you recall who attended the meeting
17 with you?
18   A   There were a number of people; Mike Latiff
19 and I attended from Station Planning. Engineering
20 Department, Pat Cabrey was there; the local, the
21 Northeast Division Engineering, Anthony Scorpio.
22 Procurement's representative up there; I can't recall

Page 87

1  the name. Forum Lighting, both Donna Garrett and Don
2  Giovotti. Ostro Electric, Dykman Electric.
3        That's generally who attended. There are
4  meeting minutes that record who was there.
5    Q   Do you recall what particular problems
6  there were that were being discussed at that time, at
7  the meeting?
8    A   Yes.
9    Q   What were they.
10   A   There was bowing of the light fixture that
11 was warping it into, out of a straight line. And
12 then there were missing bolts holding the brackets;
13 there was issues related to the lens and the
14 installation of the lens, whether it was bowing the
15 actual lenses in the fixtures; those are the major
16 problem areas that I believe were discussed.
17   Q   Was there a study of those problems that
18 had at that point been performed by Amtrak or
19 engineers at Amtrak relative to the problems?
20       MR. NEAL: Steve, I just want to make an
21 objection. This witness here is not as a corporate
22 designee. She's not speaking on behalf of Amtrak.

Page 88

1  So if you want to ask her her understanding, her
2  impressions -- I think that's fair.
3        MR. ZOFFER: I just asked her what she
4  talked about in the meeting she attended.
5        MR. NEAL: I'm not sure that's what -- but
6  okay. You can answer the question.
7        THE WITNESS: Can you restate the
8  question?
9        MR. ZOFFER: I'm trying to avoid a
10 foundation objection here.
11       BY MR. ZOFFER:
12   Q   Was there a study that Amtrak had
13 commissioned and had performed on the fixtures that
14 had taken place before you attended this meeting in
15 September of 2000, up at Route 128?
16   A   I'm aware of a study. I'm not sure who
17 commissioned it.
18   Q   Okay, fair enough. Let me show you
19 Exhibit 149, and we'll take it from there.
20   %        (Deposition Exhibit No. 149
21            was marked for
22            identification.)

Page 89

1        BY MR. ZOFFER:
2    Q   Ms. Montgomery, is this the study that you
3  were referring to?
4    A   At that time I was aware of a draft of
5  this study, and I did not have the final copy.
6    Q   Take a minute if you would. Can you tell
7  me, is this a draft of the study or is this the final
8  document?
9    A   This appears to be a final document.
10   Q   Okay. Just for the record, let me
11 identify this. This is Amtrak No. 4211, which we
12 received I believe the day before yesterday, called
13 HSR Platform Lighting Fixture, Review of Design
14 Prototype, Development and Installation.
15       Were you involved, or do you know what the
16 purpose of this particular study was?
17   A   I was not involved, and I do not know the
18 purpose of the study.
19   Q   The date of this report, if I understand
20 it, the final date was July 14th, 2000. I think you
21 indicated that you saw a draft of this before that
22 time; is that right?

Page 90

1    A    Not before that time. At some point I
2  became aware of a draft copy of this document.
3    Q    What was the difference between the draft
4  and the final version?
5    A    I don't recall what the differences were.
6    Q    Again this is dated July 14th, 2000. The
7  meeting you attended at Route 128 was a couple months
8  later, in September of 2000. Did you discuss this
9  report of this study at your meeting at Route 128, in
10 connection with the problems at that location?
11   A    I don't recall discussing this report at
12 that meeting.
13   Q    What occasion did you have to review this
14 study? Why was it presented to you.
15   A    It was as much, in pulling together
16 documentation of the various issues, Ellen Taylor
17 received a copy through the Engineering Department,
18 probably Ken Kulic, and I was copied with it. We had
19 in our files a copy marked 'draft.' We did not
20 receive a final copy until much later in the
21 process, probably 2002.
22   Q    So the date that's on this particular

Page 91

1  document of July 14, 2000, is that not the correct
2  date of this report?
3    A    No. Sorry, I'm saying I don't know what -
4  - it says July 14th, I assume that's the date of the
5  report. I don't have any reason to believe
6  otherwise. I'm saying I didn't have copies of it at
7  that point.
8    Q    Ms. Taylor and some others may have
9  received it, but you didn't receive it until later
10 when you were pulling documents together? Is that
11 what you are saying?
12   A    Yes. No -- and Ms. Taylor did not have a
13 copy of this at that point. She was not copied until
14 that much later period when we were pulling documents
15 together. We were --
16   Q    Okay. How do you know that? Did you
17 discuss this with Ms. Taylor? How do you know she
18 didn't get a copy.
19   A    Because we were surprised when we received
20 a final copy that appeared to be different than the
21 previous copy that we had in our files.
22   Q    And you discussed that with Ms. Taylor?

