UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.: 1:05CV01837 |
| FORUM, INC., | ) Judge:  Paul Friedman |
| Defendant<br>and Third-Party Plaintiff, | )<br>) |
| v. | ) |
| ADVANCE TRANSFORMER, CO., | ) |
| Third-Party Defendant, | ) |
| and | ) |
| SOUTHCO, INC., | ) |
| Third-Party Defendant. | ) |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR
LEAVE TO FILE MEMORANDUM IN SUPPORT OF
<u>MOTION FOR SUMMARY JUDGMENT OUT OF TIME</u>**

Third-Party Defendant Advance Transformer Co. ("Advance") seeks leave to file the memorandum in support of its motion for summary judgment on statute of limitations grounds out of time.  As we show below, the circumstances at issue satisfy the excusable neglect standard of Fed.R.Civ.P. 6(b) and this motion is unopposed.

As explained in the Declaration of counsel of record Joseph Brooks attached hereto as Exhibit 1, all documents related to Advance's motion for summary judgment on statute of

limitations grounds were fully-prepared and ready for e-filing on the due date, February 12, 2007.  When undersigned counsel attempted to file these documents, however, the PDF writer on his office computer would not convert the supporting memorandum from Word format to PDF format, which must be done before a document can be e-filed.  While we have not determined what caused this problem, it appears that it resulted from Mr. Brooks' secretary's having typed part of the supporting memorandum while working at home last week and then merging that work product with other parts of the memorandum typed on her office computer.

As evidenced by the computer generated notice attached as Exhibit A to Mr. Brooks' declaration, the PDF writer would not convert the supporting memorandum from Word format to PDF format due to an "invalid font."

As evidenced by the electronic notice attached as Exhibit B to Mr. Brooks' declaration, the motion for summary judgment, statement of material facts not in dispute, and text of proposed order were all timely filed on February 12, 2007.  None of these documents were prepared in part on Mr. Brooks' secretary's home computer, as was the summary judgment supporting memorandum.  Rather, they were all prepared solely on her office computer.

As evidenced by the copy of his e-mail attached as Exhibit C to Mr. Brooks' declaration, early this morning—February 13, 2007—Mr. Brooks e-mailed copies of the supporting memorandum in Word format to all counsel of record.  No changes were made to the document after it was fully-prepared for filing on February 12, 2007.

Under these circumstances, excusable neglect has been shown and Advance should be given leave to immediately file its memorandum in support of motion for summary judgment. *See Uddin v. Universal Avionics Systems Corp.*, 2006 U.S. Dist. LEXIS 37080 (N.D. Ga. June 1, 2006) (finding excusable neglect standard satisfied and granting leave to file a response to

statement of undisputed facts out of time where failure to timely file was "due to an electronic filing error").

As further evidenced by Mr. Brooks' declaration, counsel for Plaintiff National Railroad Passenger Corp. and counsel for Defendant/Third-Party Plaintiff Forum, Inc.—the two parties that Advance's motion for summary judgment on statutes of limitations grounds is directed against—have advised that they will not oppose this motion for leave to file out of time.

## CONCLUSION

The excusable neglect standard of Fed. R. Civ. P. 6(b) is satisfied here and counsel for all opposing parties have advised that they will not oppose this motion. Advance respectfully submits, therefore, that this Court should grant it leave to file its memorandum in support of motion for summary judgment out of time.

Respectfully submitted,

_____/s/_____
Joseph Brooks (D.C. Bar #366739)
Wade B. Wilson (D.C. Bar #468067)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel.: (202) 739-3000
Fax: (202) 739-3001

*Counsel for Third-party Defendant
Advance Transformer Co.*

Dated: February 13, 2007

3