UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>FORUM, INC.,<br>    Defendant<br>    and Third-Party Plaintiff,<br><br>v.<br><br>ADVANCE TRANSFORMER, CO., and SOUTHCO, INC.,<br><br>    Third-Party Defendants. | Civil Action No.: 1:05CV01837<br><br>Judge Paul L. Friedman<br><br>Magistrate Judge Deborah A. Robinson<br><br>Next Scheduled Court Deadline: 3/30/2007 (Oppositions to motions Raising Statute of Limitations Defenses Due) |

## CONSENT MOTION TO AMEND SCHEDULING ORDERS

Plaintiff National Railroad Passenger Corporation ("Amtrak"), Defendant Forum, Inc. ("Forum"), and Third-Party Defendants Advance Transformer, Co. ("Advance") and Southco, Inc. ("Southco"), by and through their undersigned counsel of record, hereby move this Honorable Court for an Order amending the existing Scheduling Orders as follows: (1) any opposition(s) to motions raising statute of limitations defenses are due by April 6, 2007; and (2) reply brief(s), if any, are due by April 27, 2007.

The grounds for this Consent Motion are fully set forth in the accompanying Memorandum of Points and Authorities that is filed concurrently herewith.

In accordance with Local Civil Rule 7(m), counsel for the parties have conferred regarding the relief requested herein and all consent. This is the fourth request by the parties for an amendment to the existing Scheduling Orders.

WHEREFORE, Amtrak, Forum, Southco and Advance pray that this Court amend the existing Scheduling Orders as follows: (1) any opposition(s) to motions raising statute of limitations defenses are due by April 6, 2007; and (2) reply brief(s), if any, are due by April 27, 2007. A proposed Order is attached.

Respectfully submitted,

Dated: March 29, 2007         By:        /s/
Stephen L. Neal, Jr., Esq.
DC Bar No. 441405
Christopher T. Koegel, Esq.
DC Bar No. 473478
Manatt, Phelps & Phillips, LLP
700 12th Street, NW, Suite 1100
Washington, DC 20005
(202) 585-6500 (phone)
(202) 585-6600 (fax)
sryan@manatt.com
sneal@manatt.com
ckoegel@manatt.com

*Counsel for Plaintiff National Railroad Passenger Corporation*

       /s/
Steven W. Zoffer, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222
(412)281-7272 (phone)
(412)392-5367 (fax)
szoffer@dmclaw.com

*Counsel for Defendant Forum, Inc.*

/s/
Joseph Brooks, Esq.
Wade B. Wilson, Esq.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202)739-5572 (phone)
(202)739-3001 (fax)
jbrooks@morganlewis.com
wwilson@morganlewis.com

*Counsel for Third-Party Defendant Advance Transformer, Co.*

/s/
Russell J. Ober, Jr., Esq.
Patricia L. Dodge, Esq.
Meyer, Unkovic & Scott, LLP
1300 Oliver Building
Pittsburgh, PA 15222
(412)456-2800 (phone)
(412)456-2864 (fax)
rjo@muslaw.com
pld@muslaw.com

*Counsel for Third-Party Defendant Southco, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>FORUM, INC.,<br>    Defendant<br>    and Third-Party Plaintiff,<br><br>    v.<br><br>ADVANCE TRANSFORMER, CO., and SOUTHCO, INC.,<br><br>    Third-Party Defendants. | Civil Action No.: 1:05CV01837<br><br>Judge Paul L. Friedman<br><br>Magistrate Judge Deborah A. Robinson<br><br>Next Scheduled Court Deadline: 3/30/2007 (Oppositions to motions Raising Statute of Limitations Defenses Due) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION TO AMEND SCHEDULING ORDERS**

Plaintiff National Railroad Passenger Corporation ("Amtrak"), Defendant Forum, Inc. ("Forum"), and Third-Party Defendants Advance Transformer, Co. ("Advance") and Southco, Inc. ("Southco") submit this Memorandum of Points and Authorities in support of the attached Consent Motion to Amend Scheduling Orders ("Motion").

**I.    PROCEDURAL BACKGROUND AND ARGUMENT**

Amtrak and Forum have reached a settlement in principle which should resolve this entire case and need a one-week extension to finalize the settlement terms and conditions. The parties therefore believe that the existing summary judgment briefing schedules should be postponed to avoid unnecessary expense and allow the parties to focus on a final resolution of this matter.

## II.  CONCLUSION

For the foregoing reasons, the parties request that the Court grant this Motion and amend the existing Scheduling Orders as follows: (1) any opposition(s) to motions raising statute of limitations defenses are due by April 6, 2007; and (2) reply brief(s), if any, are due by April 27, 2007.

