UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORP., )<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>FORUM, INC., )<br>)<br>      Defendant. )<br>_____)<br>)<br>FORUM, INC., )<br>)<br>      Third-Party Plaintiff, )<br>)<br>      v. )<br>)<br>ADVANCE TRANSFORMER CO., *et al.*, )<br>)<br>      Third-Party Defendants. )<br>_____) | Civil Action No. 05-1837 (PLF) |

ORDER

On March 29, 2007, the parties filed a joint consent motion to amend the scheduling orders in this case. The joint consent motion stated that "Amtrak and Forum have reached a settlement in principle which should resolve this entire case." The parties telephoned chambers on April 5, 2007 and further reported that the parties anticipate a settlement agreement to be filed within two weeks. Accordingly, it is hereby

ORDERED that this case is DISMISSED. The dismissal shall be without prejudice for a period of 30 days from the date of this Order. If settlement is not consummated within that 30-day period, the parties may reopen the action upon motion approved by the Court.

Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed with prejudice.

        SO ORDERED.

                                          ____/s/_____
                                          PAUL L. FRIEDMAN
                                          United States District Judge

DATE: April 5, 2007