UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>       Plaintiff,<br><br>    v.<br><br>FORUM, INC.,<br><br>       Defendant<br>       and Third-Party Plaintiff,<br><br>    v.<br><br>ADVANCE TRANSFORMER, CO., and SOUTHCO, INC.,<br><br>       Third-Party Defendants. | Civil Action No.: 1:05CV01837<br><br>Judge Paul L. Friedman |

## STIPULATION OF DISMISSAL

Plaintiff National Railroad Passenger Corporation ("Amtrak") and Defendant Forum, Inc. ("Forum"), by and through their undersigned counsel of record, jointly submit this Stipulation of Dismissal agreeing that the matters in controversy between them that are, in part, the subject of this action have been compromised and settled in full. Whereupon, it is requested that the Court:

1. Order that Amtrak's claims against Forum in the above-captioned matter be dismissed with prejudice;

2. Order that Forum's counterclaims against Amtrak in the above-captioned matter be dismissed with prejudice; and

3. Order that the United States District Court for the District of Columbia shall retain exclusive jurisdiction over the interpretation and/or enforcement of the parties' settlement terms/agreement.

Respectfully submitted,

Dated: April 13, 2007        By:      /s/
                                  Stephen L. Neal, Jr., Esq.
                                  DC Bar No. 441405
                                  Christopher T. Koegel, Esq.
                                  DC Bar No. 473478
                                  Manatt, Phelps & Phillips, LLP
                                  700 12th Street, NW, Suite 1100
                                  Washington, DC  20005
                                  (202) 585-6500 (phone)
                                  (202) 585-6600 (fax)
                                  sneal@manatt.com
                                  ckoegel@manatt.com

                                  *Counsel for Plaintiff National Railroad Passenger Corporation*


                                       /s/
                                  Steven W. Zoffer, Esq.
                                  Dickie, McCamey & Chilcote, P.C.
                                  Two PPG Place, Suite 400
                                  Pittsburgh, PA 15222
                                  (412)281-7272 (phone)
                                  (412)392-5367 (fax)
                                  szoffer@dmclaw.com

                                  *Counsel for Defendant Forum, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>FORUM, INC.,<br><br>       Defendant<br>       and Third-Party Plaintiff,<br><br>v.<br><br>ADVANCE TRANSFORMER, CO., and SOUTHCO, INC.,<br><br>       Third-Party Defendants. | Civil Action No.: 1:05CV01837<br><br>Judge Paul L. Friedman |

## ORDER

This matter, having come before the Court on Plaintiff National Railroad Passenger Corporation's ("Amtrak") and Defendant Forum, Inc.'s ("Forum") Stipulation of Dismissal ("Stipulation"), and for good cause shown, it is this _____ day of _____, 2007, hereby:

ORDERED, that the Stipulation is GRANTED; and it is further

ORDERED, that Amtrak's claims against Forum in the above-captioned matter are dismissed with prejudice; and it is further

ORDERED, that Forum's counterclaims against Amtrak in the above-captioned matter are dismissed with prejudice; and it is further

ORDERED, that the United States District Court for the District of Columbia shall retain exclusive jurisdiction over the interpretation and/or enforcement of the parties' settlement terms/agreement.

                                                    The Honorable Paul L. Friedman
                                                    United States District Judge

Copies to:

Stephen L. Neal, Jr., Esq.
DC Bar No. 441405
Christopher T. Koegel, Esq.
DC Bar No. 473478
Manatt, Phelps & Phillips, LLP
700 12th Street, NW, Suite 1100
Washington, DC 20005
(202) 585-6500 (phone)
(202) 585-6600 (fax)
sneal@manatt.com
ckoegel@manatt.com

*Counsel for Plaintiff National Railroad Passenger Corporation*

Philip J. Harvey, Esq.
Venable, LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
(703)760-1928 (phone)
(703)821-8949 (fax)
pjharvey@venable.com

Steven W. Zoffer, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222
(412)281-7272 (phone)
(412)392-5367 (fax)
szoffer@dmclaw.com

*Counsel for Defendant Forum, Inc.*

Russell J. Ober, Jr., Esq.
Patricia L. Dodge, Esq.
Meyer, Unkovic & Scott, LLP
1300 Oliver Building
Pittsburgh, PA 15222
(412)456-2800 (phone)
(412)456-2864 (fax)
rjo@muslaw.com
pld@muslaw.com

*Counsel for Third-Party Defendant Southco, Inc.*

Joseph Brooks, Esq.
Wade B. Wilson, Esq.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202)739-5572 (phone)
(202)739-3001 (fax)
jbrooks@morganlewis.com
wwilson@morganlewis.com

*Counsel for Third-Party Defendant Advance Transformer, Co.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April, 2007, a copy of the foregoing Stipulation of Dismissal and proposed Order were served by electronic mail (via the Court's Electronic Case Filing System) upon:

Philip J. Harvey, Esq.
Venable, LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182

Steven W. Zoffer, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222

*Counsel for Defendant Forum, Inc.*

Russell J. Ober, Jr., Esq.
Patricia L. Dodge, Esq.
Meyer, Unkovic & Scott, LLP
1300 Oliver Building
Pittsburgh, PA 15222

*Counsel for Third-Party Defendant Southco, Inc.*

Joseph Brooks, Esq.
Wade B. Wilson, Esq.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Counsel for Third-Party Defendant Advance Transformer, Co.*

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Stephen L. Neal, Jr.

30196503.1