Page 92

1    A    Yes.
2    Q    And what did you discuss in that regard?
3  What was surprising about that.
4    A    It's "why weren't we given this earlier?"
5    Q    Did you ever get an answer to that
6  question?
7    A    No, not that I recall.
8    Q    Who did you ask?
9    A    I didn't ask, other than my conversation
10 with Ms. Taylor. She would have had to follow up
11 with the Engineering Department.
12   Q    Did you review this report after you did
13 get ahold of it?
14   A    I read the report after I received it.
15   Q    Did you understand that this report was
16 reflecting various problems with the Amtrak fixtures,
17 for Forum?
18   A    Yes, I understood that.
19   Q    Was there anything in the report that you
20 reviewed that was different than the problems that
21 you became aware of in 2000 over the summer, as you
22 had indicated earlier? Anything new in the report.

Page 93

1    A    I can't state that -- I'd have to re-
2  familiarize myself with the report.
3    Q    I certainly don't want to prevent you from
4  looking at the report, but I'm wondering if there was
5  anything in here that was, the first time that you
6  had become aware of it, was from reading this report;
7  or were these things that you generally had already
8  heard about and the surprise was really that you
9  hadn't received the final report?
10        MR. NEAL: Take your time and review it.
11        MR. ZOFFER: I mean this report, if I
12 understand correctly, basically goes through the
13 various locations that are referenced here; 30th
14 Station, Wilmington, et cetera. It talks about the
15 deviation from specification relating to these
16 fixtures, does it not, Section 5?
17        MR. NEAL: Steve, if you want her to
18 answer this question, you've got to give her a minute
19 to look through it.
20        MR. ZOFFER: Oh, sure. Take your time.
21        (Pause)
22        THE WITNESS: This review, I don't see

Page 94

1  anything that I don't think, that differs from the
2  issues that I was made aware of when I was becoming -
3  - you know, involved with the project.
4       BY MR. ZOFFER:
5    Q   From the summer of 2000?
6    A   From the summer of 2000.
7    Q   Just to put some specifics on this, this
8  report does go through, there's a section on design
9  criteria, right? Section 2.1.
10   A   Yes.
11   Q   It talks about the acceptance criteria,
12 including various standards like UL and NEMA?
13   A   Yes.
14      MR. KOEGEL: Steve, can we move through
15 this? I mean, do we really need her to verify what's
16 written on the page?
17      MR. ZOFFER: No, I don't think so. We can
18 move through it.
19      BY MR. ZOFFER:
20   Q   Are you familiar with any issues
21 concerning the testing procedures for the UL
22 certification in connection with these fixtures?

Page 95

1    A   I'm not familiar with any issues with the
2  testing. I'm familiar with our request for
3  documentation of the UL certification.
4    Q   What was that issue as you understood it,
5  Ms. Montgomery?
6    A   It was simply a matter of having copies of
7  the UL certification in our project files.
8    Q   And did you get that eventually?
9    A   Yes, we received letters from Forum, but
10 copies of documentation.
11      MR. ZOFFER: Can you show her, Chris, No.
12 141, please?
13   %   (Exhibit 141 to witness.)
14      BY MR. ZOFFER:
15   Q   Are you familiar with this request from
16 Mr. Latiff for the UL certification letter that you
17 were just describing?
18   A   Yes.
19   Q   And does it appear to you that that was
20 provided to Amtrak back in February of 2000?
21   A   From this letter, it's saying that the
22 certification was attached. So I believe so.

Page 96

1    Q   Did you ever see it? That is, the
2  certification document?
3    A   Yes, I would have seen the attachment to
4  this letter.
5    Q   And Amtrak was satisfied that that
6  certification had been provided and was appropriate?
7       MR. KOEGEL: Objection. She's not here as
8  a corporate designee. Lacks personal knowledge,
9  lacks foundation.
10      THE WITNESS: I can't say. I don't know
11 the position.
12      MR. ZOFFER: Joe and Patty, I think I'm
13 prepared to pass the witness.
14      MR. BROOKS: Do you have anything, Patty?
15      MS. DODGE: I do not have any questions,
16 no.
17      MR. BROOKS: Let me take a quick look.
18 (Pause)
19      MR. BROOKS: I don't have any questions.
20      MR. ZOFFER: Okay.
21      MR. KOEGEL: We'll read and sign.
22

Page 97

1              - - -
2       (Whereupon, at 3:37 p.m., the deposition
3  concluded.)
4              - - -