Respectfully submitted,

Dated: March 29, 2007         By:   /s/
Stephen L. Neal, Jr., Esq.
DC Bar No. 441405
Christopher T. Koegel, Esq.
DC Bar No. 473478
Manatt, Phelps & Phillips, LLP
700 12th Street, NW, Suite 1100
Washington, DC 20005
(202) 585-6500 (phone)
(202) 585-6600 (fax)
sryan@manatt.com
sneal@manatt.com
ckoegel@manatt.com

*Counsel for Plaintiff National Railroad Passenger Corporation*

/s/
Steven W. Zoffer, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222
(412)281-7272 (phone)
(412)392-5367 (fax)
szoffer@dmclaw.com

*Counsel for Defendant Forum, Inc.*

/s/
Joseph Brooks, Esq.
Wade B. Wilson, Esq.
Morgan, Lewis & Bockius, LLP

2

                                        1111 Pennsylvania Avenue, N.W.
                                        Washington, D.C. 20004
                                        (202)739-5572 (phone)
                                        (202)739-3001 (fax)
                                        jbrooks@morganlewis.com
                                        wwilson@morganlewis.com

*Counsel for Third-Party Defendant Advance Transformer, Co.*

                                        /s/
Russell J. Ober, Jr., Esq.
Patricia L. Dodge, Esq.
Meyer, Unkovic & Scott, LLP
1300 Oliver Building
Pittsburgh, PA 15222
(412)456-2800 (phone)
(412)456-2864 (fax)
rjo@muslaw.com
pld@muslaw.com

*Counsel for Third-Party Defendant Southco, Inc.*

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>FORUM, INC.,<br>  Defendant<br>  and Third-Party Plaintiff,<br><br>v.<br><br>ADVANCE TRANSFORMER, CO., and SOUTHCO, INC.,<br><br>  Third-Party Defendants. | Civil Action No.: 1:05CV01837<br><br>Judge Paul L. Friedman<br><br>Magistrate Judge Deborah A. Robinson |

## ORDER

This matter, having come before the Court on Plaintiff National Railroad Passenger Corporation's ("Amtrak"), Defendant Forum, Inc.'s ("Forum"), and Third-Party Defendants Advance Transformer, Co.'s ("Advance") and Southco, Inc.'s ("Southco") Consent Motion to Amend Scheduling Orders ("Motion"), and for good cause shown, it is this _____ day of _____, 2007, hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that: (1) any opposition(s) to motions raising statute of limitations defenses are due by April 6, 2007; and (2) reply brief(s), if any, are due by April 27, 2007.

                  _____
                  The Honorable Paul L. Friedman
                  United States District Judge

Copies to:

    Stephen L. Neal, Jr., Esq.
    DC Bar No. 441405
    Christopher T. Koegel, Esq.
    DC Bar No. 473478
    Manatt, Phelps & Phillips, LLP
    700 12th Street, NW, Suite 1100
    Washington, DC 20005
    (202) 585-6500 (phone)
    (202) 585-6600 (fax)
    sryan@manatt.com
    sneal@manatt.com
    ckoegel@manatt.com

    *Counsel for Plaintiff National Railroad Passenger Corporation*

    Philip J. Harvey, Esq.
    Venable, LLP
    8010 Towers Crescent Drive, Suite 300
    Vienna, VA 22182
    (703)760-1928 (phone)
    (703)821-8949 (fax)
    pjharvey@venable.com

    Steven W. Zoffer, Esq.
    Dickie, McCamey & Chilcote, P.C.
    Two PPG Place, Suite 400
    Pittsburgh, PA 15222
    (412)281-7272 (phone)
    (412)392-5367 (fax)
    szoffer@dmclaw.com

    *Counsel for Defendant Forum, Inc.*

    Russell J. Ober, Jr., Esq.
    Patricia L. Dodge, Esq.
    Meyer, Unkovic & Scott, LLP
    1300 Oliver Building
    Pittsburgh, PA 15222
    (412)456-2800 (phone)
    (412)456-2864 (fax)
    rjo@muslaw.com
    pld@muslaw.com

    *Counsel for Third-Party Defendant Southco, Inc.*

    Joseph Brooks, Esq.

Wade B. Wilson, Esq.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202)739-5572 (phone)
(202)739-3001 (fax)
jbrooks@morganlewis.com
wwilson@morganlewis.com

*Counsel for Third-Party Defendant Advance Transformer, Co.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2007, a copy of the foregoing Consent Motion to Amend Scheduling Orders and proposed Order was served by electronic mail (via the Court's Electronic Case Filing System) upon:

Philip J. Harvey, Esq.
Venable, LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182

Steven W. Zoffer, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222

*Counsel for Defendant Forum, Inc.*

Russell J. Ober, Jr., Esq.
Patricia L. Dodge, Esq.
Meyer, Unkovic & Scott, LLP
1300 Oliver Building
Pittsburgh, PA 15222

*Counsel for Third-Party Defendant Southco, Inc.*

Joseph Brooks, Esq.
Wade B. Wilson, Esq.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Counsel for Third-Party Defendant Advance Transformer, Co.*

                                             /s/
                                    Stephen L. Neal, Jr.

30195672.1